## INDICTMENT SEALING FORM

Case name:   United States v. Robert S. Kelly

Reason for Sealing:

> The defendant is currently at liberty, and the government plans to effectuate the arrest in the coming days.  (An arrest warrant was issued on June 20, 2019 based on the original indictment, which remains under seal.  The Superseding Indictment is substantively the same, but adds a forfeiture allegation.)  The government seeks to seal the Superseding Indictment to ensure that the defendant does not learn that he is under indictment and to prevent him from fleeing justice to avoid arrest and prosecution.  Specifically, the defendant is facing a substantial term of imprisonment, and the government is concerned that he might flee from justice if he learns that he has been indicted in this District.  Notably, the Superseding Indictment has been returned well within the applicable statute of limitations and sealing is not requested simply to toll the statute.

By: *[signature]*  
Nadia I. Shihata  
Assistant United States Attorney  
United States Attorney's Office  
Eastern District of New York  
271 Cadman Plaza East  
Brooklyn, New York 11201

Date:  July 10, 2019