UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

    - against -

ROBERT SYLVESTER KELLY,
also known as "R. Kelly,"

        Defendant.
--------------------------------------------------------X

19-CR-286 (AMD)

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:    Assistant U.S. Attorney Elizabeth Geddes
          United States Attorney's Office (Criminal Division)
          271 Cadman Plaza East
          Brooklyn, New York 11201
          Tel: (718) 254-6430
          Fax: (718) 254-7508
          Email: elizabeth.geddes@usdoj.gov

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I **Douglas C. Anton Esq.** will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of **Law Offices of Douglas C. Anton** and a member in good standing of the bar(s) of the State(s) of **New Jersey and Michigan** as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for **Defendant Robert S. Kelly.** Movant is also admitted to practice before the New Jersey and Michigan Federal Courts since 1995; admitted *pro hac vice* for a matter currently pending in Illinois for this defendant in a similar Criminal matter; and admitted *pro hac vice* in the State of New York for this defendant in Index No.: 154756/2018. As well, movant was admitted to the United States Supreme Court on May 3, 2004. Movant currently represents this same defendant in transactional matters in New Jersey and throughout the United States, as well as in a criminal matter

currently pending before the courts in Illinois and a civil matter in New York. There are no pending disciplinary proceedings against me in any state or Federal Court.

Dated: July 15, 2019

                                                    Respectfully submitted,

                                                    _____
                                                    Douglas C. Anton, Esq.
                                                  ***LAW OFFICES OF DOUGLAS C. ANTON, ESQ.***
                                                  3 University Plaza Drive
                                                  Suite Number 407
                                                  Hackensack, New Jersey 07601
                                                  P: (201) 487-2055
                                                  F: (201) 487-9698
                                                  E: douganton@aol.com
                                                  Attorney for Defendant Robert Kelly

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------
UNITED STATES OF AMERICA             19-CR-286 (AMD)
                       Plaintiff(s),

v.                                                                    AFFIDAVIT IN SUPPORT OF
ROBERT SYLVESTER KELLY                        MOTION TO ADMIT COUNSEL
                       Defendant(s).      *PRO HAC VICE*
--------------------------------------------------------

I, Douglas C. Anton, Esq., being duly sworn, hereby depose and say as follows:

1. I am a(n) Owner with the law firm of Law Office of Douglas C. Anton, Esq.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of New Jersey & Michigan, both State & Federal Ct., since 1995.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I have never been convicted of a felony. If you have, please describe facts and circumstances.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: NJ 016771995, MI P46432, IL 6331616 (Pro Hac Vice)
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 19-cr-286 for Defendant Robert S. Kelly.

Date July 15, 2019
3:28pm - NJ ,

Signature of Movant
Firm Name Law Offices Of Douglas C. Anton, Esq.
Address 3 University Plaza Drive, Suite 407
          Hackensack, New Jersey 07601

NOTARIZED

Email douganton@aol.com
Phone 201-487-2055

KAREN W. MANN
A Notary Public of New Jersey
My Commission Expires 3-12-2021

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **DOUGLAS CLAY ANTON** *(No.* **016771995** *) was constituted and appointed an Attorney at Law of New Jersey on* **December 27, 1995** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* **3RD** *day of* **May** *, 20* **19** *.*

*Heather J. Baker*
Clerk of the Supreme Court

-453a-

# State Bar of Michigan

## Certificate of Good Standing

This certifies that Douglas C. Anton, P46432 of Hackensack, New Jersey is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on July 17, 1995 in Wayne County and became a member of the State Bar of Michigan on July 24, 1995.



Janet K. Welch, Executive Director
May 9, 2019



# Office of Attorney Ethics
## of the
## Supreme Court of New Jersey



## Certificate of Ethical Conduct

**TO:** Douglas C. Anton, Esq.
3 University Plaza Drive
Suite 407
Hackensack, NJ 07601

This is to certify that
**DOUGLAS CLAY ANTON, ESQ.**

was admitted to the Bar of this State in 1995. A search of the official statewide records of the Office of Attorney Ethics of the Supreme Court of New Jersey, conducted on May 24, 2019, reflects that the above-named attorney has never been disciplined as an attorney in this State, either publicly or privately, for unethical conduct, nor is any grievance pending, except as set forth below:

NONE

Pursuant to R. 1:20-9(j): "(T)here is no record of the filing of cases that are over five years old where the matter is dismissed or terminated other than by discipline or transfer to disability inactive status."



In Testimony whereof, I have hereunto set my hand and affixed the Seal of said Office at Trenton, this 24th day of May 2019.

*Charles Centinaro*

Charles Centinaro, Director

STATE OF MICHIGAN

# Attorney Discipline Board

333 West Fort St., Suite 1700
Detroit, MI 48226-3147

(313) 963-5553
FAX: (313) 963-5571

## DISCIPLINARY HISTORY CERTIFICATE FOR
## DOUGLAS C. ANTON, P 46432

I, **Julie M. Loiselle**, keeper of records for the State of Michigan Attorney Discipline Board, having conducted a diligent search of the files and records of the Attorney Discipline Board, do hereby certify that the above-named individual is not and has not been the subject of disciplinary proceedings under Sub-chapter 9.100 of the Michigan Court Rules.*

In testimony whereof, I have hereunto set my hand and affixed the seal of the Attorney Discipline Board the 21st day of May, 2019.

Julie Loiselle
Attorney Discipline Board

\* PLEASE NOTE:

1. The Attorney Discipline Board, the adjudicative branch of the Michigan Supreme Court in matters of attorney discipline and reinstatement, was created by the Court effective October 1, 1978. Discipline sanctions since October 1, 1978, may be accessed in the "Attorney Database" of the Board's website: www.adbmich.org.

2. Records pertaining to grievances/investigations not resulting in public proceedings before the Board are maintained by the Attorney Grievance Commission. The Commission's records are not open to the public but may be disclosed to a court-authorized attorney disciplinary or admissions agency. (See Rule 9.126(E)(3) of the Michigan Court Rules.)

3. The records of the Attorney Discipline Board are limited to proceedings under subchapter 9.100 of the Michigan Court Rules, which includes disciplinary proceedings and transfers to disability inactive status of Michigan attorneys. Questions pertaining to the active/inactive status of an attorney's license to practice law for other reasons, including suspensions for failure to pay annual dues, are maintained by the State Bar of Michigan at 306 Townsend St., Lansing, MI 48933, (800) 968-1442. The membership roster of the State Bar of Michigan may be found at the Bar's website at: www.michbar.org.

4. Records regarding applications to take the bar exam, and the dates and results of those exams, are maintained by the State Board of Law Examiners, Box 30052, Lansing, MI 48909, (517) 373-4453.