The Law Offices of
## Douglas C. Anton, Esq.



Three University Plaza Drive
Suite Number 407
Hackensack, New Jersey 07601
Phone: (201)487-2055
Facsimile: (201)487-9698

Michigan Office:
33584 Harper Avenue
Clinton Township, MI 48035
(586)630-3211
† Also Admitted in MI

Email Address:
DougAnton@aol.com (Direct)
Douglasanton@gmail.com (Staff)
(NJ Atty. ID 016771995)

July 25, 2019

<u>Via ECF</u>
The Honorable Ann M. Donnelly
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, N 415
Brooklyn, New York 11201

    RE: <u>**United States v. Robert Sylvester Kelly**</u>
       **Criminal Docket No. 19-286 (S-1) (AMD) (E.D.N.Y.)**

Dear Judge Donnelly:

As the Court is aware, this office represents defendant Robert S. Kelly in the above referenced matter.

In partial compliance with the Court's docket entry on 7/22/19 @ 4:59pm, "directing counsel for the defendant to produce updated certificates of good standing issued within the past 30 days by July 26, 2019" enclosed please find same from the State of Michigan.

The State of New Jersey, even expedited, takes a few more days. We shall provide same to the Court in the same fashion, immediately upon its Federal Express arrival in our office.

Thank you kindly for Your Honor's time and courtesies.

Very truly yours,

Douglas C. Anton, Esq.

DCA:ml

Enclosure

cc: Elizabeth Geddes, Esq. (Via ECF)
   Maria E. Cruz Melendez, Esq. (Via ECF)
   Nadia Shihata, Esq. (Via ECF)
   Robert Kelly (Via Email)

# State Bar of Michigan

## Certificate of Good Standing

This certifies that Douglas C. Anton, P46432 of Hackensack, New Jersey is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on July 17, 1995 in Wayne County and became a member of the State Bar of Michigan on July 24, 1995.

Janet K. Welch, Executive Director
July 24, 2019