IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 19 CR 00286 |
| | ) |
| ROBERT KELLY, | ) |
| | ) |
| Defendant. | ) |

### PRO HAC VICE APPEARANCE

The undersigned, as attorney, enters his appearance on behalf of the Defendant, ROBERT S. KELLY.

                         s/Steven A. Greenberg
                         STEVEN A. GREENBERG

STEVEN A. GREENBERG
GREENBERG TRIAL LAWYERS
53 W. JACKSON, SUITE 1260
CHICAGO, ILLINOIS 60604
(312) 879-9500
IL. BAR NO. 6193478