## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __Steven Tiscione__     DATE: __8/2/19__

DOCKET NUMBER: __19CR286(AMD)__     LOG #: _Proceeding captured by Court Reporter Annette Montal_

DEFENDANT'S NAME: __Robert Sylvester Kelly__
✓ Present  ___ Not Present  ✓ Custody  ___ Bail

DEFENSE COUNSEL: _Douglas Anton_
___ Federal Defender  ___ CJA  ✓ Retained

A.U.S.A: _Elizabeth Geddes_     CLERK: __Felix Chin__

INTERPRETER: _____ (Language) _____

✓ Defendant arraigned on the: ✓ indictment ✓ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.
- ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
- ___ Defendant advised of bond conditions set by the Court and signed the bond.
- ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
- ___ (Additional) surety/ies to co-sign bond by _____
- ___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start _____ Stop _____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for _8/2/19_ @ _1:00_ before Judge _Donnelly_

Other Rulings: _Dfse counsel argued for bail; gov't opposed on basis of flight and dangerousness; court denied bail. Order of detention entered._