UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,   Cr. No. 19-286-S1-AMD

    - against –

ROBERT SYLVESTER KELLY,
   also known as "R. Kelly,"

                DEFENDANT.

-----------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case on behalf of Robert Sylvester Kelly. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       August 2, 2019

                                                     Law Office of Thomas A. Farinella, P.C.
                                                     By: /s/ Thomas A. Farinella_____
                                                     Thomas A. Farinella (TF-8309)
                                                     Attorney for the Defendant
                                                     260 Madison Avenue, 8th Floor
                                                     New York, NY 10016