October 22, 2018

Lydia C. Hills, Esquire
Law Office of Lydia C. Hills
300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201

Dear Ms. Hills,

This is to enlighten you concerning the presumption of court appearances that you may not be aware of since attorneys are taught a coloring of law and not Canon or Common Law. Color-of-Law is NOT law. It's fiction for corporate fictions of which I am not.

### Canon 3228 (v): The Presumption Of Summons

A summons, when unrebutted, stands as *Truth in Commerce*. Attendance in a Court is usually invoked by <u>invitation</u> and therefore one who attends Court initiated by a summons, warrant, subpoena or replevin bond, is presumed to accept the position of a (defendant, juror, witness or thing) and the (jurisdiction) of the Court.

If these instruments are not rejected and returned, with a copy of the rejection filed clearly on the Public Record (jurisdiction) the presumed position and the presumption of guilt also stands as *Truth in Commerce*.

The answer/response/reply to the subpoena is now rebutted via my notarized, sixteen-word statement of across the face of the summons refusing the invitation, which states: I DO NOT ACCEPT THIS OFFER TO CONTRACT AND I DO NOT CONSENT TO THESE PROCEEDINGS and filed with the State's Attorney and the Clerk of the Court placing it on the Public Record.

Please advise Ms. Rodgers, your client to abandon this heartless effort to try to destroy my musical legacy for selfish, personal enrichment. If she persists in court action she will be subjected to public opinion during the discovery process. For example, my law team is prepared to request the production of the medical test results proving the origin of her STD claim, as well as 10 personal male witnesses testifying under oath about her sex life in support of her claim and complete records of her text/face time message exchanges, which will be reviewed to match and be authenticated by the recipient to insure there are no omissions or deletions.

If Ms. Rodgers really cares about her own reputation she should cease her participation and association with the organizers of this negative campaign. Counter actions are in the developmental stages and due to be released soon.

Sincerely,

*[signature]*

Robert Sylvester Kelly

FILED: NEW YORK COUNTY CLERK 03/07/2019 04:15 PM
NYSCEF DOC. NO. 7
INDEX NO. 154756/2018
RECEIVED NYSCEF: 03/07/2019

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

FAITH A. RODGERS

Plaintiff

v.                                                          INDEX NO: 0000

ROBERT SYLVESTER KELLY a/k/a R. KELLY

Alleged Defendant

## NOTICE OF DELIVERY

TO: THE LAW OFFICE OF LYDIA C. HILLS, P.C. 300 Cadman Plaza West, 12th Floor Brooklyn, New York 11201

I, June Barrett, declare that I caused the foregoing Notice of Delivery to the Clerk of the Court including attachments: I DO NOT ACCEPT THIS OFFER TO CONTRACT and I DO NOT CONSENT TO THESE PROCEEDINGS on the face of the Summons and Verified Complaint and Demand For Jury Trial, Living Testimony in the Form of An Affidavit and an Faith Rodgers pictures and text messages to be served upon the persons listed below by having a copy of said Notice of Delivery and attachments electronically delivered to Supreme Court of the State of New York located 60 Centre Street New York, NY 10007 on November 19, 2018

By: _____
All Rights Reserved

June Barrett
c/o 1826 South Millard Avenue
Chicago, Illinois State  CF60623CF
Phone: 312/513-1020
Email: junespointofview@yahoo.com

INDEX NO.:

SUPREME COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

By: _____
    Autograph

FAITH A. RODGERS,
                                         All Rights Reserved, Without Prejudice
                    Plaintiff,

  - against -                            _____
                                         Notary

ROBERT SYLVESTER KELLY a.k.a. R. KELLY,  Oct 29, 2018
                                         Date
                    Defendant.

JUNE A BARRETT
Official Seal
Notary Public - State of Illinois
My Commission Expires Nov 15, 2020

SUMMONS

Signature (Rule 130-1.1-a)

*Lydia C. Hills, Esq.*
LYDIA C. HILLS, ESQ.
*Attorney for Plaintiff, Faith A. Rodgers*
THE LAW OFFICE OF LYDIA C. HILLS, P.C.
300 CADMAN PLAZA WEST, 12TH FLOOR
BROOKLYN, NEW YORK 11201
347-674-8338 (OFFICE)
347-694-8338 (FAX)
LHills@TheHillsFirm.com

To:

Service of a copy of the within is hereby admitted
Dated:

Attorney(s) for

*I DO NOT ACCEPT THIS OFFER TO CONTRACT AND I DO NOT CONSENT TO THESE PROCEEDINGS*

FILED: NEW YORK COUNTY CLERK 03/07/2019 04:15 PM                         INDEX NO. 154756/2018
NYSCEF DOC. NO. 7                                              RECEIVED NYSCEF: 03/07/2019
NYSCEF DOC. NO. 1                                              RECEIVED NYSCEF: 05/21/2018

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------X

FAITH A. RODGERS,

                                  Plaintiff,                      Index No.

               - against -                       **SUMMONS**

ROBERT SYLVESTER KELLY a.k.a. R. KELLY,    By: _____
                                                                        Autograph
                              Defendant.      All Rights Reserved, Without Prejudice
-----------------------------------------------------------X

                                                          _____
To the above named Defendant:                           Notary

                                                         _____
       **YOU ARE HEREBY SUMMONED** to appear in the Supreme Court of the State of
                                                          Date

New York, County of New York, at the office of said court located at 60 Centre Street, in the

County of New York, City and State of New York, within the time provided by law as noted

below and to file your answer to the summons and complaint with the Clerk.

       **PLEASE TAKE NOTICE** that upon your failure to answer within the time prescribed

under applicable law, Plaintiff Faith A. Rodgers shall seek and obtain judgment against you by

default for the relief demanded in the Verified Complaint pursuant to Section 3215 of the New

York Civil Practice Law and Rules, together with the costs and fees of this action.

Dated:    Brooklyn, New York
           May 21, 2018                   _____
                                           Lydia C. Hills, Esq.
                                            Attorney for Plaintiff
                                            THE LAW OFFICE OF LYDIA C. HILLS, P.C.
                                            300 Cadman Plaza West, 12th Floor
                                            Brooklyn, New York 11201
                                            347-674-8338 (Office)
                                            347-694-8338 (Fax)
                                            LHills@TheHillsFirm.com

*Overlay stamp across page:* **I DO NOT ACCEPT THIS OFFER TO CONTRACT AND I DO NOT CONSENT TO THESE PROCEEDINGS**

*Notary stamp:* JUNE A BARRETT / Official Seal / Notary Public - State of Illinois / My Commission Expires Nov 15, 2020

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------------------------X
FAITH A. RODGERS,

                              Index No.

              Plaintiff,

      - against -              **VERIFIED COMPLAINT**
                                    **AND DEMAND FOR JURY**
ROBERT SYLVESTER KELLY a.k.a. R. KELLY,  By: _____  **TRIAL**_____
                                                    Autograph

              Defendant.             All Rights Reserved, Without Prejudice
----------------------------------------------------------X

                                                            _____
                                                            Notary

Plaintiff FAITH A. RODGERS (hereinafter referred to as "Plaintiff"), by and through her

attorney, LYDIA C. HILLS, ESQ. of The Law Office of Lydia C. Hills, P.C., as and for her

                               JUNE A BARRETT
                               Official Seal
                        Notary Public - State of Illinois
                    My Commission Expires Nov 16, 2020

Verified Complaint against the Defendant ROBERT SYLVESTER "R" KELLY (hereinafter

referred to as "Defendant" or "R. Kelly"), respectfully alleges as follows:

**THE PARTIES**

1. Plaintiff, Faith A. Rodgers, an individual, is a United States citizen and a resident

of the State of Texas. Plaintiff traveled to the State of New York, where she had significant

interactions with Defendant, which gave rise to the cause of action herein.

2. Defendant, Robert Sylvester Kelly, an individual, upon information and belief, is

a United States citizen and a resident of the State of Illinois. Defendant traveled to the State of

New York to perform and interact with Plaintiff at times relevant to the subject litigation.

*[Stamped across document: "I DO NOT ACCEPT THIS OFFER TO CONTRACT AND I DO NOT CONSENT TO THESE PROCEEDINGS"]*

*[Handwritten date near notary: Oct 29, 2018]*

## Testimony

I, Robert Sylvester Kelly, an Illinoian of Chicago, Illinois State make oath and say/hereby affirm that:

(1) I DO NOT ACCEPT THIS OFFER TO CONTRACT AND I DO NOT CONSENT TO THESE PROCEEDINGS.

(2) I am exempt and not subject to this court so I don't know why you are even addressing me or why you continue to address me when I do not accept this offer to contract and I do not consent to these proceedings.

(3) I am a flesh and blood, living, breathing American National and native of Illinois.

(4) **Private Agreement** is mutually agreed upon and entered into on the Fourteenth Day of the Ninth Month in the Year of Our Source Two Thousand Seventeen between the juristic person, ROBERT SYLVESTER KELLY©, also known by any and all derivatives and variations in the spelling of said name except "Robert Sylvester Kelly," hereafter jointly and severally "Debtor," and the living, breathing, flesh-and-blood man, known by the distinctive appellation Robert Sylvester Kelly©, hereinafter "Creditor."

(5) **ROBERT SYLVESTER KELLY**. In this Private Agreement the term "ROBERT SYLVESTER KELLY" means ROBERT SYLVESTER KELLY©, and any and all derivatives and variations in the spelling of said name except Robert Sylvester Kelly Common Law Copyright © 1985 Robert Sylvester Kelly©. All Rights Reserved.

(6) **Robert Sylvester Kelly**. In this Private Agreement the term "Robert Sylvester Kelly" means the sentient, living being known by the distinctive appellation "Robert Sylvester Kelly." All rights are reserved re use of Robert Sylvester Kelly©, Autograph Common Law Copyright © 1985 by Robert Sylvester Kelly©.

(7) Since I am not voluntarily involved in any of this and never conscionably was, and since my assets have been or are being dragged into this mess without my knowledge or consent, and since all the other Parties that secretively are benefitting or benefited themselves at my expense are now trying to palm this situation off on me, and since this Court works for those same Parties and is acting in Gross Conflict of Interest and under Color of Law--- any issue related to this complaint that continues to involve me or affect my assets in any way is going to be settled by Private Binding Arbitration and I am going to choose the Arbiter.

(8) Now you've made your "Offer" and I've made mine and it is time for all of you to give me some answers.

By: _____ Date: 10/20/18  _____ Witness

Autograph Common Law Copyright © 1985 by Robert Sylvester Kelly© All Rights Reserved. No par of this Autograph Common Law Copyright may be used, nor reproduced in any manner, without prior, express, written consent and acknowledgment of Robert Sylvester Kelly as signified by Robert Sylvester Kelly's signature in red ink. Unauthorized use of "Robert Sylvester Kelly" incurs same unauthorized-use fees as those associated with ROBERT S. KELLY ©, as set forth in paragraph "(1)" under "Self-executing Contract/Security Agreement in Event of Unauthorized Use" Enclosure: Published Copyright Notice.