**Kimberly Fashauer**
2489 Elkcam Blvd.
Port Charlotte, FL 33952
(941)268-7941
Kfasnauer@yahoo.com

September 18, 2019

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 30 2019 ★
BROOKLYN OFFICE

**The Honorable Ann M. Donnelly**
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, N 415
Brooklyn, New York 11201

19 CR 286 (AMD)

Dear Honorable Judge Donnelly,

I, Kimberly Fashauer, 42yrs old, am writing this letter to you to provide a character reference about Robert Sylvester Kelly, whom I've known for over 10+ years. I was surprised to hear about his case, as he has always been a strong business minded, caring, humble person. It is for this reason I am happy to write a letter of reference for Mr. Kelly. I provide this reference in full knowledge of Mr. Kelly's charges, and I understand the seriousness of this matter, however I hope the court will show some leniency.

Robert Sylvester Kelly has always been an upright character in many communities. Some to mention are, in 1995, Mr. Kelly has donated a large sum of money to a UK Charity Fund in London. In 2016, Mr. Kelly has helped a family in need, covering funeral costs for two young brothers who had died in a fire, in Kankakee Illinois. In 2017, Mr. Kelly has visited high schools, Tildon High was one of them, to play basketball with the young men, as well as shared stories; the up's and down's, letting the youth know they can do anything they set their mind too. Mr. Kelly has also helped many Churches, Congregations, and gave money to the homeless. He made it a point to be there, and show significant amount of support selflessly to help others.
In addition to the good he's done for the communities, he's written many songs that have helped many people through good, and difficult times. Songs that inspired many. "The World's Greatest," played at my nephews graduation ceremony at Neil Armstrong Elementary School just last year in 2018. Other songs like "Victory", and "Prayers Changes" that encouraged people to never give up, reach for your goals, and when you feel hope is all gone, Pray. For myself, when my father took his life in his own hands 16 yrs ago, his music, and one particular song, "The Storm is Over Now," believe it or not, helped me cope with my fathers death. I didn't just hear the lyrics, I felt them, and it helped me understand what my father was going through, and brought me comfort.

I honestly, and strongly believe Robert Sylvester Kelly is wrongfully accused and also not being treated fair as a United States Citizen should, and it is my sincere hope that the court takes this letter into consideration. Despite the current case, I still, and will always believe Robert Sylvester Kelly, to be an honorable individual, a valuable member of his community, and a good whole hearted human being, not a monster he's been painted out to be. Thank you for your time.

Sincerely,

Kimberly Fashauer

K. Fashauer
2489 Elkcam Blvd.
Port Charlotte, FL 33952

The Honorable Ann M. Donnelly
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, N 415
Brooklyn, New York 11201

11201-183299