

U.S. Department of Justice

United States Attorney
Eastern District of New York

EAG/NS/MCM
F. #2019R00029

271 Cadman Plaza East
Brooklyn, New York 11201

December 4, 2019

By ECF

The Honorable Ann M. Donnelly
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Kelly
                  Criminal Docket No. 19-286 (S-1) (AMD)

Dear Judge Donnelly:

      The government respectfully submits this letter in connection with the status conference scheduled for December 9, 2019. The government does not object to the defendant's waiver of his appearance at the December 9, 2019 conference.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:   /s/
      Elizabeth Geddes
      Nadia Shihata
      Maria Cruz Melendez
      Assistant U.S. Attorney
      (718) 254-6430

cc:  Clerk of Court (AMD) (by ECF)
     Defense Counsel (by ECF)