

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EAG/NIS/MCM
F. #2019R00029

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 5, 2019

By Federal Express

Douglas C. Anton, Esq.
Three University Plaza Drive, Suite 407
Hackensack, New Jersey 07601

      Re:    United States v. Robert Sylvester Kelly
               Criminal Docket No. 19-286 (S-2) (AMD)

Dear Mr. Anton:

      Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This letter supplements the government's previous productions by letters dated August 15, 2019 and October 16, 2019. The government also renews its request for reciprocal discovery from the defendant.

I.    The Government's Discovery

    A.    Documents and Tangible Objects

      Please find enclosed a CD that contains the following items.[1] These items are subject to the terms of the protective order entered by the Court on or about August 13, 2019.

---

[1] The references herein to Jane Doe #1 refer to the individual identified as Jane Doe #1 in the second superseding indictment, returned today (the "Operative Indictment"). The references herein to Jane Doe #4 and Jane Doe #5 also refer to the individuals identified as Jane Doe #4 and Jane Doe #5 in the Operative Indictment. These individuals were previously identified as Jane Doe #3 and Jane Doe #4, respectively, in prior indictments.

| Discovery Exhibit | Description |
|---|---|
| 90 | Cook County Clerk's Office marriage records for Robert Kelly and Jane Doe #1 |
| 91 | Wayne County Clerk's Office annulment records for Robert Kelly and Jane Doe #1 |
| 92 | Birth certificate for Jane Doe #1 |
| 93 | Illinois Department of Human Services records |
| 94 | Illinois Secretary of State driving and auto records for Robert Kelly |
| 94a | Business Records Certification for Discovery Exhibit 94 |
| 95 | Birth certificate for Jane Doe #4 |
| 96 | Photographs taken by the Chicago Police Department on or about February 11, 2002 and June 7, 2002 |
| 97 | Albany Police Department records for a concert held on August 31, 1994 |
| 97a | Business Records Certification for Discovery Exhibit 97 |
| 98 | Resorts World Casino New York City records for a concert held on August 26, 2016 |
| 99 | Metropolitan Correctional Center Chicago records for Robert Kelly and another inmate |
| 100 | Southwest Airlines records for air travel on August 16, 2016, September 12, 2016, November 17, 2018 and November 20, 2018 for various individuals |
| 100a | Business Records Certification for Discovery Exhibit 100 |
| 101 | American Airlines records for air travel on December 22, 2013, March 26, 2014, April 12, 2016, April 13, 2016, October 28, 2016, December 15, 2017 and February 5, 2018 for various individuals |
| 101a | Business Records Certification for Discovery Exhibit 101 |
| 102 | United Airlines records for travel on September 23, 2016, October 10, 2017 and October 11, 2017 |
| 102a | Business Records Certification for Discovery Exhibit 102 |

| | |
|---|---|
| 103 | Southwest airlines records for July 16, 2015 for various individuals including Jane Doe #5 |
| 104 | JP Morgan Chase records |
| 104a | Business Records Certification for Discovery Exhibit 104 |
| 105 | First Midwest Bank records |
| 106 | JP Morgan Chase records |
| 106a | Business Records Certification for Discovery Exhibit 106 |
| 107 | Bank of America records for RSK Enterprises LLC and Somebrotherluv LLC |
| 107a | Business Records Certification for Discovery Exhibit 107 |
| 108 | Illinois Secretary of State records for Sombrotherluv LLC |
| 108a | Business Records Certification Discovery for Exhibit 108 |
| 109 | Georgia Secretary of State records for RSK Enterprises LLC |
| 110 | Delaware Secretary of State records for RSK Enterprises LLC |
| 110a | Business Records Certification for Discovery Exhibit 110 |
| 111 | Bank records provided by Jane Doe #4 |
| 112 | Florida Department of Transportation records |
| 113 | Illinois Tollway records |
| 113a | Business Records Certification for Discovery Exhibit 113 |
| 114 | Riverlink records |
| 115 | Port Authority of New York and New Jersey records |
| 115a | Business Records Certification for Discovery Exhibit 115 |

You may examine the physical evidence discoverable under Rule 16, including original documents, by calling the undersigned to arrange a mutually convenient time.

        Very truly yours,

        RICHARD P. DONOGHUE
        United States Attorney

By:   /s/ Elizabeth A. Geddes
        Elizabeth A. Geddes
        Nadia Shihata
        Maria Cruz Melendez
        Assistant U.S. Attorneys
        (718) 254-7000

Enclosures

cc:    Clerk of the Court (AMD) (by ECF) (without enclosures)