

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EAG
F. #2019R00029

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 30, 2020

<u>By ECF</u>

The Honorable Ann M. Donnelly
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Kelly
     <u>Criminal Docket No. 19-286 (S-2) (AMD)</u>

Dear Judge Donnelly:

   The government respectfully submits this letter in response to the defendant Robert Kelly's motion to waive Kelly's appearance at the conference scheduled for February 6, 2020. (Ltr. of Steven A. Greenberg, dated Jan. 30, 2020 (Docket No. 39)). In light of the upcoming trial date and the serious nature of the charges that the defendant faces, the government respectfully requests that, absent a compelling reason, the defendant appear by video conference at the conference scheduled for February 6, 2020.

           Respectfully submitted,

           RICHARD P. DONOGHUE
           United States Attorney

     By:  /s/_____
        Elizabeth Geddes
        Nadia Shihata
        Maria Cruz Melendez
        Assistant U.S. Attorneys
        (718) 254-6430/6295/6408