Case 1:19-cr-00286-AMD   Document 44   Filed 03/19/20   Page 1 of 3 PageID #: 373



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/NIS/MCM
F. #2019R00029

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 17, 2020

<u>By FedEx</u>

Douglas C. Anton, Esq.
Three University Plaza Drive, Suite 407
Hackensack, New Jersey 07601

Steven Greenberg, Esq.
53 W. Jackson Blvd, Suite 1260
Chicago, IL 60604

        Re:    <u>United States v. Robert Sylvester Kelly</u>
                 <u>Criminal Docket No. 19-286 (S-2) (AMD)</u>

Dear Counsel:

      Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This letter supplements the government's previous productions by letters dated August 15, 2019, October 16, 2019, December 5, 2019 and February 6, 2020. The government also requests reciprocal discovery from the defendant.

I.      <u>The Government's Discovery</u>

      A.      <u>Documents and Tangible Objects</u>

      On or about January 9, 2020, Special Agents with the New York Field Office of Homeland Security Investigations executed a search at 360 Kent Avenue, Elk Grove, Illinois, pursuant to a search warrant obtained on the same day. The government will provide a copy of the search warrant and affidavit in support of the search warrant as soon as the warrant is unsealed for the limited purpose of providing it to the defendant. The government seized the items described in the search warrant inventory, provided in Discovery Exhibit 141, and is providing copies of certain physical evidence that was seized in this discovery production. The government also seized numerous cellular telephones, iPads, computers, videotapes and media, and is in the process of imaging and reviewing that material for items that are responsive to the search warrant. The government will provide counsel with the results of those searches and will make the images of the devices available counsel.

Please also find enclosed a CD that contains the following items. These items are subject to the terms of the protective order entered by the Court on or about August 13, 2019.

| Discovery Exhibit | Description |
|---|---|
| 131 | Empire CLS records for various individuals, including Jane Doe #5 |
| 132 | Mandalay Bay Hotel records for Jane Doe #5 from May 2, 2015 to May 5, 2015 |
| 132a | Business records certification for DX 132 |
| 133 | Tobin Center records related to a concert on March 7, 2017 |
| 133a | Business records certification for DX 133 |
| 134 | Montrose Hotel records for Jane Doe #5 from April 29, 2015 to May 1, 2015 |
| 135 | Le Parc Suite Hotel records for various individuals from April 27, 2015 to May 1, 2015 |
| 136 | Walgreens records for Jane Doe #5 |
| 136a | Business records certification for DX 136 |
| 137 | Metropolitan Correctional Center Chicago records for Robert Kelly |
| 138 | License plate recognition reports |
| 139 | Text messages and phone contacts provided by Jane Doe #5 |
| 140 | Photographs and videos of Jane Doe #6 recovered from a device seized from Kelly's apartment in Chicago, Illinois on or about July 11, 2019. |
| 141 | List of items seized during the search of the storage facility located at 360 Kent Avenue, Elk Grove, Illinois (the "Storage Facility"), pursuant to a January 9, 2020 search warrant, and property receipts for the seized items. |
| 142 | Photographs and videos taken during the execution of the search of Storage Facility on or about January 9, 2020. |
| 143 | Copies of certain photographs and documents seized from Storage Facility, including Line Items 271 to 311 and 313 to 399 |
| 144 | Emails provided by a witness relating to 360 Kent Avenue, Elk Grove, and other premises used by Robert Kelly |

You may examine the physical evidence discoverable under Rule 16, including original documents, by calling me to arrange a mutually convenient time.

B. <u>Experts</u>

As we have previously noted, the government will comply with Fed. R. Crim. P. 16(a)(1)(G) and Fed. R. Evid. 702, 703 and 705 and notify you in a timely fashion of any expert that the government intends to call at trial and provide you with a summary of the expert's opinion.

At present, the government anticipates calling experts at trial to testify about the examinations and conclusions set forth in Discovery Exhibits 118 and 121, provided in the government's discovery letter dated February 6, 2020. The government may also call one or more experts to testify about social isolation and trauma bonding.

The identity, qualifications, and bases for the conclusions of each expert will be provided to you when they become available.

        Very truly yours,

        RICHARD P. DONOGHUE
        United States Attorney

By:   /s/ Elizabeth Geddes
        Elizabeth Geddes
        Nadia Shihata
        Maria Cruz Melendez
        Assistant U.S. Attorneys
        (718) 254-7000

Enclosures

cc:    Clerk of the Court (AMD) (by ECF) (without enclosures)