

U.S. Department of Justice

United States Attorney
Eastern District of New York

EAG/NS/MCM                             271 Cadman Plaza East
F. #2019R00029                         Brooklyn, New York 11201

March 19, 2020

By ECF

The Honorable Ann M. Donnelly
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Robert Sylvester Kelly
                   Criminal Docket No. 19-286 (S-3) (AMD)

Dear Judge Donnelly:

        The government respectfully writes to advise the Court that a third superseding indictment was filed against the defendant Robert Kelly (see ECF Docket Entry No. 43) and to request that the Court postpone the arraignment of Kelly until a later date in light of the COVID-19 pandemic.[1]  Counsel for Kelly has advised that he has provided a

---

[1] The government requests that when the Court conducts the arraignment, the defendant participate by video conference.

copy of the third superseding indictment to Kelly and has reviewed its contents with him. Counsel further consents to delaying Kelly's arraignment until a later date in light of the COVID-19 pandemic.

        Respectfully submitted,

        RICHARD P. DONOGHUE
        United States Attorney

By:    /s/_____
      Elizabeth A. Geddes
      Nadia Shihata
      Maria Cruz Melendez
      Assistant U.S. Attorneys
      (718) 254-6430/6295/6408

cc:    Clerk of the Court (AMD) (by ECF)
      All Counsel (by ECF)