**GREENBERG TRIAL LAWYERS**
ATTORNEYS AT LAW

53 WEST JACKSON BOULEVARD, SUITE 1260
CHICAGO, ILLINOIS 60604
(312) 879-9500
Fax: (312) 650-8244
Steve@GreenbergCD.com

April 20, 2020

Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Robert Kelly, 19-286 (S-1)(AMD)

Dear Judge Donnelly:

      I was advised last night that one inmate on Mr. Kelly's floor had tested positive for Covid 19 and been taken to the hospital. I reached out to the correctional center this morning to verify this information but as of yet have not heard back. But the Director of the Federal Defender's Office for the NDIL did send an email this morning advising that "The MCC is in the midst of a serious outbreak". I wanted to bring this additional information to the Court's attention at the soon as practical moment.

      Respectfully submitted,

Steven A. Greenberg