

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EAG/NS/MCM
F.#2019R00029

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 21, 2020

By Email and ECF

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Robert Sylvester Kelly
              Criminal Docket No. 19-286 (S-3) (AMD)

Dear Judge Donnelly:

      On April 20, 2020, counsel for the defendant Robert Kelly filed a letter with the Court indicating that he had been advised the night before that an inmate on the defendant's floor "had tested positive for Covid 19 and been taken to the hospital." ECF Docket No. 59. The letter further indicated that "counsel had reached out to the correctional center this morning to verify this information but as of yet have not heard back." Id. Following receipt of defense counsel's letter, the government forwarded the letter to legal counsel for the Metropolitan Correctional Center in Chicago, Illinois ("MCC Chicago") and sought confirmation regarding whether the information in the letter was accurate. Yesterday, legal counsel for MCC Chicago confirmed that an inmate on the defendant's floor had been taken to the hospital and tested positive for COVID-19.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:   /s/
      Elizabeth Geddes
      Nadia Shihata
      Maria Cruz Melendez
      Assistant U.S. Attorneys
      (718) 254-6430/6295/6408

cc:    Defense Counsel (by ECF)
       Clerk of the Court (AMD) (by ECF)