

|  |  |
|---|---|
| | **U.S. Department of Justice** |
| | *United States Attorney*<br>*Eastern District of New York* |
| EAG/NS/MCM<br>F. #2019R00029 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

October 27, 2020

BY ECF

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Robert Kelly
                  Criminal Docket No. 19-CR-286 (S-3) (AMD)

Dear Judge Donnelly:

        The government respectfully submits this letter in response to the Court's Order, dated October 22, 2020, directing the government to respond to the defendant's motion to unseal the Court's Order entered on October 8, 2020, granting the government's motion *in limine* to empanel an anonymous and partially sequestered jury (Dkt. No. 79). The government does not oppose the defendant's motion to unseal.

                                Respectfully submitted,

                                  SETH D. DuCHARME
                                  Acting United States Attorney

                By:     /s/ Elizabeth Geddes
                                  Elizabeth Geddes
                                  Nadia Shihata
                                  Maria Cruz Melendez
                                  Assistant United States Attorneys
                                  (718) 254-6430/6295/6408

cc:    All defense counsel (via ECF)