UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

                                                                        NOTICE OF MOTION
                                                                       TO ADMIT COUNSEL
                                                                       PRO HAC VICE

-----------------------------------------------------------X

TO:    Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I **Nicole Blanc Becker** will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of **Blank Law, PC** and a member in good standing of the bar(s) of the State(s) of **Michigan**, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for **Robert S. Kelly**. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 4-15-21

Respectfully submitted,

_____
Signature of Movant
Firm Name **Blank Law, PC**
Address **444 S. Washington Ave**
**Royal Oak MI 48067**
Email **Law@nicoleblankbecker.com**
Phone **(248) 505-5929**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------

                                      Plaintiff(s),

     v.                                      **AFFIDAVIT IN SUPPORT OF**
                                                  **MOTION TO ADMIT COUNSEL**
                            Defendant(s).           *PRO HAC VICE*

--------------------------------------------------------

I, __Nicole Blank Becker__, being duly sworn, hereby depose and say as follows:

1. I am a(n) __attorney__ with the law firm of __BLANK LAW, PC__.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of __Michigan__.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I __have not__ been convicted of a felony. If you have, please describe facts and circumstances.

6. I __have not__ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: _____
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case _____ for _____.

Date __4-15-21__

Signature of Movant *[signed: Nicole Blank Becker]*
Firm Name __Blank Law, PC__
Address __444 S. Washington Ave__
__Royal Oak MI 48067__

Email __law@nicoleblankbecker.com__
Phone __(248) 505-5929__

**NOTARIZED**

## THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Nicole Blank Becker*

was admitted to the practice of law in the courts of the State of Michigan on

*December 29, 2000*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: January 11, 2021

Clerk