IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT COURT NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Against | ) | No.  19 CR 286 (AMD) |
| | ) | |
| v. | ) | |
| | ) | ORDER ON AGREED MOTION |
| ROBERT SYLVESTER KELLY, | ) | FOR EARLY RETURN OF |
| Also known as "R. Kelly," | ) | SUBPOENAS |
| Defendant. | ) | |
| | ) | |

## AGREED ORDER

By agreement, the parties' request for the entry of an Order allowing early return of Subpoenas is hereby granted.