# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19-cr-00286-AMD |
| ROBERT SYLVESTER KELLY, a.k.a. "R. Kelly" | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ROBERT SYLVESTER KELLY, also known as "R. Kelly"

Date: 06/22/2021

*Attorney's signature*

DEVERAUX L. CANNICK
*Printed name and bar number*

Aiello & Cannick
69-06 Grand Avenue
Maspeth, New York 11378
*Address*

dcannick@aiellocannick.com
*E-mail address*

(718) 426-0444
*Telephone number*

(718) 803-9764
*FAX number*