UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X

UNITED STATES OF AMERICA,


v.                                                            19 CR 286 (S-3) (AMD)


ROBERT SYLVESTER KELLY,
      also known as "R. Kelly,"


              Defendant.


--------------------------------------------------------------- X



**THE HONORABLE ANN M. DONNELLY**
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK


## <u>THIS PAGE IS THE QUESTIONNAIRE COVER SHEET.</u>

## <u>PLEASE TEAR OFF THIS PAGE AND TAKE IT WITH YOU</u>

**After you are excused today, please CALL the following telephone number on XX-XX-XXXX after \_\_:\_\_ p.m. Upon calling, you will receive instructions about the date on which you are to report back to court. It is extremely important that you know the juror number written on the top of this form when you make your call. Thank you.**

Phone number: 1-800-XXX-XXXX

Date to call:

Time to call:

## UNITED STATES v. ROBERT SYLVESTER KELLY

## JUROR QUESTIONNAIRE

**THE ANSWERS TO THE QUESTIONS ON THIS PAGE WILL BE DISCLOSED ONLY TO THE APPROPRIATE COURT PERSONNEL AS DIRECTED BY THE PRESIDING JUDGE**

**Please print the following information.**

Name:

Home Address:

Home Phone:

Job Title & Department:

Business Address:

Cellular Telephone:

I hereby certify that the foregoing information, and all of the answers in this questionnaire, are true, correct, and complete to the best of my knowledge.

Date:

SIGNATURE_____

## UNITED STATES v. ROBERT SYLVESTER KELLY

### CONFIDENTIAL JUROR QUESTIONNAIRE INSTRUCTIONS

TO THE PROSPECTIVE JUROR:

Welcome to the courthouse and thank you for participating in jury service.  This questionnaire is an important part of the jury selection process.  You are sworn to give complete and truthful answers – under penalties of perjury – to the questions that follow.  All of the information you provide will be kept confidential and will be seen only by the Judge, the Clerk's Office and the members of the prosecution and defense teams.

Citizens in our community hold a wide variety of views and have had different life experiences that inform their feelings and views on different topics.  We are genuinely interested in learning your views and feelings on a variety of issues and questions.  There are no "right" or "wrong" answers to these questions; just be candid and truthful.

Please answer each question by placing a check next to the correct response and by providing the information requested.  Please take your time and answer each question as fully as possible.  Answer all questions.  If a question does not apply to you, fill in the space with an "N/A" for "not applicable."  Do not leave any answer blank.  Write in dark ink and as legibly as possible.  Please do not write on the back of any page.  If you need extra space, you may continue your answer in the space provided at the end of the questionnaire.

**On the remaining pages of the questionnaire, please do not provide any specific names or addresses or any information that may identify you or members of your family.**  It is a common practice followed in many cases in Federal Court, especially where there may be media attention to the case, to keep the names and identities of the jurors in confidence.  This is in no way unusual.

The Court directs you not to discuss this questionnaire or your answers with friends, family, co-workers, court personnel or anyone else.  It is important that the answers you provide are yours and yours alone.  From this point forward, the Court further directs you not to read, watch or listen to any news about this case including all media sources such as TV, radio, newspaper, on-line sites, blogs, social media, YouTube, Google searches, etc.  You are not to discuss this case with anyone, including your family.  You may not research this case or the people involved: do not research any of the facts presented in this questionnaire, any prior court proceedings, the victims, the defendant, the lawyers and/or the Judge through any resource including the internet, media publications or any other source of information.

Jury service is one of the most important duties a citizen can be called on to perform.  You will be fulfilling your civic duty by responding completely and honestly during jury selection.  Your participation and cooperation in this process is greatly appreciated.

_____
THE HONORABLE ANN M. DONNELLY
UNITED STATES DISTRICT COURT JUDGE

## UNITED STATES v. ROBERT SYLVESTER KELLY,

### also known as "R. Kelly"

### No. 19-cr-286 (S-3) (AMD)

### JUROR QUESTIONNAIRE

This questionnaire is designed to help simplify and expedite the jury selection process. You must give true and complete answers to all questions. Although some of the questions may appear to be of a personal nature, please understand that these questions will help the parties and the Court select a fair and impartial jury. Part of the selection process depends on your ability and promise to follow the law as it is explained by the Court. Thus, some of the questions include descriptions of legal principles and ask whether you can conscientiously follow them.

The defendant Robert Sylvester Kelly is charged with Racketeering, in violation of Title 18, United States Code, Sections 1962(c) and 1963, for his alleged role as the leader of an enterprise ("the Enterprise"), and is alleged to have engaged in racketeering acts, including bribery, sexual exploitation of a child, kidnapping, transportation of minors and other individuals for the purpose of engaging in illegal sexual activity, illegal coercion and enticement of individuals and forced labor. Mr. Kelly is also charged with violations of the Mann Act, including the transportation of individuals, including a minor, for the purpose of engaging in illegal sexual activity, and illegal coercion and enticement of individuals, including a minor, in violation of Title 18, United States Code, Sections 2421(a), 2422(a) and (b), and 2423(a). Mr. Kelly has pleaded not guilty to all of the charges. It is the Government's burden to prove Mr. Kelly guilty beyond a reasonable doubt with respect to each charge. This is just a summary of the charges to give you some background on the case. The court will instruct the jury as to the elements of the crimes charged and the applicable law at a more appropriate time during trial.

CONFIDENTIAL JUROR QUESTIONNAIRE                                JUROR #_____

## BACKGROUND INFORMATION

1.      What is your current age? _____

2.      Are you [ ] Male  [ ] Female  [ ] Non-Binary or [ ] Other?

3.      Where do you currently live? County: _____  Neighborhood: _____

4.      How long have you lived there? _____

5.      Where did you live before that? _____

6.      How long did you live there? _____

7.      Where were you born? _____

8.      Where were you raised? _____

9.      Where else have you lived (please include neighborhoods and any foreign countries)? _____

_____

_____

10.     Do you own or rent your home? _____

11.     Are you currently:  (Please check all that apply)

__ Employed *full time*              __ Self employed              __ A student

__ Employed *part time*             __ A homemaker              __ Unemployed looking for work

__Employed more than one job      __ Retired                   __ Unemployed not looking for work

                                                            __ Disabled

12.     If you are currently a student, what is your area of study? _____

13.     If you are employed, describe your current occupation and job duties.

**Do NOT list the name or location of employment.  If you are currently retired or otherwise without a job, please write that and then complete information below for your *last job*.**

_____

_____

_____

_____

14.     What other types of jobs have you held throughout your life? _____

_____

_____

15.     In your work, have you ever managed, directed, or supervised others?  [ ] YES  [ ] NO.

If YES, how many people have you managed, directed, or supervised? _____

If YES, how long have you been a supervisor? _____

16.     How far did you go in school (list any degrees or certificates)? _____

_____

17.     If you attended college or graduate school, what did you study? _____

_____

18.     Other than English, what languages do you speak? _____

_____

19.     Would others describe you as open minded and willing to listen to and assess different viewpoints? ____

_____

20.     Have you attended any concerts within the past 10 years?  [ ] YES  [ ] NO.  If YES, please state which group or performance you saw, where, and approximately when. _____

_____

_____

21.     Have you ever served in any branch of the armed forces of the United States (including the military reserves, National Guard, or ROTC)?  [ ] YES  [ ] NO.  If YES, please state the branch of service, how many years you served, the highest rank you attained, whether you were honorably discharged, and summarize any special training you received. _____

_____

_____

_____

22.     Have you, or any close family members, ever been self-employed or owned your own business? [ ] YES (you)  [ ] YES (family)  [ ] NO.  Without listing the names of any people or businesses, describe the kind of business, your relationship to the person who owned it, and for how long? _____

_____

_____

_____

23.     What special skills, hobbies and/<u>or</u> interests do you have, including foreign travel or membership in any clubs, groups or organizations, including civic, social, union, professional, fraternal, recreational, volunteer or religious? _____

_____

24.     Are you currently a member of any church, synagogue, mosque, temple, or do you participate in any other religious organization?  [ ] YES  [ ] NO.  Do you or have you held any leadership positions in any such church, synagogue, mosque, temple?  If YES, briefly describe such position(s): _____

_____

25.     Do your religious beliefs affect your ability to sit in judgment of others?  [ ] YES  [ ] NO.

26.     What is your current relationship status, and how long have you had that status? _____

_____

27.     Please describe your spouse's/partner's/significant other's occupation, job duties, and highest level of education.  <u>Please do NOT list his/her place of employment.</u>

_____

_____

28.     Do you have any children?  [ ] YES  [ ] NO.  If YES, please list the following for each: (Please include children you are currently raising or have ever raised even if they are not your biological children.)

| Gender | AGE | CHILD LIVING WITH YOU? Yes or No | HIGHEST LEVEL OF EDUCATION | TYPE OF OCCUPATION/LEVEL IN SCHOOL (**Do NOT list names of employers or schools**) |
|--------|-----|----------------------------------|----------------------------|-----------------------------------------------------------------------------------|
|        |     |                                  |                            |                                                                                   |
|        |     |                                  |                            |                                                                                   |
|        |     |                                  |                            |                                                                                   |
|        |     |                                  |                            |                                                                                   |
|        |     |                                  |                            |                                                                                   |

## <u>KNOWLEDGE OF THE CASE AND PEOPLE</u>

**There have been media reports about this case.  We are interested in what you have heard or read, if anything.**

29.    The case for which you are summoned involves the defendant ROBERT SYLVESTER KELLY, also known as "R. Kelly."  Have you read, seen or heard anything about the case, the alleged crimes, or people involved?  [ ] YES  [ ] NO  [ ] Sounds familiar, but unsure.

If YES, please describe in detail what you recall reading, seeing, or hearing about the defendant, the alleged crimes, the court proceedings or the people involved (regardless of whether you believe this information is accurate or not.)  If you need additional space, please use the Additional Comment Page at the end of this document.

_____

_____

_____

_____

_____

30.    Have you read, seen or heard about Robert Kelly, also known as "R. Kelly"?  [ ] YES [ ] NO [ ] Unsure.

If YES, please describe in detail what you recall reading, seeing or hearing about Robert Kelly, also known as "R. Kelly", and your views or feelings about that information.

_____

_____

_____

_____

_____

31.    Have you watched or heard any interviews of Robert Kelly, or any TV shows featuring him, or any specials or documentaries about him?  [ ] YES  [ ] NO.  If YES, please describe.  What were your general impressions? _____

_____

_____

_____

_____

32.     From what you have seen, read, or heard, do you have a general impression of the defendant? [ ] Very negative  [ ] Somewhat negative  [ ] Neutral  [ ] Somewhat positive  [ ] Very positive  [ ] Other.  Why do you feel that way? _____

_____

_____

_____

_____

33.     Have you ever talked about or overheard discussions about any aspects of this case; or discussed it online, for example, on social media?  [ ] YES  [ ] NO  [ ] Unsure.  If YES, please describe what was said, including any opinion(s) you expressed: _____

_____

_____

_____

_____

34.     Have you ever read or posted opinions online related to this case or the people involved?  [ ] YES [ ] NO.  If YES, please describe: _____

_____

_____

_____

_____

35.     Have you ever posted opinions online about any court proceeding?  [ ] YES [ ] NO.  If YES, please describe: _____

_____

_____

36.     This case involves allegations related to someone who is known publicly as a result of his profession in the music and entertainment business.  Is there anything about the fact that the defendant is a celebrity or public figure that would make it hard for you to be a fair and impartial juror?  [ ] YES [ ] NO.  If YES, why?

_____

_____

_____

37.     The defendant is charged with leading an enterprise which is alleged to have engaged in conduct including bribery, kidnapping, sexual abuse, exploitation of minors, transportation of minors and other individuals for the purpose of engaging in illegal sexual activity, production of child pornography, and forced labor.  These are only charges.  Mr. Kelly is presumed innocent of all of these charges.  Mr. Kelly has pleaded not guilty to all of the charges.  It is the government's burden to prove Mr. Kelly guilty beyond a reasonable doubt with respect to each charge.  Is there anything about the nature of these charges, in and of themselves, that would interfere with your ability to decide this case fairly and impartially in accordance with the instructions of the court?  [ ] YES  [ ] NO.  If YES, please explain:

_____

_____

_____

_____

38.     The law provides that individuals under certain ages cannot consent to sexual activity with other individuals.  Is there any reason that you could not apply that law?  [ ] YES  [ ] NO.  If there is, what is it and why?  _____

_____

_____

39.     The charges in this case involve allegations regarding exposure to one or more sexually transmitted diseases.  Is there anything about such an allegation that you believe would affect your ability to serve as a fair and impartial juror?  [ ] YES  [ ] NO.  If YES, please explain: _____

_____

_____

## EXPERIENCES WITH AND OPINIONS ABOUT THE CRIMINAL JUSTICE SYSTEM

41.     Have you or a friend or family member ever been employed, trained, applied for work, or volunteered in any law enforcement agency, corrections, or a related field?  (*Examples: police, sheriff, FBI, jail, probation officer, private security, etc.*)  [ ] YES (self)  [ ] YES (friend or family member)  [ ] NO.  If YES, without listing names of the persons, please indicate your relationship with that person, where, the job or nature of experience and the approximate dates:

_____

_____

_____

_____

42.     Have you or a friend or family member ever been employed by or volunteered in any aspect of criminal defense work, including any Public Defender's office, a Legal Aid, or with a related support or advocacy group having to do with the rights of people charged with crimes?  [ ] YES (self)  [ ] YES (friend or family member)  [ ] NO.  If YES, without listing names, please indicate what person, where, the job or nature of experience and the approximate dates:

_____

_____

_____

43.     Have you or a friend or family member ever been employed by or volunteered in any aspect of the work of a prosecutor's office, including any related support or advocacy group?  [ ] YES (self)  [ ] YES (friend or family member)  [ ] NO.  If YES, without listing names, please indicate the person's relationship to you, the job or nature of experience, the location and the approximate dates:

_____

_____

_____

_____

44.     Have you _or_ a friend or family member ever been accused of, charged with, or convicted of any crime, or been the subject of a criminal investigation?  [ ] YES (self)  [ ] YES (friend or family member)  [ ] NO.  If YES, without listing names, please explain the nature of the charges, the approximate date(s), who brought the charges and the outcome:

_____

_____

_____

_____

45.     Have you _or_ a friend or family member ever been accused of sexual harassment?  [ ] YES (self) [ ] YES (friend or family member)  [ ] NO.  If YES, without listing names, please explain the nature of the allegations, the approximate date(s), and the outcome:

_____

_____

_____

_____

46.     Have you _or_ a friend or family member ever been the victim of sexual harassment, sexual abuse or sexual assault?  [ ] YES (self)  [ ] YES (friend or family member)  [ ] NO.  If YES, without listing names, please explain:

_____

_____

_____

_____

47.     Have you been a victim of any other violent crime _or_ do you know anyone who has been a victim of a violent crime?  [ ] YES (self)  [ ] YES (friend or family member)  [ ] NO.  If YES, without listing names, please explain who the victim was, when and where the crime occurred, what happened, whether you or your friend/family member received medical treatment as a result of the crime, whether anyone was arrested or convicted, if so, what the outcome of the case was and what, if any, effect this experience has had on you:

_____

_____

_____

_____

48.     Have you, any member(s) of your family, or anyone close to you ever testified as a witness in court or in a deposition or have you ever been subpoenaed to testify?  [ ] YES (self)  [ ] YES (friend or family member)  [ ] NO.  If YES, without listing names, please explain: _____

_____

_____

_____

49.     Would that experience affect your ability to be fair and impartial in this case?  [ ] YES  [ ] NO.  If YES, please explain: _____

_____

50.     Have you ever been involved, or do you expect to become involved, in any legal action or dispute with a government agency or have you had any financial interest in such a dispute? [ ] YES  [ ] NO.  If YES, please explain: _____

_____

51.     If you answered "YES" to Question 50, is there anything about that experience that would affect your ability to be a fair and impartial juror in this case?  [ ] YES  [ ] NO.  If YES, please explain: _____

_____

_____

52.     Have you, or has anyone you know, ever been involved in providing the government with information in a criminal investigation?  [ ] YES  [ ] NO.  If YES, without listing names, please explain the circumstances and who was involved: _____

_____

_____

_____

53.     Have you or a close friend or family member ever been detained in prison or jail?  [ ] YES (self)  [ ] YES (friend or family member)  [ ] NO.  If YES, without listing names, please explain, including listing the reason you/they were detained: _____

_____

_____

_____

54.     Have you ever taken any courses or worked in the fields of sexual abuse counseling, law, criminal justice, criminology, or other related areas?  [ ] YES  [ ] NO.  If YES, please explain and state whether you continue to take courses or work in that field: _____

_____

_____

_____

55.     Have you ever known anyone, including yourself, who was the victim of a sexual assault, other assault, homicide or other act of violence that required medical treatment or counseling?  [ ] YES  [ ] NO.  If YES, please explain: _____

_____

_____

_____

56.     Do you, anyone in your household or a close friend own any guns?  [ ] YES  [ ] NO.  If YES, please state your relationship to that person (**please do not list any names, but rather respond, for example, "wife," "friend"**), how many and what type(s) of firearm(s).

_____

_____

_____

57.     Do you have any friends or family members who have ever been lawyers, judges, law clerks, or otherwise involved in the legal field?  [ ] YES  [ ] NO.  If YES, <u>without listing names</u>, please explain your relationship to them, the nature of their work, and whether and how often you communicate with them regarding their work: _____

_____

_____

_____

58.     Have you, a family member or close friend ever practiced law in the area of criminal defense or prosecution?  [ ] YES (you)  [ ] YES (family/friend)  [ ] NO.  If YES, please explain: _____

_____

_____

59.     Do you have any opinions about lawyers that would affect your ability to be a fair and impartial juror? [ ] YES  [ ] NO.  If YES, please explain: _____

_____

60.     Have you, a family member or close friend ever filed a complaint with the police or any law enforcement agency against anyone?  [ ] YES  [ ] NO.  If YES, please describe the circumstances surrounding the complaint. _____

_____

_____

_____

61.     Have you or anyone close to you ever had a positive or negative experience involving the police or any law enforcement agency?  [ ] YES  [ ] NO.  If YES, without listing names, please explain: _____

_____

_____

62.     Do you or have you read any books, blogs, social media sites or other websites about celebrities or crimes, including sexual abuse or assault, or watch or listen to any television programs, movies, podcasts or documentaries about celebrities or crimes, including sexual abuse and sexual assault, or the criminal justice system?  [ ] YES  [ ] NO.  If YES, please list them and state what impact, if any, they have had on you:

_____

_____

_____

_____

63.     Have you ever served as a juror before?  [ ] YES [ ] NO.  If YES, please list the number of Civil Cases _____ or Criminal Cases _____.

64.     Have you served in [ ] State Court jury  [ ] Federal Court jury and/or on a [ ] Grand Jury?

a)     Without listing the names of any parties, in what type of case(s) have you served as a juror (*example, auto accident, burglary, etc.*)? _____

_____

_____

_____

b)     Were you ever the foreperson?  [ ] YES  [ ] NO.  If YES, how many times? _____

c)     Did you ever reach a verdict?  [ ] YES  [ ] NO.  If NO, what happened? _____

65.     The law provides that a defendant in a criminal case is presumed innocent at all stages of the trial, and is not required to put on any defense at all.  The Government is required to prove the defendant guilty beyond a reasonable doubt on each charge.  Is there any reason why you could not apply that law?  [ ] YES  [ ] NO.  If YES, explain. _____

_____

_____

66.     The law provides that a defendant in a criminal case has an absolute right not to testify, and that a juror cannot hold it against the defendant if he chooses not to testify.  Is there any reason why you could not apply that law? [ ] YES [ ] NO.  If YES, explain. _____

_____

_____

67.     Do you believe that police or law enforcement officers are more likely to tell the truth than other witnesses?  [ ] YES  [ ] NO.  If YES, please explain: _____

_____

_____

_____

68.     Do you believe that police or law enforcement officers are more likely to lie than other witnesses? [ ] YES  [ ] NO.  If YES, please explain your views: _____

_____

_____

_____

_____

69.     The Judge will instruct you that members of law enforcement who testify at trial are not, in and of themselves, to be considered more or less truthful than witnesses who are not members of law enforcement.  Regardless of your own opinions on that subject, will you be able to follow that instruction?  [ ] YES  [ ] NO.  If NO, please explain. _____

_____

_____

_____

70.     If selected to serve as a juror, you will be instructed that Mr. Kelly and his counsel do not have an obligation to present any evidence at all at trial, including after the Government rests its case.  Do you accept this principle, and will you be able to apply it if selected to serve on this jury?  [ ] YES  [ ] NO.  If NO, please explain. _____

_____

_____

_____

71.     One or more government witnesses may testify that they participated in crimes.  The witness may have a criminal history and may be testifying pursuant to a grant of immunity from prosecution or an agreement with the government.  Use of such witnesses is lawful.  As a juror, you will assess the credibility of each witness.  Is there any reason why you could not fairly and impartially consider, or render a guilty verdict based on, the testimony of (1) a witness who was granted immunity from prosecution or (2) a witness testifying pursuant to an agreement with the government?  [  ] YES  [  ] NO.  If YES, please explain: _____

_____

_____

_____

72.     It is the law that the testimony of a single witness, including a witness who has received immunity from prosecution, can be sufficient to convict a defendant of a charged crime, if the jury finds that the testimony of that witness established proof beyond a reasonable doubt.  Is there any reason why you could not apply this rule of law?  [ ] YES  [  ] NO.   If YES, please explain: _____

_____

_____

_____

_____

73.     Under certain circumstances, the government can obtain authorization from a judge to search a premises or electronic media to obtain evidence including, but not limited to, emails, text messages, video recordings, letters, financial information and other materials or information.  The Judge will instruct you that any evidence that is presented to you at trial was obtained legally and you can consider it.  Is there any reason why you could not follow this instruction?  [ ] YES  [ ] NO.  If YES, please explain. _____

_____

_____

_____

74.     Under the law, the facts are for the jury to determine and the law is for the Judge to determine.  You are required to accept the law as the Judge explains it to you even if you do not like the law or disagree with it, and you must determine the facts according to those instructions.  Would you have any difficulty following the Judge's instructions?  [  ] YES  [  ] NO.  If YES, please explain: _____

_____

_____

75.     Under the law, the question of penalty, if any, should not enter your deliberations.  Would you have any difficulty following this rule?  [ ] YES  [ ] NO.  If YES, please explain: _____

_____

76.     Under the law, emotions such as sympathy, bias and prejudice must not enter into the deliberations of the jurors as to whether the guilt of the defendant has been proven beyond a reasonable doubt.  Would you have any difficulty following this rule?  [ ] YES  [ ] NO.  If YES, please explain: _____

_____

_____

77.     Do you have any views about people of other races or ethnicities that would affect your ability to be a fair and impartial juror?  [ ] YES  [ ] NO.  If YES, please explain: _____

_____

_____

_____

## MEDIA AND THE INTERNET

78.     What publicly known person do you <u>most</u> admire and why? _____

_____

_____

79.     What publicly known person do you <u>least</u> admire and why? _____

_____

_____

80.     How often do you make it a point to follow the news?

[ ] Every day  [ ] Almost every day  [ ] Several times a week  [ ] Several times a month  [ ] Never

81.     Which sources do you regularly rely on for news?  Please check the box corresponding to your regular news sources.

[ ] Television  [ ] Newspapers  [ ] Radio  [ ] Internet  [ ] Social Media  [ ] YouTube  [ ] Podcasts

[ ] Magazines  [ ] Personal conversations  [ ] Other (list other sources): _____

_____

82.     Please list the names of your regular news sources (*ex: Social Media, Facebook, Wall Street Journal, NY Times, NY Post, CNN, Fox News, Univsion, etc.*): _____

_____

_____

83.     What books, if any, have you read recently? _____

_____

_____

84.     What magazines, if any, do you read regularly or subscribe to? _____

_____

_____

85.     What is your favorite book and why? _____

_____

_____

86.     What are your favorite television shows? _____

_____

_____

87.     Who are your favorite music artists/groups? _____

_____

_____

88.     What are your favorite Internet sites, vlogs, blogs, podcasts or social media sites? _____

_____

_____

_____

89.     How often do you tweet, blog, vlog, podcast, or post comments on the Internet?

        [ ] Every day  [ ] Almost every day  [ ] Several times a week  [ ] Several times a month  [ ] Never

90.     Do you have your own online blog, vlog, YouTube channel or podcast or do you contribute to any blog,

vlog, YouTube channel or podcast sites?  [ ] YES  [ ] NO.  If YES, without listing names or identifying the

blog, please explain the nature of the blog: _____

_____

_____

_____

91.     Do you know anything about the "Me Too" movement?  [ ] YES  [ ] NO.  If YES, please generally

describe your knowledge and list the sources of that knowledge. _____

_____

_____

_____

92.     Have you supported or participated in the "Me Too" movement?  [ ] YES  [ ] NO.  If YES, please

generally describe, including any funding provided, events or protests attended, posts or blogs made or

responded to, or any other forms of support. _____

_____

_____

_____

## JURY SERVICE QUESTIONS

93.      If you are selected as a juror in this case, the judge will instruct you to avoid all media coverage, and not to go on the Internet with regard to this case for any purpose.  That is, you will be forbidden from reading newspaper articles or watching news reports about this case, "Googling" this case, blogging, vlogging, tweeting, podcasting, or otherwise posting/commenting on social media sites, etc.  Do you have any reservations or concerns about your ability or willingness to follow this instruction?  [ ] YES  [ ] NO.  If YES, please explain: _____

_____

_____

_____

_____

94.      Is there anything about the nature of the charges or the facts of the case as they have been explained to you thus far that would affect your ability to serve as a juror in this case?  [ ] YES  [ ] NO.  If YES, please explain: _____

_____

_____

_____

_____

95.      If you were selected to serve on this jury, would you consider and respect the views of other jurors even if their views differed from yours, in accordance with the Court's instructions, before making your decision? [ ] YES  [ ] NO.  Please explain: _____

_____

_____

_____

96.      Is there anything that you would like to discuss privately with the judge and attorneys?  [ ] YES  [ ] NO.

97.     Please review the list of names and organizations on the following pages, and then answer this final question: **<u>Are you familiar with any of the individuals or organizations named on the list?</u>**

[ ] YES  [ ] NO  [ ] UNSURE.

If YES or UNSURE, indicate who you know or may know, and how you are or may be familiar with them:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## <u>NAMES & ORGANIZATIONS</u>

**Please review the following names.  If you are familiar with any of these individuals or organizations, please check "YES" on <u>the last question on the previous page</u>, and indicate there who you know, and the nature of your relationship.**

## SCHEDULING AND ABILITY TO SERVE

This proceeding is expected to begin on August 9, 2021, and last approximately four weeks.  Court sessions will last from approximately 9:00 a.m. until 5:00 p.m., Monday through Friday.  There are regular breaks approximately every 90 minutes and a one-hour break for lunch.

98.     Do you have any difficulty reading, understanding, or speaking English?  [ ] YES  [ ] NO.  If so, please explain: _____

_____

99.     Do you wish to apply to the Court to be excused on the grounds that jury service in this case would be a serious hardship to you?  [ ] YES  [ ] NO.  If YES, please describe your circumstances.

_____

_____

_____

_____

100.    Do you have any personal, family, or professional obligations that you feel would seriously interfere with your ability to focus and concentrate as a juror in this case?  [ ] YES  [ ] NO  [ ] UNSURE.  If YES, please explain: _____

_____

_____

_____

101.    Does your employer pay you for time missed as a result of jury service?  [ ] YES  [ ] NO  [ ] Unsure*.
        *If you are unsure, please find out before you return to court for jury selection questioning.*

102.    Do you have any condition, disability, or need that will require any special consideration or accommodation while you are in court?  [ ] YES [ ] NO.  If YES, please explain: _____

_____

_____

_____

_____

103.    Do you have any difficulties not corrected by a hearing aid?  [ ] YES  [ ] NO.

104.    Do you have trouble seeing even with glasses?  [ ] YES  [ ] NO.

105.    Are you taking any medication(s) regularly?  [ ] YES  [ ] NO.

106.    Do any of these medications affect your memory or concentration?  [ ] YES  [ ] NO.

107.     Is there any reason why you would not be willing to comply with the Court's instructions concerning social distancing, mask-wearing and other precautions related to the COVID-19 pandemic?  [ ] YES  [ ] NO.  If YES, please explain: _____

_____

_____

_____

108.     Is there anything else, not covered by this questionnaire, that you believe is relevant to your ability to be fair and impartial that you would like the attorneys and Court to know?  [ ] YES  [ ] NO.  If YES, please explain: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## ADDITIONAL COMMENT PAGE

(Please put the question number in front of your answer.)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____