UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

ROBERT SYLVESTER KELLY,
also known as "R. Kelly,"

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

19 CR 286 (S-3) (AMD)

<u>VERDICT SHEET</u>

## **AS TO COUNT ONE**
## **Racketeering**

How do you find the defendant?

    Guilty _____    Not Guilty _____

*If you answered "Guilty" as to Count One, indicate whether the following Racketeering Acts were proved beyond a reasonable doubt.   If you answered "Not Guilty," proceed to Count Two.*

    <u>Racketeering Act 1 (Bribery)</u>

    Proved _____    Not Proved _____


    <u>Racketeering Act 2 (Sexual Exploitation of a Child – Jane Doe #2)</u>

    Proved _____    Not Proved _____


    <u>Racketeering Act 3 (Kidnapping – Jane Doe #3)</u>

    Proved _____    Not Proved _____

Racketeering Act 4 (Mann Act Violations – Jane Doe #3)

A.  What is your verdict with respect to Racketeering Act 4(A) (Transportation)?

   Proved _____   Not Proved _____

B.  What is your verdict with respect to Racketeering Act 4(B) (Coercion or Enticement)?

   Proved _____   Not Proved _____

*If you answered "Proved" as to either Racketeering Act 4(A) or 4(B) or both, please answer the following question. If you answered "Not Proved," proceed to the next Racketeering Act.*

Please indicate which of the statutes the sexual activity violated. You should check all that apply, but need to at least check one.

_____   Sexual activity during the commission of a kidnapping of Jane Doe #3 (violation of Illinois Criminal Code Section 5/12-16(a)(6))
_____   Sexual activity as part of the course of delivery of a controlled substance to Jane Doe #3 (violation of Illinois Criminal Code Section 5/12-16(a)(7))
_____   Sexual activity where Jane Doe #3 was unable to give knowing consent (violation of Illinois Criminal Code Section 5/12-15(a)(2))

Racketeering Act 5 (Mann Act Violation – Jane Doe #4)

Proved _____   Not Proved _____

Racketeering Act 6 (Forced Labor – Jane Doe #4)

Proved _____   Not Proved _____

Racketeering Act 7 (Sexual Exploitation of a Child – Jane Doe #4)

Proved _____   Not Proved _____

2

Racketeering Act 8 (Mann Act Violation – Jane Doe #5)

A. What is your verdict with respect to Racketeering Act 8(A) (Transportation)?

Proved _____   Not Proved _____

B. What is your verdict with respect to Racketeering Act 8(B) (Coercion or Enticement)?

Proved _____   Not Proved _____

Racketeering Act 9 (Mann Act – Jane Doe #5)

A. What is your verdict with respect to Racketeering Act 9(A) (Transportation)?

Proved _____   Not Proved _____

B. What is your verdict with respect to Racketeering Act 9(B) (Coercion or Enticement)?

Proved _____   Not Proved _____

C. What is your verdict with respect to Racketeering Act 9(C) (Coercion or Enticement of Minor)?

Proved _____   Not Proved _____

D. What is your verdict with respect to Racketeering Act 9(D) (Transportation of Minor)?

Proved _____   Not Proved _____

Racketeering Act 10 (Sexual Exploitation of a Child – Jane Doe #5)

Proved _____   Not Proved _____

Racketeering Act 11 (Forced Labor – Jane Doe #5)

Proved _____   Not Proved _____

Racketeering Act 12 (Mann Act Violations – Jane Doe #6)

A. What is your verdict with respect to Racketeering Act 12(A) (Transportation)?

Proved _____    Not Proved _____

B. What is your verdict with respect to Racketeering Act 12(B) (Coercion or Enticement)?

Proved _____    Not Proved _____

*If you answered "Proved" as to either Racketeering Act 12(A) or 12(B) or both, please answer the following question. If you answered "Not Proved," proceed to the next Racketeering Act.*

Please indicate which of the statutes the sexual activity violated:

_____ Reckless endangerment (violation of N.Y. Penal Law § 120.20)
_____ Knowing exposure of infectious venereal disease (violation of N.Y. Public Health Law § 2307)
_____ Both


Racketeering Act 13 (Forced Labor – Jane Doe #6)

Proved _____    Not Proved _____


Racketeering Act 14 (Mann Act – Jane Doe #6)

A. What is your verdict with respect to Racketeering Act 14(A)?

Proved _____    Not Proved _____

B. What is your verdict with respect to Racketeering Act 14(B)?

Proved _____    Not Proved _____

*If you answered "Proved" as to either Racketeering Act 14(A) or 14(B) or both, please answer the following question.   If you answered "Not Proved," proceed to the next Racketeering Act.*

Please indicate which of the statutes the sexual activity violated:

_____    Reckless endangerment (violation of N.Y. Penal Law § 120.20)
_____    Knowing exposure of infectious venereal disease (violation of N.Y. Public Health Law § 2307)
_____    Both

### AS TO COUNT TWO
### Mann Act Transportation – Jane Doe #5

How do you find the defendant?

Guilty _____      Not Guilty _____

### AS TO COUNT THREE
### Mann Act Coercion and Enticement – Jane Doe #5

How do you find the defendant?

Guilty _____      Not Guilty _____

### AS TO COUNT FOUR
### Mann Act Coercion of a Minor – Jane Doe #5

How do you find the defendant?

Guilty _____      Not Guilty _____

### AS TO COUNT FIVE
### Mann Act Transportation of a Minor – Jane Doe #5

How do you find the defendant?

Guilty _____      Not Guilty _____

## AS TO COUNT SIX
### Mann Act Transportation – Jane Doe #6

How do you find the defendant?

Guilty _____        Not Guilty _____

*If you answered "Guilty" as to Count Six, please answer the following question. If you answered "Not Guilty," proceed to the next Count.*

Please indicate which of the statutes the sexual activity violated:

_____    Reckless endangerment (violation of N.Y. Penal Law § 120.20)
_____    Knowing exposure of infectious venereal disease (violation of N.Y. Public Health Law § 2307)
_____    Both

## AS TO COUNT SEVEN
### Mann Act Coercion and Enticement – Jane Doe #6

How do you find the defendant?

Guilty _____        Not Guilty _____

*If you answered "Guilty" as to Count Seven, please answer the following question. If you answered "Not Guilty," proceed to the next Count.*

Please indicate which of the statutes the sexual activity violated:

_____    Reckless endangerment (violation of N.Y. Penal Law § 120.20)
_____    Knowing exposure of infectious venereal disease (violation of N.Y. Public Health Law § 2307)
_____    Both

## AS TO COUNT EIGHT
## Mann Act Transportation – Jane Doe #6

How do you find the defendant?

    Guilty _____        Not Guilty _____

*If you answered "Guilty" as to Count Eight, please answer the following question. If you answered "Not Guilty," proceed to the next Count.*

Please indicate which of the statutes the sexual activity violated:

    _____ Reckless endangerment (violation of N.Y. Penal Law § 120.20)
    _____ Knowing exposure of infectious venereal disease (violation of N.Y. Public Health Law § 2307)
    _____ Both

## AS TO COUNT NINE
## Mann Act Coercion and Enticement – Jane Doe #6

How do you find the defendant?

    Guilty _____        Not Guilty _____

*If you answered "Guilty" as to Count Nine, please answer the following question. If you answered "Not Guilty," proceed to the next Count.*

Please indicate which of the statutes the sexual activity violated:

    _____ Reckless endangerment (violation of N.Y. Penal Law § 120.20)
    _____ Knowing exposure of infectious venereal disease (violation of N.Y. Public Health Law § 2307)
    _____ Both