

**Robert J. Aiello**
**Deveraux L. Cannick**
——
Jennifer Arditi

*69-06 Grand Avenue*
*Maspeth, New York 11378*
*(718) 426-0444, FAX (718) 803-9764*
*Email: info@aielloandcannick.com*

**NEW YORK OFFICE**
(By Appointment Only)
(212) 233-3335

July 12, 2021

**VIA ECF**
Honorable Ann M. Donnelly
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Robert Kelly, 19-286 (S-1)(AMD)

Dear Judge Donnelly:

      We write to apprise the Court of our efforts to visit with Mr. Kelly over the weekend. Please know that the promise of 8:00 a.m. to 8:00 p.m., seven days per week played out as we suspected it would. On Saturday, we were told that we must terminate our visit at 3:30 p.m. Specifically, we were told that all visits terminate at 4:00 p.m. on weekends and we are ushered out well before that time. On Sunday, we were asked to leave at 3:00 p.m. The net effect is that we loss approximately 10 hours of prep time with Robert.

      More significantly, we have not been able to confirm any visits for this week. Most of the times, the rooms were already booked. Again, our recollection is that the Government stated that we will have unfettered access from 8:00 a.m. to 8:00 p.m., seven days per week. Moreover, we would be in a designated room. That promise is far from being met.

      Given the urgency of the situation, we respectfully request that Your Honor issue an Order allowing us to have visits with Robert Kelly seven days per week from 8:00 a.m. to 8:00 p.m. starting today.

      We also request to have permission to bring our laptops or computers with us to assist in the review the discovery with him.

      Thank you in advance for your consideration.

                              Respectfully submitted,

                              Nicole Becker, Esq.
                              Thomas Farinella, Esq.
                              Deveraux L. Cannick, Esq.
                              *Attorneys for Defendant, Robert S. Kelly*

DLC/mw
cc:     All parties via ECF