FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 12 2020 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
: 
**UNITED STATES OF AMERICA,**
:
:
– against –                                : **ORDER**
:  19-CR-286 (S-3) (AMD)
**ROBERT SYLVESTER KELLY,**
:
:
Defendant.            :
------------------------------------------------------------ X

**ANN M. DONNELLY**, United States District Judge:

The Court directs Metropolitan Detention Center ("MDC") to ensure that the defendant is able to meet with his counsel in a private room at MDC. MDC will ensure that these meetings can take place as frequently as the defendant and his counsel request, and for the duration that the defendant and his counsel request, within MDC's normal visiting hours.

Defense counsel is directed to inform the Court without delay if they face difficulties booking or having client visits.

**SO ORDERED**

s/Ann M. Donnelly
_____
ANN M. DONNELLY
United States District Judge

Dated: Brooklyn, New York
       July 12, 2021