**EXHIBIT A**

**November 4, 2015 Text Messages (seized from Employee #1's telephone):[1]**

| | Declarant | Date and Time (DD/MM/YYYY) | Direction | Content |
|---|---|---|---|---|
| 21910 | Employee #2 | 04/11/2015 07:04:58 (GMT-6) | Incoming | Rob got on Niece about lying & already.... just that quick she has lied AGAIN!!������� But this time, was not just a literature ���������� I'll tell you & [Employee #3] later We're at the studio & I can't talk |
| 21911 | Employee #1 | 04/11/2015 07:12:19 (GMT-6) | Outgoing | Not just a literature? Did Pastor Rogers send his song? |
| 21913 | Employee #2 | 04/11/2015 07:14:26 (GMT-6) | Incoming | Yes but right now Rob is working on his show material |
| 21914 | Employee #2 | 04/11/2015 07:14:48 (GMT-6) | Incoming | My phone is dying so we'll chat when I get there |

| | | | | |
|---|---|---|---|---|
| 21986 | Employee #2 | 04/11/2015 14:39:44 (GMT-6) | Incoming | I didn't hear the hand...but I heard what was about to take place so when he asked me to leave I told him I had to use the restroom he told me to tell Donnie to show me where..,so by the time I was back in the area I heard the after fact..cries/future consequences |
| 21989 | Employee #1 | 04/11/2015 14:45:19 (GMT-6) | Outgoing | Oh wow |
| 21990 | Employee #1 | 04/11/2015 14:45:42 (GMT-6) | Outgoing | Do you think he used a belt |
| 21991 | Employee #2 | 04/11/2015 14:59:32 (GMT-6) | Incoming | Hand |

---

[1]      Except where otherwise noted, the text messages were exchanged between Employee #1 and Employee #2.  The government's proposed redactions are denoted by the text that is struck through.

**December 10, 2015 Text Messages (seized from Employee #1's telephone):**

| | Declarant | Date and Time (DD/MM/YYYY) | Direction | Content |
|---|---|---|---|---|
| 7121 | Employee #1 | 10/12/2015 20:56:05 (GMT-6) | Outgoing | Where is she? Where are you |
| 7122 | Employee #2 | 10/12/2015 20:57:38 (GMT-6) | Incoming | She's in the back room I'm still in the front |
| 7123 | Employee #1 | 10/12/2015 20:59:09 (GMT-6) | Outgoing | So, he's had her in there all day? Has she come out to use the restroom or eat? |
| 7124 | Employee #1 | 10/12/2015 20:59:40 (GMT-6) | Outgoing | Where's R? Where's Niece? |
| 7125 | Employee #2 | 10/12/2015 21:00:17 (GMT-6) | Incoming | She came out to go to the restroom & eat They are still in the room next to the studio |
| 7126 | Employee #1 | 10/12/2015 21:00:59 (GMT-6) | Outgoing | There's furniture in there now? |
| 7127 | Employee #1 | 10/12/2015 21:01:35 (GMT-6) | Outgoing | Why is he holding her there? |
| 7128 | Employee #2 | 10/12/2015 21:02:56 (GMT-6) | Incoming | I don't know |

**December 28, 2015 Text Messages (seized from Employee #1's telephone):**

| | Declarant | Date and Time (DD/MM/YYYY) | Direction | Content |
|---|---|---|---|---|
| 9092 | Employee #1 | 28/12/2015 19:38:05 (GMT-6) | Outgoing | Niece has been confined to the room since around around 6pm.... & he has [Jane Doe #16], V & D are upstairs.... but he's gone home |
| 9093 | Employee #2 | 28/12/2015 19:38:58 (GMT-6) | Incoming | 6pm yesterday? |
| ~~9094~~ | Employee #1 | ~~28/12/2015 19:40:32 (GMT-6)~~ | ~~Outgoing~~ | ~~Ok...but I will need it back because I owe Melanie $$ for picking up the gift cards for Niece and [Jane Doe #16]...so you owe me $40 on those..because they are $40 each....I gave R back his change $110 from the $500 he gave me for his gift...~~ |
| 9095 | Employee #1 | 28/12/2015 19:44:08 (GMT-6) | Outgoing | Yes, yesterday actually maybe around 8p |

**January 1, 2016 Text Messages (seized from Employee #1's telephone)**

| | Declarant | Date and Time (DD/MM/YYYY) | Direction | Content |
|---|---|---|---|---|
| 9463 | Employee #1 | 01/01/2016 01:41:12 (GMT-6) | Outgoing | What is she doing |
| 9464 | Employee #1 | 01/01/2016 01:41:38 (GMT-6) | Outgoing | R u cool with not getting out |
| 9467 | Employee #2 | 01/01/2016 01:42:37 (GMT-6) | Incoming | Laying on the back seat after playing in his pants Yep I'm sleepy It's only the guys |
| ~~9534~~ | Employee #2 | ~~01/01/2016 18:29:04 (GMT-6)~~ | ~~Incoming~~ | ~~Do you have Debra's number?~~ |
| ~~9535~~ | Employee #2 | ~~01/01/2016 18:45:25 (GMT-6)~~ | ~~Incoming~~ | ~~Do you have Debra's number?~~ |
| 9536 | Employee #1 | 01/01/2016 18:56:01 (GMT-6) | Outgoing | So, what happened |
| 9537 | Employee #2 | 01/01/2016 18:57:02 (GMT-6) | Incoming | She asked him over the phone |
| 9538 | Employee #1 | 01/01/2016 18:57:49 (GMT-6) | Outgoing | Did she tell him why? What did he say |
| ~~9539~~ | Employee #1 | ~~01/01/2016 18:57:56 (GMT-6)~~ | ~~Outgoing~~ | ~~G~~ |
| 9540 | Employee #2 | 01/01/2016 18:58:02 (GMT-6) | Incoming | She was sleep with her head covered & Van called for my charger & barely cracked the petition |
| 9541 | Employee #1 | 01/01/2016 18:58:31 (GMT-6) | Outgoing | & what did she say |
| 9542 | Employee #1 | 01/01/2016 18:59:04 (GMT-6) | Outgoing | Partition |
| 9543 | Employee #2 | 01/01/2016 18:59:24 (GMT-6) | Incoming | & almost 5mins later she TOLD me next time do not let the partition down without telling her |
| 9544 | Employee #2 | 01/01/2016 19:00:01 (GMT-6) | Incoming | I told her she was sleep with her head covered & the crack was so tight I could barely get the chord thru |

| 9545 | Employee #1 | 01/01/2016 19:00:09 (GMT-6) | Outgoing | & what did you say |
|---|---|---|---|---|
| 9546 | Employee #2 | 01/01/2016 19:00:11 (GMT-6) | Incoming | She said I don't make the rules |
| 9547 | Employee #2 | 01/01/2016 19:00:47 (GMT-6) | Incoming | I told her watch her tone with me & next time say [Employee #2] please & thank you... |
| 9548 | Employee #1 | 01/01/2016 19:00:56 (GMT-6) | Outgoing | What did you say to that & what did Debra say... |
| 9549 | Employee #1 | 01/01/2016 19:01:09 (GMT-6) | Outgoing | Who do make the rules, you or her |
| ~~9550~~ | Employee #2 | ~~01/01/2016 19:01:11 (GMT-6)~~ | ~~Incoming~~ | ~~Debra said she hopes shedoesn't start mess~~ |
| 9551 | Employee #2 | 01/01/2016 19:01:21 (GMT-6) | Incoming | Rob makes the rules |

| 9561 | Employee #1 | 01/01/2016 19:19:53 (GMT-6) | Outgoing | Is she still off the Sprinter... ~~What are you going to tell him? What did Debra think about her tone?~~ |
|---|---|---|---|---|
| 9562 | Employee #2 | 01/01/2016 19:20:47 (GMT-6) | Incoming | Yes ~~The truth Not sure~~ |
| 9563 | Employee #1 | 01/01/2016 19:28:17 (GMT-6) | Outgoing | Are you all stopped or driving |
| 9564 | Employee #1 | 01/01/2016 19:41:17 (GMT-6) | Outgoing | Are you all stopped or driving |
| 9565 | Employee #2 | 01/01/2016 19:41:29 (GMT-6) | Incoming | Stopped |
| 9566 | Employee #2 | 01/01/2016 19:41:42 (GMT-6) | Incoming | He still has her off of the sprinter |

| 9635 | Employee #1 | 02/01/2016 10:24:13 (GMT-6) | Outgoing | Y r you all still in DTW? I thought you all were rollin last night. Where is Niece? |
|---|---|---|---|---|
| 9636 | Employee #2 | 02/01/2016 10:28:48 (GMT-6) | Incoming | He's in the hotel...I'm sure with a female Right here We chatted...I apologized to her & told her it's all about respect... |

| 9643 | Employee #2 | 02/01/2016 11:31:12 (GMT-6) | Incoming | Niece has eaten since Thursday... We sat at Red Robin's for hours & he didn't even feed her...smdh I just gave her some chips/queso...cold queso Did you read that article? I believe every word |
| 9644 | Employee #1 | 02/01/2016 11:40:51 (GMT-6) | Outgoing | Has or has not |
| 9648 | Employee #2 | 02/01/2016 11:44:38 (GMT-6) | Incoming | Has not |
| ~~9651~~ | Employee #1 | ~~02/01/2016 11:58:21 (GMT-6)~~ | ~~Outgoing~~ | ~~That's horrible. Didn't she eat the food from his show's dressing room?~~ |

**January 4, 2016 Text Messages (seized from Employee #1's telephone)**

|  | Declarant | Date and Time (DD/MM/YYYY) | Direction | Content |
|---|---|---|---|---|
| 9880 | Employee #2 | 04/01/2016 02:12:00 (GMT-6) | Incoming | I'm convinced Rob is going to BEAT [Jane Doe #17] asap but I'll have to tell you later so do NOT call me right now |
| 9881 | Employee #1 | 04/01/2016 02:13:54 (GMT-6) | Outgoing | K... Call me 2nite when u can talk...also is he cool with you after the niece situation? |

| | | | | |
|---|---|---|---|---|
| 9963 | Employee #2 | 04/01/2016 11:50:08 (GMT-6) | Incoming | [Jane Doe #17] was talking to me last night about how non-supportive he is when it comes to her career... She's fed up Then [Jane Doe #16]'s dyke cousin pulled D & started stepping with her & it got a little too freaky to the point...[Jane Doe #16's mom] had to tell her niece to stop because that was beyond stepping You could see FURY written all over R face Then once the dancing stopped the girl sat down in the bar chair & D was standing between her legs... V came over & playfully pulled D away & then D disappeared upstairs alone I could tell that V was ear hustling when D was talking to me by the bar... But I had absolutely nothing to say...I changed the subject |
| 9967 | Employee #1 | 04/01/2016 11:55:57 (GMT-6) | Outgoing | Damn!! That's so CRAZY!! If they are fighting... |
| 9969 | Employee #1 | 04/01/2016 12:00:38 (GMT-6) | Outgoing | What made her feel comfortable enough to talk to you about it? What is her career? How old is the niece? So [Jane Doe #16]'s family knows R? I think V is jealous of D... Although I like V, I don't trust her...She's the one who snitched on D when we were in NY... D may eventually leave...Where's Niece, Debra, [Jane Doe #16], & [Jane Doe #16's mom]? D may have done all of that to get him angry.. |

| 9979 | Employee #2 | 04/01/2016 12:15:58 (GMT-6) | Incoming | D was overly friendly & talkative with me last night... She's 24yrs...a novel writer...the work she showed me (writing,book cover) is phenomenal....she said he pretends to be interested in helping her but shows no interest...& that he never wants them talking to anyone or going anywhere...she said she's tired of his ways... She's a beautiful young lady No...they didn't know him... Her BBF was here too Her cousin is somewhere between 25-30... |
| 9984 | Employee #2 | 04/01/2016 12:18:28 (GMT-6) | Incoming | Niece is still in the room Debra is sitting right here upfront [Jane Doe #16] is upstairs with Rob, V, D V,D,J have been upstairs all night I'm getting ready to take a shoe I'll reply back later |
| 9987 | Employee #1 | 04/01/2016 13:24:17 (GMT-6) | Outgoing | Whose BFF? [Jane Doe #16]'s? |
| 9988 | Employee #1 | 04/01/2016 13:24:55 (GMT-6) | Outgoing | Where's [Jane Doe #16's mom]? Has the fighting stopped? |
| 9991 | Employee #1 | 04/01/2016 13:47:54 (GMT-6) | Outgoing | How long has D been with him? |
| 9993 | Employee #2 | 04/01/2016 14:15:29 (GMT-6) | Incoming | Just remember your ques because I'm deleting your text |
| 0007 | Employee #2 | 04/01/2016 16:18:27 (GMT-6) | Incoming | Do not call/text me I'm out with Rob & [a girlfriend] but take care of the shoes & invoice okay...I'll call you later |
| 0008 | Employee #1 | 04/01/2016 16:26:24 (GMT-6) | Outgoing | I'm working on Invoice now.. What does R call us? MW Consulting, right? |
| 0009 | Employee #2 | 04/01/2016 16:36:49 (GMT-6) | Incoming | Yes |
| 0010 | Employee #1 | 04/01/2016 16:38:07 (GMT-6) | Outgoing | Ok...I sent you the invoices for December and January |
| 0011 | Employee #2 | 04/01/2016 16:54:23 (GMT-6) | Incoming | You can't get the total price? What amount do you suggest? Is your account safe? |

| 0012 | Employee #1 | 04/01/2016 17:03:41 (GMT-6) | Outgoing | No....it's not...check on depositing the money on your child support card...in order to get the total you have to check out but I will try...give me a few..I'm driving. Where are you all |
| 0013 | Employee #1 | 04/01/2016 17:06:08 (GMT-6) | Outgoing | My account is $244 overdraft. I'm calling Wells Fargo to see if I can get it 1/2... |
| 0015 | Employee #2 | 04/01/2016 17:34:42 (GMT-6) | Incoming | Okay just let me know...I do not have my card...Diamond keeps her own card now... I can't do anything until tomorrow I'm at the movies with Rob/[a girlfriend] but [Jane Doe #16] & her mom is on the way now |
| 0016 | Employee #1 | 04/01/2016 17:43:53 (GMT-6) | Outgoing | We went too What are you all seeing |
| 0018 | Employee #2 | 04/01/2016 18:00:37 (GMT-6) | Incoming | Danish Girl...it's very good |
| 0019 | Employee #1 | 04/01/2016 18:20:54 (GMT-6) | Outgoing | Ok...I may go see it Thursday or Friday |
| 0020 | Employee #2 | 04/01/2016 19:31:52 (GMT-6) | Incoming | It's very good |
| 0021 | Employee #2 | 04/01/2016 19:35:03 (GMT-6) | Incoming | We need to get Rob something for his birthday |
| 0022 | Employee #2 | 04/01/2016 19:35:07 (GMT-6) | Incoming | & [Jane Doe #16] |
| 0023 | Employee #1 | 04/01/2016 19:36:39 (GMT-6) | Outgoing | Ok... Balls for R |
| 0024 | Employee #2 | 04/01/2016 19:37:30 (GMT-6) | Incoming | Okay just let me know...I do not have my card...Diamond keeps her own card now... I'm sure I'll end up going to the bank tomorrow to make a deposit..... Let's Google personalized pool balls...I saw a website |
| 0025 | Employee #1 | 04/01/2016 20:48:38 (GMT-6) | Outgoing | Ok... |
| 0030 | Employee #1 | 04/01/2016 21:15:54 (GMT-6) | Outgoing | I may not have time..My call time is 11am..but if I'm out b4 5 then possibly... |
| | Employee #2 | 04/01/2016 21:24:50 | Incoming | Okay |

| 0034 | | (GMT-6) | | |
| --- | --- | --- | --- | --- |
| 0036 | Employee #2 | 04/01/2016 21:35:26 (GMT-6) | Incoming | Rob talked to me about last night He does not like [Jane Doe #16]'s BF He got on her today about the tweaking ...for a piece of cake He called her gay cousin a dude & said he told her females only... & about the dude flirting with V & D... I only saw the cousin flirting with D... He was also upset about [Jane Doe #16] sitting on her gay cousins lap...because he was molested by family so he feels that could lead to them messing around He talked about the girls dancing/tweaking and touching in each other...he doesn't like that unless he orders it... And he told [Jane Doe #16's mom] he was going to get on [Jane Doe #16] & the other girls & she better not come up those stairs to intervene It was loud & thumping up there!!!! He said he's going to teach us how to pick up on vibes... Cause people will try to be sneaky with us & he don't like that...so just be careful & mindful Rob just don't know...I'm far removed from being a FOOL!! Not only do I recognize & know psychology/reversed...I am the damn psychologist!!! |

**May 10, 2016 Text Messages (seized from Employee #1)**

| | Declarant | Date and Time (DD/MM/YYYY) | Direction | Content |
|---|---|---|---|---|
| ~~7801~~ | Employee #1 (to Friend) | ~~10/05/2016 01:01:54 (GMT-5)~~ | ~~Outgoing~~ | ~~He left a female sitting in the little foyer of the studio and we're gone. Unless he text and tells her to leave, she will be there at least 3 hours...SMDH! ALSO, N is still on the bus. He has J & V with him and another female... Good night...Rollin~~⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ |
| 7802 | Employee #1 | 10/05/2016 01:07:51 (GMT-5) | Outgoing | He left a female sitting in the little foyer of the studio and we're gone. Unless he text and tells her to leave, she will be there at least 3 hours...SMDH! ALSO, N is still on the bus since Saturday . He has J & V and [a girlfriend] with him. We're headed to the gym... Rollin⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ ⬛⬛⬛⬛⬛⬛⬛⬛⬛ |
| 7803 | Friend | 10/05/2016 01:08:14 (GMT-5) | Incoming | Ok I was dozing |
| 7811 | Employee #2 | 10/05/2016 03:57:26 (GMT-5) | Incoming | Wow!! N must have done something & is now punished again... Is the bus rolling with y'all? That means TopGun has to stay up & with the bus |
| ~~7815~~ | Employee #2 | ~~10/05/2016 05:40:48 (GMT-5)~~ | ~~Incoming~~ | ~~[Employee #1] When I get off at 11:30am can you stay a couple hours past so I can run to Angelika's for a quick shampoo...it literally takes her 1.5hr to do my hair & she's 4 blocks walking distance from the studio....so at least until 3pm... Also don't forget I have the general Union meeting on Monday, 5/16, from 1-3pm...so please relieve me around 10:30-11am...Monday morning... Also let's work on the June calendar today making sure you're off the week of the BET Awards & I'm off the 7/1-5th for~~ |

| | | | | |
|---|---|---|---|---|
| | | | | ~~Essence Fest.~~ |
| 7816 | Employee #1 | 10/05/2016 05:41:11 (GMT-5) | Outgoing | Idk.. We're on here now but she's in the back.. No, I stayed with her Sunday night from around 930p-930am..she was in the back & it was peaceful..I didn't even hear her move at all...no restroom or nothing..... I got much needed sleep...then J went to the bus for a few hours.... We just left the bus...she's still there...something is STRANGE!! |
| ~~7817~~ | Employee #1 | ~~10/05/2016 05:42:43 (GMT-5)~~ | ~~Outgoing~~ | ~~That's fine...but hurry!! I'm ready to GO!! OK... OK...~~ |
| 7820 | Employee #2 | 10/05/2016 05:47:21 (GMT-5) | Incoming | No restroom for 12 dang hours?! Oh yeah she's in trouble!! He had her using bottles!! & there's a sink in that bedroom... So [Employee #1] she hasn't been off since the show?! That's inhumane!!! WOW!!! Damn I pray she's alive.... ~~[Employee #3] said he spanked her not long ago...maybe when she was behind on her work when it was time to go to STL.~~ Where is he? I'm sure [a girlfriend] is gone right? |
| 7821 | Employee #2 | 10/05/2016 05:47:29 (GMT-5) | Incoming | Is she getting food?! |
| 7824 | Employee #2 | 10/05/2016 05:48:52 (GMT-5) | Incoming | It was strange for J to be left at the studio for the 2days she didn't move around... We'll never know or figure out what the real deal is around that camp if we don't witness it with our our eyes/ears... |

| 7829 | Employee #1 | 10/05/2016 06:05:28 (GMT-5) | Outgoing | 12 hours? I slept at least 9 of the 12 I showered & changed clothes b4 I went out there.. Using bottles when? No...she has not unless she got off when they went to the park..because I got to the park after them & I didn't get out or call him..I took a nap. ~~She may have said or done something pertaining to Joy.~~ It is inhumane. He's in the back We just walking in about 20 mins ago ~~[A girlfriend] is here. [Employee #3]  said J was on punishment for being too in his business and looking at the other girls too much~~ I'm going to sleep until 10 |

**May 16, 2016 Text Messages (seized from Employee #1's telephone)**

|  | <u>Declarant</u> | <u>Date and Time (DD/MM/YYYY)</u> | <u>Direction</u> | <u>Content</u> |
|---|---|---|---|---|
| ~~8167~~ | Employee #1 | ~~16/05/2016 06:06:26 (GMT-5)~~ | ~~Outgoing~~ | ~~Did he even see her?~~ |
| ~~8168~~ | Employee #2 | ~~16/05/2016 06:07:24 (GMT-5)~~ | ~~Incoming~~ | ~~He does still have company so just in case I don't get my money before I leave....these are the airline receipts~~ |
| ~~8169~~ | Employee #2 | ~~16/05/2016 06:09:29 (GMT-5)~~ | ~~Incoming~~ | ~~I believe his company is leaving now so if she does I'll get it before I leave...if she not gone I'm going leaving to go to the W to shower/dress...hopefully she leaves so I can save uber money to the W~~ |
| 8170 | Employee #1 | 16/05/2016 06:12:04 (GMT-5) | Outgoing | Where's J & the others I'm turning my phone off until I get there I only have 15% battery. |
| 8171 | Employee #2 | 16/05/2016 07:16:51 (GMT-5) | Incoming | 3upstairs 1bus |
| 8172 | Employee #1 | 16/05/2016 07:20:10 (GMT-5) | Outgoing | The driver is not here.. |
| ~~8173~~ | Employee #2 | ~~16/05/2016 07:21:28 (GMT-5)~~ | ~~Incoming~~ | ~~So did you get the code from [Employee #4]~~ |

| 8174 | Employee #1 | ~~16/05/2016 07:22:47 (GMT-5)~~ | ~~Outgoing~~ | ~~I have the code already~~ |
|---|---|---|---|---|
| 8175 | Employee #1 | 16/05/2016 07:23:09 (GMT-5) | Outgoing | How long has she been out here? |
| 8176 | Employee #1 | 16/05/2016 07:33:55 (GMT-5) | Outgoing | Fucking tour bus with N...I got to the studio about 30 mins ago...so, I relieved [Employee #4] from the tour bus so she could leave |
| 8177 | Employee #1 | 16/05/2016 07:34:50 (GMT-5) | Outgoing | The worst part is that she's lying right here on the couch instead of bedroom.. |
| 8178 | Employee #1 | 16/05/2016 07:40:44 (GMT-5) | Outgoing | She's lying right here on the couch..I wish she was in the bedroom |
| 8229 | Jane Doe #16 | 16/05/2016 18:25:02 (GMT-5) | Incoming | Mr Kelly said to come to the bus to pick azriel up |
| 8230 | Employee #1 (to Jane Doe #16) | 16/05/2016 18:25:35 (GMT-5) | Outgoing | Ok. |
| 8231 | Employee #1 (to Jane Doe #16) | 16/05/2016 18:28:08 (GMT-5) | Outgoing | I'm here |
| 8232 | Jane Doe #16 | 16/05/2016 18:28:45 (GMT-5) | Incoming | Ok |
| 8233 | Employee #1 (to Jane Doe #16) | 16/05/2016 18:28:50 (GMT-5) | Outgoing | The driver just got off. Coast clear |
| 8234 | Jane Doe #16 | 16/05/2016 18:29:14 (GMT-5) | Incoming | Ok |
| 8312 | Employee #1 (to Jane Doe #16) | 17/05/2016 14:51:29 (GMT-5) | Outgoing | I texted & called Mr Kelly but no answer... Should the back door be open? I'm just checking if I should close it before I get in the shower...don't want to lock one of you out.. |
| 8313 | Jane Doe #16 | 17/05/2016 14:53:55 (GMT-5) | Incoming | One second |

| 8314 | Employee #1 (to Jane Doe #16) | 17/05/2016 14:54:20 (GMT-5) | Outgoing | Ok |
|------|-------------------------------|-----------------------------|----------|-----|
| 8315 | Jane Doe #16 | 17/05/2016 14:55:30 (GMT-5) | Incoming | Mr Kelly said to lock it |

| ~~8355~~ | Employee #1 (to Employee #3) | ~~17/05/2016 21:40:19 (GMT-5)~~ | ~~Outgoing~~ | ~~Nothing at all!! We got here from bball around 5am this morning and has not been anywhere today...LUCKILY~~ |
|------|-------------------------------|-----------------------------|----------|-----|
| ~~8356~~ | Employee #3 | ~~17/05/2016 21:45:18 (GMT-5)~~ | ~~Incoming~~ | ~~Ooh same o same o~~ |
| 8357 | Employee #3 | 17/05/2016 21:46:00 (GMT-5) | Incoming | Those girls got to b insane in the true meaning of the word to b tolerate of that life |
| 8358 | Employee #1 (to Employee #3) | 17/05/2016 21:48:23 (GMT-5) | Outgoing | ����������� Something is REALLY strange about the treatment and behavior of the little one... The punishment is REAL!! |
| 8359 | Employee #3 | 17/05/2016 21:49:04 (GMT-5) | Incoming | Yeah she got to b loosing her mind seriously |
| 8360 | Employee #3 | 17/05/2016 21:49:23 (GMT-5) | Incoming | How is he treating her now |
| 8361 | Employee #3 | 17/05/2016 21:49:27 (GMT-5) | Incoming | Still on punishment |
| 8362 | Employee #1 (to Employee #3) | 17/05/2016 21:55:38 (GMT-5) | Outgoing | When she gets to Florida, she needs to RUN & NEVER look back. She's should be living the fun life of and 18 year old high school senior. She was on the bus again. I relieved [Employee #4] on the bus when i got here yesterday morning around 7am and [Jane Doe #16] relieved me around 10am then he had me to pick her up from the bus around 7 pm and she's been in the back room... she looked ruff..eyes puffy & etc... she was left here last night |

| 8363 | Employee #1 (to Employee #3) | 17/05/2016 21:57:09 (GMT-5) | Outgoing | J, her mom, V, & D all went to the gym last night. D acted like she was HAPPY to be in the mix... She's been on punishment 4EVER! |
| 8364 | Employee #3 | 17/05/2016 21:57:36 (GMT-5) | Incoming | Wow!!! |
| 8365 | Employee #3 | 17/05/2016 21:57:48 (GMT-5) | Incoming | Somebody told something on her |
| 8366 | Employee #3 | 17/05/2016 21:57:54 (GMT-5) | Incoming | Like j or v |
| 8367 | Employee #1 (to Employee #3) | 17/05/2016 21:58:14 (GMT-5) | Outgoing | I'm sure... |
| 8368 | Employee #1 (to Employee #3) | 17/05/2016 21:58:17 (GMT-5) | Outgoing | Probably J.. |
| 8369 | Employee #1 (to Employee #3) | 17/05/2016 21:59:11 (GMT-5) | Outgoing | They tell every goddamn thing!! It's ridiculous! |
| 8370 | Employee #1 (to Employee #3) | 17/05/2016 22:00:18 (GMT-5) | Outgoing | They are the fastest texting bitches I have ever met... But that girl needs to GO HOME!! |
| 8371 | Employee #3 | 17/05/2016 22:17:06 (GMT-5) | Incoming | I agree mayb she will |
| 8372 | Employee #3 | 17/05/2016 22:17:24 (GMT-5) | Incoming | Unless she thinks this is it and it don't get no better |
| 8373 | Employee #1 (to Employee #3) | 17/05/2016 22:17:59 (GMT-5) | Outgoing | Yep |
| 8374 | Employee #3 | 17/05/2016 22:50:39 (GMT-5) | Incoming | You ok |

| ~~8375~~ | ~~17733978082~~ | ~~18/05/2016 01:13:19 (GMT-5)~~ | ~~Outgoing~~ | ~~We are rollin to bball. N is out tonight...V made her exchange seats with her on the sprinter. V sat beside R...N at door.. I can tell that N was taken aback by the "DEMAND" ���������� They are all vying for that #1 spot...~~ |
|---|---|---|---|---|
| ~~8376~~ | ~~17733978082~~ | ~~18/05/2016 01:14:10 (GMT-5)~~ | ~~Outgoing~~ | ~~He has a very nice Christmas song with piano...that he is going to get RG to play on.~~ |
| ~~8377~~ | ~~14044296557~~ | ~~18/05/2016 01:16:18 (GMT-5)~~ | ~~Outgoing~~ | ~~We are rollin to bball. N is out tonight..HAPPY�������...V made her exchange seats with her on the sprinter. V sat beside R...N at door.. I can tell that N was taken aback by the "DEMAND" ������������ They are all vying for that #1 spot...~~ |

**January 16, 2017 Text Messages (seized from Employee #2's telephone)**

| From: <br><br> **To:**  +13128413886 R....3886 | 1/16/2017 11:55:53 PM(UTC+0) | Outgoing | [Employee #4] admitted that she agreed with some things you and Bug have said about me that she shouldn't have because she knows it was wrong... <br> [Employee #4] also admitted that she was jealous of my boldness from how I dealt with you personal business to driving the sprinter... <br> And was intimidated by my knowledge.... and how easy I made handling your business and driving the sprinter look... <br><br> Also before [Jane Doe #18] got with you, she wasn't wearing name brand clothes and shoes... <br> Ask [Jane Doe #18] who she traveled with to Miami, slept with & he bought her those Giuseppe heels...since she's been with you...(Rocko, Monica's sons father)... <br> Ask [Jane Doe #18] about her questioning me about the other girls, and asking me if it was true that you mess around with guys because that's what one of your friends told her and her mother and....I told her not to believe whoever was telling her and her mom lies about you and that she should tell you.... <br> And she told me she was in communication with Joycelyn's boyfriend through social media... <br> She told me [Jane Doe #16] left because she wouldn't sleep with her one night when you called [Jane Doe #16] to the Trump to fix the TV... <br> And Rob I'm not the only one [Jane Doe #18] has talked to I just chose not to entertain the mess and to just mind my business... <br> The last I heard from [Jane Doe #18] is when I blocked |

~~her and deleted her number out of my was when she texted to tell me she bought me lotions and gels for Christmas from you, she can't stand [Employee #4], and she finally met the girls...~~
~~Rob I honestly didn't care and hadn't cared about your business with those girls for some time now...~~

~~The reason I'm sharing this with you now is because I want my name cleared from all the lies of me telling your business or talking about you...~~
~~I told you I'd never tell you what someone had to say about you because I didn't want to see you hurt and I HATE and am not use to MESS or DRAMA!!!~~
~~I haven't even told anyone I'm no longer working with you...to avoid questions and lies...~~
~~But I couldn't no longer stand by and watch and hear about my name being misused...~~
~~I care way too much about my character and integrity!!~~
~~And I still have brotherly love and respect for you!!~~

| From:<br><br>To: +13128413886 R....3886 | 1/16/2017 11:23:29 PM(UTC+0) | Outgoing | [Jane Doe #18] has tried on several occasions to talk to me about you and I've shut her off because I didn't want to get mixed up in childish drama...<br><br>[Employee #4] and [Jane Doe #18] told me how you'd say I was the devil and mean...<br>[Employee #4] said she knew better because you would say the same things about her and Shell to [a girlfriend]...but she would just play along with you...<br>She and [Jane Doe #18] said you think I gave one of the girls parents the addresses to the big house and guesthouse.... (I'd never do something like that)<br>[Employee #4] said you went off on Deborah and left me in Atlanta because you were told Deborah and I had been sitting around the hotel bar talking about you...( I've never talked about you to Deborah and she's never talked about you to me) Deborah is a true friend to you!! |

| From: <br><br> To: +13128413886 R....3886 | 1/16/2017 11:08:09 PM(UTC+0) | Outgoing | ~~When [Employee #4] told me I never said anything because I #1 didn't trust her to engage in conversation about it and #2 I didn't care!!!~~ <br> But I already knew because I was in the studio VIP section napping one day and as soon as you and Bug left the studio, [Jane Doe #18] woke me up crying saying you took her phone, saw pictures and messages to other guys and jumped on her. She showed me her face where she said you slapped her and she pulled down her pants showing me bruises on her butt saying you spanked her... <br> ~~She then said she wanted to leave you but was going to stay until you got her boobs done...~~ <br> ~~I told her she was wrong for staying for that reason and i told [Jane Doe #18] if she was going to stay with you I never wanted to know her business where you were concerned because I didn't want my name in any drama...~~ |