

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

August 5, 2021

**BY ECF and E-MAIL**

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:    United States v. Robert Kelly
           Criminal Docket No.: 19-286 (AMD)
           Requesting Order for CJA Funds for Transcripts

Dear Judge Donnelly:

      During the pre-trial conference on August 3, 2021, the defense made an application to the Court for the defendant to be provided with daily copies of the trial transcript pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006 A. I am writing to respectfully request that the Court "So Order" this letter to authorize the use of the above listed services for jury selection and trial testimony. As the defense set forth during the conference, Mr. Kelly is financially unable to obtain the transcripts and the transcripts are necessary for his defense. The Order is needed to facilitate the process of submitting the order for the transcripts through the Eastern District CJA office and the CJA electronic system ("eVoucher").

                                                Respectfully submitted,

                                                /s/

                                                Calvin H. Scholar

CHS/jb

cc:     All Counsel,   by ECF and E-MAIL