UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
United States of America

                        Plaintiffs,

   -v.-

Robert Sylvester Kelly

                        Defendants.
-------------------------------------------------------------X

ORDER OF SUSTENANCE

CR 19 286 (AMD)

**ORDERED** that the Marshal supply proper

( )   LODGING

(X)   SUSTENANCE

( )   TRANSPORTATION

to the (60) jurors empaneled in the above entitled case.

DATED: Brooklyn, New York
         **August 10, 2021**

( ) DURING TRIAL

( ) DELIBERATING

( ) SEQUESTERED

(X) LUNCH

( ) OTHER _____

                                    s/Ann M. Donnelly
                                    ANN M. DONNELLY
                                    UNITED STATES DISTRICT JUDGE