

```
225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923
```

August 17, 2021

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:   <u>United States v. Robert Kelly</u>
       Criminal Docket No.: 19-286 (AMD)
       Requesting an Order to Allow the
       Defense to Use a Printer in the Courtroom

Dear Judge Donnelly:

      The defense writes to respectfully request that the defense be allowed to use a printer in the Courtroom during the trial. The discovery and 3500 material in this case are voluminous. A printer is necessary for the defense to print specific pages of the material during direct and cross-examination. The printer will be kept in silent mode and the defense submits that a printer will not be a distraction to the orderly process of the trial. Further, the printer will allow the defense to quickly access the material so as not to delay the trial or questioning of a specific witness. The defense respectfully requests that the Court "So Order" this letter motion or issue an Order so that the defense may enter the Courthouse with the printer on August 18, 2021.

                                                      Respectfully submitted,

                                                      /s/

                                                     Calvin H. Scholar

CHS/jb

cc:    All Counsel,   by E-MAIL