UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,                    ORDER OF SUSTENANCE

        -against-                                            1:19-cr-00286- AMD

ROBERT SYLVESTER KELLY,

        Defendant.
------------------------------------------------------------X

       **It is hereby ORDERED** that the Marshal supply proper:

( )   LODGING

(X)   SUSTENANCE

( )   TRANSPORTATION

    to the (18) jurors in the above entitled case

( ) DURING SELECTION

( ) DELIBERATING

( ) SEQUESTERED

(X) LUNCH

( ) OTHER _____

DATED: Brooklyn, New York
          August 18, 2021

                                              s/Ann M. Donnelly
                                        _____
                                        ANN M. DONNELLY
                                        UNITED STATES DISTRICT JUDGE