UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UNITED STATES OF AMERICA,　　　　　　　　　ORDER OF SUSTENANCE

　　　　　-against-　　　　　　　　　　　　　　　1:19-cr-00286-AMD

ROBERT SYLVESTER KELLY,

　　　　　　　Defendant.

-----------------------------------------------------------------X

**It is hereby ORDERED** that the Marshal supply proper:

( ) LODGING

(X) SUSTENANCE

( ) TRANSPORTATION

to the (18) jurors in the above entitled case

( ) DURING SELECTION

( ) DELIBERATING

( ) SEQUESTERED

(X) LUNCH

( ) OTHER _____

DATED: Brooklyn, New York
　　　　　August 19, 2021

　　　　　　　　　　　　　　　　　　　　　　s/Ann M. Donnelly
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　ANN M. DONNELLY
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE