

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

August 30, 2021

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:   *United States v. Robert Kelly*
　　　Criminal Docket No.: 19-286 (AMD)

Dear Judge Donnelly:

　　　The defense writes to respectfully request that the Court Order that the Bureau of Prisons and U.S. Marshals provide Mr. Kelly with his legal mail and documents that were collected when he was moved from MCC Chicago to MDC Brooklyn. Mr. Kelly was moved to MDC Brooklyn over two months ago and his mail and legal documents from MCC Chicago have not been delivered. Accordingly, it is respectfully requested that the Court Order that the BOP and U.S. Marshals provide Mr. Kelly his legal mail and documents from MCC Chicago. The Court's time and consideration of this matter are greatly appreciated.

　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　　　　　　　　　Calvin H. Scholar

CHS/jb

cc:   All Counsel, by ECF