1985

1       UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF NEW YORK
2
    - - - - - - - - - - - - - X
3
UNITED STATES OF AMERICA,    :   19-CR-286(AMD)
4
            Plaintiff,        :
5                                 United States Courthouse
        -against-             :   Brooklyn, New York
6
ROBERT SYLVESTER KELLY,      :
7                                 August 31, 2021
            Defendant.        :   9:30 a.m.
8
    - - - - - - - - - - - - - X
9

10              TRANSCRIPT OF TRIAL
          BEFORE THE HONORABLE ANN M. DONNELLY
11       UNITED STATES DISTRICT JUDGE, and a jury.

12
APPEARANCES:
13

14  For the Government:        JACQUELYN M. KASULIS
                               Acting United States Attorney
15                             BY: ELIZABETH GEDDES
                                   NADIA SHIHATA
16                                 MARIA E. CRUZ MELENDEZ
                               Assistant United States Attorneys
17                             271 Cadman Plaza East
                               Brooklyn, New York
18

19  For the Defendant:         DEVEREAUX L. CANNICK, ESQ.
                               NICOLE BLANK BECKER, ESQ.
20                             THOMAS FARINELLA, ESQ.
                               CALVIN HAROLD SCHOLAR, ESQ.
21

22  Court Reporter:            Andronikh M. Barna
                               225 Cadman Plaza East
23                             Brooklyn, New York
                               (718) 613- 2178
24
Proceedings recorded by mechanical stenography, transcript
25  produced by computer-aided transcription.

Proceedings                              1986

1      (In open court; jury not present.)

2      (Parties present.)

3      THE CLERK:  All rise.

4      THE COURT:  Everybody can have a seat.

5      All right.  I know there are a couple of outstanding

6   motions in limine.  I keep telling you nothing makes me

7   happier than to get something out 10:00 at night with the

8   latest issue.  I am only kidding, obviously.  But I do not

9   think we need to address them at the moment, so we will do

10  that at a break because I would like to get the show on the

11  road.  Unless do you need -- I know you submitted something

12  with regard to an investigator.  Can that wait?

13     MR. SCHOLAR:  Yes, Judge.

14     THE COURT:  Okay.  Great.  All right.  So let's get

15  the witness.

16     MS. MELENDEZ:  And also, Your Honor, I think I

17  inflated the run time yesterday with respect to this witness.

18     THE COURT:  Excellent news.

19     MS. MELENDEZ:  So I think it will be about an hour,

20  maybe a little bit more.

21     THE COURT:  Okay.

22     MS. MELENDEZ:  But I am trying to scale it back.

23     (Pause.)

24     (Witness enters the courtroom. )

25     THE COURT:  All right.  I think we can get the jury.

Mayweather - Direct - Cruz Melendez          1987

1            Oh, you want to switch out the mike?  Yes.

2            And then we can get the jury whenever you are ready.

3            THE CLERK:  Okay, Judge.

4            THE COURT:  Thanks.

5            (Pause.)

6            THE CLERK:  All rise.

7            (Jury enters the courtroom.)

8            THE CLERK:  You may be seated.

9            THE COURT:  All right, jurors, good morning.

10           We are ready to continue with the direct examination

11   of the witness.

12           Go ahead, Ms. Cruz Melendez.

13           THE CLERK:  The witness is reminded she is still

14   under oath.

15           THE WITNESS:  Yes.

16   CONTINUING DIRECT EXAMINATION

17   BY MS. CRUZ MELENDEZ:

18   Q    Good morning, Ms. Mayweather.

19   A    Good morning.

20           THE COURT:  I think look there.  The only thing that

21   I am just going to remind you is just speak into the

22   microphone.  Okay?

23           THE WITNESS:  Yes.

24           THE COURT:  Well, try it now.  Just tap on it, see

25   if it works.

Andronikh M. Barna, Official Court Reporter, RPR, CRR

Mayweather - Direct - Cruz Melendez          1988

1          Oh, there we go.

2          THE WITNESS:  Yes.

3          THE COURT:  So much better.

4          Okay, go ahead.

5   Q    Ms. Mayweather, you began your testimony yesterday,

6   correct?

7   A    Yes.

8   Q    And prior to beginning your testimony, did you receive a

9   subpoena to testify here today?

10  A    Yes.

11  Q    Do you want to be here testifying?

12  A    No, not at all.

13  Q    Now, before we broke for the evening yesterday, you were

14  testifying about some discussions you had with the defendant

15  about Jane.  Do you recall testifying about that?

16  A    Yes.

17  Q    And you had testified about the fact that at some point

18  shortly after meeting Jane, you asked the defendant who she

19  was and why she was there.  Do you recall testifying about

20  that?

21  A    Yes, I do.

22  Q    Do you recall where you were when you asked the defendant

23  who Jane was and why she was with him?

24  A    Yes.  At that time, I remember we were on the Sprinter.

25  I do not remember exactly where we were, but it was somewhere

Mayweather - Direct - Cruz Melendez                1989

1  between D.C. and Baltimore.

2  Q    And that's in September 2015 that you testified about

3  yesterday, correct?

4  A    Yes.

5  Q    Why did you ask the defendant who Jane was and why she

6  was with him?

7           MR. CANNICK:  Objection.  Objection.

8           THE COURT:  Overruled.  Overruled.

9  Q    You can answer.

10 A    I was just curious as, you know, to who she was because,

11 you know, the introduction and just curious as to who she was

12 and why she was traveling with him.

13 Q    And why were you curious?

14 A    Um, young lady traveling with him.

15 Q    How did Jane appear to you when you met him during that

16 trip?

17 A    In terms of?

18 Q    Age.

19 A    She looked young.

20 Q    So I want to direct your attention to November 4th of

21 2015.  Do you recall where you were you on that date?

22 A    No.

23           MS. MELENDEZ:  I'm showing the witness what's marked

24 as Government Exhibit 248 for identification purposes.

25 Q    Does that refresh your recollection as to where you were

1   on November 4th, 2015?

2   A    Yes.

3   Q    Do you recall being in the studio with Jane and the

4   defendant on that date?

5   A    Yes.

6   Q    Can you explain to the jurors what you recall?

7   A    We were in Los Angeles for -- no, I'm sorry, Las Vegas

8   for the Soul Train Awards and he was in the studio working on

9   some music.

10  Q    When you say "he," who do you mean?

11  A    Sorry.  Rob.

12  Q    The defendant?

13  A    Yes.

14       He was in the studio working on some music and Jane

15  and myself, we were in a -- in a room, waiting area, and he

16  came in and he was talking with us.

17  Q    The defendant?

18  A    Yes.

19       And I can't really -- I know he wanted her to

20  practice, because he did have her practicing singing, and I

21  know he left out of the room and she did not practice.

22  Q    And what happened next?

23  A    So he came in and he asked her if she was practicing and

24  she said yes.

25  Q    And what happened next?

Mayweather - Direct - Cruz Melendez                1991

1  A    And I remember him leaving out again, coming back again

2  and asking her again.  She said yes.

3  Q    And can you explain to the jurors what happened after

4  that?

5  A    He was upset because he knew she was lying.  And she was.

6  She did lie.  And so he was upset by the fact of her lying and

7  he wanted to just talk to her alone.

8  Q    And at the time when the defendant had confronted Jane,

9  were you present?

10  A    Yes.

11  Q    And what was his demeanor?

12  A    He was just upset with her for lying.

13  Q    And what happened next?

14  A    So I could tell that he was upset, so I asked could I

15  leave to go to the restroom.

16  Q    Why did you ask to leave to go to the restroom?

17  A    I just wanted to give them their privacy because he was

18  going to have a conversation with her and I didn't want to be

19  present.

20  Q    So you didn't have to go to the restroom?

21  A    I had to go to the restroom, but at that time I wanted to

22  go to the restroom.

23  Q    And what, if anything, do you recall happening next?

24  A    They were in another room having a conversation.  I was

25  sitting out in the lobby area and I know that he was, you

Mayweather - Direct - Cruz Melendez                1992

1    know, getting onto her for lying.

2    Q    What do you mean by that?

3    A    He was fussing at her.

4    Q    If you could just explain to the jury what you mean by

5    "fussing at her."

6    A    You could say chastising her; he was.

7              THE COURT:  Was his voice loud?

8              THE WITNESS:  Not -- no, it wasn't that his voice

9    was elevated, but he was just chastising her for lying to him

10   and for not doing what he asked her to do.

11   Q    And what, if anything, do you recall happening next?

12   A    Then it sounded like he hit her like with an open hand.

13   It sounded like he did.

14   Q    So to you, you heard a sound that sounded as if he had

15   hit her?

16   A    Yes.

17   Q    And I you say "her," you mean Jane?

18   A    Yes.

19             MS. MELENDEZ:  Just one moment, Your Honor.

20             THE COURT:  Yes.

21   Q    Now, based on your friendship with the defendant as well

22   as your work with the defendant as an assistant, did you have

23   an opportunity to see and meet the defendant's girlfriends?

24   A    Yes.

25             MS. MELENDEZ:  I'm going to show the witness

Mayweather - Direct - Cruz Melendez                1993

```
 1  Government Exhibit 52(a), (b) and (c), which are currently in

 2  evidence.

 3          Your Honor, I'm going to actually show the witness

 4  Government Exhibit 52(b).

 5          THE COURT:  For identification or in evidence?

 6          MS. MELENDEZ:  Which is in evidence, Your Honor.

 7          THE COURT:  Okay.

 8  Q    Do you recognize that photograph?

 9  A    Yes.

10  Q    And without saying that individual's name, do you know

11  who that individual is?

12  A    Yes.

13  Q    And do you know that individual's full name?

14  A    Yes.

15  Q    Does that individual have a nickname?

16  A    Yes.

17  Q    What is that individual's nickname?

18  A    Juice.

19          MS. MELENDEZ:  I'm showing just the witness

20  Government Exhibit 52(c), which is in evidence.

21          THE COURT:  You want the witness and the jury?

22          MS. MELENDEZ:  Just the jury and the witness,

23  Your Honor.

24  Q    Is the name that you -- is that the same photograph that

25  I showed you just a moment ago?
```

Mayweather - Direct - Cruz Melendez          1994

1    A    Yes.

2    Q    And is that the name that you know this individual by?

3    A    Yes.

4              MS. MELENDEZ:  I'm showing the witness Government

5    Exhibit 69 and 69(a), which are in evidence.

6              So 69 can be published to everyone.

7    Q    Do you recognize the individual in that photograph?

8    A    Yes.

9    Q    And do you -- have you met that person?

10   A    Yes.

11   Q    And going back for just a moment with respect to -- just

12   a moment to 52(b).  Sorry, we're going...

13             This individual, have you met this person before?

14   A    Yes.

15   Q    And what, if any, relationship did this individual in

16   52(b) have to the defendant?

17   A    She was a live-in with him.  As far as girlfriend, I

18   didn't consider Juice to be a girlfriend.  I considered her to

19   be Rob's really good friend.

20   Q    Did you see the individual in 52(b) traveling with the

21   defendant?

22   A    Yes.

23   Q    And did you see the individual in 52(b), who you referred

24   to as Juice, in the defendant's studios?

25   A    Yes.

Mayweather - Direct - Cruz Melendez                1995

1  Q    Now going back to Government Exhibit 69, do you recognize

2  that individual?

3  A    Yes.

4  Q    Have you met that individual in person?

5  A    Yes.

6  Q    Do you know that individual's full name?

7  A    Yes.

8  Q    Without saying the individual's last name, what is this

9  individual's first name?

10  A    Dominique.

11         MS. MELENDEZ:  I'm showing just the witness and the

12  jury what's in evidence as Government's Exhibit 69(a).

13  Q    Is that the same photograph that I showed you in

14  Government Exhibit 69?

15  A    Yes.

16  Q    And is the name written below, the name that you know

17  Dominique as, the full name, first and last name?

18  A    Yes.

19  Q    And what, if any, relationship did Dominique have with

20  the defendant?

21  A    I would say girlfriend.

22         MS. MELENDEZ:  I'm now showing the witness, and the

23  public in fact, Government Exhibit 72, which is in evidence.

24  Q    Do you recognize the individual in Government Exhibit 72?

25  A    Yes.

Mayweather - Direct - Cruz Melendez          1996

1    Q    And have you met that individual before?

2    A    Yes.

3    Q    Do you know this individual's full name?

4    A    Yes.

5    Q    Does the individual in 702 have a nickname?

6    A    Yes.

7    Q    Do you know what that individual's nickname is?

8    A    Yes.

9    Q    And what's that nickname?

10   A    Vee.

11   Q    And having -- I am sorry, I may have asked you this

12   already.  Have you met the individual -- have you met Vee

13   before?

14   A    Yes.

15   Q    And what if any relationship did Vee have with the

16   defendant?

17   A    I would say girlfriend.

18              MS. MELENDEZ:  I'm showing just the witness what has

19   been marked as an exhibit for identification purposes as

20   Government's Exhibit 72(a).

21   Q    You testified with respect to 72 being an individual

22   whose nickname was Vee?

23   A    Yes.

24   Q    And I believe you testified that you knew that

25   individual's full name, correct?

Mayweather - Direct - Cruz Melendez          1997

1    A    Yes.

2          MS. MELENDEZ:  I'm showing the witness 72(a).

3    Q    Is that the same photograph that's in 72?

4    A    Yes.

5    Q    And listed below that photograph, is that the

6    individual's name that you know Vee by?

7    A    Yes.

8          MS. MELENDEZ:  Your Honor, the government offers

9    Exhibit 72(a) into evidence.

10         MR. CANNICK:  No objection.

11         THE COURT:  All right.  That is in evidence.

12         (Government Exhibit 72(a) was received in evidence.)

13         MS. MELENDEZ:  If we could just publish to the jury,

14   Your Honor.

15         THE COURT:  Yes.

16         MS. MELENDEZ:  I'm showing the witness what's in

17   evidence as Government Exhibit 76.

18         And this can be published to the public imagery as

19   well.

20   Q    Do you recognize the individual in Government Exhibit 76?

21   A    Yes.

22   Q    And do you know this individual's name?

23   A    Yes.

24   Q    What, if any, relationship did the individual in

25   Government Exhibit 76 have with the defendant?

Mayweather - Direct - Cruz Melendez          1998

1    A    I would say girlfriend.

2          MS. MELENDEZ:  And I'm showing the witness and the

3    public and the jury Government Exhibit 78.

4    Q    Do you recognize the individual in Government Exhibit 78?

5    A    Yes.

6    Q    And have you met this individual before?

7    A    Yes.

8    Q    And what, if any, relationship did this individual have

9    with the defendant?

10   A    I would say girlfriend.

11   Q    And do you know this individual's first name?

12   A    Yes.

13   Q    What's her first name?

14   A    Joycelyn.

15   Q    Now, based on your observations and your work for the

16   defendant, did the individuals whose photographs I just showed

17   you which included Juice, Vee, Dominique, the individual

18   listed in Government Exhibit 78, and the other photographs

19   that we just discussed, did you see these women travel with

20   the defendant?

21   A    Yes.

22   Q    And did you also see these women with the defendant at

23   his home?

24   A    Yes.

25   Q    And did you also see these women with the defendant at

Mayweather - Direct - Cruz Melendez            1999

1   his studios?

2   A      Studio, yes.

3           Let me just say in terms of home, I would consider

4   home to be the Trump Tower.  The only females that I knew to

5   be at the Trump was his fiancé or girlfriend; that was his

6   main girlfriend, was Summer.  And then later I knew that Jane

7   and Joycelyn.

8   Q      Visited the -- were with the defendant at his home?

9   A      Yes.

10  Q      At the Trump Tower, right?

11  A      Yes.  The others, no.

12  Q      They were with the defendant at his studio?

13  A      Yes.

14  Q      Now, during the course of your work and friendship with

15  the defendant, did you have an opportunity to observe the

16  defendant with his girlfriends?

17  A      Yes.

18  Q      And with Juice as well?

19  A      Yes.

20  Q      Based on your experience with the defendant and your work

21  with the defendant, did you have an opportunity to observe

22  Juice and his girlfriends even when the defendant wasn't

23  around?

24  A      Yes.

25  Q      And so based on your time spent with the defendant and

Mayweather - Direct - Cruz Melendez          2000

1   his girlfriends, what, if any, rules did the defendant have

2   with respect to his girlfriend?

3   A    I would say they were not at liberty -- if we were in the

4   studio or -- you know, they were not at liberty to move around

5   without asking him first.

6   Q    When you say "him," who do you mean?

7   A    I'm sorry.  Rob.

8   Q    The defendant?

9   A    Yes.

10  Q    Any other rules with respect to interaction -- with

11  respect to your observations of the defendant's girlfriends

12  and Juice?

13  A    Any time they wanted to go somewhere or do anything, they

14  had to ask him.

15  Q    And when you say "him," who do you mean?

16  A    Rob.

17  Q    What, if any, observations did you make with respect to

18  Juice or the defendant's girlfriends that you've discussed

19  interaction with other men?  What, if any, observation did you

20  make about that?

21  A    They did not interact with other men.

22  Q    And at whose direction was that?

23  A    Rob's.

24  Q    The defendant's?

25  A    Yes.

Mayweather - Direct - Cruz Melendez                2001

1    Q     How did Juice and the defendant's girlfriends refer to
2    the defendant?
3    A     As Daddy.
4    Q     What, if any, observations did you make with respect to
5    how Juice and his girlfriends and the defendant's girlfriends
6    dressed?
7    A     Warmup pants, t-shirts.
8    Q     And at whose direction did they dress that way?
9    A     Rob's.
10   Q     The defendant?
11   A     Yes.
12   Q     Now, you previously testified that one of the defendant's
13   rules with regard to Juice and his girlfriends was not
14   interacting with other men.  Do you recall testifying about
15   that?
16   A     Yes.
17   Q     And what do you mean by that?
18   A     They didn't talk to other men and they could not look at
19   other men.
20   Q     Did you ever go out in public with Juice and the other
21   women who you described as the defendant's girlfriends?
22   A     Yes.
23   Q     At what places would you go out in public with them?
24   A     We've been to the malls, nail shops, spas.
25   Q     Now, when you were working for the defendant, if you were

Mayweather - Direct - Cruz Melendez            2002

1  out in public with Juice and the defendant's girlfriends, what

2  did you understand your role to be if one of them needed to

3  interact with a man other than the defendant?

4  A    Well, if there was a man present and they needed to be in

5  the presence of that male, I interacted with the male.

6  Q    And how did you know that that was your role?

7  A    I just knew -- I knew because they could not and then I

8  knew because Juice would say something.

9  Q    And when you say you knew that they could not, is that

10  because of the rules you testified that were implemented by

11  Rob?

12  A    Yes.

13  Q    The defendant?

14  A    Yes.

15  Q    You also testified that as part of the defendant's rules,

16  his girlfriends and Juice needed his permission to go anywhere

17  or to do anything.  Do you recall testifying about that?

18  A    Yes.

19  Q    What types of things did the defendant's girlfriends seek

20  permission from the defendant before doing?

21  A    Moving freely, moving around the studio.

22  Q    And what about moving freely, as you say, to use your

23  word, when they were not in the studio?

24  A    They would have to get his permission because they did

25  not move unless they got his permission.

Mayweather - Direct - Cruz Melendez                2003

1   Q    And when you say "his," are you referring to the

2   defendant?

3   A    Yes.

4   Q    If, for example, one of the defendant's girlfriends or

5   Juice needed to go to the bathroom, what, if any, observations

6   did you make about that?

7           If they were in a location where there was no

8   bathroom and they needed to use the bathroom, what, if any,

9   observations did you make about what Juice or his girlfriends

10  had to do?

11  A    They would ask him.

12  Q    When you say "him," who do you mean?

13  A    Rob.

14  Q    And what if -- did you ever receive requests from the

15  defendant's girlfriends, if they couldn't reach Rob, to

16  request to go to the bathroom?

17  A    Not requesting to go to the bathroom, but requesting for

18  me to call him or text him to get with him because they

19  needed, you know, to do something.

20  Q    And when you say "him," do you mean the defendant?

21  A    Yes.  Rob.

22  Q    And when the defendant's girlfriend and Juice asked you

23  to get in touch with Rob to, say, for example, go to the

24  bathroom, did you, in fact, do that?

25  A    Yes.

Mayweather - Direct - Cruz Melendez                    2004

1    Q    And would the defendant respond to you about whether or

2    not they could or could not go to the bathroom?

3    A    He would respond to me either directly or he would just

4    respond to them.  He would either call them or get with them.

5    Q    What if, for example, one of the defendant's girlfriends

6    or Juice needed to get food, is that -- based on your

7    observations working for the defendant and interacting with

8    the defendant's girlfriends and Juice, what, if anything,

9    would they need to do before they could get food?

10   A    Well, if they were with him, they would ask him.  But if

11   they could not get in contact with him, they would text me to

12   tell me that they want to get food.

13   Q    Okay.  And if they got in contact with you, what, if

14   anything, would you do in response to them getting in contact

15   with you?

16   A    I would getting -- into -- can you repeat that, please?

17   Q    Sure.

18   A    Okay.

19   Q    You previously testified that if they had a request and

20   couldn't reach the defendant --

21   A    Right.

22   Q    -- that they would ask you to reach the defendant?

23   A    Right.

24   Q    Did you similarly do that with requests for, for example,

25   getting food?

Mayweather - Direct - Cruz Melendez          2005

1    A    Yes.

2    Q    So we've been talking about a number of rules that you

3    observed the defendant had with respect to the defendant's

4    girlfriends?

5    A    Yes.

6    Q    And Juice as well?

7    A    Yes.

8    Q    At some point, did you learn that Jane was also one of

9    the defendant's girlfriends?

10   A    Yes.

11   Q    And prior to your learning whether Jane was one of the

12   defendant's girlfriends, did you observe Jane also following

13   the same rules we've been discussing with respect to the

14   defendant's girlfriend?

15   A    Yes.

16   Q    Now, during your time being friends with the defendant

17   and also working for the defendant, did you ever go to the

18   defendant's studios?

19   A    Yes.

20   Q    Which studios did you go to?

21   A    Before working with him, I went to a studio -- I was

22   downtown, the chocolate factory.  And after working with him,

23   I guess it's still a chocolate factory, but it was the main

24   studio.

25   Q    Do you recall the address of the studio that you're

Mayweather - Direct - Cruz Melendez          2006

1   referring to as the chocolate factory?

2   A    The main studio once I worked for him was 219 North

3   Justine.

4   Q    I'm showing you what's in evidence as Government Exhibit

5   503(a).

6          Do you recognize 503(a)?

7   A    Yes.

8   Q    And what is that?

9   A    The studio on Justine, North Justine.

10         MS. MELENDEZ:  I'm showing just the witness what's

11  been marked for identification purposes as Government Exhibit

12  503(b).

13  Q    Do you recognize Government Exhibit 503(b) for

14  identification purposes?

15  A    Yes.

16  Q    And what is that?

17  A    That's the front door entrance to the studio.

18  Q    The studio at 219 Justine Street?

19  A    Justine, yes.

20         MS. MELENDEZ:  I'm showing just the witness

21  Government Exhibit 503(c).

22  Q    Do you recognize Government Exhibit 503(c)?

23  A    Looks like the side entrance to the studio.

24  Q    219 Justine Street?

25  A    219 Justine.

```
                  Mayweather - Direct - Cruz Melendez          2007
```

 1          MS. MELENDEZ:  Showing just the witness 503(d).

 2          THE WITNESS:  That's the back door to the studio at

 3   219 North Justine.

 4   Q    And finally, 503(e).  Do you recognize that?

 5   A    Yes.  That's the back door to 219 North Justine.

 6   Q    And 219 North Justine Street, where is that located?

 7   A    It's in Chicago.  I'm not really familiar with besides...

 8          MS. MELENDEZ:  Your Honor, at this time the

 9   Government Exhibit would like to offer Government Exhibits

10   503(b), (c), (d) and (e).

11          THE COURT:  Any objection?

12          MR. CANNICK:  No objection.

13          THE COURT:  All right.  Those are in evidence.

14          (Government Exhibits 503(b), (c), (d) and (e) were

15   received in evidence.)

16          MS. MELENDEZ:  And if I could just publish to the

17   jury and the public, please.

18   Q    So we started with Government Exhibit 503(a).  You said

19   that was the front of the studio at 219 North Justine Street,

20   correct?

21   A    Yes.

22   Q    And Government Exhibit 503(b), the front entrance to 219

23   Justine Street?

24   A    Yes.

25   Q    And 503(c) you testified about was a back/side view of

Mayweather - Direct - Cruz Melendez          2008

1   219 Justine Street?

2   A     Yes.

3   Q     And this is 503(d), the back door, correct?

4   A     Yes.

5   Q     Now, when you were at the defendant's studio at 219

6   Justine Street, were there times where the defendant's

7   girlfriends, Juice and Jane, were also present?

8   A     Yes.

9   Q     Did any of them stay at 219 Justine Street for long

10  periods of time?

11  A     We all did, yes.

12  Q     Were there time periods in which you slept over at 219

13  Justine Street?

14  A     Yes.

15  Q     And based on what you observed at 219 Justine Street,

16  were Juice and the defendant's girlfriends, including Jane,

17  free to move around the studio?

18  A     If they were in the open area between a sitting area and

19  the kitchen, yes.

20  Q     What if they were not in that area but were in a

21  particular room in the studio, 219 North Justine Street?

22  A     No.

23  Q     And so what, if any, protocol was in place based on the

24  defendant's rules if they wanted to leave a room?

25  A     They had to ask him.

                    Mayweather - Direct - Cruz Melendez          2009

1    Q    When you say "him," who do you mean?

2    A    Rob.

3    Q    And did you understand that also to be the protocol that

4    Jane needed to follow if she wanted to leave her room where

5    she was staying at 219 Justine Street?

6    A    Yes.

7    Q    Now, generally speaking, where did Jane stay in the

8    studio at 219 North Justine Street?

9    A    There was a room in the back, off from the kitchen area,

10   and she would spend most of her time there.

11   Q    And when you say in the back kitchen area, was that a

12   separate room?

13   A    Yes.

14        MS. MELENDEZ:  I'm showing just the witness what's

15   been marked for identification purposes as Government

16   Exhibit 236.

17   Q    Do you recognize what's in Government Exhibit 236?

18   A    Yes.

19   Q    And what is it?

20   A    It's the room.

21   Q    Is that the room where Jane stayed?

22   A    Yes.

23   Q    And did you provide that photograph to the government?

24   A    Yes.

25        MS. MELENDEZ:  Your Honor, the government moves to

Mayweather - Direct - Cruz Melendez          2010

1   admit Government Exhibit 236.

2              MR. CANNICK:  No objection.

3              THE COURT:  Okay.  That is in evidence.

4              You can publish.

5              (Government Exhibit 236 was received in evidence.)

6   Q    Now, were there -- based on your observations, were there

7   ever periods of time where Jane spent long periods of time in

8   this room?

9   A    Yes.

10  Q    How long might Jane stay for long periods of time in that

11  room in Government Exhibit 236?

12  A    It could be a day, because --

13  Q    Let me ask you --

14  A    -- I want to be clear --

15             MR. CANNICK:  Your Honor, I'm going to ask she be

16  allowed to finish her answer.

17             THE COURT:  Well, let's put another question to the

18  witness.

19  Q    Were there periods of time in which Jane stayed in that

20  room for more than a day?

21  A    I could think that it was more than a day, but I don't

22  know.

23  Q    Based on your observations, were there periods of time in

24  which you did not see Jane come out of that room in 219 North

25  Justine Street?

Mayweather - Direct - Cruz Melendez          2011

1  A    Yes.

2  Q    At whose direction was Jane staying in that room in 219

3  North Justine Street?

4           MR. CANNICK:  Objection.

5           THE COURT:  Overruled.

6           If you know.  Why did she stay in there?

7  A    If she had to stay in the room, it was at Rob's

8  direction.

9  Q    The defendant's?

10  A    Yes.

11          THE COURT:  Can we just assume whenever you are

12  talking about Rob, you are talking about the defendant?

13          THE WITNESS:  Yes.

14          THE COURT:  Okay.  Go ahead.

15  Q    Do you recall particular incidents in which the -- in

16  which Jane had to remain in that room at Rob's direction?

17  A    Yes.

18  Q    And what, if any, incident do you recall where Jane was

19  directed by the defendant to stay in that room?

20  A    Well, that was an incident where we were getting ready to

21  go out of state for a show.  And when we were getting ready to

22  leave, Rob told me that he was leaving her behind because she

23  was behind on her schoolwork.

24  Q    And when you say leaving her behind, what do you mean?

25  A    At the studio.

Mayweather - Direct - Cruz Melendez                2012

1    Q    And what, if anything, did Rob ask you to do with respect
2    to Jane staying behind at the studio?
3    A    He asked me to stay behind.  And once she was finished
4    with all of her school work, then he would fly us to the next
5    city.
6    Q    How long was Jane in the studio?
7    A    So we were probably there -- so the initial direction was
8    late night.  It was late night.  And so I know she was there
9    through that night and all day the next day.  And then the
10   next -- the following morning we left.
11              But I want to be clear.  She was back there in the
12   room, but I do know she moved around outside of that room.
13   Q    Do you recall other instances in which Jane was at that
14   room in 219 Justine Street --
15   A    Yes.
16   Q    -- for long periods of time?
17   A    Yes.
18   Q    I want to direct -- do you recall every instance in which
19   that occurred?
20   A    Well, whenever -- okay, so, again, there's --
21   Q    I just want to be clear so you're answering the question
22   that I asked you.
23   A    Okay.
24   Q    Do you recall every single instance when that happened?
25   A    No.

Mayweather - Direct - Cruz Melendez          2013

1  Q     It happened on multiple occasions though?

2        MR. CANNICK:  Objection.

3        THE COURT:  Overruled.

4  Q     Did it happen on multiple occasions?

5  A     That she was in the room, yes.

6  Q     At the defendant's direction?

7  A     Yes.

8  Q     Now, during the period that you were working for the

9  defendant, did you have a phone?

10 A     Yes.

11 Q     And did you send text messages on that phone?

12 A     Yes.

13 Q     And who, if anyone, did you often text with when you were

14 working for the defendant?

15 A     My sister Alesiette and Kash.

16 Q     And when you texted with Kash -- first and foremost, who

17 is Kash again?

18 A     Stylist.

19 Q     Rob's stylist?  The defendant's stylist?

20 A     Yes.

21 Q     And when you texted with your sister and with Kash, were

22 you texting about observations that you made?

23 A     Yes.

24 Q     And observations that you made during the time that you

25 were working with the defendant?

Mayweather - Direct - Cruz Melendez          2014

1   A    Yes.

2   Q    When you were texting with respect to observations that

3   you were making while you were working with the defendant,

4   were you accurate in those text messages?

5   A    I believe, yes.

6   Q    And were you texting based on your own personal

7   observations?

8   A    Yes.

9        MS. MELENDEZ:  Your Honor, the government would like

10  to show the witness Government Exhibit 240(b) for

11  identification purposes.

12       THE COURT:  Okay.

13  Q    Do you recognize Government Exhibit 240(b)?

14  A    Yes.

15  Q    And is this a text message between -- who is this a text

16  message between?

17  A    My sister.

18  Q    Do you recall the specific incident with respect to the

19  statements that you're making in Government Exhibit 240(b)?

20  A    Reading it, yes.

21  Q    And what, if anything, happened -- well, first and

22  foremost, what was the date that this incident occurred?

23  A    December 10th, 2015.

24  Q    And what, if anything, do you recall happening on that

25  date?

Mayweather - Direct - Cruz Melendez                2015

1  A    I don't recall what happened on that day.  I just -- just
2  from reading the text messages.
3  Q    Do you recall, though, sending these text messages to
4  your sister, Alesiette?
5  A    I do now, yes.
6  Q    And as we were talking about before, when you sent text
7  messages to your sister, were you trying to be accurate?
8  A    Yes.
9  Q    And was it based on your observations at the time?
10 A    Yes.
11 Q    And close in time to those observations?
12 A    Yes.
13       MS. MELENDEZ:  Your Honor, the government moves
14 Government Exhibit 240(b) into evidence as a recollection
15 recorded.
16       MR. CANNICK:  No objection.
17       THE COURT:  Okay.  That is in evidence.
18       (Government Exhibit 240(b) was received in
19 evidence.)
20       MS. MELENDEZ:  Before publishing, I would like to
21 show just the witness Government Exhibit 956.
22 Q    Do you see that there?
23 A    Yes.
24 Q    And what is that?
25 A    My cell phone.

Mayweather - Direct - Cruz Melendez          2016

1  Q     And is that the cell phone that you used to -- is that

2  the cell phone number that you used to communicate with your

3  sister?

4  A     Yes.

5           MS. MELENDEZ:  Your Honor, the government moves to

6  admit Government Exhibit 956.

7           MR. CANNICK:  No objection.

8           THE COURT:  Okay.  That is in evidence.  Is that

9  jury only?

10          MS. MELENDEZ:  That is for the jury only,

11  Your Honor.  Thank you.

12          (Government Exhibit 956 was received in evidence.)

13          Your Honor, permission to public Government Exhibit

14  240(b)?

15          THE COURT:  Okay.

16          MS. MELENDEZ:  And this is for the jury and the

17  public.

18  Q     So looking at Government Exhibit 240(b) where it says

19  "outgoing" here, is that -- who is texting in that first line?

20  A     I'm not sure because I'm -- I don't know how to read this

21  document.  "Outgoing" would be from me, right?

22  Q     Well, take a look.  Let's read through it.  Take a look

23  and then --

24  A     Okay.

25  Q     So the outgoing message says, "Where is she?  Where are

Mayweather - Direct - Cruz Melendez            2017

1    you?"  Incoming says, "She's in the back room.  I'm still in

2    the front."

3              During this incident, were you present with the

4    defendant and Jane?

5    A    Okay, so I just want to make sure I'm clear.  These text

6    messages came from my number, right?

7              Okay, so that would be outgoing, so yes.  Yes.

8              MS. MELENDEZ:  So just for a moment, if I could just

9    show just the witness.

10   Q    Do you see your phone number here?

11   A    Yes, yes.

12   Q    And outgoing messages from your sister, correct?

13   A    So outgoing, yes.

14   Q    And so incoming would be from you, correct?

15   A    Okay, yes.

16   Q    All right.  So starting with outgoing.

17   A    Okay.

18             MS. MELENDEZ:  And now if we could just publish to

19   everyone, Your Honor.

20             THE COURT:  Sure.

21   Q    Starting with outgoing, it says, "Where is she?  Where

22   are you?"

23   A    Yes.

24   Q    And then it says, incoming, "She's in the back room.  I'm

25   still in the front."  Do you see that there?

Mayweather - Direct - Cruz Melendez          2018

1   A    Yes.

2   Q    And then it says, outgoing, "So he's had her in there all

3   day?  Has she come out to use the restroom or eat?"

4           Outgoing again, "Where's R?  Where's Niece?"

5           Stopping here at this line, "Where's R?  Where's

6   Niece?"  What does "R" indicate in this text?

7   A    Rob.

8   Q    And "Niece"?

9   A    Jane.

10  Q    That's a reference to Jane?

11  A    Yes.

12  Q    And you previously testified that you referred to Jane as

13  Niece?

14  A    Yes.

15  Q    And then continuing to go, it says, incoming, "She came

16  out to go to the restroom and eat.  They are still in the room

17  next to the studio."

18           Outgoing:  "There is furniture in there now?"

19           Outgoing:  "Why is he holding her there?"

20           Incoming:  "I don't know."

21  A    Yes.

22  Q    Is it fair to say that based on your review of this text,

23  that this is an incident in which Jane was in that back room

24  in the studio for a period of time?

25  A    She was in the back room, yes.

Mayweather - Direct - Cruz Melendez          2019

1          MR. CANNICK:  I'm sorry, what was that exhibit

2    number?

3          MS. MELENDEZ:  240(b).

4    Q    Now, during the time you spent with the defendant either

5    as his friend or as his assistant, did you ever have occasion

6    to ride in the elevator with the defendant's girlfriends?

7    A    Yes.

8    Q    What, if anything, did you notice riding in the elevator

9    with them?

10   A    When he walked in the elevator, once the door closed they

11   faced the wall.

12   Q    Faced the wall of the elevator?

13   A    Of the elevator.  They just never turned around.

14   Q    And which of his girlfriends did you see doing this?

15   A    All of them.

16   Q    Including Jane?

17   A    Yes.

18   Q    During the time that you spent with the defendant, again

19   either as his friend or his assistant, did you ever have

20   occasion to watch the defendant play basketball?

21   A    Yes.

22   Q    And when you went to watch the defendant play basketball,

23   were any of his girlfriends present?

24   A    Yes.

25   Q    What, if anything, did you notice about his girlfriends

Mayweather - Direct - Cruz Melendez                 2020

1    at these basketball games?

2    A    Well, we all sat together.  Everyone sat together.  And

3    they would cheer for him.

4    Q    And when you say "him," who do you mean?

5    A    They would only cheer for Rob.

6    Q    You testified previously that the defendant's girlfriends

7    needed to get permission from him before going to the

8    bathroom.  Were you ever present for an occasion in which one

9    of defendant's girlfriends failed to get permission before

10   going to the bathroom?

11   A    Yes.

12   Q    And on these occasions, did you ever have conversations

13   with the defendant about incidents in which the defendant's

14   girlfriends failed to get his permission prior to going to the

15   bathroom?

16   A    Once.

17   Q    So I want to discuss the time in which -- well, let me

18   ask you this question.  Did that ever occur with respect to

19   his girlfriend Joycelyn?

20   A    Yes.

21   Q    So I want to discuss the incident with respect to

22   Joycelyn.

23   A    Okay.

24   Q    Do you recall where you were when Joycelyn didn't get the

25   defendant's permission to go to the bathroom?

Mayweather - Direct - Cruz Melendez          2021

1   A    City, no.  We were at a truck stop, but I don't recall
2   the city.
3   Q    And when you say you were at a truck stop, do you recall
4   why you were at the truck stop?
5   A    We made occasional stops for restroom breaks and food.
6   Q    Okay.  So were you traveling on the road?
7   A    Yes.
8   Q    And generally speaking, who were you traveling with?
9   A    Rob.
10  Q    And why were you traveling?
11  A    It had to be a show.
12  Q    And it's fair to say, based on your testimony, that
13  Joycelyn was present?
14  A    Yes.
15  Q    And so please explain to the jurors what happened.
16  A    She was riding in the Sprinter with me and we stopped to,
17  again, get food or restroom breaks.  And when I got out or
18  either when I returned, she asked me could she go to the
19  bathroom and I said yes.  And I took her to show her where the
20  restroom was.
21  Q    And what happened after you were done taking her to go to
22  the restroom?
23  A    He called me.
24  Q    Who is "he"?
25  A    Rob.

Mayweather - Direct - Cruz Melendez                2022

1   Q    And what, if anything, did he say?

2   A    He asked me why did I take her off the Sprinter.

3   Q    Why did you take Joy off the Sprinter?

4   A    Why did I take Joy off the Sprinter.

5   Q    And what, if anything, did you say in response?

6   A    I told him because she had to use the restroom.

7   Q    And what, if anything, did the defendant say in response?

8   A    He had told me not to take any of his guests off the

9   Sprinter without his permission or his knowledge.

10  Q    And when he said guest, who did you understand him to be

11  talking about?

12  A    Joy.

13  Q    What, if any, action did the defendant take with respect

14  to you on that date when he confronted you about letting Joy

15  off the bus, of the Sprinter?

16  A    I don't recall any actions that day.

17  Q    Did the defendant confront you on other occasions

18  regarding your failure to follow instructions as to rules that

19  he had with respect to his girlfriends?

20  A    Will you rephrase that question?

21  Q    Were there ever other times, in addition to the time you

22  just testified here today about, where the defendant

23  confronted you because he thought that you had broken -- you

24  had allowed one of his girlfriends to break one of his rules?

25            (Continuing on the next page.)

S. Mayweather - Direct - Cruz Melendez          2023

1    BY MS. CRUZ MELENDEZ:

2    A    Not break a rule, I would not say break a rule, but maybe

3    it was something that he want to do and I didn't do it, then

4    yes, there was a confrontation.

5    Q    Something that one of the defendant's girlfriends wanted

6    to do, correct?

7    A    Yes.

8    Q    That you let them do?

9    A    Or not.

10   Q    Or not, without getting the defendant's authorization?

11   A    Yes.

12   Q    I'm showing the witness Government 69.  This can be

13   published as well.

14         Who is this again in Government's Exhibit 69?

15   A    Dominique.

16   Q    At some point did the defendant confront you regarding

17   actions that you had taken relating to Dominique?

18   A    Yes.

19   Q    Where were you when the defendant confronted you about

20   Dominique?

21   A    At the studio.

22   Q    Prior to -- which studio is that?

23   A    219 North Justine.

24   Q    Prior to being in the studio with the defendant, where

25   were you?

S. Mayweather - Direct - Cruz Melendez          2024

1    A    At the hotel, at my hotel room.

2    Q    What, if anything, happened while you were at the hotel

3    room?

4    A    I called Rob to let him know that I would be leaving on a

5    flight the next morning because it was leading into my days

6    off.

7    Q    What, if anything, happened when you called the

8    defendant?

9    A    He didn't answer.

10   Q    What happened next?

11   A    So he called me back later.

12   Q    What happened when he called you?

13   A    So when he called me back, we talked about the fact that

14   I would be leaving.  And it's probably about one or two in the

15   morning.  And he told me that he needed me to, before leaving,

16   he needed me to get up and bring him a sweet potato pie.

17   Q    What, if anything, did do you in response to the

18   defendant's request?

19   A    I said okay.

20   Q    What did you do next?

21   A    So once I hung up from him.  I was trying to figure out,

22   it's one or two in the morning, where will I find a sweet

23   potato pie.

24   Q    What did do you?

25   A    I remembered Patty Labelle's sweet potato pies.  So I

S. Mayweather - Direct - Cruz Melendez          2025

1    Googled a 24-hour WalMart.  I called the WalMart.  I asked if

2    they had any Patty Labelle sweet potato pies in stock, they

3    did.  So I took an Uber to the WalMart.

4    Q    What did you do once you got to the WalMart?

5    A    I purchased all the Patty Labelle sweet potato pies.

6    Q    After you purchased the pies, what did you do?

7    A    I Ubered to the studio.

8    Q    What happened when you got to the studio?

9    A    When I got to the studio his uncle, George, let me in the

10   studio.  And I walked in.  And I said to him, you thought I

11   was going to fail your test.

12   Q    Who did you say this to?

13   A    Rob.

14   Q    What happened next?

15   A    He said, Damn, Twin.

16          Then I instructed him on how to warm the pies and he

17   told me to go put them in the refrigerator.

18   Q    What happened next?

19   A    So when I came out I told him that -- we just talked.

20   And then because I was going to leave to go back to the hotel

21   to prepare to leave for home.

22   Q    And what happened next?

23   A    So he wanted to talk to me regarding Dominique.  And he

24   asked me, did I purchase Dominique a cellphone.

25   Q    When the defendant asked you whether or not you purchased

S. Mayweather - Direct - Cruz Melendez          2026

1  Dominique a cellphone, what was his demeanor?

2  A    He was calm.

3  Q    What, if anything, did you say in response to when the

4  defendant asked you about buying Dominique a cellphone?

5  A    I told him, no, I did not.

6  Q    Had you in fact bought Dominique a phone?

7  A    No.

8  Q    Who bought Dominique a phone?

9  A    My sister.

10 Q    Why did your sister buy Dominique a phone?

11            MR. CANNICK:  Objection.

12            THE COURT:  Overruled.

13            Were you there when she purchased the phone?

14            THE WITNESS:  No.

15            THE COURT:  All right.  Sustained.

16 BY MS. CRUZ MELENDEZ:

17 Q    What, if anything, did you say in response to the

18 defendant's question about the fact that you had bought

19 Dominique a phone?

20 A    I did not buy Dominique a phone.

21 Q    What did you say to the defendant?

22 A    I said my sister did -- let me backtrack.

23            Because I said, no, I did not.  And he said that I

24 did.  And I did not.  And so he said Dominique said that Twin,

25 which could be either one of us, Twin bought me the phone.

S. Mayweather - Direct - Cruz Melendez          2027

1    Q     Now when the defendant was asking you about buying

2    Dominique a phone, what if any, impression did you have about

3    the defendant's questions about asking you about buying

4    Dominique a phone?

5                MR. CANNICK:  Objection.

6                THE COURT:  Sustained.

7    Q     When the defendant asked you whether you had bought

8    Dominique a phone, who was with you?

9    A     I was alone.  But George was in the room as well.

10   Q     Can you remind the jurors who George is?

11   A     Rob's uncle and an assistant as well.

12   Q     Does he have a nickname?

13   A     Yes.

14   Q     What is his nickname?

15   A     June Bug.

16   Q     So what happened after you said to the defendant that you

17   hadn't bought Dominique a phone?

18   A     Well, when he said that she said that I did, I told him I

19   was going to call my sister and ask her if she did.

20   Q     Did you call your sister?

21   A     I did.

22   Q     And while you were calling your sister, what, if

23   anything, did the defendant say to you about that?

24   A     He didn't want me to call her.

25   Q     What happened next?

S. Mayweather - Direct - Cruz Melendez          2028

1   A     I still called her.  And when she answered -- I don't

2   recall if I had it on speaker, I may have -- and I asked her,

3   I said, I'm here with Rob and he's accusing me of buying

4   Dominique a phone.  Did you buy Dominique a phone?  And she

5   said yes.

6   Q     What, if anything, happened next?

7   A     She said, yes, she bought Dominique a phone.  She said

8   she bought the phone because Dominique said she needed to call

9   her mother.

10  Q     And what, if anything, did the defendant say next?

11  A     To that point, nothing.

12  Q     Did you continue discussing anything with the defendant

13  at that time?

14  A     Yes.

15  Q     What, if anything, did you discuss?

16  A     He asked me had I been talking about him or discussing

17  him with Dominique.

18  Q     And did you -- when he asked you that question, did you

19  know what he was referring to?

20  A     I --

21  Q     In terms of the topic?

22  A     No, not the topic, no.

23  Q     So what, if anything, did the defendant say next?

24  A     He asked me when we left, when Dominique and I left New

25  Orleans did I take Dominique off the tour bus to get food.

S. Mayweather - Direct - Cruz Melendez          2029

1  Q     And when he asked you about that, did you know what he

2  was referring to?

3  A     Yes.

4  Q     So you testified about New Orleans with Dominique.  Do

5  you recall being in New Orleans with Dominique?

6  A     Yes.

7  Q     Why were you in New Orleans with Dominique?

8  A     It had to be for a show.

9  Q     When you were with Dominique, who else was there?

10 A     On the tour bus?

11 Q     Yes.

12 A     Myself and the driver.

13 Q     And who was the driver at the time?

14 A     Top Gun.

15 Q     What is Top Gun's real name?

16 A     Foster.

17 Q     Why were you with Top Gun and Dominique on the tour bus?

18 A     We were in New Orleans and I don't know why we were -- I

19 don't know what happened --

20 Q     Where were you going -- sorry to interrupt you, I want to

21 make my question a little more clear.  Where were you going

22 with Dominique on the tour bus?

23 A     To the airport.

24 Q     To go where?

25 A     Back to Chicago.

S. Mayweather - Direct - Cruz Melendez                    2030

1    Q    What happened while you were on the bus with Dominique?

2    A    She wanted to get something to eat.

3    Q    And what happened next?

4    A    So I asked the driver to stop for food.

5    Q    Did you stop?

6    A    Yes.

7    Q    And what happened after you stopped?

8    A    When we stopped to get food, she asked me could she get

9    off the bus.

10   Q    Did she get off the bus?

11   A    Yes.

12   Q    Prior to getting of the bus, based on your observations,

13   did she seek permission from the defendant?

14   A    No.

15   Q    Going back to the incident where you're at the studio

16   with the defendant and he was asking you about letting

17   Dominique off the bus.

18   A    Yes.

19   Q    How much time approximately passed between that incident

20   where you were in New Orleans with Dominique and when the

21   defendant was talking to you about letting Dominique off the

22   bus?

23   A    I really don't recall, maybe a couple of months.

24   Q    So going back to that conversation where the defendant

25   asked you whether or not you had let Dominique off of bus,

S. Mayweather - Direct - Cruz Melendez          2031

1    what did you say in response?

2    A    I lied, I said no.

3    Q    Why did you lie?

4    A    I lied because at that point I knew that she should not

5    have been off of bus.

6    Q    Why did you know that she should not have been off of

7    bus?

8    A    I know that they have to ask him if they can move around

9    or get off the bus.  So I knew that when he asked me did I let

10   her off the bus, that I had to say no.

11   Q    When you say "he" and "him" in those sentences, are you

12   referring to the defendant?

13   A    Yes.

14   Q    After you denied having let her off the bus, what, if

15   anything, did the defendant do?

16   A    Well, he questioned again.  Again, I denied it.

17            So he said, if I called Top Gun and I ask him he's

18   going to tell me you did not take her off the bus?  And I said

19   yes.

20   Q    What happened next?

21   A    He called Top Gun.

22   Q    And did Top Gun answer?

23   A    No.

24   Q    What, if anything, happened next during that

25   conversation?

S. Mayweather - Direct - Cruz Melendez        2032

1   A     So then he asked me again about having a discussion about

2   him or talking about him to Dominique.

3   Q     What did he say?

4   A     He asked me if I had talked about him, and I told him no.

5   Q     Now, had you previously been speaking with Dominique

6   about the defendant?

7   A     Yes.

8   Q     Who initiated that conversation?

9   A     She did, dominique did.

10  Q     Was Dominique present for any of the conversation where

11  the defendant was asking you questions about Dominique?

12  A     At this point she was not.  But then once I told him I

13  did not talk about him with Dominique, then he called Juice to

14  bring her down.

15  Q     Did Dominique come down?

16  A     Yes.

17  Q     What, if anything, did the defendant say about what he

18  believed you had been speaking to Dominique about?

19  A     I don't know if she told him, but he was saying that,

20  just talking about their relationship in general.  Talking

21  about the fact that she wanted to be a writer and how that was

22  going.  He thought we had a conversation about that.  And

23  about his children, a conversation about his children at a

24  show in Atlanta.  And just, you know, things that were taking

25  place in the relationship.

S. Mayweather - Direct - Cruz Melendez          2033

1   Q    Based on your experience, were these things Dominique was
2   supposed to be talking to you about?
3   A    No.
4   Q    Why was that?
5   A    Because I knew, and I know that they knew, that we just
6   didn't talk about Rob's relationships.
7   Q    Why not?
8   A    I guess he wanted that --
9             MR. CANNICK:  Objection.
10            THE COURT:  Do you know why?
11            THE WITNESS:  I do not know why, but --
12            THE COURT:  You don't, okay.  Next question.
13   BY MS. CRUZ MELENDEZ:
14   Q    Going back to that night when the defendant brought
15   Dominique downstairs and was asking you about these personal
16   questions.  Once Dominique was downstairs, what, if anything,
17   did you say in response to the defendant?
18   A    Well, I made it known that I was not the initiator of any
19   conversation regarding him and Dominique.
20   Q    What, if anything, did the defendant say?
21   A    He didn't believe me.
22   Q    What happened next?
23   A    I know that he did become angry.  He was very upset about
24   it.
25   Q    What happened next?

S. Mayweather - Direct - Cruz Melendez          2034

1   A    Okay, so this particular incident was the first time

2   ever -- I'm sorry.

3   Q    It's okay.

4   A    It was the first time that I had ever seen Rob really

5   upset.  I had never seen him this upset.  And when I say

6   upset, it wasn't the tone, it was the look in his eyes.

7   Because I knew that he was upset that Dominique and I had ever

8   had any type of conversation.  Or that I was even insinuating

9   that she had a conversation with me.  So I told him that I

10  initiated the conversation.

11  Q    Was that true?

12  A    No.

13  Q    Why did you tell him that it was you?

14  A    Because I feared for her in terms of what the

15  repercussions would be with us having a conversation, because

16  I had never seen him like that before.

17  Q    After the defendant raised the issue with respect to your

18  having personal conversations about his relationship with

19  Dominique to you; what, if anything, did the defendant say

20  next?

21  A    He just, he asked me to never have a conversation with

22  his girls regarding him.

23  Q    Did he address any other issues with you on that evening?

24  A    Yes.

25  Q    What, if anything, else did he address with you?

S. Mayweather - Direct - Cruz Melendez          2035

1   A    A text message.  He asked, did I send a text message

2   to --

3   Q    Without saying this individual's name, if you can refer

4   to her as just the relationship to another individual.

5           So who did he ask you whether or not you sent a text

6   to?

7   A    If I sent a text message to Juice's mother.

8   Q    Had you sent a text message to Juice's mother?

9   A    Not intentionally.

10  Q    What did you -- what had you texted to Juice's mother,

11  generally speaking?

12  A    I do not -- yeah, I don't recall what it was because the

13  text was not intended for her.  I sent it to her instead of

14  the person under her.

15  Q    What was it about?

16  A    About him.

17  Q    The defendant?

18  A    Yes.

19  Q    Generally speaking, the tone of the text?

20  A    It was something in media, social media something.

21  Q    About the defendant?

22  A    Yes.

23  Q    Something positive or negative?

24  A    It was negative.

25           MR. CANNICK:  Objection.

S. Mayweather - Direct - Cruz Melendez          2036

1          THE COURT:  Overruled.

2    Q    It was negative, did you say?

3    A    Yes.

4    Q    When the defendant raised this to you about the text to

5    Juice's mother, what, if anything, did you say?

6    A    I told him I did not send the message to her.

7    Q    Was that true?

8    A    No.

9    Q    What happened next?

10   A    So he tried to call Juice's mother.

11   Q    Juice's mother you tried to call?

12   A    Yes.

13   Q    Did she answer?

14   A    No.

15   Q    What, if anything, happened next?

16   A    He sent Dominique back upstairs.  And we just had a

17   conversation about not discussing him with his girlfriends or

18   his guests.

19   Q    You previously testified about the text that you had sent

20   to Juice's mother.  Do you know, what if any -- did the

21   defendant, based on your observations and experience, did he

22   know Juice's mother?

23   A    Yes.

24   Q    What, if any, relationship did they have?

25   A    I just, I think friends, really good friends.

S. Mayweather - Direct - Cruz Melendez          2037

1    Q    Once the defendant told you not to have discussions with
2    his girlfriends, what happened next?
3    A    He told me that he was going to have to fine me.
4    Q    What did he mean by fining you?
5    A    Dock pay.
6    Q    Had the defendant ever fined you before this time?
7    A    Yes.
8    Q    On approximately how many occasions did the defendant say
9    he was going to fine you?
10   A    I believe this was the third time.
11   Q    Do you recall any amounts that the defendant said he
12   might fine you or he would fine you?
13   A    This particular time, no, I don't recall the amount.
14   Q    On past occasions, do you recall the amounts that the
15   defendant said that he would fine you?
16   A    I believe $500.
17   Q    In addition to saying that the defendant would fine you;
18   what, if anything, else did the defendant say?
19   A    He wanted me to write a letter of apology.
20   Q    Did you write the letter?
21   A    Yes.
22   Q    Where did you write the letter?
23   A    Right there in front of him.
24   Q    Do you recall what you wrote?
25   A    Verbatim, no, but it was in regards to the incident.  So

S. Mayweather - Direct - Cruz Melendez          2038

1    I just simply wrote, I apologize for having a conversation

2    with your guest or Dominique.  And I would will never have a

3    conversation with any of your guest.

4    Q    Did you sign the letter?

5    A    Yes.

6    Q    What did you do with the letter after you signed it?

7    A    I left it right there with him.

8    Q    Did you ever have to write a letter, similar to the

9    letter that you had to write on the occasion that the

10   defendant asked you questions about Dominique, did you ever

11   have to write similar letters on other occasions?

12   A    I've had to write two other letters.

13   Q    When was the first time the defendant asked you to write

14   a letter of that type?

15   A    The first time -- I don't remember if the first time was

16   in regards to Jane.

17   Q    If you don't remember the exact order, let's talk to the

18   letter with respect to Jane.

19         Generally speaking, what were the circumstances

20   under which you wrote this letter regarding Jane?

21   A    If it was anything that Rob felt you did and he didn't

22   like and we had a disagreement about, then he would ask me to

23   write a letter.

24   Q    I want to direct your attention to May of 2015.

25   A    Okay.

S. Mayweather - Direct - Cruz Melendez          2039

1   Q    During that time period, were you with the defendant

2   traveling with the defendant?

3   A    May of 2015?

4   Q    May of 2015.

5   A    No.

6   Q    Do you recall being in Jacksonville in May of 2015?

7   A    I don't recall -- wait, I'm sorry.  May of 2015?  No.

8   May of 2016.

9   Q    Sorry, May of 2016, that's my fault.

10             May 2016, do you recall being in Jacksonville?

11  A    Yes.

12  Q    Why were you in Jacksonville?

13  A    He had a show.

14  Q    The defendant had a show?

15  A    Yes.

16  Q    Was Jane present?

17  A    Yes.

18  Q    What, if anything, did the defendant ask you to do with

19  respect to Jane?

20  A    To drive her to her graduation rehearsal.

21  Q    And did you drive her to the graduation rehearsal?

22  A    Yes.

23  Q    What graduation was that for?

24  A    High school.

25  Q    Where did you drive her to?

S. Mayweather - Direct - Cruz Melendez        2040

1   A    I think it was Orlando or just right outside of Orlando.

2   Q    Did Jane attend the graduation rehearsal?

3   A    Yes.

4   Q    After the graduation rehearsal, did you and Jane stay

5   overnight in Orlando?

6   A    No.

7   Q    Where did you go?

8   A    After the graduation rehearsal I took her to have dinner

9   with her parents and her family.

10  Q    And after that?

11  A    We drove back to Jacksonville.

12  Q    Did you speak to the defendant after you arrived back in

13  Jacksonville?

14  A    Yes.

15  Q    What, if anything, did he say to you?

16  A    He confronted me about her telling him that I would not

17  let her listen to his music.

18  Q    When you say his music you mean the defendant's music?

19  A    Yes.

20  Q    What, if anything, did the defendant say to you with

21  respect to that?

22  A    He just said that Jane told him that she asked me to

23  switch the station, and I told her no.  But I told her okay,

24  but wait.

25  Q    When you first starting testifying about this we were

S. Mayweather - Direct - Cruz Melendez          2041

1   talking about instances in which you were asked by the

2   defendant to write a letter of apology.

3   A     Yes.

4   Q     Did the defendant ask you to write a letter of apology in

5   this instance?

6   A     Yes.

7   Q     Did you in fact write that letter?

8   A     Yes.

9   Q     What did you write in the letter?

10  A     Centered around the incident, I apologized that I did not

11  change the station for Jane when she requested.

12  Q     Did you sign the letter?

13  A     Yes.

14  Q     What, if anything, did you do with the letter?

15  A     That letter, because it was done at the venue, I gave

16  that letter to one of the other employees to give to him.

17  Q     Who is that -- do you recall who the other employee was?

18  A     Yes.

19  Q     Who was it?

20  A     June Brown.

21  Q     When you say, "to give to him," you mean?

22  A     To Rob.

23  Q     Do you recall any other instances where you were asked to

24  write a letter at the defendant's direction?

25  A     Yes.

S. Mayweather - Direct - Cruz Melendez          2042

1    Q     What is the next instance that you recall?

2    A     We had a confrontation because I called him a liar.

3    Q     Where were you when this happened?

4    A     I do not recall the city, but it was at one of the venues

5    for the show, for his show.

6    Q     What led you to having right a letter?

7    A     One of the, I believe security guys, I was going into his

8    dressing him and there was food set up outside of the dressing

9    room area.  I believe it was one of the security guys that

10   asked me if I would pass them something, maybe a piece of

11   chicken.  And I did.  And someone went and told him, so he

12   confronted me.  And we had words.  And he said I lied.  And I

13   called him a liar.

14   Q     What happened next?

15   A     It was in front of Joycelyn.  So when I called him a liar

16   in front of Joycelyn, Joycelyn she said, hmm.  So he didn't

17   like that and he told me I was fired.

18   Q     What happened next?

19   A     I said, okay, okay, I quit.  And I left.

20   Q     Where did you go after you left?

21   A     I believe I went back to the hotel.

22              THE COURT:  When was this again?  What year, do you

23   remember?

24              THE WITNESS:  This had to be in 2016.

25              THE COURT:  Okay.

S. Mayweather - Direct - Cruz Melendez          2043

1   BY MS. CRUZ MELENDEZ:

2   Q    After you went to the hotel, where did you go?

3   A    I stayed at the hotel until after the show, then I rode

4   with the production team to the next city.

5   Q    Where did you go after that?

6   A    I do not recall the city, I just remember flying out of

7   that city.

8   Q    At that time, did you stop working with the defendant

9   after that?

10  A    Yes.

11  Q    For how long?

12  A    About a day or two.

13  Q    So when was the next time that you saw the defendant?

14  A    In Chicago.

15  Q    Where did you see the defendant?

16  A    At the studio.

17  Q    Which studio was this?

18  A    219 North Justine.

19  Q    Why did you go back to Chicago to be with the defendant?

20  A    His uncle George called me and just basically said Rob

21  and I needed to have a talk and reconcile.

22  Q    So what happened once you got to the studio?

23  A    He asked me to fly back to Chicago.  When I got to the

24  studio, I was sitting in the Sprinter.  So George said, let me

25  go in and tell him that you're here.  I said okay.  He went in

S. Mayweather - Direct - Cruz Melendez          2044

1    and came back and out and said Rob is going to want a letter

2    of apology.

3    Q     Did you in fact write a letter?

4    A     I said, okay.  And I wrote the letter.

5    Q     Did you sign the letter?

6    A     I did.

7    Q     What did you write in the letter?

8    A     I apologized for calling him a liar.

9    Q     What did you do with the letter once you finished writing

10   it?

11   A     I gave it to George.

12   Q     What, if anything, did George do with the letter once you

13   gave it to him?

14   A     I believe he gave it to Rob.

15   Q     What happened next?

16   A     I know he came back out with the letter.

17   Q     Who is he?

18   A     I'm sorry, George.

19   Q     What happened once he came back out with the letter?

20   A     He said that I didn't sign it, that wasn't my signature.

21   Q     What, if anything, did you do next?

22   A     I said that is my signature.  And I showed him my

23   driver's license.

24   Q     What happened after you showed George your driver's

25   license?

S. Mayweather - Direct - Cruz Melendez          2045

1   A    He said, oh, yeah, it sure is.  He took it back in.

2   Q    To where the defendant was?

3   A    Yes.

4   Q    I want to direct your attention to January 4, 2016.  Do

5   you recall attending a birthday gathering in January 2016?

6   A    Yes.

7   Q    Where was that gathering?

8   A    At the studio.

9   Q    Do you recall who was there?

10  A    Yes.

11  Q    Was the defendant present?

12  A    Yes.

13  Q    Who else was there?

14  A    His girlfriends, V, Dominique, Juice, Juice's mother,

15  Juice's family, and friends.

16  Q    So I want to turn your attention to the following morning

17  and afternoon after that gathering.  Were you still at 219

18  North Justine Street?

19  A    Yes.

20  Q    Was the defendant there as well?

21  A    Yes.

22  Q    Did the defendant say anything in the morning and

23  afternoon after that party?

24  A    Yes.

25          MR. CANNICK:  Objection.  Did he say anything?

1      THE COURT:  Overruled.

2  Q    What, if anything, did the defendant say?

3  A    Later that afternoon he and I left.

4  Q    Prior to your leaving, did you see the defendant?

5  A    Yes.

6  Q    This is before you leave 219 Justine Street, where, if

7  anywhere, did the defendant go?

8  A    He came through the studio and went upstairs.

9  Q    Prior to going upstairs what, if anything, did the

10  defendant say?

11  A    He had a conversation with Juice's mother.  I don't know

12  what he said.

13  Q    Did you say you don't know what he said?

14  A    Not at that time, no.

15  Q    You learned at a later time?

16  A    Yes.

17  Q    When the defendant went upstairs what happened next?

18  A    When he went upstairs I could hear females, his

19  girlfriends and it's like they were laughing.  To me it

20  sounded it could be laughing or screaming, bumping, thumping

21  the floor.

22  Q    At the time did you know what the thumping or the

23  screaming or laughing was?

24  A    I wasn't sure, no.

25  Q    After the thumping and the noises that you heard

S. Mayweather - Direct - Cruz Melendez          2047

1    upstairs, did anyone come downstairs?

2    A     Yes.

3    Q     At some point did the defendant come downstairs?

4    A     Yes.

5    Q     What happened once he came downstairs?

6    A     He and I left the studio.

7    Q     Where did you go?

8    A     We went to the Trump to pick up Summer.

9    Q     Who was Summer?

10   A     At the time his live-in girlfriend.

11   Q     How did you get to -- the Trump, you're referring to the

12   defendant's apartment?

13   A     Yes.

14   Q     How did you get to the Trump?

15   A     Sprinter.

16   Q     What, if any, conversations did you have with the

17   defendant on the way to his apartment at the Trump?

18   A     He told me that he had to get on the girls.

19   Q     What if anything did he say about that?

20   A     He said he had to get on the girls.  And I asked him why.

21   He said because of how they reacted at the party.

22   Q     What, if anything, else did the defendant say?

23   A     He told me he told Juice's mother not to come up the

24   stairs, Juice's mother.

25   Q     When you say -- you testified earlier that the defendant

S. Mayweather - Direct - Cruz Melendez          2048

1  went over to Juice's mother, and told her something but you

2  didn't hear it at the time?

3  A    No.

4  Q    Did he then later explain to you what he said to Juice's

5  mother?

6  A    Yes.

7  Q    And I believe you just testified that he said to Juice's

8  mother not to go upstairs, correct?

9  A    Yes.

10 Q    What, if anything, else did the defendant tell you about

11 what happened upstairs?

12 A    He told me that because of how they were acting at the

13 party, he actually had them to get on each other.

14 Q    What do you mean by that?

15 A    I think they were fighting.

16       MR. CANNICK:  Objection.

17       THE COURT:  Overruled.

18       When you say he had to get he told them to get on

19 each other, what do you mean by that?

20       THE WITNESS:  I believed fighting.

21       THE COURT:  Next question.

22 Q    At who's direction?

23 A    His direction.

24 Q    The defendant's?

25 A    Yes.

S. Mayweather - Direct - Cruz Melendez          2049

1   Q    And when you say that the defendant told you about

2   getting on them about the fact of what they were doing at the

3   party, what, if anything, did the defendant tell you was his

4   problem with what was happening at the party?

5   A    He didn't like an incident where they were twerking for

6   cake.  He didn't like --

7              THE COURT:  They were doing what?  I didn't hear.

8              THE WITNESS:  Twerking, which is dancing, for cake.

9   Q    What, if anything, else did the defendant say about

10  dancing with respect to others who were at the party?

11  A    He said that he told her that she can only invite

12  females.

13  Q    Who is her?

14  A    Juice.

15  Q    Had Juice only invited females?

16  A    Yes.

17  Q    What was the defendant's problem?  What did he say?

18             MR. CANNICK:  Objection.

19             THE COURT:  The objection is overruled.

20             I think she's just asking for the witness to

21  describe what the defendant said.

22             MS. CRUZ MELENDEZ:  That's correct.

23             THE COURT:  What did he say?

24             THE WITNESS:  Well, what I said was there were only

25  females.

S. Mayweather - Direct - Cruz Melendez          2050

1    Q    What, if anything, did the defendant say to you?

2    A    He said, no, there was a dude there.

3    Q    And based on your observation, was there -- when he said

4    a dude, was there a dude there?

5    A    No.

6    Q    Who was he referring to then?

7    A    Her cousin.

8    Q    Who's cousin?

9    A    Juice's cousin.

10   Q    What was the defendant's problem with respect to Juice's

11   cousin?

12        MR. CANNICK:   Objection, same objection.

13   Q    What did he say?   What did he say after that about

14   Juice's cousin?

15   A    That she leaned more to the masculine side.

16   Q    What did the defendant say about what had happened at the

17   party that caused him to be upset?

18   A    He didn't like the fact that Juice was sitting on,

19   dancing on her cousin's lap.   He didn't like the fact of how

20   Dominique or, Dominique was carrying on with Juice's cousin.

21   Q    I want to direct your attention to New Year's Eve of

22   2015, so December 31, 2015.   Do you recall where you were

23   December 31, 2015?

24   A    Yes.

25   Q    Where were you?

S. Mayweather - Direct - Cruz Melendez          2051

1   A    Detroit.

2   Q    Where were you in Detroit?

3   A    A show.

4   Q    Who's show?

5   A    Rob's.

6   Q    Was Jane present for this show?

7   A    Yes.

8   Q    I want to direct your attention to an incident in the

9   Sprinter with Jane.  Do you recall an incident happening with

10  Jane inside of the Sprinter?

11  A    Yes.

12  Q    What happened?

13  A    She was in the back, we were in the back of the Sprinter.

14  She was asleep, I assumed she was asleep.  And Van, which is

15  another employee, he called me and asked if I had a charger

16  cord.  I said yes.

17  Q    What did you do?

18  A    He asked me if I would pass it through to him, through

19  the partition.

20  Q    So we're clear, so we understand, you're in the Sprinter

21  at the time?

22  A    Yes.

23  Q    Where is Van?

24  A    Van is up front in the driver's seat.

25  Q    You mentioned a partition?

S. Mayweather - Direct - Cruz Melendez          2052

1    A    Yes.

2    Q    Where is the partition?

3    A    The partition was right behind me, which separates the

4    driver from the back of the Sprinter, the seating area in the

5    back of the Sprinter.

6    Q    So you and Jane were in the back of the Sprinter?

7    A    Yes.

8    Q    Did you open the partition?

9    A    I cracked it, yes.

10   Q    What happened after you cracked the partition?

11   A    I cracked the partition to hand him the charger cord, and

12   she jumped up, Jane jumped up.  And she asked me, did you just

13   open that partition?  I said, I cracked it.

14   Q    What was Jane's demeanor when she asked you if you had

15   opened up the partition?

16   A    She was upset about it.

17   Q    Why was she upset about it?

18   A    Because I cracked it and she said that I was not supposed

19   to.

20   Q    Based on your observations and your work with the

21   defendant, why was Jane not supposed -- why were you not

22   supposed to open that partition?

23               MR. CANNICK:  Objection.

24               THE COURT:  Overruled.

25   Q    You can answer.

S. Mayweather - Direct - Cruz Melendez          2053

1   A    She said that he didn't want -- I wasn't supposed to
2   because Rob wouldn't want me to open the partition.
3   Q    If you open the partition, from where Jane was, could you
4   see into where Van was sitting?
5   A    No.
6   Q    Van is in the front, right, of the Sprinter?
7   A    Yes.
8   Q    And I'm not asking whether or not it came down enough to
9   see Van, I'm just asking, if the partition came down would Van
10  be on the other side of the partition?
11  A    Yes.
12  Q    To be clear, is Van a man or a woman?
13  A    Man.
14  Q    Also, directing your attention to the trip in Detroit.
15  What, if anything, unusual did you learn with respect to Jane
16  during that trip?
17           MR. CANNICK:  Objection.
18           THE COURT:  Overruled.
19  A    Referring back to my text message, she said she hasn't
20  eaten.
21  Q    For how long?
22  A    I think about two days.
23  Q    At whose direction had she not eaten?
24  A    She didn't say whose direction she hadn't eaten.
25  Q    Where was Jane at the time?

S. Mayweather - Direct - Cruz Melendez          2054

1   A     On the Sprinter.

2   Q     How long had Jane been on the Sprinter?

3   A     Maybe, definitely on and off maybe a couple of days.

4              MS. CRUZ MELENDEZ:  If I could show the witness what

5   is marked for identification purposes as 240D.

6              THE COURT:  Okay.

7   Q     Do you see that there?

8   A     I see it, but I can't read it.

9              MR. CANNICK:  I'm going to object to this.

10             THE COURT:  It's not offered yet.

11             MR. CANNICK:  But --

12             THE COURT:  Let's let her ask the question then

13  we'll see what happens.

14             Let me see counsel at the side.

15             (Continued on the next page.)

16

17

18

19

20

21

22

23

24

25

```
                          Sidebar                         2055
```

1          (Sidebar conference.)

2          MR. CANNICK:  Continue my objection.

3          THE COURT:  Can I read it?

4          The text says:  Niece hasn't eaten since Thursday.

5     We sat at Red Robins for hours, he didn't feed her.  SMDH.  I

6     just gave her some chips, queso, cold queso.  Did you read

7     that article?  I believe every word.  And then that must be

8     the cousin -- the Twin right.

9          Then this witness wrote, has or has not.

10         MS. CRUZ MELENDEZ:  The question from her sister,

11    has or has not, correcting the earlier text.

12         THE COURT:  Right.

13         But this is the witness saying has or has not.

14    Right?

15         MS. CRUZ MELENDEZ:  This is her sister asking has or

16    has not.  Then she says has not.

17         THE COURT:  Your position is this whole thing is not

18    admissible.

19         Why are you objecting?

20         MR. CANNICK:  The witness never expressed that she's

21    having a problem with recollection.  She gave this witness in

22    the middle of her testimony -- the witness, she's been

23    testifying, responding to the questions that's being posed,

24    never indicated she has a faulty recollection.  So there is no

25    basis to show her this.

Sidebar                                            2056

1          THE COURT:  That objection is overruled.

2          What do you plan to ask her about?

3          MS. CRUZ MELENDEZ:  Whether or not based on her

4   observations if she knew why she hadn't eaten in three days.

5          THE COURT:  I think it's sufficient to say she

6   hadn't eaten.  I don't think you have to say why.

7              (End of sidebar conference.)

8              (Continued on the next page.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Mayweather - Direct - Cruz Melendez                2057

1              (In open court.)

2              THE COURT:  Next question.

3    BY MS. CRUZ MELENDEZ:

4    Q    Do you recall an incident in which one of the defendant's

5    girlfriends -- I'm showing Government's Exhibit 76.

6              THE COURT:  That can go to everybody, right?

7              MS. CRUZ MELENDEZ:  That's correct.

8    Q    Do you recall an incident in which the individual in

9    Government's Exhibit 76 spoke to you about her relationship

10   with the defendant?

11   A    Yes.

12   Q    Do you recall what happened -- let me ask you this.

13            Where were you when the conversation took place?

14   A    The conversation that you're referring to --

15   Q    With the individual in 76, I just want to know where you

16   were.

17   A    The studio.

18   Q    And what had you been doing just prior to the

19   conversation?

20   A    I was asleep.

21            (Continued on next page.)

22

23

24

25

1   DIRECT EXAMINATION

2   BY MS. CRUZ MELENDEZ: (Continuing.)

3   Q    And did the individual in Government's Exhibit 76 come

4   into the room?

5   A    Yes.

6   Q    And how did she look?  What was her demeanor?

7   A    She ran in crying.  I'm sorry --

8   Q    The individual in Government's Exhibit 76, how did she

9   look?

10   A    She was crying.

11   Q    And was she visibly upset?

12   A    Yes.

13   Q    What, if anything, did the individual in Government's

14   Exhibit 76 say to you?

15   A    Well, she woke me up crying saying:  Twin, twin, he hit

16   me.

17   Q    And who was she referring to?

18   A    And I jumped up and I ask her:  Who hit you?

19        She said:  Rob.  He hit me.

20   Q    And what, if anything, else -- did she -- did she talk to

21   you about where he hit her?

22   A    Yeah.  At the time that she was saying "Twin, Twin, he

23   hit me," she was turned with her back to me, and she pulled

24   her shorts down and said that he had spanked her.

25   Q    Did she talk to you about him having hit her anywhere

1    else?

2    A    She said he slapped her.

3    Q    And when she -- I'm sorry, you said she pulled down her

4    shorts?

5    A    Yes.

6    Q    And what was she showing you when she pulled down her

7    shorts?

8    A    That her -- that her butt was bruised.

9    Q    Did she say why the defendant had hit her?

10   A    She said that he took her phone, he went through her cell

11   phone, and that he hit her -- he spanked her and he slapped

12   her.

13             MS. GEDDES:  Nothing further from the Government.

14             THE COURT:  Okay.

15             Mr. Cannick, do you want to take the break now,

16   or --

17             MR. CANNICK:  It's up to you, Your Honor.

18             THE COURT:  It's ten minutes before the break.  I

19   don't know how much cross --

20             MR. CANNICK:  We can take the break now.

21             THE COURT:  I think what we'll do now is break for

22   our morning break for ten minutes or so.

23             Please don't talk about the case, and I will see you

24   after the break.

25             THE COURTROOM DEPUTY:  All rise.

*Proceedings*                                                          2060

1               (Jury exits.)

2               THE COURT:  All right.  The witness can step out.

3    We'll see you after the break.

4               (Witness steps down.)

5               THE COURT:  Anything before we break?

6               MR. CANNICK:  No, not from us, Your Honor.

7               MS. SHIHATA:  Your Honor, if we can address the

8    motion just because I think that witness is going to be coming

9    up shortly.

10              THE COURT:  Is it a sealed motion?

11              MS. SHIHATA:  Yes.

12              THE COURT:  So why don't we do it at the side.

13              (Sealed sidebar.)

14              (Continued on next page.)

15

16

17

18

19

20

21

22

23

24

25

Sealed Sidebar                                                    2061

1          (Sealed sidebar conference held on the record out of

2    the hearing of the jury.)







*Sealed Sidebar*                                                    2063





*Sealed Sidebar*                                                    2066

1     ███████████████████████████████

2     ███████████████████████████████

3     (Discussion held off the record.)

4     (Sealed sidebar ends.)

5     (Recess taken.)

6     (Continued on next page.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1           (In open court; jury not present.)

2           THE COURTROOM DEPUTY:  All rise.

3           THE COURT:  Everybody can sit down.

4           All right.  Let's get the witness.

5           (Witness takes the stand.)

6           THE COURT:  And let's get the jury.

7           THE COURTROOM DEPUTY:  All rise.

8           (Jury enters.)

9           THE COURTROOM DEPUTY:  You may be seated.

10          THE COURT:  All right.  We are ready to resume with

11   the cross-examination of the witness.

12          Go ahead.

13          MR. CANNICK:  Sure.

14          Thank you, Your Honor.

15          THE COURTROOM DEPUTY:  The witness is reminded she's

16   still under oath.

17          THE COURT:  Yes.

18   CROSS-EXAMINATION

19   BY MR. CANNICK:

20   Q    Good morning.

21   A    Good morning.

22   Q    You have to speak a little louder than that for us,

23   please.

24   A    Good morning.

25   Q    Thank you.

Mayweather - Cross - Cannick                    2068

1              Now, you testified and told us before we took the

2      break that there was an incident with you and one of

3      Mr. Kelly's friends at the truck stop, and Mr. Kelly became,

4      according to you, angry about your taking her off the -- off

5      the vehicle.

6              Do you remember telling us that?

7      A    Yes.

8      Q    Okay.  Who was that young lady?

9      A    Joycelyn.  Joycelyn.

10     Q    Okay.  Now, you were the assistant to the young ladies;

11     am I correct?

12     A    No.

13     Q    You were not the assistant?

14     A    To the young ladies?

15     Q    Yes.

16     A    No, not to the young ladies.  I was Mr. Kelly's

17     assistant.

18     Q    I thought you testified and told us earlier this morning

19     that your -- part of your responsibilities were to be the

20     assistant of Mr. Kelly and his -- and his girlfriends.

21             You didn't tell us that this morning?

22     A    I do not recall saying that I was the assistant to the

23     young ladies, no.  But if Mr. Kelly needed something done with

24     the young ladies, he would ask, and I would do it.

25     Q    And at this -- when you were at the truck stop, were you

1   on the Sprinter or the tour bus?

2   A    I was on the Sprinter.

3   Q    And who else was on the Sprinter?

4   A    I recall just me, and Joycelyn, and Van -- the driver.

5   Q    And it was not your role at that time to be the assistant

6   of Joycelyn?

7   A    No.

8   Q    Okay.  What were you supposed to be doing on the Sprinter

9   with Joycelyn?

10  A    I rode on the Sprinter; that's the vehicle I rode on.

11  Q    So you had no other responsibilities other than just

12  getting a ride on the Sprinter?

13  A    I -- yeah, I rode on the Sprinter while we were on tour.

14  I rarely rode on the tour bus.

15  Q    Right.

16  A    I rode on the Sprinter.  Joycelyn ended up on the

17  Sprinter with me and -- because she wasn't put on the tour

18  bus.

19  Q    Now, on the tour -- on the Sprinter, there was no

20  security; am I correct?

21  A    No.

22  Q    Now, when you would get -- were there times that

23  Mr. Kelly would ask you to get food for the young ladies?

24  A    Yes.

25  Q    And were there times that the young ladies would ask you

1   to get food for them?

2   A    Yes.

3   Q    Now, you would go and get the food and bring it back; am

4   I correct?

5   A    Yes.

6   Q    And this situation, you basically took Joycelyn off the

7   Sprinter with you.

8   A    Yes.

9   Q    And you went into a truck stop.

10  A    Yes.

11  Q    Now, in the truck stop -- this truck stop is where the

12  truckers would go and freshen up and get their food and

13  refreshments?

14  A    Well --

15            MS. CRUZ MELENDEZ:  Objection.

16            THE COURT:  Overruled.

17            You can answer.

18            Do you know what kind of place it was?

19            THE WITNESS:  Well, I say a truck stop, but it was

20  also a gas station --

21            MR. CANNICK:  Right.

22            THE WITNESS:  -- where there are restrooms and

23  food --

24            MR. CANNICK:  Right.

25            THE WITNESS:  -- vendors, yes.

*Mayweather - Cross - Cannick*                    2071

1   BY MR. CANNICK:

2   Q     Okay.  And when you would travel -- you said you would

3   often travel in the Sprinter -- the driver generally stopped

4   at truck stops?

5   A     We stopped at stops that were conducive to the tour bus.

6   Q     Okay.

7   A     Yes.

8   Q     Right.

9         And those -- generally, that would then be a truck

10  stop or a Walmart or something like that; am I correct?

11  A     It could be a Walmart, yes, because we've stopped at

12  Walmarts before.

13  Q     Now, you testified that there was -- after you had made

14  the stop that Mr. Kelly was upset.

15        Do you remember telling us that?

16  A     Yes.

17  Q     And what was that exchange between you and he again?

18  A     The exchange was -- when I came back on the Sprinter, he

19  called me and asked me -- he asked me, did I take her off the

20  Sprinter, and why did I take her off the Sprinter.

21  Q     Right.

22  A     Yes.

23  Q     Okay.

24  A     And not to take -- and I did, I told him why, and he told

25  me not to take the guest off the Sprinter without his

1   permission.

2   Q    Okay.  And he didn't give you his explanation as to why.

3   A    I do not recall.

4   Q    Okay.  Now, was that one of the occasions that you had to

5   write a letter?

6   A    No.

7   Q    And was that an occasion that -- where you were fined?

8   A    No.

9   Q    Now, so basically, he called you and told you not to do

10  it again and that was the end of it.

11  A    Yes.

12  Q    Okay.

13         Now, there was a situation where you told us that

14  you were fined $500.

15         What was that about?

16  A    That incident -- let me -- I believe -- let me think

17  which incident it was, because I honestly can't remember which

18  incident with regards to it.  So -- I had the incident with

19  Jane, I had the incident with Joycelyn, and the incident with

20  Dominique.  It was one of those -- I know -- it was probably

21  the incident with Jane.  I really honestly do not remember

22  which incident I was fined.

23  Q    So you just testified a short while ago, and you were

24  specific about the incident --

25         MS. CRUZ MELENDEZ:  Objection.

1                THE COURT:  Overruled.

2                You can just put the question to her.

3    BY MR. CANNICK:

4    Q    You testified about it a short while ago, and you were

5    specific about the incident.  As you sit here now, you don't

6    have a recollection?

7    A    Well, the incident that I was fined -- it could have been

8    the incident with Joycelyn because I was definitely fined for

9    the incident with Jane verbally, but I was not actually fined

10   because the accountant did not fine me.

11   Q    Now, you testified that after one of these incidents you

12   had to write a letter of apology.

13               Do you remember telling us about that?

14   A    Yes.

15   Q    What incident was that?

16   A    I wrote the letter with Dominique -- the Dominique

17   incident, and I wrote the letter with the Jane incident, and I

18   wrote the letter with -- when I called him a liar.

19   Q    And going back to the Dominique incident, basically, you

20   lied to Mr. Kelly; am I correct?

21   A    I did.

22   Q    Okay.  And -- and you write a letter to apologize that

23   you lied to him; am I correct?

24   A    Yes.

25   Q    Okay.  And there was a situation where you -- well, let

1    me go back.

2          When you wrote that letter of apology, he didn't

3    tell you what to write; am I correct?

4    A    No.  He never told me what to write.

5    Q    Never told you what to write?

6    A    No.  I wrote the letter around the incident, whatever the

7    incident was.

8    Q    Thank you.

9          And you testified about a situation where Mr. Kelly

10   asked you or told you to never have conversations about him

11   with his girlfriends.

12         Do you remember him telling you that?

13   A    Yes.

14   Q    Now, that was not your job, was it?

15   A    To have conversations about him?  No.

16   Q    And so after he told you to not have conversations about

17   him with his girlfriends, you said you saw or received

18   something that came from social media and you passed it on to

19   someone else; am I correct?

20   A    I saw something?  Yes, yes.

21   Q    And you sent it to someone; am I correct?

22   A    Yes.

23   Q    Who was it that you sent it to?

24   A    Juice's mother.

25   Q    That wasn't part of your job either, was it?

1    A    No.

2    Q    And he told you not to do that; am I correct?

3    A    Well, that incident was before he and I had that

4    conversation --

5    Q    Right.

6    A    -- and that text that was sent to Juice's mother was this

7    not intended for Juice's mother.  Her name was right above --

8    below or above the person, and they had the same name that I

9    intended to send the message to, so the message was actually

10   sent in error.

11   Q    So the -- so the bottom line is that you were passing

12   along gossip or something that you saw on social media about

13   Mr. Kelly and he didn't like it.

14   A    Correct.

15   Q    And he asked you not to do it.

16   A    Correct.

17   Q    Now, I want to go back to -- you testified and told us

18   about an occasion that you took Jane to her graduation.

19   A    Yes.  Rehearsal.  Graduation rehearsal.

20   Q    Did you tell us that you drove her?

21   A    I did.

22   Q    Now, isn't it a fact that you didn't drive her?

23   A    No.  I drove her.

24   Q    Isn't it a fact that Mr. Kelly asked you to drive her and

25   you told Mr. Kelly that you didn't have identification to rent

*Mayweather - Cross - Cannick*                                           2076

1   a vehicle and you basically were taken on the Sprinter?

2   A     So, yes, he did ask me about my identification because he

3   wanted me to rent a vehicle to take her, and I told him that I

4   did not have my identification with me.

5   Q     Right.

6   A     And so it was later resolved that we would take the

7   security van -- security truck, which was an SUV -- I think a

8   suburban -- so we took that to Jacksonville, so I drove her in

9   the security van to Jacksonville.

10  Q     You drove her in the security van.

11  A     Yes.

12  Q     And when you drove her in the security van, basically you

13  took her to her family; right?

14  A     I did.

15  Q     And she and her family had dinner?

16  A     They did.

17  Q     You had dinner with the family?

18  A     I did not.

19  Q     But you connected her with her family.

20  A     I did.

21  Q     And she had dinner.

22        How long did she stay with the family?

23  A     I would say maybe three or four hours.

24  Q     So from three or four hours, you weren't with them;

25  right?

*Mayweather - Cross - Cannick*                    2077

1   A    I was not.

2   Q    Okay.  And this was in 2016?

3   A    Correct.

4   Q    May 2016?

5   A    Correct.

6   Q    Okay.  And then there came a point in time that she

7   connected with you and went back on tour?

8   A    Yes.  She came back with me to Jacksonville for

9   Mr. Kelly's show that night.

10  Q    Now, by the way, when you first met Jane, she told you

11  that she was a college graduate -- I mean, a college freshman;

12  am I correct?

13  A    Correct.

14  Q    She said nothing about the fact that she was still in

15  high school.

16  A    No, she did not.

17  Q    And when was it that you met Jane?  Do you recall?

18  A    Yes.  September of 2015.

19  Q    And that's September of 2015 she told you -- September of

20  2015, she told you that she was a college freshman.

21  A    She did.  She told me she was 18 years old and a freshman

22  in college.

23  Q    Now, I want to go back to the incident that you spoke

24  about.  I think you testified and told us that you and

25  Mr. Kelly and Jane were in Las Vegas.

1    A    We were.

2    Q    And you testified and told us that you were sitting

3    around and that eventually Mr. Kelly asked Jane about her

4    practice.

5    A    Yes.

6    Q    And you testified that -- said that Jane told her that he

7    had -- she had, in fact, been practicing, but, in fact, that

8    was a lie.

9    A    Yes.

10   Q    And you testified that there was -- there were further

11   exchanges between them, and then you, then, excused yourself.

12   A    Yes.

13   Q    Now, this was a studio?

14   A    Yes.

15   Q    And he had been in that studio rehearsing for a while; am

16   I correct?

17   A    He was in the studio, I believe, like, playing tracks,

18   yes.

19   Q    And then where did you go when you excused yourself?

20   A    I went out of the room and I was escorted to the restroom

21   because I didn't know where the restroom was.

22   Q    So you went to a facility that you weren't familiar with,

23   and basically you were escorted by someone to the restroom

24   because you knew nothing about the building.

25   A    Correct.

1  Q    Okay.  Do you know who was it that escorted you?

2  A    I believe -- I believe it may have been Donnie that

3  directed me to the restroom.

4  Q    Okay.  Okay.

5            And now, so you went to the restroom and then

6  eventually came back out?

7  A    I did.

8  Q    Now, this studio, those rooms are pretty much soundproof;

9  aren't they not?

10 A    Yeah.  Inside the studio, yes.

11 Q    And then when you left Mr. Kelly and Jane, what room were

12 they in?

13 A    They were in -- this was like a lounging area.  It wasn't

14 like a recording room.  It was a lounging area.

15 Q    Right, right.

16           But even -- well, do you know whether or not that

17 room where they were left in had been soundproofed?

18 A    It wasn't soundproof.

19 Q    You know that for a fact?

20 A    I do.  I know that for a fact.

21 Q    Okay.  Now -- and you testified that there came a point

22 in time that you -- you heard Mr. Kelly fussing.

23 A    He was.

24 Q    And when you say "fussing," you're saying that you --

25 would it be fair to say you heard what was him complaining to

1   her about not practicing and not telling him the truth.

2   A    Yes.

3   Q    Okay.  And you heard that through the wall.

4   A    I could hear it through the door, yes.

5   Q    Through the door?

6   A    Yes.

7   Q    And who else was with you at that time?

8   A    No one.

9   Q    And then after that, you testified and said that you

10  heard what sounded to be like a hit?

11  A    Yes.

12  Q    Okay.  And -- but you didn't see a hit; am I correct?

13  A    I did not.

14  Q    In fact, you've never seen Mr. Kelly hit anyone.

15  A    I have not.

16  Q    Now, how long did you work with him?

17  A    From October 2015 until early February 2017.

18  Q    So, basically, you heard something -- to you -- that

19  sounded like a hit, and you assumed that it was a hit; am I

20  correct?

21  A    Yes.

22  Q    Now, you testified about a situation where you said that

23  you believe Mr. Kelly had the girls fighting each other.

24       Do you remember telling us about that?

25  A    Yes.

1    Q    Where were you when that was actually going on?

2    A    I was in the studio downstairs.  They were upstairs; I

3    was downstairs in the VIP section.

4    Q    Was the studio soundproofed?

5    A    No.

6    Q    And where were they?

7    A    They were upstairs right over my head.

8    Q    Right above your head.

9         And you said you heard this noise, and then you

10   assumed that -- or believed that they were fighting?

11   A    I was -- I wasn't sure if they were fighting or if they

12   were laughing and playing.  It was like laugh -- it sounded

13   like laughs, screams, thumping, and bumping.

14   Q    Okay.  And then you made an assumption that that was a

15   fight?

16   A    I didn't -- I don't believe I made an assumption.  I

17   believe once he and I had a conversation is when it was

18   confirmed.

19   Q    And what did he say to confirm that it was a fight?

20   A    He told me that he had the girls to get on each other

21   because of how they were acting at the party.

22   Q    To get on each other?

23   A    Yes.

24   Q    And "to get on each other," it means that there was a

25   fight -- a fist fight?

1   A    I -- I can't honestly remember verbatim what he said, but

2   that's what I got out of it.

3   Q    That's what you took from it.

4   A    Yes.

5   Q    Now, you testified that the reason why is because the

6   girls were twerking?

7   A    He didn't like how they were acting at the party.  One of

8   the -- one of the instances were, yes, when they were

9   twerking.

10  Q    And twerking is a vulgar dance.

11            MS. CRUZ MELENDEZ:  Objection.

12            THE COURT:  Twerking is a what?

13            MR. CANNICK:  A vulgar dance.

14            THE COURT:  Sustained.

15  BY MR. CANNICK:

16  Q    What kind of dance is twerking?

17  A    It's when they're shaking their butts, turn around

18  shaking their butts.  Yeah, that's the best description.

19  Q    You ever heard of dropping?

20            THE COURT:  Of what?

21            MR. CANNICK:  Dropping low.

22            That's all right.  I'll withdraw that.

23            THE COURT:  What did he say?

24            THE COURTROOM DEPUTY:  I think dropping love.

25            THE COURT:  Oh, I've heard of that.

1    BY MR. CANNICK:

2    Q    Now, I want to go back to your testimony -- I think you

3    testified yesterday -- you mentioned the name Janky yesterday.

4    A    What was the name, please?

5    Q    Janky.

6    A    Yes.

7    Q    Now, Janky worked for -- for Mr. Kelly?

8    A    Yes.

9    Q    And Janky and a friend of yours and you assisted

10   eventually started dating each other?

11   A    Yes.

12   Q    And your friend's name -- last name is McBride?

13   A    No.

14   Q    What's her last name?

15   A    Archer.

16   Q    Who?

17   A    Archer.

18   Q    Archer.

19        Was your friend with you one time at a party that

20   Mr. Kelly gave?

21   A    Yes.

22   Q    And they asked her for identification; am I correct?

23   A    When we did go to the party, we did have to show

24   identification, yes.

25   Q    Right.

*Mayweather - Cross - Cannick*                                    2084

1          You and your sister and her.

2    A    Yes.

3    Q    And they also had you sign a nondisclosure agreement;

4    correct?

5    A    I did not recall signing a nondisclosure agreement.

6    Q    Do you remember your friend signing a nondisclosure

7    agreement?

8    A    I honestly do not remember that.

9    Q    And do you remember an occasion where your friend was

10   taking pictures and got her camera taken away from her?

11   A    No.  My cousin.

12   Q    Your cousin, okay.

13   A    My cousin, which her last name is McBride.

14   Q    Okay.  So McBride is your cousin?

15   A    Yes.  And Archer was with us as well.

16   Q    Okay.

17   A    Yes.

18   Q    And McBride was at that same party?

19   A    Yes.

20   Q    Okay.  And she had to give her identification as well; am

21   I correct?

22   A    Yes.

23   Q    And she signed a nondisclosure agreement?

24   A    I do not recall any of us signing nondisclosure

25   agreement.

1  Q    Okay.  And McBride saw some celebrities and started

2  taking pictures?

3  A    No.

4  Q    No?

5  A    No.

6  Q    Who was she taking a picture of?

7  A    She was -- this is once we got off -- because we were

8  bussed over from a hotel --

9  Q    Right.

10 A    -- so once we got off the bus, as we were walking toward

11 the house, there was a big banner of the album cover on the

12 outside of the house.

13 Q    Right.

14 A    So she took out her phone and snapped a picture of the

15 banner.

16 Q    And security took her phone.

17 A    They didn't take her phone.  They approached her about

18 it, but they did not confiscate the phone.

19 Q    They didn't physically grab the phone?

20 A    No.  I don't recall them taking the phone, but I do

21 recall them questioning her whether or not she took a picture.

22 And I believe he questioned her to see her phone, but I don't

23 recall him physically taking the phone, but I do believe she

24 did allow him to see her phone.

25 Q    Okay.

1           Now, you testified and told us a short while ago

2    that when you went to the graduation, you said you and someone

3    else were in the SUV security vehicle?

4    A    Yes.

5    Q    Okay.  Isn't it a fact -- well, do you recall telling the

6    Government that you went by yourself?

7    A    No, I did not.

8           MR. CANNICK:  May I approach, Your Honor?

9           THE COURT:  Yes.

10   BY MR. CANNICK:

11   Q    I ask you to read this sentence where my thumb is to

12   yourself and see if that refreshes your recollection that you

13   told the Government that you went by yourself.

14          MS. CRUZ MELENDEZ:  Can you tell me what you're

15   showing her?

16   A    Yes.

17   Q    You've read it?

18   A    I did.

19   Q    Does that refresh your recollection that you told the

20   Government that you went by yourself?

21   A    Okay.  So that incident, that had nothing to do with the

22   graduation.

23   Q    There was another time you took Jane to her parents?

24   A    No.  So what I just read when I was on the Sprinter by

25   myself --

1   Q     Oh.  You were saying that this had nothing to do with

2   the --

3   A     No, no.

4   Q     -- graduation?

5   A     No, it did not.  It's -- I'm sorry.

6   Q     Let me please ask the question.

7         What did this have to do with?

8   A     Okay.  Same time frame, but that particular situation is

9   on -- I'm on the Sprinter by myself from Chicago to Florida.

10  Q     Oh, okay.

11        Okay.  Now, isn't it a fact, ma'am, that when you

12  met with the Government about this incident, you told them --

13  SM7 -- that you told the Government that they were on tour in

14  Ft. Lauderdale, Florida when Kelly told you to take Jane to

15  meet her parents and attend Jane's graduation rehearsal.

16  Kelly wanted you to rent a car to drive Jane to Orlando, but

17  you said you didn't have your identification and therefore

18  could not rent a car.  You traveled to Florida by -- you

19  traveled to Florida by yourself on the Sprinter because you

20  told Kelly that you had to take care of some business for him.

21  Kelly said okay -- oh, okay, and let you travel by yourself.

22  You explained that you lied to Kelly because you had your

23  identification and just didn't want to drive Jane anywhere.

24              MS. CRUZ MELENDEZ:  Objection as to form.

25              THE COURT:  Overruled.

1           I think you just wanted to point her to that last

2    part; am I right?

3           MR. CANNICK:  Yes.

4           THE COURT:  Next time, let's just do that.

5    A    So, I'm sorry, what is the question?

6    Q    The question is:  Isn't what I just read to you what you

7    actually told the Government when you met with them and

8    specifically you didn't want to -- you lied to Kelly because

9    you didn't want to drive Jane anywhere?

10   A    That is true.

11   Q    Okay.

12          Now, I want to show you a document and see if this

13   refreshes your recollection as to whether or not security made

14   your cousin McBride sign a nondisclosure agreement and -- and

15   wanted to take her phone.  The top highlighted portion in

16   pink.

17          MS. CRUZ MELENDEZ:  Mr. Cannick, can I see what

18   you're showing her?

19          MR. CANNICK:  Six of fifteen, if that helps.

20          MS. CRUZ MELENDEZ:  It does not.

21          MR. SCHOLAR:  SM7.

22   BY MR. CANNICK:

23   Q    Does that refresh your recollection that she had to sign

24   a nondisclosure agreement?

25   A    If I said that, then, yes, she would have, but I honestly

1   do not recall the NDA; and they did not take her phone.

2   Q    Yeah.

3   A    I saw that in there, yes.

4   Q    Now, they asked her about taking a picture and spoke to

5   her about whether or not she had.

6   A    Yes.

7   Q    Now, I was asking you about Janky -- Janky was an

8   employee of Mr. Kelly?

9   A    Yes.

10  Q    And he eventually passed?

11  A    Yes.

12  Q    And Mr. Kelly wrote a song dedicated to be played at his

13  funeral?

14  A    Yes.

15  Q    And eventually there was a memorial?

16  A    Before -- before the funeral, yes.

17  Q    And at that memorial, Mr. Kelly spoke and was extremely

18  emotional --

19            MS. CRUZ MELENDEZ:  Objection.

20            THE COURT:  I do not see the relevance in this at

21  all.

22            Sustained.

23            MR. CANNICK:  They raised it, Your Honor.

24            THE COURT:  They raised it?

25            MR. CANNICK:  Yes.

1         THE COURT:  I don't recall that at all.

2         The objection is sustained.

3    BY MR. CANNICK:

4    Q    Now, there came a point in time that your sister was

5    hired by Mr. Kelly as well?

6    A    Yes.

7    Q    And at the time that he hired her, she was primarily to

8    be a chaperone for Summer?

9    A    No, not a chaperone.  What she was to be his assistant,

10   and assist Summer if she needed to go -- at the time, Summer

11   was pregnant --

12   Q    Right.

13   A    -- and so he wanted, you know, her to be there if Summer

14   needed to go to a doctor's appointment, maybe go with her to

15   the doctor's appointment, or, you know, run errands for her if

16   Summer needed something.

17   Q    Right, to assist Summer; am I correct?

18   A    Yes.

19   Q    And Summer was his primary girlfriend?

20   A    Yes.

21   Q    And they --

22        THE COURTROOM DEPUTY:  Judge, one of the jurors has

23   their hand up.

24        THE JUROR:  Can I talk to Donna?

25        (Pause.)

1         THE COURT:  We're just going to take a five-minute

2    break.

3         Please don't talk about the case -- well,

4    truthfully, it will probably be more than five minutes, so

5    probably ten minutes.  Don't talk about the case.  We'll see

6    you in a few minutes.

7         THE COURTROOM DEPUTY:  All rise.

8         (Jury exits.)

9         THE COURT:  Okay.  Everybody can have a seat.  Let's

10   take the witness out.

11        (Witness steps down.)

12        THE COURT:  Mr. Cannick, what do you think?

13        MR. CANNICK:  Less than 30.

14        THE COURT:  Okay.  All right.

15        MR. CANNICK:  It could be less than 15.

16        THE COURT:  All right.

17        Okay.  So we'll be in recess just for a few minutes.

18        MR. CANNICK:  Definitely finish before lunch.

19        THE COURT:  That's good news.

20        (A recess in the proceedings was taken.)

21        (Continued on the following page.)

22

23

24

25

Mayweather - Cross - Cannick                    2092

1           (In open court; jury not present.)

2           (Parties present.)

3           (Witness enters the courtroom.)

4           THE CLERK:  All rise.

5           (Jury enters the courtroom.)

6           THE CLERK:  You may be seated.

7           THE COURT:  Okay, we are ready to continue.

8           Go ahead, Mr. Cannick.

9           MR. CANNICK:  Your Honor, may I have the last

10   question and answer read back?

11          THE COURT:  Sure.

12          Oh, different reporter.

13          MR. CANNICK:  Oh, different reporter.

14          THE COURT:  The last thing you asked was whether

15   Summer was the defendant's primary girlfriend.

16          MR. CANNICK:  Thank you.

17   CROSS-EXAMINATION

18   BY MR. CANNICK: (Continuing)

19   Q    So Summer was Mr. Kelly's primary girlfriend at that

20   point, am I correct?

21   A    Yes.

22   Q    And she was pregnant?

23   A    Yes.

24   Q    And Ms. Kelly wanted someone to be there --

25          THE COURT:  The jurors cannot hear you.  I think

Mayweather - Cross - Cannick                    2093

1    your microphone is off.

2              MR. CANNICK:  Oh, Jesus Christ.  Thank you.

3              May I have those read back?

4              (The record was read.)

5    Q    Okay.  And Mr. Kelly wanted someone to be with her to

6    assist her in going to medical appointments and take care of

7    other requests that she might have?

8    A    Yes.  Not necessarily in the house with her, but if she

9    needed something, yes.

10   Q    Right.  And that was partly your sister's responsibility?

11   A    It would have been, yes.

12   Q    Okay.  But what about yours?

13   A    He didn't say.  So he didn't say that it would be my

14   responsibility.

15   Q    Okay.  Now, Mr. Kelly hired assistants to pretty much --

16   to take care of the needs of his girlfriends, am I correct?

17   A    So as far as Summer, there were two young ladies that

18   were there to assist Summer.  And so with Mr. Kelly, he had,

19   you know, his own assistant.  But those two young ladies were

20   no longer there.

21   Q    But he did have assistants for his girlfriends?

22   A    Not the girlfriends, no.  The assistant -- and I will

23   refer to myself.  I was specifically hired for Mr. Kelly, not

24   his girlfriends.

25   Q    Not his girlfriends?

1    A    Yes.

2    Q    Okay.  And there were runners?

3    A    No, there were no runners.

4    Q    There were no runners?

5    A    No.

6    Q    And again, you worked for him between when?  What years?

7    A    2015 to 2017.

8    Q    And there were no runners?

9    A    In terms of title, no, there were no -- there were not

10   runners.  If there was an errand that needed to be, you know,

11   taken care of, that could have been any one of us.  But there

12   were not specifically runners, no.

13   Q    And are you aware that some of the girlfriends had Uber

14   accounts?

15   A    No.

16   Q    Are you aware that some of the girlfriends had also

17   transportation accounts?

18   A    No.

19   Q    Now, I want to go back to -- and the baby that was being

20   expected by Summer, that was Summer and Mr. Kelly's child,

21   right?

22   A    Yes.

23   Q    Now, going back to your being on the tour bus, describe

24   the tour bus for us.

25   A    So the tour bus has, or had, two long seats right across

Mayweather - Cross - Cannick                    2095

1    from one another.  And then --

2    Q    And where would those long seats be?  Would they be in

3    mid coach, back coach?

4    A    Front coach.  So when you walk in the tour bus, first

5    there was a driver and then there was a curtain.  So right

6    behind the curtain, front coach, two long couches that are

7    across from one another.

8    Q    Okay.

9    A    Okay?  And then there was a table at the end of one of

10   them.  And then there's -- I think there was like a -- maybe a

11   sink area.

12            And then mid coach there was a restroom.  There was

13   a restroom.  And then past the restroom were bunk beds.

14   Q    Okay.

15   A    Yes.

16            And then past the bunk beds was, like, the master

17   bedroom.

18   Q    Okay.  Were there any -- was there a refrigerator?

19   A    Yes.

20   Q    Microwave station?

21   A    Yes.

22   Q    And a table?

23   A    Yes.

24   Q    Now, this was a super luxury coach, am I correct?

25   A    Yes.

Mayweather - Cross - Cannick                2096

1   Q    Something around $2 million, right?

2   A    I don't know.

3   Q    But when you saw it, you knew that this was something

4   that was lavish and expensive, right?

5   A    Yes.

6   Q    Now, so when Mr. Kelly was on this bus, he had security

7   with him?

8   A    On the bus, no.

9   Q    He didn't have security on that bus?

10  A    Not on the bus, no.

11  Q    Okay.  The security would be traveling in another

12  vehicle?

13  A    Yes.

14  Q    Along with the security -- along with the coach?

15  A    Yes.

16  Q    Okay.  And when Mr. Kelly was in the bus and the bus

17  stopped, the security would stop?

18  A    Yes.

19  Q    And if Mr. Kelly exited the bus, the security would be

20  there to go along with him?

21  A    Yes.

22  Q    Okay.  And when you and the young lady were on the bus

23  when you stopped that Mr. Kelly inquired about, there was no

24  security anywhere, am I correct?

25           MS. MELENDEZ:  Objection as to form.

Mayweather - Cross - Cannick                2097

1              THE COURT:  Do you know?

2   A    Will you please rephrase, because I'm trying to make sure

3   you're talking about the correct incident.  We're speaking of

4   Joycelyn?

5   Q    Yes.

6   A    That incident?

7              You're asking me if there was security?

8   Q    Right.

9   A    Security was there, yes.

10  Q    Okay.  And that's at the truck stop?

11  A    That's at, yes, where we stopped.  Security is there.

12  Q    Was security there that night?

13  A    Yes.

14             We were over the road for a show, traveling over the

15  road for a show.  So the way we traveled, the tour bus is

16  always in the front, the Sprinter is in the middle, and

17  security is behind the Sprinter in terms of traveling.  Yes.

18  Q    So it wasn't just the two of you in that bus?

19  A    When you say the two -- on the Sprinter?

20  Q    Yes.

21             Wherever you were and you took her off the bus, was

22  it just the two of you?

23  A    Yes.  The two of us together, yes.  When I took her

24  inside of the store, it was just she and I, yes.

25  Q    And is it your testimony that Mr. Kelly was someplace

Andronikh M. Barna, Official Court Reporter, RPR, CRR

Mayweather - Cross - Cannick                    2098

1   nearby with his security?

2   A    Mr. Kelly was on the tour bus.

3   Q    Right.

4   A    Yes.

5   Q    And was the tour bus stopped at that location as well?

6   A    Yes.

7   Q    And security was there with Mr. Kelly?

8   A    Security, they were in their vehicles or either they were

9   out of their vehicles.  I don't recall what the security guys

10  were doing, but they were not with Mr. Kelly because Mr. Kelly

11  was on the tour bus.  Mr. Kelly did not get off the tour bus.

12  Q    But you and this young lady got off the Sprinter?

13  A    We got off the Sprinter, yes.

14  Q    And you went into the facility?

15  A    Yes.

16  Q    And then you got a call at some point about Mr. Kelly

17  trying to find out why?

18  A    I got a call from Mr. Kelly asking why did I take his

19  guest off the Sprinter, yes.

20        THE COURT:  When was that?  When did you get the

21  call?

22        THE WITNESS:  I think once we got back on the

23  Sprinter.

24        THE COURT:  Okay.

25        THE WITNESS:  Yes.

Andronikh M. Barna, Official Court Reporter, RPR, CRR

Mayweather - Cross - Cannick                    2099

1   Q    And then you gave an explanation?

2   A    I did.

3   Q    What was your explanation?

4   A    That she needed to use the restroom.

5   Q    And then he said don't take any of his guests off the bus

6   without him actually knowing about it, right?

7   A    Yes, do not remove his guests from the Sprinter without

8   asking him first, yes, without him knowing.

9   Q    And you said that at that point you didn't know where his

10  security was, am I correct?

11  A    Not the security, no.

12  Q    And so you don't know if his security was any place to be

13  there to assist if it was needed, am I correct?

14  A    To assist me and Joycelyn?

15  Q    To assist anyone that was part of the tour.

16  A    They were there -- I don't know where they were.  I don't

17  recall where they were parked, I don't recall if they got out

18  of the security truck.  But no, they were not there.  I don't

19  recall.  I don't know where the guys were.

20  Q    So basically, you don't know if Mr. Kelly was basically

21  forming his opinion in contacting you because his security was

22  not there for you nor Joycelyn?

23            MS. MELENDEZ:  Objection.

24            THE COURT:  Sustained.

25  Q    You just testified and told us you don't know where the

Andronikh M. Barna, Official Court Reporter, RPR, CRR

Mayweather - Cross - Cannick                2100

1   security was, am I correct?

2   A    No, I do not recall where they were.

3   Q    And you don't know why Mr. Kelly contacted you, other

4   than to tell you not to take his guests off the bus without

5   contacting him first?

6               MS. MELENDEZ:  Objection.

7               THE COURT:  Do you know what his reasons were?

8               THE WITNESS:  No.  I just know he didn't want his

9   guests off of the Sprinter.  I didn't read into anything after

10  that.

11  Q    Now, you testified and told us about a time where Jane

12  was left -- you and Jane were left behind because Jane had not

13  completed some schoolwork.  Remember telling us that?

14  A    Yes.

15  Q    Now, the room that she was left in was called the theatre

16  room, am I correct?

17  A    I didn't know the name for the room, but I would sit back

18  there and watch movies, yeah.  He had a couch, some chairs and

19  a big screen TV, yes.

20  Q    And the room basically had a kitchenette and a bathroom,

21  am I correct?

22  A    Did the room have a kitchenette?

23  Q    Yes.

24  A    No, the room did not have a kitchenette.  The studio had

25  a full kitchen that was off from the room that was attached to

Mayweather - Cross - Cannick                    2101

1    another sitting room, but the room itself, no.

2    Q    Isn't it a fact that you told the government that the

3    room was like a theatre room and it had a kitchen and a

4    bathroom?

5    A    The room was -- well, it's like, I mean, there was a big

6    screen TV and there was a sitting area where we would watch

7    movies, because I've been in there myself to watch movies.

8    But the kitchen was off from the room and the bathroom was

9    next to the kitchen.

10   Q    My question is --

11   A    So it was in the same vicinity, yes.

12   Q    My question is, isn't it a fact that you told the

13   government that Jane would be in her room, which was like a

14   theatre room, and it had a kitchen and bathroom?

15   A    I do not recall wording it like that, but I will say that

16   that room sat off from the kitchen as well as the bathroom.

17   Q    I am going to show you this document and see if it

18   refreshes your recollection that you told the government that

19   the room was like a theatre room and it had a kitchen and

20   bathroom.

21   A    What I will say, and I will continue to say, that room

22   did not have -- inside of that room was not a kitchen and

23   there was not a bathroom.  Right outside of that room was a

24   full-size kitchen and a bathroom.

25   Q    You read the document that I showed you?

Andronikh M. Barna, Official Court Reporter, RPR, CRR

Mayweather - Cross - Cannick                    2102

1   A    I read the document.  I don't know if there was a typo or

2   an error, but that is not how I remember describing the room.

3   Q    But you were the only person who was in the room giving

4   the government this information at that time that you

5   interviewed with them, am I correct?

6   A    Yes.

7   Q    And you did see that in the report, am I correct?

8   A    Yes.

9   Q    Now, you testified about the situation, you said,

10  concerning...

11          I'm showing you what has been marked or admitted

12  into evidence as Government 76.

13          Do you remember telling us that you -- one night you

14  were awakened by this individual and the person came and

15  complained that Mr. Kelly had hit her?

16  A    Yes.

17  Q    This is something you didn't witness for yourself, am I

18  right?

19  A    No, I did not.

20  Q    This was something that was told to you by someone?

21  A    Yes.

22  Q    Do you remember when it was, year or date, that this was

23  told to you?

24  A    It was in 2016.  I do not remember the date, but it was

25  in 2016.

1    Q    Do you recall whether or not -- well, withdrawn.

2         Do you -- this person was Mr. Kelly's primary

3    girlfriend at that time, am I correct?

4    A    I would not say she was his primary girlfriend, no.

5    Q    And that's -- according to you, this was in 2016?

6    A    It was in 2016, yes.

7    Q    And this person, did this person live in the home with

8    Mr. Kelly?

9    A    At the time, she would come and go.

10   Q    Yes, she would come and go?

11   A    Yes.

12   Q    And coming and going, she also had an apartment in

13   Atlanta, am I correct?

14   A    At that time, no.

15   Q    No, at any point in time.

16   A    Yes.  At some point, yes.

17   Q    And that apartment was given to her by -- well, at least

18   being paid for by Mr. Kelly, am I correct?

19   A    Yes.

20   Q    And she would come and go as she pleased, am I correct?

21        MS. MELENDEZ:  Objection.

22   A    Yes.

23        THE COURT:  I'm sorry.  The question was she comes

24   and goes as she pleases?

25        MR. CANNICK:  Yes.

1          THE COURT:  Is that true?

2          THE WITNESS:  Well, I know she would come and go,

3    yes.

4    Q    Okay.  Now, were you with Mr. Kelly during the Christmas

5    holiday?

6    A    Yes.

7    Q    Did he celebrate?

8    A    Yes.

9    Q    Was there a Christmas tree?

10   A    Yes.  There was two Christmas trees year round.

11   Q    Two Christmas trees, year round.

12         THE COURT:  Year round?

13   Q    Year round.

14         And they were decorated year round?

15   A    Yes.

16   Q    And were you with him on any other holiday, other than

17   Christmas?

18   A    Thanksgiving.

19   Q    Did you celebrate Thanksgiving?

20   A    Yes.

21   Q    Turkey?

22   A    Yes.

23   Q    And what about Easter?

24   A    Yes, I was -- yeah, during the time that I was there,

25   yes, there were holidays.  I don't recall really celebrating

Mayweather - Redirect - Cruz Melendez            2105

1    Easter, but I do recall Christmas and Thanksgiving, yes.

2    Q    New Year's?

3    A    Yes.

4              MR. CANNICK:  I'm almost there, Your Honor.

5              THE COURT:  Okay.

6              MR. CANNICK:  I'm done, Your Honor.  Thank you.

7              THE COURT:  Okay.  Any redirect?

8              MS. MELENDEZ:  Just briefly.

9              THE COURT:  Okay.

10   REDIRECT EXAMINATION

11   BY MS. CRUZ MELENDEZ:

12   Q    Ms. Mayweather, do you recall on cross-examination the

13   defense counsel's questions regarding the conversation that

14   the defendant had with you about your talking to Dominique?

15   A    Yes.

16   Q    Do you remember defense counsel asking you about that?

17   A    Yes.

18   Q    Now, you had testified that on that occasion, the

19   defendant became upset about you talking with Dominique about

20   their relationship, correct?

21   A    Yes.

22   Q    And you also testified that you lied to protect

23   Dominique, given the defendant's reaction, correct?

24   A    I did, yes.

25   Q    And that after that, the defendant then asked you to

Mayweather - Redirect - Cruz Melendez          2106

1   write a letter that night, correct?

2   A    Yes.

3   Q    Now, did you tell the defendant on that night that you

4   had lied and taken the blame for Dominique?

5   A    No.

6   Q    So he didn't know you lied, correct?

7   A    No.

8   Q    So when you wrote that letter, is it fair to say that you

9   were writing the letter to apologize for talking with

10  Dominique about her relationship with the defendant?

11  A    Yes.

12  Q    Defense counsel also asked you questions on

13  cross-examination about originally when you learned about

14  Jane's age and her being 18 and in college.  Do you remember

15  that?

16  A    Yes.

17  Q    Now, at some point did you learn Jane's true age?

18  A    Yes.

19  Q    And isn't it true that the defendant told you that she

20  was 17?

21  A    Yes.

22  Q    And I believe you testified that that occurred shortly

23  after that cross-country trip in September and October of

24  2015, correct?

25  A    Yes.

1   Q     Defense counsel also asked you some questions about the
2   birthday gathering at the studio with respect to Juice.  Do
3   you recall that?
4   A     Yes.
5   Q     And defense counsel also asked you about the defendant
6   telling you that he was upset that the -- that Juice and
7   Dominique and some of the other girls were dancing.  Do you
8   remember that?
9   A     Yes.
10  Q     Didn't the defendant also tell you that he was upset that
11  they were dancing with Juice's cousin because Juice's cousin
12  was like a dude?
13  A     Yes.
14  Q     Defense counsel also asked you on cross-examination some
15  questions about the make-up of the tour bus and the Sprinter.
16  Do you recall those?
17  A     Yes.
18  Q     Did the Sprinter have a bathroom?
19  A     No.
20  Q     Did it have a fridge?
21  A     Yes.
22  Q     Did Jane spend time on the Sprinter?
23  A     Yes.
24  Q     Now, defense counsel also asked you about that back room
25  where Jane would stay in 219 North Justine Street.  Do you

Mayweather - Redirect - Cruz Melendez                2108

1    recall that?

2    A    Yes.

3    Q    Any doubt in your mind as to whether that had a

4    kitchenette or a bathroom in it?

5    A    No.

6    Q    So there was no kitchenette or bathroom in that room?

7    A    No.

8    Q    Defense counsel also asked you questions with respect to

9    the individual in Government Exhibit 78 -- I'm sorry, 76.

10            MS. MELENDEZ:  If we could just publish for the jury

11   and the public.

12   Q    Do you recall those questions?

13   A    Yes.

14   Q    When the individual in Government Exhibit 76 came to you,

15   she was crying, right?

16   A    Yes.

17   Q    And didn't she pull down her shorts to show you where the

18   defendant had hit her?

19   A    Yes.

20   Q    Defense counsel, on cross-examination, also asked you

21   about some statements in a report that he showed to you.  Do

22   you recall those questions?

23            Defense counsel showed you a report and asked you

24   some questions about statements that he had said that you had

25   made in that report.  Do you recall that?

1  A    Yes.

2  Q    Had you ever seen that report before?

3  A    No.

4  Q    And after having -- so, I'm sorry, that was the first

5  time you had seen that report, correct?

6  A    Yes.

7  Q    Did you have any opportunity to review that report and

8  check it for accuracy?

9  A    No.

10  Q    Defense counsel also asked you about New Year's Eve.  Do

11  you recall him asking you on cross-examination about New

12  Year's Eve?

13  A    Yes.

14  Q    You previously testified that for one New Year's Eve, you

15  were in Detroit and Jane was there, correct?

16  A    Yes.

17  Q    Is it fair to say that over that trip for New Year's Eve,

18  Jane hadn't eaten for three days?

19        MR. CANNICK:  Objection.

20        THE COURT:  Overruled.

21        Do you know?

22  Q    That you learned that Jane hadn't eaten for three days?

23  A    I was told that, yes.

24        MR. CANNICK:  Objection.

25        THE COURT:  Sustained.

Mayweather - Recross - Cannick                2110

1           MR. CANNICK:  Your Honor, I would ask to have that

2    stricken from the record.

3           THE COURT:  I sustained it.  I sustained it.

4           Next question.

5           MS. MELENDEZ:  Nothing further, Your Honor.

6           THE COURT:  Any recross?

7           MR. CANNICK:  Yes.

8    RECROSS EXAMINATION

9    BY MR. CANNICK:

10   Q    You were just asked about the report that I showed you,

11   whether or not you checked it for accuracy.  Remember being

12   asked that question?

13   A    Yes.

14   Q    You would agree with me that I did not write that report,

15   right?

16          THE COURT:  That who didn't?

17          MR. CANNICK:  I.

18          MS. MELENDEZ:  Objection.

19          THE COURT:  Well, I think everybody agrees

20   Mr. Cannick did not write the report.

21          MR. CANNICK:  I think so.

22   Q    And somebody at this table wrote the report, am I

23   correct?

24          MS. MELENDEZ:  Objection.

25          THE COURT:  Sustained.

Mayweather - Recross - Cannick                2111

1   Q     You gave that report to the government during an

2   interview?

3            THE COURT:  Gave the report?

4            MS. MELENDEZ:  Objection.

5            MR. CANNICK:  The statement.

6   A     Yes.

7   Q     And you saw them writing and taking notes, am I correct?

8   A     Writing, yes.

9   Q     And you were the person that was giving the information,

10  am I correct?

11  A     Yes.

12  Q     Now, you testified and told us that there was a point in

13  time concerning something with Dominique, that you lied to

14  Mr. Kelly to protect Dominique.  Remember telling us that?

15  A     Yes.

16  Q     Now, you made an assumption that you needed to protect

17  Dominique, am I correct?

18  A     Yes.

19  Q     And you said you made that assumption because something

20  about Mr. Kelly's eyes caused you to make that assumption, am

21  I correct?

22  A     Yes.

23  Q     He wasn't yelling and cursing, anything like that; it was

24  his eyes that caused you to come to that conclusion, correct?

25  A     It was the fact he was upset and, yeah, the look in his

Mayweather - Recross - Cannick                    2112

1   eyes, yeah.

2   Q    What time of the day was it?

3   A    It was about 2:00 in the morning.

4   Q    2:00 in the morning.  Okay.

5        Do you know whether he had been sleeping?

6   A    No.

7             MS. MELENDEZ:  Objection.

8             THE COURT:  Sustained.

9   Q    Do you know what he was doing prior to having the

10  conversation with you?

11            MS. MELENDEZ:  Objection.

12            THE COURT:  Overruled.

13            Do you know?

14  A    No.

15  Q    Although I didn't ask you anything about the Sprinter, it

16  was asked of you a short while ago about whether or not it had

17  a bathroom and kitchen in it.  Do you remember the government

18  asking you that?

19  A    Yes.

20  Q    That was a Mercedes-Benz Sprinter, am I correct?

21  A    Yes.

22  Q    And it was a luxury Sprinter, am I correct?

23  A    Yes.

24  Q    It was a Sprinter that you testified about yesterday that

25  had luxury seats and upholstery in the back, am I correct?

Mayweather - Recross - Cannick                2113

1          MS. MELENDEZ:  Objection.

2   A    Yes.

3          THE COURT:  Well, I do not really see the relevance,

4   but go ahead.

5          Overruled.

6   Q    Now, you were asked questions about there being a

7   bathroom.  And there's no bathroom in it, right?

8   A    No.

9   Q    And there's no kitchen, right?

10  A    No.

11  Q    But it had all the other accoutrements, am I correct?

12         MS. MELENDEZ:  Objection.

13         THE COURT:  Overruled.

14  A    When you say that, will you be clearer with me, please?

15  Q    Did it have luxury seating?

16  A    Yes.

17  Q    Did it have media?

18  A    Yes.

19  Q    What else did it have in it?

20  A    Phone chargers, a phone.  There was a phone in the back.

21  Q    It had a fridge?

22  A    Yes.

23         MR. CANNICK:  Nothing further.

24         THE COURT:  You do not have any redirect, do you?

25         MS. MELENDEZ:  No, Your Honor.

Proceedings                                2114

1          THE COURT:  The witness can step down.

2          (Witness excused.)

3          And I am going to excuse you for lunch now since it

4    is almost 1:00.  Please do not talk about the case.  We will

5    be back here at 2:15.  Enjoy your lunch.

6          THE CLERK:  All rise.

7          (Jury exits the courtroom.)

8          THE COURT:  Everybody can sit down.

9          Who is our witness for this afternoon?

10         MS. SHIHATA:  We have a very short witness next,

11   Christopher Davies, really short.  After that, the witness we

12   discussed at the sidebar.

13         THE COURT:  Anything else before we break?

14         MS. SHIHATA:  Not from the government.

15         THE COURT:  Okay.  Have a good lunch.

16         (Luncheon recess taken.)

17         (Continuing on the next page.)

18

19

20

21

22

23

24

25

1        THE COURT:  Anything before we bring the jury in?

2        MS. SHIHATA:  Christopher Davies.

3        THE COURT:  Any issues to raise?

4        MS. SHIHATA:  Sorry, no.

5        THE COURT:  What about from the defense?

6        MR. SCHOLAR:  No, your Honor.

7        (Whereupon, the witness enters.)

8        THE COURT:  Let's get the jury.

9        (Jury enters the courtroom.)

10        THE COURTROOM DEPUTY:  You may be seated.

11        THE COURT:  Call your next witness.

12        MS. SHIHATA:  The Government calls Christopher

13   Davies.

14        (Witness takes the witness stand.)

15        THE COURTROOM DEPUTY:  Please raise your right hand.

16            (Witness sworn.)

17        THE WITNESS:  I do.

18        THE COURTROOM DEPUTY:  You may be seated.

19        THE COURT:  You can take your mask off.

20        A couple of things before we start.  Make sure that

21   you don't speak too quickly.  Our court reporter is taking

22   down everything that you say, and it's harder when you're a

23   fast talker.  Also just wait until whichever lawyer is asking

24   you questions to finish before you start talking so it's not

25   so hard for the court reporter.

Stipulation                    2116

1          If there is a question that you don't understand or

2     want to be repeated, let me know I'll have the lawyer to do

3     that.

4          Do your best to answer only the question being asked

5     okay.  Go ahead.

6          MS. SHIHATA:  Your Honor, before I begin inquiring,

7     I'd like to put a stipulation into the record and display it

8     as well.

9          THE COURT:  Sure.

10         MS. SHIHATA:  This is Government Exhibit 1002.

11         It is hereby stipulated and agreed by and between

12    the undersigned parties that Government's Exhibit 231 is an

13    envelope addressed to Lydia C. Hills, Esquire at the Law

14    Office of Lydia C. Hills, PC, 300 Cadman Plaza West, 12th

15    Floor, Brooklyn, New York, 11201, sent by United States Postal

16    Service, USPS certified mail with Tracking Number 7018 0680

17    0001 3304 2470.

18         Government's Exhibit 920 consists of USPS records

19    for the certified mailing Tracking Number 7018 0680 0001 3304

20    2470, which indicates the certified mailing was delivered to

21    300 Cadman Plaza West, Brooklyn, New York, 11201 on

22    November 26, 2018 at 1:18 p.m. by being left with an

23    individual who electronically signed for the mailing.

24         If called as a witness at trial, Nicola Harris would

25    testify as follows:

Stipulation                    2117

1          On November 26, 2018, Ms. Harris was employed by

2    Regus, a company that rents office space to others.

3          On November 26, 2018, Ms. Harris worked for Regus at

4    a building located at 300 Cadman Plaza West, Brooklyn, New

5    York, 11201 (the building) and was stationed at the reception

6    desk in the lobby of the building.

7          The Law Office of Lydia C. Hills, PC, was a tenant

8    of the building.

9          Among Ms. Harris' duties while she worked at the

10   building was signing for mailings and packaging mailed to

11   tenants in the building that required a signature and

12   thereafter ensuring their delivery to the intended recipient.

13         The electronic signature contained in Government in

14   Exhibit 920 for the mailing with USPS Tracking Number 7018

15   0680 0001 3304 2470 is Ms. Harris' signature.

16         As was Ms. Harris' regular practice following her

17   receipt and signature for the mailing with USPS Tracking

18   Number 7018 0680 0001 3304 2470, Ms. Harris caused the mailing

19   to be provided to Ms. Lydia C. Hills.

20         Ms. Harris did not open or alter the mailing with

21   USPS Tracking Number 7018 0680 0001 3304 2470 after receiving

22   it.

23         This stipulation is admissible at trial.

24         Signed by lawyers for both parties.

25         THE COURT:  Okay.

Davies - Direct - Shihata                    2118

1           CHRISTOPHER DAVIES, called as a witness, having been

2    first duly sworn/affirmed, was examined and testified as

3    follows:

4    DIRECT EXAMINATION

5    BY MS. SHIHATA:

6    Q     Good afternoon.

7    A     Good afternoon.

8    Q     Are you currently employed?

9    A     Yes, I am.

10   Q     Where do you work?

11   A     The Department of Homeland Security, Homeland Security

12   Investigations out of New York.

13   Q     Is Homeland Security Investigations also known as HSI?

14   A     That is correct.

15   Q     What is your title at HSI?

16   A     A Special Agent.

17   Q     How long have you worked as Special Agent at HSI?

18   A     Approximately 14 years now.

19   Q     What is your current assignment at HSI?

20   A     A firearms coordinator.

21   Q     About how long have you been doing that?

22   A     Approximately two years now.

23   Q     Prior to your assignment as a firearms coordinator, what,

24   if any, squad did you work on prior to that?

25   A     Prior to that I as worked in trafficking in persons unit

Davies - Direct - Shihata                    2119

1   for approximately 12 years.

2   Q    Is that in the New York office?

3   A    That is correct, yes.

4   Q    I want to direct your attention to January 2019, were you

5   working in the trafficking in persons unit at that time?

6   A    I was, yes.

7   Q    Were you assigned at that time to work on the

8   investigation of Robert Kelly?

9   A    Yes, I was.

10  Q    Directing your attention to February 14, 2019, did you

11  collect certain evidence from an individual that day?

12  A    Yes, I did.

13  Q    Showing the witness what is marked for identification as

14  Government's Exhibit 231, and witness only please.  Do you see

15  that on your screen?

16  A    Yes, I do.

17  Q    I'm also showing you Government's Exhibit 231A, do you

18  see that?

19  A    Yes, I do.

20  Q    Prior to your testimony here today, did you have an

21  opportunity to review Government's Exhibit 231 and 231A?

22  A    Yes, I did.

23  Q    And do you recognize these items?

24  A    Yes, I do.

25  Q    What are these items?

Davies - Direct - Shihata                    2120

1   A     These are the documents that I took into my possession
2   that day.
3   Q     On February 14, 2019?
4   A     That's correct, yes.
5   Q     Who did you collect these items from?
6   A     Individual by the name of Lydia Agu.
7   Q     Is Lydia Agu also known as Lydia Hills?
8   A     Yes, it is.  Lydia Agu is her married name.
9   Q     Where did you collect these items from Lydia Hills?
10  A     An interview was conducted at the United States
11  Attorney's Office for the Eastern District of New York here in
12  Brooklyn.
13  Q     What did you do with these items after receiving them?
14  A     We photographed them at the United States Attorney's
15  Office.  Then we secured them in an evidence bag then
16  transported them to our office, our field office, in New York.
17  Q     Did you do that yourself?
18  A     Yes, I did.
19         MS. SHIHATA:  Your Honor, I move to admit
20  Government's Exhibit 231, and 231A.
21         THE COURT:  Any objection?
22         MR. CANNICK:  None.
23         THE COURT:  Okay.  That's in evidence.
24         (Government Exhibit 231 and 231(a) was received in
25  evidence.)

Davies - Direct - Shihata                 2121

1  BY MS. SHIHATA:

2  Q     Just showing you starting with Government's Exhibit 231,

3  do you see where it says certified mail?

4  A     Yes.

5  Q     Is there a tracking number there?

6  A     There is, below the bar code.

7  Q     Read that out please?

8  A     7018 0680 0001 3304 2470.

9         MS. SHIHATA:  May I approach for a moment, your

10  Honor?

11         THE COURT:  Yes.

12  BY MS. SHIHATA:

13  Q     I just handed you Government's Exhibit 231 and 231A.

14  Looking at those documents, do you see some writing on the

15  envelope and various pages of the documents in green, some

16  numbers?

17  A     Yes, I do.  I see some numbers in green also some dots,

18  then some notes, it appears.

19  Q     When you collected Government's Exhibit 231 and 231A from

20  Lydia Hills, was that numbering in green on those documents?

21  A     No, it was not.

22  Q     Is that numbering related to processing of the documents

23  after receipt by HSI?

24  A     It would probably most likely be from NYPD, the New York

25  City Police Department.

1          MR. CANNICK:  I'm going to object, if he doesn't

2     know.

3          THE COURT:  Do you know which one it is?  And speak

4     into the microphone.

5          MS. SHIHATA:  Can I clarify the question?

6     Q    I'm asking, are those numbers related to processing that

7     was done after you collected the documents and took them to

8     HSI?

9     A    By me, no.  No, it was not.

10    Q    Are you aware if there was -- at the time you collected

11    the documents, were you aware of any further processing that

12    would be done by others?

13    A    Yes, I was.  The items were going to be sent over to the

14    New York City Police Department forensics laboratory.

15         THE COURT:  You didn't put those marks on there, and

16    they weren't on there when you got it, right?

17         THE WITNESS:  That's correct, your Honor.

18         MS. SHIHATA:  No further questions.

19         THE COURT:  Any cross-examination?

20         MR. CANNICK:  One second, please.  None.

21         THE COURT:  Thank you so much.  You can step down.

22         (Whereupon, the witness was excused.)

23         THE COURT:  Who is your next witness?

24         MS. SHIHATA:  The next witness is Faith.

25         (Witness takes the witness stand.)

Faith - Direct - Shihata                    2123

1        THE COURTROOM DEPUTY:  Please raise your right hand.

2            (Witness sworn.)

3        THE WITNESS:  I do.

4        COURTROOM DEPUTY:  You may be seated.

5        THE COURT:  Just a couple of things before we begin.

6        Our court reporter takes down everything that you

7   say, so it's important that you not speak too quickly or talk

8   over whichever lawyer is asking you questions.  And then if

9   one of the lawyers asks you a question that you want to have

10  clarified, or that you don't understand, just let me know.

11  I'll direct them to rephrase the question.

12       Finally, just do your best to answer only the

13  question that you're being asked, okay.  All right.

14       Go ahead, just tap it and make sure it works.  It's

15  important that you're speaking into the microphone.

16       THE WITNESS:  Okay.

17       THE COURT:  Go ahead.

18       MS. SHIHATA:  Thank you, your Honor.

19       FAITH, called as a witness, having been first duly

20  sworn/affirmed, was examined and testified as follows:

21  DIRECT EXAMINATION

22  BY MS. SHIHATA:

23  Q    I'm showing you what is marked for identification as

24  Government's Exhibit 79, for the witness only.  Do you

25  recognize this photograph?

1    A    Yes.

2    Q    Who is this a photograph of?

3    A    Me.

4              MS. SHIHATA:  I move to admit Government's Exhibit

5    79.

6              MR. CANNICK:  No objection.  But I'm having a

7    difficult time hearing her.

8              THE COURT:  I don't think she said anything yet.

9              Can you tap it one more time?  Make sure you're

10   speaking right into it go ahead.

11   BY MS. SHIHATA:

12   Q    You said this is a photograph of you; is that correct?

13   A    Correct.

14             MS. SHIHATA:  If there is no objection, move to

15   admit it.

16             THE COURT:  Yes.

17             (Government Exhibit 79 was received in evidence.)

18             MS. SHIHATA:  May we publish it?

19             THE COURT:  Yes.

20   BY MS. SHIHATA:

21   Q    I'm showing the witness only what is marked for

22   identification Government's Exhibit 79A.  Is this the same

23   photograph I just showed you with your first and last name

24   underneath?

25   A    Correct.

Faith - Direct - Shihata                    2125

1          MS. SHIHATA:  And the Government moves to admit

2    Government's Exhibit 79A to the jury only.

3          MR. CANNICK:  No objection.

4          THE COURT:  That's in evidence.  Jury only.

5          (Government Exhibit 79(a) was received in evidence.)

6    BY MS. SHIHATA:

7    Q    I'm showing you what is in evidence as Government's

8    Exhibit 1.  Do you recognize this person?

9    A    Yes.

10   Q    Who do you recognize that to be?

11   A    Robert Kelly.

12   Q    Have you met Robert Kelly in person?

13   A    Yes.

14   Q    Do you see Robert Kelly in the courtroom here today?

15   A    Yes.

16   Q    Can you point him out and identify him by an item of

17   closing he's wearing?

18   A    The blue jacket.

19         THE COURT:  Indicating the defendant.

20   Q    When and where did you first meet the defendant?

21   A    I first met him in San Antonio, Texas, at the Tobin

22   Center.

23   Q    What was going on at the Tobin Center that day?

24   A    He was performing.

25   Q    Do you recall around when it was that you were at the

Faith - Direct - Shihata                    2126

1    Tobin Center?

2    A     Around March 2017.

3    Q     How old were you then?

4    A     Nineteen.

5    Q     To your knowledge, how old was the defendant when you met

6    him?

7    A     Fifty.

8    Q     After meeting the defendant in March 2017, in San

9    Antonio, did you thereafter begin traveling to see the

10   defendant after that?

11   A     Yes.

12   Q     When you saw the defendant, were there occasions when the

13   defendant engaged in sexual contact with you?

14   A     Yes.

15   Q     Around when did you first travel to see the defendant?

16   A     Around May of 2017.

17   Q     Around when was the last time you traveled to see the

18   defendant?

19   A     Around February of 2018.

20   Q     At any point during the time that you communicated with

21   and traveled to see the defendant, did he tell you he had

22   herpes?

23   A     He did not.

24   Q     At any point during your sexual interactions with the

25   defendant, did he wear a condom?

Faith - Direct - Shihata                    2127

1    A    No.

2    Q    Did those sexual interactions include sexual intercourse?

3    A    Yes.

4    Q    During the course of time that you saw and communicated

5    with the defendant, what if any, different sides of the

6    defendant did you see?

7    A    I got to see a compassionate side of him, emotional side.

8    He wasn't always bad.  He wasn't always mean.  Very normal,

9    like sometimes I felt like I was conversing with somebody I

10   went to school with my age.

11   Q    What other sides did you see of him?

12   A    I also saw him -- there were times where he would flip,

13   just extremely calm then go to like being super sexually

14   hyper, just different phases, just depending on how he was

15   feeling, in the moods he was in.

16   Q    Stepping back for a moment, how old are you?

17   A    Twenty-four years old.

18   Q    Where did you grow up?

19   A    San Antonio, Texas.

20   Q    How far did you go in school?

21   A    I finished high school and I have some college

22   experience -- education.

23   Q    How long were you enrolled in college?

24   A    About a year.

25   Q    Why did you leave college?

Faith - Direct - Shihata                    2128

1   A    I just decided school wasn't for me.

2   Q    Do you have any siblings?

3   A    I do.

4   Q    How many siblings to you have?

5   A    Six.

6   Q    Are they all -- are some of those half siblings?

7   A    Yes.  I have five half siblings and one full-blooded

8   little sister.

9   Q    What do your parents do?

10  A    My mom owns day cares.  My dad is a supervisor for the

11  school district, as well as a pastor.

12  Q    Directing your attention to March 2017, how old were you

13  again at that time?

14  A    Nineteen years old.

15  Q    You testified that in March 2017 you attended a concert;

16  is that correct?

17  A    Correct.

18  Q    Whose concert did you attend?

19  A    R. Kelly.

20  Q    Again, where did that concert take place?

21  A    San Antonio, Texas, at the Tobin Center.

22  Q    Showing the witness only Government's Exhibit 508.  Do

23  you recognize this?

24  A    I do.

25  Q    What is this?

Faith - Direct - Shihata                    2129

1    A    The Tobin Center.

2            MS. SHIHATA:  I move to admit Government's Exhibit

3    508.

4            MR. CANNICK:  No objection.

5            (Government Exhibit 508 was received in evidence.)

6            THE COURT:  It's in, you can publish it.

7    BY MS. SHIHATA:

8    Q    Is the Tobin Center a theater venue?

9    A    Yes.

10   Q    Who, if anyone, did you attend the R. Kelly concert at

11   the Tobin Center with?

12   A    I went with my older sister.

13   Q    Approximately how old was your older sister at the time?

14   A    Around 36 years old.

15   Q    Was this your half sister?

16   A    Yes.

17   Q    How did you end up attending the R. Kelly concert with

18   your older sister?

19   A    She called me one day and she just said that she had

20   tickets.  He was in town and she had no one to go with, if I

21   would go with her.

22   Q    Did you agree to go?

23   A    I did.

24   Q    Were you an R. Kelly fan at the time?

25   A    I was not.

Faith - Direct - Shihata                    2130

1    Q     How about your sister, was she a fan?

2    A     She was.

3    Q     Where did you sit for the concert at the venue?

4    A     We were seated in some seats like far away from the

5    stage.  Then once we got there I decided we should move closer

6    because we couldn't see, so we moved closer.

7    Q     Where did you end up sitting when you moved closer?

8    A     We were like in the middle section, not too close to the

9    stage, but we weren't that far.

10   Q     Did you stay for the whole concert?

11   A     We did.

12   Q     Did you enjoy the concert?

13   A     We did.

14   Q     What, if anything, happened at the end of the concert?

15   A     Towards the end of the concert, two young ladies

16   approached me and my sister with wristbands in their hand.

17   And they had let me know he was having an after-party back

18   stage, just bring me and my sister no one else, make sure we

19   show them our wristbands.

20   Q     When you say he was having an after-party, who is the

21   "he"?

22   A     R. Kelly.

23   Q     What, if anything, were the two individuals that

24   approached you wearing?

25   A     Shirts with his face on it, and on the back it said

Faith - Direct - Shihata                          2131

1   staff.

2   Q    Again "his face" being the defendant?

3   A    R. Kelly's correct.

4   Q    What, if anything, did they give you?

5   A    A wristband.

6   Q    What, if anything, did you do after getting a wristband

7   from these individuals?

8   A    After we got the wristbands, the concert was about to be

9   over, so I went to go get my car out of valet.  And my sister,

10  she went ahead and went back stage.

11  Q    Why did you go get your car out of valet?

12  A    Because valet was going to be closing.

13  Q    About how long did it take you to get your car out of the

14  valet?

15  A    About an hour.

16  Q    Where did you go after about an hour?

17  A    After I returned back to the front door of the venue, I

18  showed them my wristband and they showed me backstage.

19  Q    Where were you taken backstage?

20  A    So we were taken back to like a dressing room part, a

21  really big dressing room.

22  Q    Did you go inside?

23  A    We did.

24  Q    What was the atmosphere in the dressing room when you got

25  there?

1   A    When we got there it was mainly all women.  There was a

2   few men in the room the men that were in the room, they were

3   his staff, they had on staff shirts with his face on it as

4   well.  And I would say probably like maybe 30 women in there.

5   Some of them I saw from the concert because they were sitting

6   on stage on the couch, and some I had never seen before.

7   Q    Was your sister there?

8   A    Correct.

9   Q    Was music playing?

10  A    There was music playing.

11  Q    Was there any alcohol being served?

12  A    Yes, Ciroc was being served.

13  Q    Anyone check your ID before you went to the dressing

14  room?

15  A    No.

16  Q    When you first got to the dressing room, was the

17  defendant there?

18  A    No, he was not.

19  Q    At some point while you were in the dressing room, did

20  you defendant show up?

21  A    He did.

22  Q    What happened at that point?

23  A    When he came in, he kind of just stood there at first.

24  And everybody, all the women in the room, got excited.  They

25  all ran up to him.  They all had their phones out ready to

Faith - Direct - Shihata                     2133

1   record.  Right away he said no phones.  Everybody put their

2   phones away.  And after that, they all just formed a line to

3   give him a hug.

4   Q    Did you get in the line?

5   A    I did not.

6   Q    How about your sister, did she get in the line?

7   A    She did.

8   Q    What, if anything, did you do while your sister was in

9   line to meet the defendant?

10  A    After my sister was in line, I was waiting for her to

11  come back, holding her spot for her.

12  Q    Did your sister end up meeting the defendant?

13  A    She did.

14  Q    What, if anything, did you and your sister do after she

15  stood in line and met the defendant?

16  A    After she stood in line, we continued to be off to

17  ourselves.  We were singing, dancing to the music, and he came

18  towards me.

19  Q    When you say "he," who are you referring to?

20  A    R. Kelly.

21  Q    And what happened next?

22  A    He came towards me and my sister where we were sitting.

23  And there was a chair behind me, he sat behind the chair.  I

24  stopped dancing when he sat in the chair.  He said, you don't

25  have to stop now.

Faith - Direct - Shihata                    2134

Q    How, if at all, did you respond?

A    I kind of I looked at him.  I laughed it off.  Right away he smiled back, quick hi.  And shortly after that he handed me a piece of paper with his phone number.

Q    Who handed you the piece of paper?

A    R. Kelly.

Q    What, if anything, did he say to you when he handed you the piece of paper?

A    He told me to grab his hand.  When I grabbed his hand there was a piece of paper with his phone number on it.  And he was like, when I give you the paper don't make a big deal about it or tell anybody I gave it to you.  He told me to text him the numbers and a picture of myself so he knew it was me. I just nodded and said okay.

Q    At some point after you received the piece of paper from the defendant, did you look at it?

A    Yes, later that night.

Q    What was on the piece of paper?

A    Two of his phone numbers.

Q    You testified earlier that you ultimately saw the defendant -- after meeting the defendant at this concert, you ultimately saw him on various occasions until about February 2018, correct?

A    Correct.

Q    During that course of time, did the defendant provide you

Faith - Direct - Shihata                    2135

1   with additional phone numbers for him in addition to the two

2   of you got that evening at the concert?

3   A    Yes.

4   Q    I'm showing the witness only what is marked for

5   identification as Government's Exhibit 206A.  This is a

6   two-page document, I'm going to show you the first page then

7   the second page.  Do you recognize these pages?

8   A    Yes.

9   Q    Generally speaking, what are they?

10  A    His phone numbers on my cellphone.

11  Q    Are these photographs of the defendant's phone numbers in

12  your cellphone?

13  A    Correct.

14        MS. SHIHATA:  I move to admit Government's Exhibit

15  206A.

16        MR. CANNICK:  No objection.

17        THE COURT:  That's in evidence.

18        (Government exhibit 206(a) was received in

19  evidence.)

20        MS. SHIHATA:  May we publish it?

21        THE COURT:  Yes.

22  BY MS. SHIHATA:

23  Q    Looking first at the first 206A, are there four numbers

24  saved here?

25  A    Yes.

Faith - Direct - Shihata                    2136

1   Q     And what is it saved under?

2   A     Don'treplyx3.

3   Q     Did you always have the defendant's numbers saved in your

4   phone under don'treplyx3?

5   A     No.

6   Q     What did you previously have the numbers saved under in

7   your phone?

8   A     Daddy.

9   Q     I'm showing the second page of Government's Exhibit 206A.

10  Is there one number here under a name don'tcreply?

11  A     Yes.

12  Q     Whose phone number is that?

13  A     R. Kelly.

14  Q     When you initially saved this phone number in your phone

15  did you have it under Don'tcreply?

16  A     No.

17  Q     Do you recall what you had saved under?

18  A     Daddy.

19  Q     Going back to when the defendant handed you a piece of

20  paper in that dressing room with his phone numbers on it.

21  What, if anything, happened after the defendant handed you

22  that piece of paper?

23  A     After he handed me the piece of paper, he had invited me

24  and my sister back to his room for food.  My sister wanted a

25  picture as well, so we ended up going to his dressing room.

Faith - Direct - Shihata                    2137

1    Q    When you say we ended up going to his dressing room, who

2    are you referring to?

3    A    My sister and I.

4    Q    Who took you -- withdrawn.

5         Was that a separate dressing room than where you had

6    been with the other people initially backstage?

7    A    Yes.  It was his personal dressing room we were going to.

8    Q    Who took you there?

9    A    R. Kelly and his staff.

10   Q    Once you got that second dressing room, was anyone else

11   there?

12   A    No.

13   Q    What happened once you got to that second dressing room?

14   A    When we got to the dressing room it was just him, me and

15   my sister.  We were sitting down.  The first thing he did was

16   ask me if I sing, if I model, if I acted, I danced, anything I

17   was into.  And I let him know at the time, no, just school,

18   that's it.

19        He had said, he asked if we were sisters.  We said

20   yes.  He asked who was older, things like that.

21        He asked if she sung or she did anything.  She told

22   him she sung.  The conversation, it wasn't that long.

23        He was informing us about some new stuff he was

24   working on.  Showing pictures of Rihanna wearing his T-shirt

25   with his face on it.  I guess just giving me updates of what

1  was going on at the time.  He played some new tracks from his

2  phone.  We got to hear new music.  It was a friendly

3  conversation.

4  Q    You said you were telling him you were in school,

5  correct?

6  A    Yes.

7  Q    Were you in school at the time?

8  A    Yes.

9  Q    What were you studying at the time?

10  A    Generally study, I was enrolled in UTSA.

11  Q    Did he ask you questions about your schooling?

12  A    No.

13  Q    While you were up in that second dressing room, did you

14  take any photos?

15  A    Yes.

16  Q    Can you tell the jury about that?

17  A    We ended up taking a photo with him; with my sister, R.

18  Kelly and I at the end of the night.

19  Q    I'm showing you what is marked for identification as

20  Government's Exhibit 209.  Do you recognize this photo?

21  A    Yes.

22  Q    What do you recognize it this photo to be?

23  A    Me, R. Kelly, and my sister.

24           (Continued on next page.)

25

1  DIRECT EXAMINATION

2  BY MS. SHIHATA: (Continuing.)

3  Q    And is that in that second dressing room you've testified

4  about that you went to with the defendant, you and your

5  sister?

6  A    Yes.

7        MS. SHIHATA:  I move to admit Government's

8  Exhibit 209.

9        MR. CANNICK:  No objection.

10        THE COURT:  Okay.  That in evidence.

11        (Government's Exhibit 209 received in evidence.)

12        THE COURT:  You can publish.

13        MS. SHIHATA:  Thank you.

14  BY MS. SHIHATA:

15  Q    Now, while you were in the dressing room in that second

16  dressing room with the defendant and your sister that evening,

17  what, if anything, did the defendant say to you about keeping

18  in touch?

19  A    He just reminded me to send him a picture of myself and

20  my name so he won't -- so he wouldn't forget it.

21  Q    Now, at some point, did you leave the Tobin Center?

22  A    Yes.

23  Q    And where did you go after you left?

24  A    I dropped my sister off and then I went home.

25  Q    And who, if anyone, were you living with at the time?

1  A     My parents.

2  Q     And was there anyone else living in that household other

3  than your parents?

4  A     My younger sister.

5  Q     And how old was she at the time?

6  A     She was around 14.

7  Q     Now, you said you drove your older sister to her house;

8  is that right?

9  A     Yes.

10 Q     And what, if anything, did you tell your older sister

11 about your interactions with the defendant that evening?

12 A     When we got in the car, I told her that he had gave me

13 his phone number and right away she was super excited.  She

14 was like, Out of all the girls in there, like, he looked at

15 you.  She told me, like, I should feel special.  She was

16 really more excited than I was.

17 Q     And, again, she was an R. Kelly fan; is that right?

18 A     Yes.

19 Q     Now, do you recall around what time you got home that

20 night?

21 A     I got home around, like, 1:45, 2:00 a.m., almost.

22 Q     So early morning hours after the concert?

23 A     Yes.

24 Q     And what, if anything, did you do when you got home?

25 A     I had texted him my name and a picture -- a selfie of

1    myself.

2    Q    And when you say "him," who are you referring to?

3    A    R. Kelly.

4    Q    And what kind of -- you said you texted him a selfie?

5    A    Yes.

6    Q    What kind of selfie did you text him?

7    A    It was a picture of me smiling -- a smiling picture.

8    Q    Of your face?

9    A    It was, like, full body; you could see my outfit, my

10   face, everything.

11   Q    Okay.  And is that a picture that you already had or one

12   that you took for that purpose?

13   A    No.  It was a picture I already had.

14   Q    What kind of phone did you have at the time?

15   A    A iPhone.

16   Q    An Apple iPhone?

17   A    Yes.

18   Q    All right.  At some point after you sent the selfie with

19   your name to the defendant, at some point, did you get a

20   response from the defendant?

21   A    Yes, I did.

22   Q    And when did you first notice the response?

23   A    When I had woke up.

24   Q    And what do you remember about that?

25   A    He was very friendly.  He said he remembered -- he

*Faith - Direct - Shihata*                                        2142

1   remembered me, said I was pretty, complimented me, and he had

2   invited me to come where he was at in San Antonio.

3   Q    And do you remember anything about where he invited you

4   in San Antonio?

5   A    He said he was going to a studio in San Antonio.

6   Q    And did you take him up on that invitation?

7   A    No.

8   Q    Now, following those initial texts -- was that by text

9   message, by the way?

10  A    Yes.

11  Q    And following those initial text messages you exchanged

12  with the defendant, what, if any, types of communications did

13  you have with the defendant after that?

14  A    After that, we continued with texting; then it moved to

15  phone calls; and then shortly after phone calls, we started

16  FaceTiming.

17  Q    And the text messages, did that include I-messages?

18  A    Yes.

19  Q    Now, you mentioned phone calls and FaceTime; is that

20  right?

21  A    Yes.

22  Q    What is FaceTime?

23  A    FaceTime is video chatting.

24  Q    Now, do you recall the substance of any of those initial

25  communications that you had with the defendant in the days

1  after the concert?

2  A    The first initial conversations were very warm.  He was

3  very -- he seemed really down to earth.  Like, that's what

4  surprised me.  He seemed really down to earth.  He was just

5  telling me about himself, saying how he likes to spend his

6  time, enjoy his time.  In the beginning, he did ask a few

7  questions about me, you know, what I like to do, what I was

8  into, if I had a boyfriend, things like that.  Basic

9  questions.

10  Q    Now, did you end up seeing the defendant again at all in

11  San Antonio?

12  A    I did not.

13  Q    Now, in those initial communications you had with the

14  defendant by phone, how, if at all, did the defendant refer to

15  himself on the phone calls?

16  A    He refers to himself as Daddy.

17  Q    And about how soon after you had met him did he do that?

18  A    Right away.  Probably, like, the next day, but he was

19  saying it through text.  It wasn't me hearing him call himself

20  that.

21  Q    At some point, did the defendant say to you anything

22  about what he wanted you to call him?

23  A    Yes.  He would like to be referred to as Daddy.

24  Q    And, initially, did you do that?

25  A    No.

1   Q    And what happened when you didn't do that?

2   A    There was a time when I did not refer to him as Daddy,

3   and he had called me and he said, Hey, baby.  And I said, Hey.

4   He said, Let's try this again.  And he hung up the phone.

5   Q    And then what happened?

6   A    And then when he called again, he said, Hey, baby.  I

7   said, Hey, Daddy.  He said, Good girl.

8   Q    And after that happened, did you call the defendant

9   Daddy?

10  A    I did.

11  Q    Now, in those initial communications with the defendant

12  by phone, did he compliment you?

13  A    Yes.

14  Q    What kinds of things did he say to you?

15  A    I was beautiful, I was pretty.  Things a girl wants to

16  hear, of course.

17  Q    And how did that make you feel?

18  A    Nice.  It made me feel like I was pretty.

19  Q    After the defendant left San Antonio, about how often

20  were you communicating with him?

21  A    After he left San Antonio, the communication -- it was

22  like I heard from him every other day; and then maybe, like, a

23  week later, it started turning into every day; and then we

24  moved to phone, FaceTime.  That's when it became more

25  consistently.

1    Q    When, if at all, did the defendant tell you he loved you?

2    A    The first week.

3    Q    After you had first met him?

4    A    Yes.

5    Q    And how many times had you met him in person at that

6    point?

7    A    Once.

8    Q    How, if at all, did you respond?

9    A    I said, Really?  I didn't say I love you back right away

10   at all.  Later on, towards our relationship further in, I did,

11   but not right away.

12   Q    In your communications with the defendant, how, if at

13   all, did the topic of your traveling to see him come up?

14   A    He had informed me that he was on tour right now -- or,

15   excuse me, at the time, he was on tour, so he was just saying

16   his schedule was kind of crazy, but whenever I wanted to come

17   see him, I could, and he just said that we could arrange the

18   days or just let him know when I wanted to come hang out, but

19   that it would be fun; I would get to see, you know, how -- how

20   it is, how he is on tour, things like that.

21   Q    And did he say anything to you about who you should

22   contact to set that up?

23   A    Yes.  He told me that his assistant, Diana, he would give

24   me her phone number, and I would just text her and let her

25   know when I wanted to come and she would arrange it.

1   Q    And at some point, did you contact Diana?

2   A    Yes, I did.

3   Q    Do you recall around when that was?

4   A    That was around April of 2017, I believe.

5   Q    And why did you contact Diana?

6   A    I had spoke with R. Kelly about coming to a show, so I

7   had messaged her.

8   Q    And where -- in April -- directing your attention to

9   April 2017, where were you planning to travel to see the

10  defendant?

11  A    I was supposed to be going to Chicago.

12  Q    And you testified you contacted Diana; is that right?

13  A    Yes.

14  Q    And did she make any arrangements for you?

15  A    She did.

16  Q    And, by the way, how did you contact Diana?  In what

17  manner?

18  A    We were texting.

19       MS. SHIHATA:  I'm showing the witness only what's

20  been marked for identification as Government's Exhibit 206B.

21  By MS. SHIHATA:

22  Q    Do you recognize this?

23       (Pause.)

24  BY MS. SHIHATA:

25  Q    Do you recognize this?

1   A     My screen is black.

2           THE COURTROOM DEPUTY:  Sorry.

3   BY MS. SHIHATA:

4   Q     Do you see anything on your screen now?

5   A     Yes.

6   Q     Do you recognize Government's Exhibit 206B?

7   A     Yes.

8   Q     And what is that?

9   A     A photo of a screenshot of Diana's contact in my phone.

10          MS. SHIHATA:  One moment.

11          (Pause.)

12  BY MS. SHIHATA:

13  Q     And so this is a screenshot of the number you had saved

14  for Diana on your phone?

15  A     Correct.

16          MS. SHIHATA:  Move to admit Government's Exhibit

17  206B.

18          MR. CANNICK:  No objection.

19          THE COURT:  Okay.  It's in evidence.

20          (Government's Exhibit 206B received in evidence.)

21          MS. SHIHATA:  And if we could publish it to the jury

22  only, please.

23          (The above-referred to exhibit was published.)

24  BY MS. SHIHATA:

25  Q     And this number that begins with area code 248, was that

1   the number you used to communicate with Diana?

2   A    Yes.

3   Q    Now, did you end up traveling to see the defendant in

4   April 2017?

5   A    I did not.

6   Q    And why not?

7   A    I was sent the wrong plane ticket.

8   Q    And when you say you were sent the wrong plane ticket,

9   what do you mean?  And without referring to --

10  A    I was sent someone else's plane ticket.

11  Q    How, if at all, did you react after -- sorry.

12        Do you recall how you were sent the wrong plane

13  itinerary or ticket?

14  A    Diana had sent me the wrong plane ticket.

15  Q    Was that by email?

16  A    Through text -- no, excuse me, through email.

17  Q    And how, if at all, did you react after receiving the

18  email with the wrong -- the itinerary or ticket in someone

19  else's name?

20  A    I had informed Diana she sent me the wrong plane ticket;

21  she said she would fix it; and I had let Mr. Kelly know that I

22  had been sent somebody else's plane ticket.

23  Q    Were you upset about that?

24  A    A little, like, weirded out.

25        MS. SHIHATA:  I'm showing the witness only what's

1    been marked for identification as Government's Exhibit 234B.

2    BY MS. SHIHATA:

3    Q    Do you recognize this exhibit?

4    A    Yes.

5    Q    And is this an email you received from Diana Copeland on

6    April 20th, 2017?

7    A    Yes.

8    Q    And does the subject line indicate flight reservation for

9    a date in April from ATL to MDW with -- of -- a female's name

10   listed?

11   A    Yes.

12   Q    And is this the flight ticket or itinerary that you

13   received that you just testified about receiving from Diana?

14   A    Yes.

15            MS. SHIHATA:  I move to admit Government's

16   Exhibit 234B, and for the jury only.

17            MR. CANNICK:  No objection.

18            THE COURT:  Okay.  It's in evidence.

19            (Government's Exhibit 234B received in evidence.)

20            MS. SHIHATA:  And may we publish it to the jury,

21   please?

22            THE COURT:  Yes.

23            (The above-referred to exhibit was published.)

24   BY MS. SHIHATA:

25   Q    And the name that the ticket that was sent to you by

1    Diana, is that where I'm pointing my finger, towards the end
2    of the subject line?
3              MR. CANNICK:   The screen is black.
4              MS. SHIHATA:   Sorry.
5    BY MS. SHIHATA:
6    Q    Do you see where I'm pointing?
7    A    Yes.
8    Q    Without saying the name, is that the name the ticket was
9    sent to you?
10   A    Yes.
11   Q    Now, I think you testified when you received that ticket
12   in another woman's name you were weirded out; is that right?
13   A    Yes.
14   Q    And how, if at all, did you express how you felt to the
15   defendant after getting that email?
16   A    I had spoken with Mr. Kelly on the phone, and I just --
17   in so many words, I let him know, like, I didn't really like
18   that.  I felt like that was, kind of, off if this was our
19   first meeting -- meeting up, you know.  And right away he told
20   me -- you know, he, kind of, like, laughed at me that anybody
21   he has around him, that they're his friends.  Like, he was,
22   like, he always has friends around him and that I shouldn't be
23   upset about a friend.  Basically, that this is -- this is who
24   he is, a part of his lifestyle, that a lot of people hang
25   around him and they want to be in contact with him, and that

1    if I wanted to be around him, I can't be insecure or worried

2    about things that don't have anything to do with me.

3    Q    And did you continue to communicate with the defendant

4    after that?

5    A    Yes.

6    Q    When, if ever, did the topic of traveling to see the

7    defendant come up again?

8    A    It came up again next month.

9    Q    And where were you planning to travel to see the

10   defendant at that time?

11   A    This time I was planning on going to New York.

12   Q    And who brought up the topic of planning to see him again

13   or traveling to see him again?

14   A    He -- he did.

15   Q    And you testified you were planning to travel to

16   New York; is that right?

17   A    Yes.

18   Q    What, if anything, did the defendant say to you about

19   what was going on in New York at the time you were planning to

20   be --

21   A    He had informed me that he was having a show in New York

22   and that he would like for me to come, hang out, it was going

23   to be fun, so I said yes.

24   Q    Now, after you and the defendant talked about traveling

25   to the show in New York, who, if anyone, did you contact after

*Faith - Direct - Shihata*                                          2152

1    that?

2    A    After we had discussed the dates, I contacted Diana to

3    arrange my travel.

4    Q    And did Diana arrange for you to fly to New York to see

5    the defendant?

6    A    Yes, she did.

7    Q    And did you, in fact, travel to New York?

8    A    Yes, I did.

9    Q    And how did you communicate with Diana regarding that

10   first trip to New York?

11   A    We were texting.

12          MS. SHIHATA:   I'm showing the witness only what's

13   been marked for identification as Government's Exhibit 208A,

14   and this is a three-page document.

15   BY MS. SHIHATA:

16   Q    Can you see this document on your screen?

17   A    Yes.

18   Q    And I'm starting with showing you the first page, second

19   page, and the third page.

20          Do you recognize Government's Exhibit 208A?

21   A    Yes.

22   Q    And, generally speaking, what is contained within

23   Government's Exhibit 208A?

24   A    Text messages between Diana and I.

25   Q    And are these text messages specifically related to your

1   trip to New York?

2   A    Yes.

3   Q    And --

4         MS. SHIHATA:  I move to admit Government's

5   Exhibit 208A.

6         MR. CANNICK:  No objection.

7         THE COURT:  That's in evidence.

8         (Government's Exhibit 208A received in evidence.)

9         (The above-referred to exhibit was published.)

10  BY MS. SHIHATA:

11  Q    Now, around when was it that you were traveling to

12  New York to see the defendant?

13  A    May 18th.

14  Q    Of what year?

15  A    2017.

16  Q    And how old were you then?

17  A    Nineteen.

18  Q    Had you ever been to New York before?

19  A    No.

20  Q    Had you ever been on a plane before?

21  A    Once before.

22  Q    Who, if anyone, paid for your flight to New York?

23  A    R. Kelly paid for my flight.

24  Q    And did you have a direct or connecting flight to

25  New York?

*Faith - Direct - Shihata*                                                    2154

1    A    It was a connecting flight.

2    Q    And where did it connect through?

3    A    Nashville.

4    Q    And who, if anyone, did you communicate with on your way

5    to New York?

6    A    Diana and R. Kelly.

7    Q    And why were you communicating with Diana while you were

8    on your way?

9    A    He told me to let her know every time I stopped and when

10   I landed.   Let her know, basically, every time I stop or get

11   somewhere so she can be aware.

12   Q    When you say "he," who are you referring to?

13   A    R. Kelly.

14   Q    Now, looking at Government's Exhibit 208A, the text --

15   are these texts again with Diana?

16   A    Yes.

17   Q    And the texts in green on the first page, are those texts

18   that you sent to Diana?

19   A    Yes.

20   Q    And the first one, what does that say?

21   A    Just landed in Nashville.

22   Q    And moving down to the second text in green, what is it

23   that you wrote to Diana there?

24   A    Do you know the plan for when I arrive?

25   Q    And where were you when you sent that text?

1    A    I was in Nashville.

2    Q    On that layover?

3    A    Yes.

4    Q    Prior to getting to New York, did you know precisely what

5    the plan was?

6    A    No.

7    Q    All right.  And then there's another text in green.

8         Is that from you to Diana again that says, My flight

9    is about to land?

10   A    Yes.

11   Q    And it says that was not delivered.

12        Do you see that?

13   A    Yes.

14   Q    Do you recall where you were when you sent that?

15   A    Landing on the plane.

16   Q    All right.  Did you then at some point receive a response

17   from Diana?

18   A    Yes.

19   Q    And what was your -- where did she tell you to go once

20   you landed?

21   A    Hilton Long Island.

22   Q    And is that in this message here, Hilton Long Island

23   Huntington, 598 Broad Hollow Road, Melville, New York, 11747?

24   A    Yes.

25   Q    And what else did she inform you of in that text message?

*Faith - Direct - Shihata*                                              2156

1   A     A room is under my name at the hotel for two nights.

2   Q     And was that the Hilton for two nights?

3   A     Yes.

4   Q     Now, after you arrived at the airport, how did you get to

5   your hotel?

6   A     Uber.

7   Q     And what, if anything, happened when you got to your

8   hotel?

9   A     Once I arrived at the hotel, there was an issue with

10  the -- getting me in the hotel room with whoever's name it was

11  up under.

12  Q     And I'm showing you page 2 of Government's Exhibit 208A.

13        What did you do after you had an issue checking in

14  at the hotel?

15  A     Texted Diana.

16  Q     And, again, on page 2, are the texts in green -- the

17  texts from you to Diana?

18  A     Yes.

19  Q     And the texts in gray, from Diana to you?

20  A     Yes.

21  Q     And who did she tell you the -- your room -- the name

22  your room was under?

23  A     Hers.

24  Q     And what was her full name?

25  A     Diana Copeland.

1   Q    Did you ultimately check into the room?

2   A    Yes.

3   Q    And after you checked in, what, if anything, did you ask

4   Diana?

5   A    I asked her if I needed to get ready for anything.

6   Q    Again, at that point, did you know what the plan was once

7   you arrived?

8   A    No.  I just knew he had a concert.

9   Q    And did Diana respond to you?

10  A    Yes.

11  Q    And what did she let you know?

12  A    That they were not there yet and that the show is

13  starting at 8:00.

14  Q    And did she let you know where the -- where the venue for

15  the show was?

16  A    Yes, she did.

17  Q    And what was the venue for the show?

18  A    Theater at Westbury, 96 Brush Hollow Road, Westbury,

19  New York.

20  Q    And is that indicated here in the text message --

21  A    Correct.

22  Q    -- towards the middle of page 3?

23        And is it 960 Brush Hollow Road --

24  A    Correct.

25  Q    -- in Westbury, New York?

1   A    Correct.

2   Q    Did you ultimately go to that venue?

3   A    Yes.

4   Q    And how did you get there?

5   A    Uber.

6   Q    And who got you the Uber to go to the venue?

7   A    Diana.

8          MS. SHIHATA:  I'm showing the witness only what's

9   been marked for identification as Government's Exhibit 516.

10  BY MS. SHIHATA:

11  Q    Do you recognize this photograph?

12  A    Yes.

13  Q    What do you recognize it to be?

14  A    The theater at Westbury.

15  Q    And is that the venue you went to that night to see the

16  defendant's show?

17  A    Yes.

18          MS. SHIHATA:  I move to admit Government's

19  Exhibit 516.

20          MR. CANNICK:  No objection.

21          THE COURT:  That's in evidence.

22          (Government's Exhibit 516 received in evidence.)

23          MS. SHIHATA:  And may we publish it?

24          THE COURT:  Okay.

25          (The above-referred to exhibit was published.)

1  BY MS. SHIHATA:

2  Q    Now, where did you go once you got to the theater at

3  Westbury?

4  A    Once I arrived, I went up to the will-call box to meet

5  Diana.

6  Q    And did you, in fact, meet Diana there?

7  A    Yes.

8  Q    I'm showing you Government's Exhibit 36, which is in

9  evidence.

10         Do you recognize this person?

11 A    Yes.

12 Q    Who is it?

13 A    Diana Copeland.

14 Q    And is that who you met at will-call that day?

15 A    Yes.

16 Q    And is that who you had been communicating with making

17 your arrangements to New York and while in New York?

18 A    Yes.

19 Q    Now, once you met Diana at the will-call area, what

20 happened?

21 A    Once I met Diana at will-call, she came to get me and she

22 walked me backstage.

23 Q    Where did she take you?

24 A    To his dressing room.

25 Q    Whose dressing room?

1    A     R. Kelly's dressing room.

2    Q     And what happened when you got to the dressing room?

3    A     When I got to the dressing room, I was just waiting for a

4    little bit.  Not long.

5    Q     And what happened next?

6    A     He came in after getting a haircut.  He was, like, full

7    of energy.  He was like, Stand up, turn around.  He's like,

8    You look so pretty; you look amazing -- complimenting me.

9          I said, Thank you.  There was, like, a brief pause,

10   and he's like, Give me a kiss.  So I, kind of, like, reached

11   in for a peck, and when I pecked back, he, like, jerked his

12   head back at me, he looked at me, he was like, You're not

13   doing it right, and he grabbed my face and gave me a tongue

14   kiss, like, a really big tongue kiss, and it was just, kind

15   of, awkward.  It was like a slight pause, and he's like, I'm

16   going to have to teach you how to kiss.

17   Q     And the "he" you are referring to there, is that the

18   defendant?

19   A     Yes.

20   Q     After this slightly awkward kiss situation, what

21   happened?

22   A     Shortly after that, Diana came back and told him that it

23   was almost time to get ready, so she had came back and

24   escorted me to where I was going to be seated.

25   Q     Where did she escort you to?

1   A     The front -- like, about the second row, close to stage.

2   Q     And was there anyone else in that row with you?

3   A     Just security.

4   Q     And when you say "just security," where were they in

5   relation to you?

6   A     So if I am sitting right here, security is about on that

7   last chair over there.  They were still far away.

8               (Continued on the following page.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Faith - Direct - Shihata                    2162

1   DIRECT EXAMINATION

2   BY MS. SHIHATA:  (Continuing)

3   Q    Did you watch the concert?

4   A    I did.

5   Q    And how, if at all, did the defendant engage with you

6   during the concert?

7   A    There was a few times he was like singing directly at me,

8   making eye contact.  That was one.  He was singing and he

9   pointed.  He was interacting with me a lot, actually, on the

10  stage.

11  Q    And how did that make you feel?

12  A    I was flattered at the time.

13  Q    What, if anything, happened after the concert ended?

14  A    After the concert ended, Diana, she came up to me and she

15  let me know that he was going backstage to the afterparty and

16  that she would call me an Uber to take me back to the hotel.

17  Q    And did she call you an Uber?

18  A    She did.

19  Q    So did you go to the afterparty that night?

20  A    I did not.

21  Q    And what happened after Diana called you an Uber?

22  A    There was some type of complication.  I don't know what

23  happened, but I ended up just calling myself one and getting

24  it.

25  Q    And where did you go once you called yourself an Uber?

Faith - Direct - Shihata                    2163

1    A    Returning back to the hotel.

2    Q    What did you do when you got back to the hotel?

3    A    I showered, went to sleep.

4    Q    Do you recall what you wore to sleep that night?

5    A    I had like loose shorts on, pajama shorts and an

6    oversized t-shirt.

7    Q    Until about what time did you sleep that night?

8    A    From about like 12:00 in the morning until about 6:00 in

9    the morning.

10   Q    What happened at 6:00 a.m.?

11   A    I received a phone call.  He told me he was about to come

12   up.  And then, like, a couple of seconds later he said

13   knock-knock, a heavy knock on my door.

14   Q    And what happened after that?

15   A    I opened the door for him.  He comes in.

16   Q    Let me stop you for a moment.

17         When you say "he" and "him," who are you referring

18   to?

19   A    R. Kelly.

20   Q    All right.  Continue.

21   A    R. Kelly comes in the door.  He opens the door and he

22   looks at me.  He's like, "Why you got them pajamas on?"

23         He comes in.  The AC was on maybe about like 70.  He

24   turns it all the way up to 80-something.  He says he can't

25   have the heat -- I mean, excuse me, the air on him.

1          He comes in.  He asks me to turn on ESPN, on the
2    sports channel for him.  And there was a chair.  He throws his
3    stuff on the chair and he strips down from waist down.  Only
4    waist down he strips down.  And he sits down and he's kind of
5    just pausing for a moment.  And he asked me again why I had
6    those clothes on.  He told me to take them off.  I didn't
7    right away, but eventually I ended up taking my clothes off.
8    And I was in a bra and panties; I wasn't nude.  And he asked
9    me to -- he said, "Come rub on Daddy."  And he's sitting there
10   with his legs open, but I go to his shoulders and I start
11   massaging his shoulders.  And as I'm massaging his shoulder,
12   he takes my arm -- excuse me, my wrist and puts it on his
13   penis.  And he says, "No, right here.  Rub right here."  And
14   he rubs the motion back and forth.  And right away I let him
15   know, because I was touching him, that I wasn't ready for sex,
16   that wasn't something I was ready for.  And he says, "Well,
17   I'm at my best when I'm wanted."
18   Q    And when the defendant said to you "I'm at my best when
19   I'm wanted," what did you take that to mean at that time?
20   A    I understood that he was implying that it would be better
21   when I was comfortable, that he had understood what I was
22   saying.
23   Q    Meaning he understood that you weren't ready for sex?
24   A    Yes.
25   Q    Now, just to back up for a moment I think you testified

1  that when he came in he had a bag with him; is that right?

2  A    Yes.

3  Q    What kind of bag?

4  A    He had a Gucci backpack on it with -- excuse me, a Gucci

5  backpack.  There was like patchwork, like a UFO on it.

6  Q    And is that -- are you describing a line that Gucci had

7  at the time?

8  A    Yes.

9  Q    Now, when the defendant -- you testified that the

10  defendant came in and at some point stripped down from the

11  waist; is that right?

12  A    Correct.

13  Q    Where in the room did that happen, if you recall?

14  A    There was a chair and it was -- the room was not that

15  big.  He was just closer to the chair.  We weren't on the bed.

16  He was standing up.

17  Q    And when you say he stripped down, what do you mean by

18  that?

19  A    He took off his pants, he took off his underwear.  The

20  only thing he had on was just a jacket, no shoes, no

21  underwear, nothing.

22  Q    And what part of his body was exposed?

23  A    His penis.

24  Q    And you testified that he said to you "Come rub on

25  Daddy," is that right?

Faith - Direct - Shihata                    2166

1    A    Correct.

2    Q    And what, if anything, did you do after he said that?

3    A    After he asked me to "come rub on Daddy," I started

4    massaging his shoulders, his upper body.

5    Q    And how did he react to that?

6    A    He moved my hand on his penis and told me to rub there.

7    Q    Did you want to rub there at the time?

8    A    No.

9              THE COURT:  Ms. Shihata, if this is a good time, we

10   might as well take our afternoon break.

11             MS. SHIHATA:  Sure.  Yes.

12             THE COURT:  All right, folks, we are going to take

13   our break for this afternoon.  Please do not talk about the

14   case at all.  I will see you in a few minutes.

15             THE CLERK:  All rise.

16             (Jury exits the courtroom. )

17             THE COURT:  All right.  Everybody can have a seat.

18             The witness can step out.  We will see you in about

19   ten minutes.

20             Anything before we break?

21             MR. SCHOLAR:  No, Your Honor.

22             THE COURT:  Okay.  So I will see you in about ten

23   minutes.

24             (Court in recess. )

25             (In open court; jury not present.)

Andronikh M. Barna, Official Court Reporter, RPR, CRR

```
                        Proceedings                    2167

 1              (Parties present.)

 2              THE CLERK:  All rise.

 3              THE COURT:  Everybody can sit down.

 4              All right.  Let's get the witness, please.

 5              MS. SHIHATA:  Judge, there is just one thing I'd

 6      like to do before the witness comes in.

 7              THE COURT:  Sure.

 8              MS. SHIHATA:  Which is just enter into evidence some

 9      business records pursuant to --

10              THE COURT:  Do you have to do this in front of the

11      jury?  I do not care, but...

12              MS. SHIHATA:  Yeah, I think I probably should.  Yes.

13              THE COURT:  Makes sense.

14              All right.  So why don't we get the witness and you

15      can do it while she is there.

16              We have got to wait for --

17              MS. BLANK-BECKER:  They're going to restroom,

18      actually.

19              THE COURT:  Okay.

20              Might as well get it started.

21              (Witness enters the courtroom.)

22              We will have to wait for Mr. Scholar.

23              MR. CANNICK:  I think I'll send him a text.

24              THE COURT:  That would be nice.

25              Do you think it is okay to get started?
```

1              MR. CANNICK:  Yes, Your Honor.

2              THE COURT:  Okay.

3              MR. CANNICK:  He's just working with the

4    investigator.

5              THE COURT:  Completely fine.

6              Let's get the jury, please.

7              THE CLERK:  All rise.

8              (Jury enters the courtroom.)

9              THE CLERK:  You may be seated.

10             THE COURT:  All right, everybody.  We are ready to

11   continue.  I think Ms. Shihata wants to put something in

12   evidence before we resume the direct testimony of the witness.

13             MS. SHIHATA:  Yes, Your Honor.  Thank you.

14             At this point the government would like to move to

15   admit Government Exhibits 945(a) and 945(b), pursuant -- as

16   certified business records of NRG Recording Studios.  And the

17   business records certification has been marked as Government

18   Exhibit 945(c).

19             In addition, we'd move to admit Government Exhibits

20   946(a), (b), (c) and (d) also as certified business records

21   from NRG Recording Studios.  The business records

22   certification for that is Government Exhibit 946(e).

23             THE COURT:  Have you had a chance to look at them,

24   Counsel?

25             MR. CANNICK:  I don't think so.

Faith - Direct - Shihata                    2169

1          MS. SHIHATA:  They were provided.

2          THE COURT:  Well, let's -- it is okay.

3          (Pause.)

4          MR. CANNICK:  No objection, Your Honor.

5          THE COURT:  Okay.  Those are in evidence.

6          (Government Exhibits 945(a), 945(b), 946(a), 946(b),

7   946(c), 946(d) and 946(e) were received in evidence.)

8   BY MS. SHIHATA:

9   Q    All right.  Now, before our break you were testifying

10  about certain events that occurred the morning after you

11  attended the defendant's show at the theater at Westbury,

12  correct?

13  A    Correct.

14  Q    And you were testifying about events that occurred in

15  your hotel room, correct?

16  A    Correct.

17  Q    Now, I think you testified before the break that after

18  the defendant entered your room, he stripped from the waist

19  down and had his penis exposed; is that right?

20  A    Correct.

21  Q    And you testified he asked you to "rub on Daddy"?

22  A    Correct.

23  Q    And you went and -- and was that when he was exposed from

24  the waist down already?

25  A    Correct.

Faith - Direct - Shihata                2170

1    Q    And after that, you went and gave him a massage on his

2    shoulders?

3    A    Correct.

4    Q    And I think you testified it was at that point that he

5    then took your hand, grabbed your hand and moved it towards

6    his penis?

7    A    Yes.

8    Q    And what did he do with your hand at that point?

9    A    He moved my hand to his penis and instructed me "no, rub

10   here."

11   Q    Now, you testified before the break that at some point

12   you told him you weren't ready for sex; is that right?

13   A    Correct.

14   Q    And at what point was that that you said that?

15   A    Once my hand was on his penis.

16   Q    And how did he react?

17   A    He said that he was at his best when he was wanted.

18   Q    And again, before the break you testified -- what did you

19   understand -- what, at that time, did you understand that to

20   mean?

21   A    I understood that we had a mutual agreement on I wasn't

22   ready for sex; he was at his best when he was wanted.

23   Q    Now, while you were in the room that day, you testified

24   before the break that the defendant made a comment about what

25   you were wearing; is that right?

1    A    Yes.

2    Q    And did the topic of your clothes come up again?

3    A    Yes.

4    Q    Can you tell the jury about that?

5    A    When he first came in, he made a comment about why I had

6    on those granny pajamas.  And when he had sat down in the

7    chair after stripping, he instructed me again "take off your

8    clothes."  I paused for a moment and then, after that, I

9    stripped my shirt and shorts.  And I had on a bra and

10   underwear.

11   Q    Now, after -- withdrawn.

12        When the defendant put your hand on his penis, where

13   in the room were you?

14   A    We were by a chair in a corner of the room.

15   Q    And at some point did the defendant direct you to move

16   anywhere else?

17   A    He told me to get on the bed.

18   Q    And what happened then?

19   A    He instructed me to get on the bed on my back, like on

20   all fours, and he just started rubbing on me.  I had my bra

21   and underwear on.  So, he was like rubbing on me.  Not

22   caressing, but it was more like a texture type of rub feel.

23   He worked his way down from my back, all the way down to my

24   vaginal and he began to stick his fingers in me.  He wasn't

25   like -- excuse me, he wasn't fingering me.  It was like a

Faith - Direct - Shihata                    2172

1   poke, like poking my vagina.  And his rubs were -- he would do

2   this, like a texture rub on my buttocks and my vagina.  And

3   he, like, literally, like, spread me open, felt in between.

4   And, like, it was like a pat after, like it was done.

5   Q    And while you were just testifying, you made a movement

6   with your hand.  I think you put one hand over the other and

7   made a movement back and forth; is that right?

8   A    Yes.

9   Q    And is that what it felt like the defendant was doing to

10  you?

11  A    Yes.

12  Q    And while he was doing these things, what did it feel

13  like, to you, he was doing?

14  A    It felt like I was being, like, examined by an OB/GYN.

15       He was, like, saying things while, like, poking me,

16  said I was tight, things like that.

17  Q    What was going on through your head at the time?

18  A    I was just kind of like, ugh, I don't know how to react

19  to this, I don't want to upset him and, like, get upset or

20  make him upset.  I really just -- it was one of those things,

21  I was just like okay, just get through it.

22  Q    What do you recall happening next?

23  A    Shortly after that, I was like on all fours and he

24  started giving me oral sex from behind.  And there was like a

25  pause, a brief pause.  He told me to flip over and I thought

Faith - Direct - Shihata                    2173

1  he -- he -- I don't really know what was going on in my head

2  when he told me to flip over, so I flipped over.  And when I

3  flipped over, I noticed there was an iPad.  And where we're

4  at, imagine this is the bed, so there is like a little desk

5  like right here and a lamp and an iPad and it's recording.  I

6  could see myself.  And I see he's giving me oral sex.  It's

7  just -- it goes on, I see the camera.  I don't say anything

8  about the camera.

9           After he finishes performing oral sex on me, his

10 pants are already off, so he starts getting ready to penetrate

11 me.  And I said, "Are you going to use a condom?"  And he

12 said, "We don't need a condom."

13 Q    What do you recall happening next?

14 A    He penetrated me.  It wasn't -- it didn't go on for very

15 long.  It wasn't a long time.  The whole time he was telling

16 me what to say, how to moan.  He was saying don't look away

17 from the camera, to look sexy.  It was very -- like there was

18 a few times, like, he would pause because I wasn't getting

19 aroused and it was kind of like difficulties with him getting

20 inside of me.  So it didn't happen very long.

21          After he finished, he kind of let out a sigh like

22 disappointment.  Right away he told me, you know, like there

23 was a lot I had to learn when it came to sex, that I need to

24 learn how to moan, how to arch my back, how to please him, how

25 to position better, be more sexy during sex.  I kind of was

Faith - Direct - Shihata                   2174

1    just like okay.  I took it as I guess constructive criticism.

2    I was just -- I really didn't care how he thought I looked

3    because I just didn't really know what to do, like that was my

4    first time.

5              After that it was a brief pause.  He looked at me.

6    He said, "You know, if you're really like 16, you can tell

7    Daddy."  And I said -- I kind of like paused, kind of laughed.

8    I was like "I'm not 16."  I was like "I'm 19."  I was like

9    "You want to see my driver's license?"  He said no, he

10   believed me.

11             And then after that he put on his clothes, got his

12   backpack and he left.

13   Q    After he left, how did you feel?

14   A    I was embarrassed because I felt like maybe I really like

15   am -- I felt like was I bad at sex?  Was I that bad at sex?

16   You know, I only had one boyfriend, so I didn't have a whole

17   bunch of partners or really knew what I was doing.

18             MR. CANNICK:  Your Honor, may we approach briefly?

19             THE COURT:  Sure.

20             (Sealed sidebar.)

21             (Continuing on the next page.)

22

23

24

25

Sealed Sidebar                                          2175

1          (Sealed sidebar conference held on the record out of

2     the hearing of the jury.)





Sealed Sidebar                                            2176



Sealed Sidebar                                                    2177

(Sealed sidebar end.)

                    Faith - Direct - Shihata                    2178

1              (In open court.)

2              THE COURT:  Okay, next question.

3    BY MS. SHIHATA:

4    Q    Now, at any point before the defendant penetrated you

5    that day in the hotel room, had the defendant told you that he

6    had herpes?

7    A    No, he didn't.

8    Q    Had he told you he had any other sexually transmitted

9    disease?

10   A    No, he didn't.

11   Q    Did he use a condom that day?

12   A    No, he didn't.

13   Q    Now, I think you testified that at some point during the

14   interaction in the hotel room, you noticed an iPad; is that

15   right?

16   A    Correct.

17   Q    And you noticed it recording?

18   A    Correct.

19   Q    And you also testified that during your interaction, the

20   defendant was saying things to you about how to moan?

21   A    Correct.

22   Q    And what to say?

23   A    Correct.

24   Q    Do you recall anything about what he told you to say?

25   A    "I like it, Daddy," things like that.

Faith - Direct - Shihata                2179

1  Q     Now, after the defendant left the room that day, what did

2  you do?

3  A     After he left, I took a shower and got back into bed.  I

4  had called on my best friend at the time, told her how the

5  interaction went because I really was just wondering if it was

6  off, was it me.  So I got her opinion on it.

7  Q     And what else did you do that day?

8  A     After that, nothing else.

9  Q     At some point did you contact anyone you knew in New York

10 about meeting up?

11 A     Yes.

12 Q     And who did you contact?

13 A     My former high school best friend.  She was there for a

14 track meet.

15 Q     And what, if anything, did you agree to do with your

16 friend in New York?

17 A     We had agreed that since we both were in New York, we

18 would meet up for lunch.

19 Q     And after you -- by the way, was that a female friend?

20 A     Yes.

21 Q     And after you made plans with her, what, if anything, did

22 you do?

23 A     I had let Diana know what I was planning on doing.

24 Q     And why did you do that?

25 A     Because he had told me to inform her of anything I was

Faith - Direct - Shihata                    2180

1  going to do or needed.

2  Q    When you say "he," are you referring to the defendant?

3  A    Correct.

4         MS. SHIHATA:  May I approach, Your Honor?

5         THE COURT:  Yes.

6         MS. SHIHATA:  I'm about to show you what's been

7  marked for identification as Government Exhibit 208(b).

8  Q    Do you recognize Government Exhibit 208(b)?

9  A    Correct.

10  Q    And prior to your testimony here today, have you had an

11  opportunity to look through Government Exhibit 208(b)?

12  A    Yes, I have.

13  Q    And is it an 80-page document?

14  A    It is.

15  Q    And does this consist of screenshots of text messages

16  between you and Diana Copeland from May 18, 2017 through

17  February 4, 2018?

18  A    Yes.

19         MS. SHIHATA:  I move to admit Government Exhibit

20  208(b).

21         THE COURT:  Any objection?

22         MR. CANNICK:  None.

23         THE COURT:  Okay.  That is in evidence.

24         (Government Exhibit 208(b) was received in

25  evidence.)

Faith - Direct - Shihata                    2181

1   Q    Now I'm showing you page 7 of Government Exhibit 208(b).

2        Actually, before I do that, you said you contacted

3   Diana to let you know her plans, right?

4   A    Yes.

5   Q    How did you go about doing that?

6   A    I texted her.

7   Q    I'm showing you page 7 of Government Exhibit 208(b).

8        Again, are the texts in green from you to Diana?

9   A    Yes, they are.

10  Q    And is there a series of texts from May 19th, 2017?

11  A    Yes.

12  Q    And at the bottom, can you read what that text says?

13  A    "Just keeping you updated.  I'm going to go get food in a

14  little bit.  Won't be far."

15  Q    And was that you informing Diana about your plan with

16  your friend?

17  A    Yes.

18  Q    And did Diana respond to you?

19  A    She told me to let Mr. Kelly know.

20  Q    And is that here on the top of page 8 of Government

21  Exhibit 208(b)?

22  A    Yes.

23  Q    Did you contact the defendant?

24  A    Yes.

25  Q    And what happened when you contacted the defendant?

1  A    He -- well, I had sent a text the same way I texted Diana

2  and he had called me.

3         And I had told him, "Hey.  I'm thinking I'm going to

4  go meet one of my friends for dinner.  I'll be back."  He kind

5  of just laughed at me.  He was like "What?"  And I was like

6  "I'm going to go with one of my friends."  And he was like

7  "No, you're not."

8         And he was like -- he doesn't like for anybody to

9  move without him.  He told me it was dangerous for me to be by

10  myself in New York.

11         He told me that I could just order room service,

12  that there was room service, to just order it from the room

13  service.  And he told me that when the room service arrives,

14  that don't let them see me, for one, don't let them come in

15  the room and give you the food.  They will leave it outside

16  the door and I'll get it.  He said if it's a woman, just have

17  her set the food down, sign the bill and go on.  He said but

18  if it was a man, I don't let him see me at all, that I ask him

19  to leave the bill at the door.

20         (Continuing on the next page.)

21

22

23

24

25

Faith - Direct - Shihata                    2183

1    BY MS. SHIHATA:

2    Q    And after speaking with the defendant, did you end up

3    going to meet your friend for dinner?

4    A    No.

5    Q    Why not?

6    A    Because he told me it wasn't safe, to not do it, so I

7    didn't.

8    Q    What, if anything, did you end up doing instead?

9    A    Ordering room service.

10   Q    And did you stay in your hotel room all day?

11   A    Yes.

12   Q    Did you go to any other parts of the hotel?

13   A    No.

14   Q    Why not?

15   A    I just stayed in the room so I wouldn't have to ask or

16   wait for him to come, I just stayed.

17   Q    What, if anything, did you understand you needed to do if

18   you were going to go to another part of the hotel?

19   A    Check in and make sure that was okay with him first.

20   Q    Did you end up seeing the defendant again on that trip?

21   A    No.

22   Q    When, if at all, did you fly home to San Antonio?

23   A    On May 20.

24   Q    After that trip to New York, what if any, communications

25   did you have with the defendant?

Faith - Direct - Shihata                    2184

1   A    After the trip to New York we still had the same

2   communication, phone calls, and text and Facetiming.  Mainly

3   after I saw him in person it went more from texting to phone

4   calls.

5   Q    How if at all did the substance of your conversations

6   change after your first New York trip?

7   A    When I got home we had a conversation and he was telling

8   me that there was just a lot I had to learn about being with

9   him.  And that as I get to know him more it will be better,

10  I'll understand.  He just told me anything he tells me is

11  constructive criticism to make me better, to make me more of a

12  woman.  And I understood, I said I understood.

13  Q    These were all things that he said to you?

14  A    Yes.

15  Q    What, if anything, did the defendant say to you about

16  seeing you again?

17  A    He said he wanted to see me again.  He told me again just

18  let him know when he was ready, double check with him on the

19  days, things like that.

20  Q    Did you in fact see him again?

21  A    I did.

22  Q    Where did you see him again?

23  A    I saw him in Chicago in June of 2017.

24  Q    Where did you travel to Chicago from?

25  A    From San Antonio, Texas.

Faith - Direct - Shihata                    2185

1   Q    Who booked your flights?

2   A    Diana.

3   Q    Who paid for them?

4   A    R. Kelly.

5   Q    About how long did you stay in Chicago?

6   A    About two days.

7   Q    Where did you stay in Chicago?

8   A    I stayed at a hotel.

9   Q    Who paid for the hotel?

10  A    R. Kelly.

11  Q    After you arrived in Chicago, do you recall how you got

12  to your hotel?

13  A    Uber picked me up from the airport and took me to the

14  hotel.

15  Q    Who arranged for that Uber?

16  A    Diana Copeland.

17  Q    Did you see the defendant the day you arrived in Chicago?

18  A    I did not.

19  Q    When, if at all, did you see him?

20  A    The following day.

21  Q    Where did you see him?

22  A    I saw him at his Chicago studio.

23  Q    I'm showing you what is in evidence as Government's

24  Exhibit 503A.  Do you recognize this?

25  A    Yes, I do.

Faith - Direct - Shihata                 2186

1    Q     What do you recognize this to be?

2    A     The studio.

3    Q     Is that the studio that you saw the defendant at in

4    Chicago in June 2017?

5    A     Correct.

6    Q     Do you recall how you got to the studio that day?

7    A     Diana called me an Uber to the studio.

8    Q     What happened after you arrived at the studio?

9    A     Once I arrived at the studio, I let Diana know I was

10   there.  She said she would let Mr. Kelly know and somebody

11   would be with me shortly to open the door.

12   Q     At some point did somebody open the door?

13   A     Yes.

14   Q     Who was that?

15   A     R. Kelly.

16   Q     What happened after that?

17   A     He opened the door.  He said, hey.  He had a smile on his

18   face.  He was friendly, warm.  We walked inside.  I looked

19   around for a little bit, not long, he was directing me where

20   to go.

21         And I said something like, you still have your

22   Christmas tree -- up in a normal tone.  He was like shhh, and

23   I wasn't even yelling.

24         We sat by the bar and he looked at me.  At the time

25   I had a black eye.  I told him about it.  He looked at me, he

1    said, titties still there, your ass still there.  Okay.  Stand

2    up.  I stood up again.  He turned me around.  He was like,

3    your eye don't look that bad.  That was the end of the

4    conversation about my eye.

5          We sat not even for a full five minutes.  Again I

6    said something, he said shhh again.  He was looking back

7    making sure nobody was coming.

8          He looked back, looked forward, pulled his penis out

9    of his pants.  We were this close to each other.  He said,

10   suck on Daddy.  And he pulled my neck down to start giving him

11   oral sex.

12   Q    About how long had you been in the building at that

13   point?

14   A    About ten minutes.

15   Q    Before that happened what, if anything, did the defendant

16   say to you about your clothes?

17   A    Again, when I walked in he had told me to take off my

18   pants.  I had told him that I was on my period.  Right away he

19   told me, don't say you're on your period; say, your friend

20   came.  Say it.  So I said, my friend came.  He said okay.

21         That's when he looked back for a couple seconds.

22   Conversation wasn't long, and pulled out his penis.

23   Q    After he pulled out his penis, where did he put his

24   penis?

25   A    In my mouth.

1  Q    About how long did that go on for?

2  A    It was probably like 30 minutes long.  It was a long

3  time.

4  Q    After the defendant finished at some point, did he say

5  anything to you?

6  A    He told me that -- his words were -- if he wants to go to

7  a movie and the movie is two hours long, he said it might be

8  me and you, the movie might be two hours long, but you're

9  going to be sucking my dick the whole time.

10        He kind of just chuckled.  I was like, oh, okay,

11  after that.

12        He looked at me, he said he wanted to take some

13  pictures of me.  He told me to text Diana and tell her to get

14  me an Uber to take me to the Watertower to get some lingerie

15  from Victoria Secret.  He dug in his pocket and pulled out

16  $200 he told me to buy some lingerie.  And Diana would arrange

17  everything.

18  Q    You mentioned the Watertower, what is the Watertower?

19  A    A shopping center in Chicago.

20  Q    What was going through your head after that interaction?

21  A    I really was just again confused.  We didn't really get

22  to talk much that time.  It was really rushed, so I felt like

23  he had something to do.

24        So after, I went to the mall, bought some lingerie,

25  and he never saw me again on that trip.

Faith - Direct - Shihata                2189

1   Q    At any point on that trip, did the defendant tell you he

2   had herpes?

3   A    No.

4   Q    Or any other sexually transmitted disease?

5   A    No.

6   Q    Where, if anywhere, did you go after you left Chicago?

7   A    Back to San Antonio, Texas.

8   Q    How, if at all, did the defendant and you keep in contact

9   after the Chicago trip?

10  A    Texting, calling, Facetiming, consistent conversations

11  the same as before, nothing changed.

12  Q    At some point after this Chicago trip, without saying

13  what you read, did you come across a negative article about

14  the defendant?

15  A    Correct.

16  Q    Around when was that?

17  A    Around July of 2017.

18  Q    At some point did you have a conversation with the

19  defendant about those matters that you had seen?

20  A    Correct.  We had a conversation, it wasn't direct, it was

21  through text.  And I had noticed that that he had would

22  normally call me in the morning or whatever, and his calls and

23  texts had slowed down.  So I texted him I said, I hope you're

24  okay.

25          I didn't really accuse him of anything.  I didn't

1  ask.  I said, I hope you're okay.  I know it's a lot that is

2  going on.  He texted me back and said thank you and to pray

3  for him.  And that right now a lot of people were against him.

4  And he was like he wouldn't have to cheat anybody.

5  Q    Did you see the defendant after that?

6  A    Yes.

7  Q    Where did you see him again?

8  A    After that trip, I saw him again in Dallas.

9  Q    Around when was that?

10 A    December 2017.

11 Q    About six months after you saw him in Chicago?

12 A    Correct.

13 Q    How did you travel to Dallas?

14 A    Diana arranged for my plane ticket to be booked.

15 Q    Where did you fly to Dallas from?

16 A    San Antonio.

17 Q    Did Diana book your flights?

18 A    She did.

19 Q    Who paid for your flights?

20 A    R. Kelly.

21 Q    About how long did you stay in Dallas?

22 A    I stayed in Dallas for about a three-day trip.

23 Q    Where did you stay in Dallas?

24 A    At the Statler.

25 Q    Is that a hotel?

1    A    Yes.

2    Q    Who made the hotel arrangements for you?

3    A    Diana Copeland did.

4    Q    Who paid for your hotel?

5    A    R. Kelly.

6    Q    What, if anything, was the defendant in Dallas for at

7    that time?

8    A    He had a concert.

9    Q    Where, if anywhere, did you see the defendant after you

10   arrived in Dallas?

11   A    I first saw him at a cigar bar.

12   Q    How was it that you ended up at the cigar bar?

13   A    Diana had arranged for a car to pick me up from the hotel

14   and meet him at the cigar bar.

15   Q    When you say "him" you're referring to the defendant?

16   A    Correct.

17   Q    What happened when you got to the cigar bar?

18   A    When I arrived at the cigar bar, he was already there,

19   his entourage, his Sprinter was there.  It's like a shopping

20   center but there are benches and things in the front.  It was

21   like a little bit of people, not a whole bunch, but they were

22   all fans.  When I pulled up, he took his last couple of

23   pictures.  When he saw that I was there he asked everybody put

24   their phones up.  After that, we walked inside the cigar bar.

25   Q    When you say "we," who walked inside the cigar bar?

Faith - Direct - Shihata                    2192

1  A    Me, Diana R. Kelly, and his entourage.

2  Q    What happened you got inside?

3  A    Once we got inside, right away Diana told me where to

4  sit.  She was sitting across from me.  There was nobody there

5  for me to interact with.  There was a gentleman I did not know

6  to my left, two seats away.  He was talking to the owners,

7  just being friendly.  They offered me a bottle of champagne.

8  He got me a bottle of champagne.

9  Q    Who offered you a bottle of champagne?

10 A    R. Kelly.

11 Q    You said someone was talking to the owners, who are you

12 referring to?

13 A    R. Kelly.

14 Q    What happened after you were offered champagne?

15 A    After I got the champagne, I was sitting there probably

16 had like two glasses of champagne for the amount of time I was

17 there.  There was a moment where I had my legs crossed to the

18 left and there was a man on my left side.  And he had came

19 behind me and he whispered in my ear.  He said, sit up and

20 straighten my legs and turn them the other way.

21 Q    Who said that?

22 A    R. Kelly.  He told me that my legs should never be

23 pointed to another man when I'm in public with him.

24 Q    Where, if anywhere, did you go after the cigar bar?

25 A    After the cigar bar there was an older gentleman there

Faith - Direct - Shihata                    2193

1   that he said was his uncle, and he told me to get in the car

2   with him and Diana would ride with me to the venue that we

3   would follow the Sprinter, and we did.

4   Q    Did you see, what if any, car the defendant got into?

5   A    His Sprinter.

6   Q    What happened after you got to the concert venue?

7   A    When we arrived to the concert venue, we walked, we

8   arrived in the back, we walked to his dressing room.  Diana

9   was there with me as well.  She showed me his side of the

10  dressing room.  There was some Hennessy and cranberry juice.

11  He told her to make me a drink.  She did.  I had maybe a cup

12  or two before the show started.

13          There was a moment where it was just me a Diana.  He

14  came in and told her she could leave.  And it was just me and

15  him.  We engaged in sex before the show.

16  Q    At that point, how much had you had to drink that day?

17  A    I was, I had a little bit of champagne before, I was

18  drinking Hennessy and cranberry, probably a cup and half.  I

19  wasn't belligerently drunk, but I was feeling it.

20  Q    What, if anything, happened after the defendant had sex

21  with you that day?

22  A    After we had sex, Diana knocked before she entered and

23  she let him know he had ten minutes.  So again, he got

24  dressed.  And he went on stage.

25          Diana she walked me to where I was going to be

Faith - Direct - Shihata                    2194

1    sitting.  Again, my seat was close to the stage to where he

2    could see me, I could see him.

3    Q    And did you stay for the whole concert?

4    A    Yes.

5    Q    How, if at all, did the defendant interact with you

6    during the concert?

7    A    Again, just like the times before, coming like right

8    where I was.  This time he was a little bit more direct, it

9    caught the attention of the people behind me.  He was just

10   entertaining I guess me from where I was at.

11   Q    What happened after the concert?

12   A    After the concert we went backstage.  Diana had came and

13   got me from my seat again, escorted me backstage.

14        The backstage room it was pretty big.  There is like

15   a curtain that split the room in the middle.  I could hear

16   other people on the other side, but I couldn't see them.  I

17   heard there was like a younger woman and her mom and they were

18   playing her music.  I could hear them laughing, things like

19   that.  They ended up coming on the side that I was on to

20   change a song.  I could hear him too on that side as well.

21   But I wasn't entertaining -- I wasn't entertaining them; they

22   weren't entertaining me.

23        It was just me and Diana.  There was a moment where

24   he had peeked in again.  He was like, Diana, make her a drink.

25   She got up right away made me another drink.

Faith - Direct - Shihata                    2195

1              That's really what the scene was like backstage.

2      Q    Did Diana make you more than one drink?

3      A    Yes.

4      Q    Had you had anything to eat that point?

5      A    No.

6      Q    Where did you go, where if anywhere, did you go after

7      this time backstage?

8      A    I didn't go anywhere backstage.  I just stayed back

9      there.

10     Q    My question was unclear.  Did you leave that area that

11     you were in at some point?

12     A    Yes.

13     Q    Where, if anywhere, did you go?

14     A    Back to the hotel.

15     Q    How did you get there?

16     A    Uber.

17     Q    When you got back to the hotel, what kind of state were

18     you in?

19     A    When I got back to the hotel, I was drunk by then.

20     Q    Did you hear from the defendant after you got back to the

21     hotel?

22     A    I probably had like maybe two hours of sleep and he was

23     knocking on the door.

24     Q    And what happened then?

25     A    He came in again.  We had sex.  I don't remember this

Faith - Direct - Shihata                    2196

1    time if it was recorded or not.  And that was it.

2          He had left some jewelry there, so the next day I

3    let him know he had left his jewelry.

4    Q    Did you see the defendant again on that trip?

5    A    Yes.

6    Q    When did you see him?

7    A    When he had came to get his jewelry.

8    Q    Did he come back to your hotel room?

9    A    Yes.

10   Q    When he got back to your hotel room what, if anything, do

11   you recall the defendant saying to you?

12   A    Our conversation in the hotel room, that was really one

13   of the more serious conversations we ever really had.  I had

14   never seen him cry until that conversation or really get deep

15   into his personal self, his personal life.

16         When he walked in, he didn't seem like super happy,

17   but he didn't seem upset.  I thought he was just coming to get

18   his jewelry.

19         He when went on, he went on a ramble.  He said

20   people always talk about the bad I've done, but they never

21   talk about the good.  He stated that nobody every talks about

22   the money he donates to charity.  They don't talk about the

23   events that he's had to give back.  Or how he likes to feed

24   the homeless.  Things like that.

25         He got really emotional.  He had expressed to me

Faith - Direct - Shihata                2197

1   some things that happened to him when he was a child.

2   Q    What, if anything, did the defendant say during that

3   conversation about protecting him?

4   A    He asked me if I would protect him.

5   Q    And what happened after that?

6   A    After he asked me if I would protect him, I said yes.

7   That came with a brief pause.

8           After that he told me that an attorney was going to

9   be coming up and she has some papers for me to sign.  He was

10  like, just some papers, you know, that state our business is

11  our business and that you'll protect me.  And again he asked

12  me, again he said will you protect me.  I said yes.

13          After that he goes on, he finishes telling me

14  things.  It gets deeper.  He says, because we hadn't seen each

15  other in a couple of months since the last trip, he says

16  there's been a lot said about me, a lot going on.

17          He revealed to me, he said, there is some females

18  that I'm raising.  I have a group of women that I raised.  He

19  said some women have been with me for five years, some women

20  have been with me for a year, some women have been with me for

21  15 years.

22          He stated that these women were his family.  That

23  they protect him.  That they love each other.  He really

24  presented it like a family dynamic.  Not so much like a

25  relationship, but more like they were a family.  He stated

1    that the reason why he liked me was that I reminded him of the

2    girls.

3               And I asked him, I said, do you all sleep together?

4    He said yes.  I had told him I'm not into girls at all.  He

5    said, well, if I want both of you suck my dick, ultimately

6    it's about pleasing me, so you're going to suck my dick with

7    her.  Again, it was just one of those things I tried to

8    chuckle off.  I didn't think like, okay, I guess so, he must

9    be serious.

10              He paused again.  He kind of had this look on his

11   face like he was uncomfortable after he had told me

12   everything.  He said, you know, you were at the concert,

13   right?  I said, yes.  He said, you're right there, he said,

14   and they, the girls, referring to the girls, he said, they

15   were on the side of me.  You didn't even know.  He said where

16   ever I go, they go.

17              He had explained to me that it's a group of them.

18   They are involved.  He said they love each other, but he was

19   like, as far as talking about exboyfriends or anything really

20   too personal, he said that they didn't discuss that with one

21   another.  He said he trusted them.  And they trusted him back.

22   Q    You testified that the defendant said something to you

23   about a lawyer coming up to the room and you signing

24   something.

25   A    Correct.

Faith - Direct - Shihata                    2199

1    Q     Now, did a lawyer end up coming to the room?

2    A     No, the attorney never came.

3    Q     Did the defendant talk to you about anything that he

4    wanted you to write?

5    A     After maybe about 30 minutes of us sitting there, no

6    attorney came.  Again, when he's in deep thought he'll pause.

7    And he said that, again, he needed me to protect him.  And he

8    said that there was going to be, basically he needed me to

9    write down something about my family that I didn't want

10   anybody to know.  And I said, well, there is nothing I could

11   think of that I don't want anybody to know.  Nothing about

12   your dad or your mom?  No.  He's like, I can help you with

13   that.

14   Q     What did you understand him to mean?

15   A     That he would help me come up with a lie to form on my

16   family or my parents if I couldn't think of one on my own.

17         Shortly after that, he asked me to pull out my

18   phone, and I pulled out my phone.  And he said -- this time he

19   gave me another number to group text with.  He had me group

20   text these numbers.

21         He said, I want you to text this.  He told me

22   exactly what to text, down to what emoji to use.  He said,

23   text this for me:  Daddy I want to be with you and the girls.

24   He was like, put praying hands emoji, like this (indicating),

25   like please.  He asked me if I understood what to type.  I

1  said yes.  He said, did you send it?  I said yes.  He said,

2  good.

3            After that he told me to get dressed we were going

4  to go out, and I did.

5  Q    The letter that he asked you to write with things about

6  your family, did you end up doing that?

7  A    No.

8  Q    Was it after that that he asked you to send that text you

9  just described?

10  A    Correct.

11  Q    You testified that that the text you sent was a group

12  text; is that right?

13  A    Correct.

14  Q    Did you have any understanding about who that text was

15  being sent to?

16  A    I was sending the group text to all of his numbers.  He

17  has different phones, I was sending that text to multiple

18  phones.

19  Q    Belonging to the defendant?

20  A    Correct.

21  Q    What, if anything, did the defendant say to you in that

22  hotel room in Dallas about rules?

23  A    He had let me know that they had rules.  And that pretty

24  much they are understood, they are followed.  He has a way to

25  be greeted, down to rules as to when he walks in the room

Faith - Direct - Shihata                2201

1   everybody greets each other, they all kiss him, things like
2   that.
3   Q    When you say "they," who are you referring to?
4   A    The girls.
5   Q    The defendant's girls?
6   A    Correct.
7   Q    What, if any, impression did you have about why the
8   defendant was telling you all these things?
9   A    The impression that I had was, I guess, he felt like we
10  were at --
11             MR. CANNICK:  Objection.
12             THE COURT:  I'll sustain that as to form.
13  Q    What was going through your head after the defendant told
14  you these things?
15  A    I guess, that he trusted me.
16             MR. CANNICK:  Same objection, your Honor.
17             MS. SHIHATA:  It's her own thoughts.
18             THE COURT:  Thank you for telling me that.
19             The objection is sustained.
20  Q    After he told you to get dressed, did he say anything
21  what to get dressed for?
22  A    He said we were going out.  He asked me what there was to
23  do in Dallas, since I was from Texas.  And I told him there
24  were hookah bars open on Sundays late.
25  Q    After you got dressed where, if anywhere, did you go?

Faith - Direct - Shihata                    2202

1    A    We went to downstairs to his room.  He sent me downstairs

2    to his room after we got dressed.

3    Q    The defendant took you downstairs?

4    A    Correct.

5    Q    Did you know where you were going when you were leaving

6    your hotel room?

7    A    I was under the impression that we were leaving.

8    Q    Like going out?

9    A    Heading to the hookah bar, correct.

10   Q    What happened when you got to the defendant's hotel room?

11   A    When I got to R. Kelly's hotel room he was knocking on

12   the door.  He didn't just go in.  He opened the door and there

13   was another woman in the room.

14   Q    How, if at all, did that other woman greet the defendant

15   after the door opened?

16   A    She said, hey, Daddy.  She had a big smile on her face.

17   And she kissed him.

18   Q    What happened next?

19   A    He turned to kiss me.

20   Q    And what, if anything, did the defendant say?

21   A    I was like, you're going to kiss me after you just kissed

22   her?  He was like, yes.  He reminded again that's how they

23   greeted.

24   Q    Did the defendant say anything about who this woman was?

25   A    He introduced her to me as Joy.

Rivka Teich, CSR, RPR, FCRR, RMR  Official Court Reporter

Faith - Direct - Shihata                    2203

1   Q    I'm showing you what is in evidence as Government's

2   Exhibit 78.  Do you recognize this photo?

3   A    Yes.

4   Q    Who is this in this photo?

5   A    Joy.

6   Q    Was that the woman in the room that day?

7   A    Yes.

8   Q    What, if any, discussion did the defendant have with you

9   and Joy -- withdrawn.

10        First of all, what kind of hotel room was it that

11  you went to that day that Joy was in?

12  A    We were in his hotel suite.

13  Q    And what, if any, discussion did the defendant have with

14  you and Joy in the hotel suite?

15  A    He quickly introduced us.  He said Joy, Faith, Faith Joy.

16  He said, you all get to know each other, just like that.

17  Q    When he said, you all get to know each other, did he have

18  any other instructions about that?

19  A    That he just reminded me again, they don't discuss their

20  boyfriends, things like that, things that he said,

21  quote/unquote, were disrespectful to him.

22  Q    So what, if anything, did you discuss with Joy?

23  A    When me and Joy had a conversation, our conversation was

24  not really a two-way conversation.  She kind of just looked me

25  from up and down.  She said, literally everything I had on she

1    said she liked.  I like your hair; I like your shoes; I like

2    your jeans; I like your shirt.  Literally from top to bottom

3    complimenting me.

4              (Continued on next page.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Faith - Direct - Shihata*                                      2205

1    DIRECT EXAMINATION

2    BY MS. SHIHATA: (Continuing.)

3    Q    Did you see how Joy was dressed that day?

4    A    Yes.  He had told me to wear heels, and I looked at her,

5    she had on heels as well, but her hair wasn't done, her

6    clothes weren't very fashionable, her toenails were chipped,

7    her nails were broken.  She just looked very unkept.

8    Q    Now, you testified that she complimented you on what you

9    were wearing; is that right?

10   A    Correct.

11   Q    Now, did that happen in the hotel suite or somewhere

12   else?

13   A    This happened outside the hotel suite.

14   Q    So after you went to the hotel suite with the defendant

15   and met Joy, was that the first time you had met Joy?

16   A    Yes.

17   Q    Where, if anywhere, did the three of you go after that?

18   A    After he quickly introduced us, we went down to the

19   elevator.  He said, in a moment, he was going to go get the

20   car, so we were just waiting, it was just us two, and that's

21   where she had complimented me.

22   Q    Now, at some point, did the defendant come back?

23   A    Yes.

24   Q    And what did he come back with?

25   A    He came back with -- with the Sprinter.

1    Q    And what happened then?

2    A    He said, Let's go.  We got up to leave, he had -- before

3    we got in the Sprinter, he lit his cigar, and Joy was lighting

4    it for him.

5    Q    Who got into the Sprinter?

6    A    Me, R. Kelly, and Joy.

7    Q    And what part of the Sprinter did the three of you get

8    into?

9    A    The riding side of the Sprinter.

10   Q    What, if anything -- well, can you describe what you saw

11   in the Sprinter when you went inside?

12   A    When I opened the door to the Sprinter, there is two

13   seats back like this, and there's two seats that will sit in

14   front of you, so you will be sitting across from each other.

15   I noticed there was like a Victoria's Secret bag.  I saw,

16   like, multiple bra and panties, like, toothbrush, hair

17   brushes.  Like, maintenance stuff.

18   Q    And when you were in the back of the Sprinter, could you

19   see who was in the front?

20   A    No.

21   Q    Why was it that you couldn't see who was in the front?

22   A    In the Sprinter -- so, in the Sprinter, say I'm sitting

23   where -- behind -- normally, in, like, a truck or SUV,

24   there's, like, a little window where you could see who is

25   driving, where you could open it and say something.  It was

1   almost like a -- it wasn't cardboard, it wasn't brick.  It was

2   just like a -- don't know what to call it, but it was

3   something that was screwed over that piece to where it wasn't

4   showing, so I couldn't see who was driving or in the passenger

5   seat and they could not see me either.

6   Q    And when you say "the passenger seat," you mean the front

7   passenger seat next to the driver?

8   A    Correct.

9   Q    Now, when you entered the Sprinter, did you notice if

10  there was anyone in the front passenger seat before getting

11  inside?

12  A    Yes.  Diana got in the Sprinter with us as well.

13  Q    And where did she get in?

14  A    In the front driver's passenger's seat.

15  Q    And where, if anywhere, did you all go in the Sprinter?

16  A    We had went to the hookah bar that I told him about.

17  Q    And, by the way, was there also a driver in the Sprinter?

18  A    Correct.

19  Q    Now, what, if anything, happened on the drive to the

20  hookah bar?

21  A    On the drive to the hookah bar, he had asked me, who did

22  I listen to for Christmas, and I said, Johnny Gill Christmas

23  album.  And he said -- he laughed at me.  He said, Joy, turn

24  on my Christmas album.  So she turned on his Christmas album,

25  he pulls out a bottle of Ciroc, and he drinks.  He passes it

1    to Joy, she drinks.  He says, Pass it to her, and I kind of,

2    like, hesitated.  I was like, I don't think I want to drink

3    it.  He's was like, Drink.  He was like, Drink.  So I drank

4    it, and we did that for a good ten minutes; we were just

5    passing the bottle around.  The bottle was full, and by the

6    time we were done, it was damn near empty.

7    Q    And at some point, did the Sprinter arrive at the hookah

8    bar?

9    A    It did.

10   Q    And what happened when the Sprinter arrived?

11   A    When we arrived to the hookah bar, he got up, he said,

12   Y'all stay here.  He said, I'm gonna go scope the scene to

13   make sure there ain't too many niggers in here.  Those were

14   his words.  So he got up, Diana came to open the door, let him

15   out, and they both went inside of the hookah bar.

16   Q    When you say they both went, do you mean Diana and the

17   defendant?

18   A    Correct.  She followed him.

19   Q    And where did you and Joy stay?

20   A    In the Sprinter.

21   Q    How long did you and Joy stay in the Sprinter?

22   A    We were in the Sprinter for some hours.  It wasn't just a

23   minimum wait, 45, we were in there for some hours.

24   Q    And what time of year was this again?

25   A    This was in December.

*Faith - Direct - Shihata*                           2209

1    Q    And at some point while you were in the Sprinter, did you

2    feel uncomfortable?

3    A    I felt uncomfortable; I started just getting hot.  The

4    heat was on, and I was already holding my pee for a long time,

5    yeah.

6    Q    And when that happened, what did you do?

7    A    I had let Diana know that I had to use the bathroom; and

8    she said, Okay, stand by, and it took her a minute to get

9    there.  I called his phone.

10   Q    When you say a "minute," what do you mean?

11   A    Excuse me.  Not a minute.  It took a long time for --

12   Q    Are you saying a "minute" as in a slang term?

13   A    Yes.  Excuse me.  A "minute" is slang.  When I say a

14   "minute," I really mean a long time.

15   Q    Now, did you at some point try to open the door to the

16   Sprinter?

17   A    Yes.  There was a moment where -- 'cause I was, kind of,

18   like, nodding off and then when I -- I would nod off and be

19   like, I'm still here.  I looked at Joy, and I tugged on it,

20   and she was like --

21   Q    Tugged on what?

22   A    The door.  And she said, You have to ask.  But even when

23   I tugged on the door, it didn't move, and she was, like, The

24   door is broken, and you have to ask, so I was like, Okay.

25   Q    So when you tried to open the door, it did not open?

1    A    It did not open.

2    Q    And what did you do after you tried to open the door, it

3    didn't open, and Joy told you you had to ask?

4    A    That's when I began to contact them -- contact Diana

5    first, and then R. Kelly.  And it wasn't until I texted Diana

6    and I was like, Okay, I feel like I'm about to pass out, is

7    when somebody came out and drove me to the -- a bathroom.

8    Q    Now, you testified that someone finally came to the

9    Sprinter; is that right?

10   A    Correct.

11   Q    Who came?

12   A    Diana came and he came.

13   Q    And what happened then?

14   A    After they arrived, they drove me and Joy and R. Kelly to

15   IHOP to use the bathroom.

16   Q    And what happened once you arrived at the IHOP?

17   A    Again, Diana came and opened the door.  She said -- she

18   asked who all had to use the bathroom.  Me and Joy both went.

19   She followed us to the bathroom; she opened the door for us

20   when we got to the bathroom; we used the bathroom.  When I was

21   using the bathroom -- excuse me.  Joy -- she washed her hands,

22   she didn't use the bathroom, but when I used the bathroom,

23   Diana was standing outside the stall, she opened it for me.

24   When I was washing my hands, she was waiting, she opened the

25   door to let me out; and, again, we went back into the

1    Sprinter.

2    Q    And did Diana use the bathroom at all?

3    A    She did not.

4    Q    What happened after you got back to the Sprinter?

5    A    Once we got back to the Sprinter, he asked if he could

6    talk to me, and so I stepped outside the Sprinter and we had a

7    conversation, and he asked me why I wasn't feeling good.

8    Again, I had reminded him at the time that I was epileptic,

9    and drinking, at that time, was my trigger.  I had been

10   involved in an accident prior to, and I never had to deal with

11   seizures, but now I did, and I knew that drinking was a

12   trigger, so I was reminding him, you know, just of everything

13   we had already talked about before I got there.

14   Q    So let's back up a moment.

15        So you mentioned you're epileptic; is that right?

16   A    Correct.

17   Q    And around when did you develop epilepsy?

18   A    Around late 2015.

19   Q    And what happened that resulted in you developing

20   epilepsy?

21   A    My high school boyfriend at the time -- after graduation,

22   he had got a girl pregnant, and we ended up getting into it.

23   She had stabbed me in my lung, in my shoulder, in my back.

24   Q    And were you hospitalized for a period of weeks?

25   A    Yes.

*Faith - Direct - Shihata*                                        2212

1   Q    And after that, did you develop epilepsy?

2   A    Yeah, from the head trauma.

3   Q    Now, you testified that you had discussed this with the

4   defendant before; is that right?

5   A    Correct.

6   Q    Do you recall when in the time -- approximately when in

7   the time you knew him you had first discussed this with him?

8   A    We discussed it before I even flew to meet him.  We were

9   having those basic conversations about who he was, about who I

10  was, and he had asked me if I had any boyfriend.  I had let

11  him know I only had one boyfriend, and it really didn't go

12  that well, things like that.

13  Q    And that's when you told him about the stabbing?

14  A    Correct.

15  Q    And the epilepsy?

16  A    Correct.

17  Q    All right.  Now, going back to after the IHOP -- when you

18  went to the bathroom at the IHOP in Dallas and the defendant

19  was speaking to you, I think you just testified you -- you

20  mentioned -- you brought up the fact that you get seizures to

21  him then again as well?

22  A    Yes, correct.

23         He had asked me what a seizure was again.  He said,

24  What's a seizure again?  So I explained to him what a seizure

25  was, and he said, Oh, well, I can't have you on the road with

1   me when you sick, so I need you to get better.  And I was just

2   like, It's not really anything to get better from.  It's just

3   seizures might happen if I'm sitting overheating drunk.

4   Q    Now, after you used the bathroom at the IHOP, where, if

5   anywhere, did you go?

6   A    After we came from IHOP, we returned back to the hotel.

7   Q    And who went back to the hotel?

8   A    All of us -- me, Diana, R. Kelly, Joy.

9   Q    And once you got back to the hotel, where in the hotel

10  did you go?

11  A    I went back to my hotel room.  When I got out of the

12  Sprinter, he instructed Diana to -- he said, Diana, make sure

13  you go in and watch her, make sure she's all right, and she

14  did.  She followed me up to my room.  I had showered, laid

15  down.  It was probably about an hour she stayed.  She was just

16  sitting; she wasn't talking.  After an hour, she got up, she

17  told me she was going back to her hotel room, and I said okay.

18  Q    Did you see the defendant again on that trip?

19  A    I did.

20  Q    And do you recall when you saw the defendant again on

21  that trip?

22  A    On my way out and on his way out as well.

23  Q    When you say on your way out, what do you mean?

24  A    I was leaving Dallas and so was he.

25  Q    And did you see him at the hotel?

1    A    Correct.  In front of the hotel we met.

2    Q    And what, if any, conversation did you have with him at

3    that time?

4    A    He had let me know that now things were getting more

5    serious.  He said that I probably, the next time, would stay

6    for two weeks.  He wanted me to come with him -- come to him

7    and stay at his house for two weeks.  He had made a comment,

8    he said I was gaining weight, so he was like, For two weeks,

9    you know, I want you to come, get right.  He said he was going

10    to get me a personal trainer.

11            He also stated that he didn't like that when he has

12    sex with me he can't get in me.  He said that I needed to get

13    a dildo that was the size of his penis and I needed to start

14    using it so that he doesn't have any problems when we're

15    having sex.

16    Q    And what type of problems did you understand him to be

17    referring to when you were having sex?

18    A    Not being able to penetrate me fully.

19    Q    Did you leave Dallas after that?

20    A    Yes.

21    Q    And where did you go?

22    A    Back to San Antonio.

23    Q    And did you continue to communicate with the defendant

24    after you got back to San Antonio?

25    A    Yes.

1    Q    How, if the all, did your communications with the

2    defendant change after your trip to Dallas?

3    A    After my trip to Dallas, actually, our communication had

4    changed to where the conversations weren't -- they weren't so

5    much like sweet.  It was more like a -- you would think we --

6    guess we were in a relationship to where he was -- he told me,

7    I want to know where you go, who you going with, the address.

8    If you going out, ask me if you can go out.  He said if

9    there's going to be niggers there, he said I need to know who.

10   So he wanted to know my home address and literally everywhere

11   I went.  And he said when he calls my phone, I need to answer

12   it.  If I don't pick up, that's a issue.

13   Q    And did you follow his instructions?

14   A    I did.

15            MS. SHIHATA:  I'm going to show the witness only

16   what's been marked for identification as Government's Exhibits

17   207E through -H.

18            May I approach, Your Honor?

19            THE COURT:  Yes.

20   BY MS. SHIHATA:

21   Q    Can you take a look at those documents and let me know if

22   you recognize them?

23   A    Yes, I do.

24   Q    And what do you -- generally speaking, what do you

25   recognize these documents to be?

1          THE COURT:  Are we out of a battery again?

2          THE WITNESS:  There you go.  It's just low.

3          THE COURT:  Is it low?

4          THE WITNESS:  Yes.

5          THE COURT:  Do you want to change the battery?

6          (Pause.)

7          THE COURT:  Thanks, Donna.

8   A    Can you repeat the question?

9   Q    Sure.

10          Generally speaking, what do you recognize the

11  documents I just showed you to be?

12  A    Text messages between me and R. Kelly.

13  Q    And are these screenshots of certain text messages from

14  your phone?

15  A    Correct.

16          MS. SHIHATA:  I move to admit Government's Exhibits

17  207E through -H.

18          THE COURT:  Any objection?

19          MR. CANNICK:  No.

20          THE COURT:  Those are in evidence.

21          (Government's Exhibit 207E through -H received in

22  evidence.)

23          MS. SHIHATA:  Thank you, Your Honor.

24          THE COURT:  I'm going to show you what's in evidence

25  as Government's Exhibit 207E.

*Faith - Direct - Shihata*                                                      2217

1          (The above-referred to exhibit was published.)

2    BY MS. SHIHATA:

3    Q    Now, at the top, does it indicate how many people you're

4    sending this text message to?

5    A    Three.

6    Q    And what does that refer to there?

7    A    Three different phones.

8    Q    For who?

9    A    R. Kelly.

10   Q    So it was a group text, but all to R. Kelly's phones?

11   A    Correct.

12   Q    Now, are the texts -- who are the texts in gray from?

13   A    Him.

14   Q    The defendant?

15   A    Correct.

16   Q    And the responses in blue on the right side, are those

17   from you?

18   A    Correct.

19   Q    And at the top, is there a text from the defendant saying

20   where are you?

21   A    Correct.

22   Q    And your respond:  Olive Garden, do you want me to call,

23   and then sent him a photo; is that right?

24   A    Correct.

25   Q    Why did you do that?

1  A    Because those were part of his rules.  He wanted to know

2  where I was at, what I was doing, so I just sent a picture.

3  Q    I'm showing you what's in evidence as Government's

4  Exhibit 207F.

5            (The above-referred to exhibit was published.)

6  BY MS. SHIHATA:

7  Q    Again, are these texts between you and the defendant?

8  A    Correct.

9  Q    And can you describe what you sent to the defendant

10  that's shown on Government's Exhibit 207F?

11  A    I'm showing him my outfit as I'm headed out to attend the

12  funeral service.

13  Q    And what did you write to him?

14  A    Daddy, I'm headed to the service, just wanted to send you

15  pics of what I'm wearing, love you.  He said:  Good girl, and

16  sent a selfie back.

17  Q    Why did you send him these texts?

18  A    Those were a part of the rules.

19  Q    I'm showing you Government's Exhibit 207G.

20            (The above-referred to exhibit was published.)

21  BY MS. SHIHATA:

22  Q    Again, are these texts between you and the defendant?

23  A    Correct.

24  Q    And can you describe -- can you go through the texts

25  here?

1   A    I was out shopping and he had called me, so I sent a

2   picture to let him know I was still shopping, and then he

3   replied:  Hey, baby, I love you.

4   Q    I'm showing you what's in evidence as Government's

5   Exhibit 207H.

6              (The above-referred to exhibit was published.)

7   BY MS. SHIHATA:

8   Q    Again, are these texts between you and the defendant?

9   A    Correct.

10  Q    And this photograph of someone's hand with nails, did you

11  send that?

12  A    Correct.

13  Q    And whose hand is that?

14  A    My hand.

15  Q    Now, are the texts in blue from you?

16  A    They are.

17  Q    And what did you write the defendant that day?

18  A    I asked him if it was okay if I went out with my older

19  sister -- the one he had met.

20  Q    And was that the one he had met back at the Tobin Center?

21  A    Correct.

22  Q    And why did you send him that text?

23  A    Making sure it was okay for me to go out, following what

24  he had asked me to.

25  Q    Now, at some point, did you travel to see the defendant

1    again?

2    A    Yes.

3    Q    Where did you go?

4    A    After my last trip to Dallas, my next trip was to

5    Los Angeles.

6    Q    And where did you travel from to Los Angeles?

7    A    I traveled from San Antonio.

8    Q    Around when was this trip?

9    A    This trip was around January of 2018.

10   Q    And who booked your flights for that trip to Los Angeles?

11   A    Diana.

12   Q    And who paid for your flights?

13   A    R. Kelly.

14   Q    About how long did you stay in Los Angeles?

15   A    Los Angeles was about a two-day stay, a weekend trip

16   again.

17   Q    And do you recall where you stayed?

18   A    At a Holiday Inn.

19   Q    And who paid for your hotel?

20   A    R. Kelly.

21   Q    What happened when you got to LA?

22   A    When I arrived it LA, Diana called an Uber to pick me up

23   and take me to the hotel.

24   Q    And what happened after you got to the hotel?

25   A    Once I got to the hotel, I was told instructions on who

1    to talk to or tell them -- excuse me -- what name the room was

2    under from Diana, and I went to my room.

3    Q    And do you recall whether the room was under your name

4    there?

5    A    I don't.

6    Q    I'm showing you what's in evidence, page 59 of

7    Government's Exhibit 208B.

8             (The above-referred to exhibit was published.)

9    BY MS. SHIHATA:

10   Q    Again, are these texts between you and Diana?

11   A    Yes.

12   Q    And I'm actually going to show you the page before,

13   page 58.

14            Do you see a text from January 12th, 2018?

15   A    Yes.

16   Q    Now, the texts in blue are from you; correct?

17   A    Correct.

18   Q    The texts in gray are from Diana?

19   A    Correct.

20   Q    When you said at the top, is it under my name, what are

21   you referring to?

22   A    The hotel room.

23   Q    And how did Diana respond?

24   A    She said:  Tell them I left the key with Billy.  It's

25   under Diana Copeland.

1  Q    And does that refresh your recollection as to what
2  happened when you got to the hotel?
3  A    Correct.
4  Q    What happened?
5  A    I arrived to the hotel and I let them know that Diana
6  Copeland had given me permission to her room.  She said she
7  left the key with Billy.  They didn't ask me for any
8  identification, didn't hesitate, gave me the room key and the
9  number.
10 Q    Now, where, if anywhere, did you go after getting to the
11 hotel?
12 A    Once I arrived to the hotel, I didn't go anywhere
13 immediately.  I texted Diana, and she told me to get ready, a
14 car would pick me up and take me to the studio where he was.
15 Q    And where, if anywhere, did you first see the defendant
16 after arriving in LA?
17 A    At a studio in LA.
18 Q    And how did you get to that studio?
19 A    Uber.
20 Q    Do you remember where that studio was located?
21 A    In Los Angeles.
22 Q    Do you remember the specific address?
23 A    No.
24 Q    I'm showing you pages 60 and 61 of Government's
25 Exhibit 208B.

1              (The above-referred to exhibit was published.)

2     BY MS. SHIHATA:

3     Q     These are, again, texts with Diana?

4     A     Yes.

5     Q     And does this show her requesting an Uber for you to get

6     to the studio?

7     A     Yes.

8     Q     Turning to page 61, did you ask her what building number

9     the address was?

10    A     Correct.

11    Q     And did she respond with, first, 11129 Weddington and

12    then correcting it to 11128?

13    A     Correct.

14    Q     Is that where the Uber took you?

15    A     Correct.

16    Q     And what happened when you approached the building in the

17    Uber?

18    A     Once I got out the Uber, Diana met me outside the gate.

19    She let me in, she walked me toward -- the Sprinter was parked

20    outside the front of the studio, and she told me to wait in

21    there, that Mr. Kelly would just be a moment.

22    Q     And where did you see Diana go?

23    A     She went into the front part again of the Sprinter, and I

24    went to the back part.

25    Q     And was anyone inside the Sprinter when you arrived other

1    than -- sorry.

2         Was anyone inside the part of the Sprinter you went

3    inside?

4    A    No.

5    Q    And how long did you wait in the Sprinter?

6    A    I was waiting in the Sprinter for him for over an hour.

7    Q    And at some point, did you need to use the bathroom?

8    A    Yes.

9    Q    I'm showing you again page 61 of Government's

10   Exhibit 208B.

11        (The above-referred to exhibit was published.)

12   BY MS. SHIHATA:

13   Q    At the bottom of this page, is that text in blue from

14   you?

15   A    Correct.

16   Q    And this is a text to Diana?

17   A    Correct.

18   Q    And what did you write there?

19   A    I need to use the bathroom, laugh out loud.

20   Q    And turning to the next page, how did Diana respond?

21   A    Okay.  Stand by.

22   Q    Now, after Diana responded, "Okay.  Stand by," what

23   happened?

24   A    It was like probably a 15-minute wait before she came to

25   the back and open the door and let me out to take me to the

1    bathroom.

2    Q     And where did she take you?

3    A     She walked me through the back to the front where the

4    restroom was -- the back of the studio to the front.

5    Q     Do you mean the back entrance of the studio?

6    A     Correct.

7    Q     Now, before you texted Diana telling her you needed to

8    use the bathroom, about how long had you been in the Sprinter

9    waiting?

10   A     It had already been hours.

11                (Continued on the following page.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Faith - Direct - Shihata                    2226

1    DIRECT EXAMINATION

2    BY MS. SHIHATA:   (Continuing)

3    Q    After Diana took you to use the bathroom, where did she

4    take you after that?

5    A    Back to the Sprinter.

6    Q    At some point did Diana take you anywhere else?

7    A    She took me inside, yes.

8    Q    Inside the studio?

9    A    Correct.

10   Q    And where did she take you?

11   A    I'm sorry, can you repeat the question?

12   Q    Where did she take you in the studio?

13   A    To the studio.  To the actual recording part, I'm sorry.

14   Excuse me.

15   Q    And can you describe the room that Diana took you to for

16   the jury?

17   A    When I walked into the room, I knew I was in the studio.

18   I knew I was in the recording side because there was a piano,

19   there was a stand, a mike stand with a microphone in it.

20          And so if you walk in, I'm looking at this side.  So

21   the engineering window is behind me and all the windows --

22   it's probably like windows from like that end to this end --

23   they're all covered with, like, covers, drapes, blankets,

24   curtains.  If the curtains couldn't cover it, they'd throw a

25   blanket over it.  It was covered.  And nobody else was in

Faith - Direct - Shihata                2227

1   there.  There was a couch in there, a black couch.

2          And there was two rooms.  It looked like -- there

3   was, like, a lounge room and then another room had a whole

4   bunch of his stuff in it.

5   Q    When you say "his stuff," who are you referring to?

6   A    R. Kelly's.

7   Q    And I think you testified that you saw -- or what did you

8   say about -- actually, withdrawn.

9          MS. SHIHATA:  One moment, Your Honor.

10  Q    I'm showing you what's in evidence as Government Exhibits

11  946 -- sorry, what's in evidence as Government Exhibit 946(d),

12  and that's a series of photographs that I'm going to show you.

13         Do you recognize these photographs?

14  A    Correct.

15  Q    And what do you recognize these photographs to be?

16  A    The studio I was in.

17  Q    In L.A.?

18  A    Correct.

19  Q    And did the studio look exactly like these photographs

20  when you were there?

21  A    It did not.

22  Q    How was the studio different?

23  A    The piano was in the middle.  There was a big area rug.

24  The lights were dim.  There was a long black couch.  There

25  were a few chairs.

Faith - Direct - Shihata                2228

1      All those rooms -- well, excuse me, that, the room
2  on the left side, was full of Christmas gifts.  And on the
3  right side, that's, like, the little lounge room.  It wasn't
4  that big.  There was like two lounge chairs in there.
5  Q    So the little lounge room is the one I'm pointing to
6  here?
7  A    Correct.
8  Q    And showing you the third photograph in Government
9  Exhibit 946(d), this area of the studio room, did it look like
10  that when you were there?
11  A    No.
12  Q    How was it different?
13  A    It's different because the windows, you can see them.
14  When I walked in, that whole window was covered.  Like I said,
15  there was a couch on that side as well, so your back would be
16  to the window.  And there was an area rug.
17  Q    And so the part I am pointing to, the window, internal
18  window in the middle, is that the part you're referring to
19  that was covered?
20  A    Correct.
21  Q    And do you recall how it was covered?
22  A    There was like curtains, drapes.  And then on the corner
23  where I guess the curtains couldn't reach, they just had like
24  tapestry thrown over it.
25  Q    Now, after Diana took you to that room, what happened?

Faith - Direct - Shihata                    2229

1  A    After Diana took me to that room, she took me in, she

2  walked me in, she walked out.  She just said, "Text me if you

3  need anything."  I said okay.  She said, "He'll be in soon."

4        Maybe around like 15 minutes after we --

5  Q    Who did you understand her to be referring to when she

6  said he would be in soon?

7  A    R. Kelly.

8  Q    And then did Diana leave?

9  A    She did.

10 Q    And then what happened after that?

11 A    After she left, maybe about like 15 minutes, I was just

12 sitting there and he came in really fast.  He literally --

13 like he was jogging in like he was grabbing something.  So he

14 jogged in to get something and he jogged out.

15 Q    Who is the "he"?

16 A    R. Kelly.

17        He said, "Hey, Baby."  I said, "Hey, Bae."  It was a

18 really fast interaction.

19 Q    And did he leave after that?

20 A    Yeah.

21 Q    And how long went by until you saw him again?

22 A    Hours.  A lot of hours.

23 Q    Now, prior to that, you mentioned there was a point where

24 he came in and out really fast; is that right?

25 A    Correct.

Faith - Direct - Shihata                    2230

1  Q    And prior to that day, had the defendant told you

2  anything about how you -- what you should do when he entered a

3  room?

4  A    I should greet him back.  I should be standing up,

5  greeting him with love when he walks in the room.

6  Q    And did you do that that day?

7  A    I did not.

8  Q    Now, you said you ended up waiting in that room for

9  hours; is that right?

10  A    Correct.

11  Q    At some point did you text Diana?

12  A    I did.

13  Q    And what were you texting her about?

14  A    I had to use the bathroom again.  And then I had told

15  her -- I had asked her, like, "Did he want me to wait still or

16  could I go back to the room after a couple of hours?"

17  Q    Now I'm going to show you page 62 of Government Exhibit

18  208(b), which is in evidence.

19        And I am pointing to the text towards the upper

20  middle, the blue, in blue.  Is that a text from you?

21  A    Yes.

22  Q    And what did you write there?

23  A    "I have to use the bathroom, laugh out loud.  Sorry.  Do

24  I wait for you?"

25  Q    And how did Diana respond?

1  A    "Yes.  Wait for me."

2  Q    And what happened after that?

3  A    That was, like, around like two-something.  So I was

4  waiting for hours and I texted her again and I said, "Can I

5  leave back to the room, laugh out loud?  Or he wants me to

6  wait?"

7  Q    And that's your text down here?

8  A    Yes.

9  Q    And that's several hours later; is that right?

10 A    Yeah, at 6:20 a.m.

11 Q    And did Diana respond about an hour later saying "please

12 wait"?

13 A    Yes.

14 Q    Now, during the time you were waiting in the -- first in

15 the Sprinter outside the studio and then inside the studio in

16 that room, what, if anything, did you do?

17 A    Nothing, waited for him.

18 Q    Were you given any food during that time?

19 A    No.

20 Q    Any water?

21 A    No.

22 Q    Now, at some point did you see the defendant again?

23 A    Yes.

24 Q    And where did you see him?

25 A    In that same room where I was waiting.

Faith - Direct - Shihata                    2232

Q     What happened when he came in the room?

          MS. SHIHATA:  Actually, Your Honor, this may be a
good stopping point.

          THE COURT:  Oh, all right.

          Okay, ladies and gentlemen, we are going to break
for the day.  I will see you tomorrow, same time.

          Do not talk about the case.  Do not read any
articles or listen to any news reports of the case.  And
obviously, do not talk to anybody about it.

          But please have a good night.  I will see you
tomorrow.

          THE CLERK:  All rise.

          (Jury exits the courtroom.)

          THE COURT:  Okay, the witness can step out.

          And I will see you tomorrow.

          (Witness exits the courtroom.)

          THE COURT:  Everybody can have a seat.  I'm sorry.

          I AM prepared to rule on that matter we discussed at
the side.

          MS. SHIHATA:  Okay.

          THE COURT:  You were not there, Mr. Scholar.

          With respect to the application to question the
witness, I had ruled, prior to trial, pursuant to Rule 412 of
the Federal Rules of Evidence, that it was inappropriate to
question any of the witnesses about prior sexual conduct.

Faith - Direct - Shihata                2233

1   Even when the Court is considering it, if it is only in

2   specific instances where it is offered to prove that someone

3   else was the source of the injury or physical evidence, when

4   it is evidence of specific instances offered to prove consent.

5   And the third reason is if excluding the evidence would

6   violate the defendant's constitutional rights.

7           I have looked through the material, the 3500

8   material.  I do not see -- first of all, I do not see any

9   evidence of the nature that Counsel said there was, it is

10  precisely the opposite and none of the exceptions under Rule

11  412 apply.  There is also the additional requirement that it

12  has to be offered 14 days before the trial and that the victim

13  has to be notified.

14          None of those things have happened.  I think it is

15  an inappropriate line of inquiry.  I am denying the

16  application and you have an exception to the ruling.

17          MR. CANNICK:  Thank you, Your Honor.

18          I just want to add one thing for the record.

19          THE COURT:  Sure, but I cannot hear you.  I'm sorry.

20          MR. CANNICK:  Regarding the 14-day rule, if

21  Your Honor recalls, I only mentioned it -- in fact, what I did

22  is, when I thought the victim opened the door, I asked to

23  approach.

24          THE COURT:  Right.

25          MR. CANNICK:  And there was not an opportunity to

1    give any notice because this was something that came up that

2    the witness, of her own volition, offered regarding her

3    history.  And I just felt as though that, okay, based on that

4    testimony a door was opened for me to make inquiry.

5            THE COURT:  I understand.  As I said, I have

6    reviewed the 3500 material, I do not see any basis to do that,

7    so the application is denied.

8            Is there anything else that we have to discuss?

9            MR. CANNICK:  Your Honor, there was a reference in

10   the -- may we just go sidebar on this?

11           THE COURT:  Sure.

12           (Sealed sidebar.)

13           (Continuing on the next page.)

14

15

16

17

18

19

20

21

22

23

24

25

Sealed Sidebar                                    2235

1       (Sealed sidebar conference held on the record out of

2   the hearing of the jury.)

3   

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21       (Sealed sidebar end.)

22       (Continuing on the following page.)

23

24

25

Andronikh M. Barna, Official Court Reporter, RPR, CRR

Proceedings                                   2236

1          THE COURT:  Anything else before we break for the

2   day?

3          MR. CANNICK:  Nothing else from us, Your Honor.

4          THE COURT:  Anything from you?

5          MS. SHIHATA:  Nothing, Your Honor.

6          THE COURT:  Nothing.  Okay, see you tomorrow.

7          (Matter adjourned to September 1st, 2021, at

8   9:30 a.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                              **INDEX**

2     **WITNESS:**                                            **PAGE:**

3        **SUZETTE**
         **MAYWEATHER**
4
                     CONTINUING DIRECT EXAMINATION         1987
5                    BY MS. CRUZ MELENDEZ

6                    CROSS-EXAMINATION                     2067
                     BY MR. CANNICK
7
                     REDIRECT EXAMINATION                  2105
8                    BY MS. CRUZ MELENDEZ

9                    RECROSS EXAMINATION                   2110
                     BY MR. CANNICK
10
      **CHRISTOPHER**
11    **DAVIES**
                     DIRECT EXAMINATION
12                   BY MS. SHIHATA                        2118

13    **FAITH**

14                   DIRECT EXAMINATION                    2123
                     BY MS. SHIHATA
15

16

17

18

19

20

21

22

23

24

25

1                            **<u>EXHIBITS</u>**

2    Government Exhibit 72(a)                              1997

3    Government Exhibits 503(b), (c), (d) and (e)          2007

4    Government Exhibit 236                                2010

5    Government Exhibit 240(b)                             2015

6    Government Exhibit 956                                2016

7    Government Exhibit 231 and 231(a)                     2120

8    Government Exhibit 79                                 2124

9    Government Exhibit 79(a)                              2125

10   Government Exhibit 508                                2129

11   Government exhibit 206(a)                             2135

12   Government's Exhibit 209                              2139

13   Government's Exhibit 206B                             2147

14   Government's Exhibit 234B                             2149

15   Government's Exhibit 208A                             2153

16   Government's Exhibit 516                              2158

17   Government Exhibits 945(a), 945(b), 946(a), 946(b),   2169
     946(c), 946(d) and 946(e)
18   Government Exhibit 208(b)                             2180

19   Government's Exhibit 207E through -H                  2216

20                            *****

21

22

23

24

25