UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA                                    ORDER OF SUSTENANCE

                            Plaintiff,

   -v.-                                                       CR 19-286 (AMD)

ROBERT SYLVESTER KELLY
                            Defendant.
-----------------------------------------------------------X

      **ORDERED** that the Marshal supply proper

( )   LODGING

(X)   SUSTENANCE

( )   TRANSPORTATION

to the (17) jurors empaneled in the above entitled case.

DATED:  Brooklyn, New York
           **September 13, 2021**

( ) DURING TRIAL

( ) DELIBERATING

( ) SEQUESTERED

(X) LUNCH

( ) OTHER _____

                                                s/Ann M. Donnelly
                                                _____
                                                ANN M. DONNELLY
                                                UNITED STATES DISTRICT JUDGE