UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA

                                      Plaintiff,

   -v.-

ROBERT SYLVESTER KELLY
                                Defendant.
---------------------------------------------------------------X

ORDER OF SUSTENANCE

CR 19-286 (AMD)

     **ORDERED** that the Marshal supply proper

( )  LODGING

(X)  SUSTENANCE

( )  TRANSPORTATION

to the (17) jurors empaneled in the above entitled case.

DATED:  Brooklyn, New York
             <u>**September 17, 2021**</u>

( )  DURING TRIAL

( )  DELIBERATING

( )  SEQUESTERED

(X)  LUNCH

( )  OTHER _____

                                                     s/Ann M. Donnelly
                                                   ANN M. DONNELLY
                                                   UNITED STATES DISTRICT JUDGE