UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

Plaintiff,

-v.-

ROBERT SYLVESTER KELLY

Defendant.
-------------------------------------------------------------X

ORDER OF SUSTENANCE

CR 19-286 (AMD)

ORDERED that the Marshal supply proper

( ) LODGING

(X) SUSTENANCE

( ) TRANSPORTATION

to the (17) jurors empaneled in the above entitled case.

DATED: Brooklyn, New York
       September 23, 2021

( ) DURING TRIAL

( ) DELIBERATING

( ) SEQUESTERED

(X) LUNCH

( ) OTHER _____

s/Ann M. Donnelly
_____
ANN M. DONNELLY
UNITED STATES DISTRICT JUDGE