UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

Plaintiff,

-v.-

ROBERT SYLVESTER KELLY

Defendant.
-----------------------------------------------------------X

ORDER OF SUSTENANCE

CR 19-286 (AMD)

**ORDERED** that the Marshal supply proper

( ) LODGING

(X) SUSTENANCE

( ) TRANSPORTATION

to the (17) jurors empaneled in the above entitled case.

DATED:  Brooklyn, New York
        **September 24, 2021**

( ) DURING TRIAL

(X) DELIBERATING

( ) SEQUESTERED

(X) LUNCH

( ) OTHER _____

ANN M. DONNELLY
UNITED STATES DISTRICT JUDGE