UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,　　　　　　　　ORDER OF SUSTENANCE

　　　　　　-against-　　　　　　　　　　　　　　19-cr-0286-AMD

Robert S. Kelly,

　　　　　　　　　　　Defendant.
-----------------------------------------------------------------X

　　　　**It is hereby ORDERED** that the Marshal supply proper:

( )　LODGING

(X)　SUSTENANCE
　　　to the (17) jurors in the above entitled case

( )　TRANSPORTATION

( )　DURING SELECTION

( )　DELIBERATING

( )　SEQUESTERED

(X)　LUNCH

( )　OTHER _____

DATED:　Brooklyn, New York
　　　　　September 27, 2021

　　　　　　　　　　　　　　　　　　　　　　/s/ Ann M. Donnelly
　　　　　　　　　　　　　　　　　　　　　ANN M. DONNELLY
　　　　　　　　　　　　　　　　　　　　　United States District Judge