

COURT'S
EXHIBIT NO. 2
IDENTIFICATION/EVIDENCE
DKT.# _____
DATE: _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ROBERT SYLVESTER KELLY,
also known as "R. Kelly,"

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

19 CR 286 (AMD)

VERDICT SHEET

### AS TO COUNT ONE
### Racketeering

How do you find the defendant?

Guilty ___✓___      Not Guilty _____

*If you answered "Guilty" as to Count One, indicate whether the following Racketeering Acts were proved beyond a reasonable doubt. If you answered "Not Guilty," proceed to Count Two.*

Racketeering Act 1 (Bribery)

Proved ___✓___      Not Proved _____

Racketeering Act 2 (Sexual Exploitation of a Child – Stephanie)

Proved ___✓___      Not Proved _____

Racketeering Act 3 (Kidnapping – Sonja)

Proved _____      Not Proved ___✓___

Racketeering Act 4 (Mann Act Violations – Sonja)

A. What is your verdict with respect to Racketeering Act 4(A) (Transportation)?

   Proved _____      Not Proved __✓__

B. What is your verdict with respect to Racketeering Act 4(B) (Coercion or Enticement)?

   Proved _____      Not Proved __✓__

*If you answered "Proved" as to either Racketeering Act 4(A) or 4(B) or both, please answer the following question. If you answered "Not Proved," proceed to the next Racketeering Act.*

Please indicate which of the statutes the sexual activity violated. You should check all that apply, but need to at least check one.

_____ Sexual activity during the commission of a kidnapping of Sonja (violation of Illinois Criminal Code Section 5/12-16(a)(6))

_____ Sexual activity as part of the course of delivery of a controlled substance to Sonja (violation of Illinois Criminal Code Section 5/12-16(a)(7))

_____ Sexual activity where Sonja was unable to give knowing consent (violation of Illinois Criminal Code Section 5/12-15(a)(2))

Racketeering Act 5 (Mann Act Violation – Jerhonda)

Proved __✓__      Not Proved _____

Racketeering Act 6 (Forced Labor – Jerhonda)

Proved __✓__      Not Proved _____

Racketeering Act 7 (Sexual Exploitation of a Child – Jerhonda)

Proved __✓__      Not Proved _____

Racketeering Act 8 (Mann Act Violation – "Jane")

A. What is your verdict with respect to Racketeering Act 8(A) (Transportation)?

  Proved ✓   Not Proved _____

B. What is your verdict with respect to Racketeering Act 8(B) (Coercion or Enticement)?

  Proved ✓   Not Proved _____

Racketeering Act 9 (Mann Act – "Jane")

A. What is your verdict with respect to Racketeering Act 9(A) (Transportation)?

  Proved ✓   Not Proved _____

B. What is your verdict with respect to Racketeering Act 9(B) (Coercion or Enticement)?

  Proved ✓   Not Proved _____

C. What is your verdict with respect to Racketeering Act 9(C) (Coercion or Enticement of Minor)?

  Proved ✓   Not Proved _____

D. What is your verdict with respect to Racketeering Act 9(D) (Transportation of Minor)?

  Proved ✓   Not Proved _____

Racketeering Act 10 (Sexual Exploitation of a Child – "Jane")

Proved ✓   Not Proved _____

Racketeering Act 11 (Forced Labor – "Jane")

Proved ✓   Not Proved _____

3

Racketeering Act 12 (Mann Act Violations – Faith)

A. What is your verdict with respect to Racketeering Act 12(A) (Transportation)?

Proved __✓__   Not Proved _____

B. What is your verdict with respect to Racketeering Act 12(B) (Coercion or Enticement)?

Proved __✓__   Not Proved _____

*If you answered "Proved" as to either Racketeering Act 12(A) or 12(B) or both, please answer the following question. If you answered "Not Proved," proceed to the next Racketeering Act.*

Please indicate which of the statutes the sexual activity violated:

_____ Reckless endangerment (violation of N.Y. Penal Law § 120.20)
_____ Knowing exposure of infectious venereal disease (violation of N.Y. Public Health Law § 2307)
__✓__ ~~Both~~

Racketeering Act 13 (Forced Labor – Faith)

Proved __✓__   Not Proved _____

Racketeering Act 14 (Mann Act – Faith)

A. What is your verdict with respect to Racketeering Act 14(A)?

Proved __✓__   Not Proved _____

B. What is your verdict with respect to Racketeering Act 14(B)?

Proved __✓__   Not Proved _____

4

*If you answered "Proved" as to either Racketeering Act 14(A) or 14(B) or both, please answer the following question. If you answered "Not Proved," proceed to the next Racketeering Act.*

Please indicate which of the statutes the sexual activity violated:

_____ Reckless endangerment (violation of N.Y. Penal Law § 120.20)
_____ Knowing exposure of infectious venereal disease (violation of N.Y. Public Health Law § 2307)
✓ Both

### AS TO COUNT TWO
### Mann Act Transportation – "Jane"

How do you find the defendant?

Guilty ✓          Not Guilty _____

### AS TO COUNT THREE
### Mann Act Coercion and Enticement – "Jane"

How do you find the defendant?

Guilty ✓          Not Guilty _____

### AS TO COUNT FOUR
### Mann Act Coercion of a Minor – "Jane"

How do you find the defendant?

Guilty ✓          Not Guilty _____

### AS TO COUNT FIVE
### Mann Act Transportation of a Minor – "Jane"

How do you find the defendant?

Guilty ✓          Not Guilty _____

5

## AS TO COUNT SIX
### Mann Act Transportation – Faith

How do you find the defendant?

Guilty __✓__   Not Guilty _____

*If you answered "Guilty" as to Count Six, please answer the following question. If you answered "Not Guilty," proceed to the next Count.*

Please indicate which of the statutes the sexual activity violated:

_____ Reckless endangerment (violation of N.Y. Penal Law § 120.20)
_____ Knowing exposure of infectious venereal disease (violation of N.Y. Public Health Law § 2307)
__✓____ Both

## AS TO COUNT SEVEN
### Mann Act Coercion and Enticement – Faith

How do you find the defendant?

Guilty __✓__   Not Guilty _____

*If you answered "Guilty" as to Count Seven, please answer the following question. If you answered "Not Guilty," proceed to the next Count.*

Please indicate which of the statutes the sexual activity violated:

_____ Reckless endangerment (violation of N.Y. Penal Law § 120.20)
_____ Knowing exposure of infectious venereal disease (violation of N.Y. Public Health Law § 2307)
__✓____ Both

### AS TO COUNT EIGHT
### Mann Act Transportation – Faith

How do you find the defendant?

Guilty __✓__     Not Guilty _____

*If you answered "Guilty" as to Count Eight, please answer the following question. If you answered "Not Guilty," proceed to the next Count.*

Please indicate which of the statutes the sexual activity violated:

_____ Reckless endangerment (violation of N.Y. Penal Law § 120.20)
_____ Knowing exposure of infectious venereal disease (violation of N.Y. Public Health Law § 2307)
__✓__ Both

### AS TO COUNT NINE
### Mann Act Coercion and Enticement – Faith

How do you find the defendant?

Guilty __✓__     Not Guilty _____

*If you answered "Guilty" as to Count Nine, please answer the following question. If you answered "Not Guilty," proceed to the next Count.*

Please indicate which of the statutes the sexual activity violated:

_____ Reckless endangerment (violation of N.Y. Penal Law § 120.20)
_____ Knowing exposure of infectious venereal disease (violation of N.Y. Public Health Law § 2307)
__✓__ Both

7