4369

1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF NEW YORK
2
     - - - - - - - - - - - - - X
3
     UNITED STATES OF AMERICA,     :    19-CR-286(AMD)
4
              Plaintiff,           :
5
                                        United States Courthouse
         -against-                :     Brooklyn, New York
6
     ROBERT SYLVESTER KELLY,       :
7
                                        September 23, 2021
              Defendant.           :    9:30 o'clock a.m.
8
     - - - - - - - - - - - - - X
9

10                       TRANSCRIPT OF TRIAL
                BEFORE THE HONORABLE ANN M. DONNELLY
11          UNITED STATES DISTRICT JUDGE, and a jury.

12   APPEARANCES:

13

14   For the Government:        JACQUELYN M. KASULIS
                                Acting United States Attorney
15                              BY: ELIZABETH GEDDES
                                    NADIA SHIHATA
16                                  MARIA E. CRUZ MELENDEZ
                                Assistant United States Attorneys
17                              271 Cadman Plaza East
                                Brooklyn, New York
18

19   For the Defendant:        DEVEREAUX L. CANNICK, ESQ.
                                NICOLE BLANK BECKER, ESQ.
20                              THOMAS FARINELLA, ESQ.
                                CALVIN HAROLD SCHOLAR, ESQ.
21

22   Court Reporter:           Charleane M. Heading
                                225 Cadman Plaza East
23                              Brooklyn, New York
                                (718) 613-2643
24

25   Proceedings recorded by mechanical stenography, transcript
     produced by computer-aided transcription.

                 CMH      OCR      RMR      CRR      FCRR

4370

1              (In open court; outside the presence of the jurors.)

2              THE COURT:  We'll get the jury in just a minute.

3              I have all of the parties' submissions on this

4    question of prior inconsistencies.

5              I will say that I think a lot of it is a tempest in

6    a teapot because almost all of these questions, when the

7    witnesses were confronted with them, they acknowledged that

8    the statement was in the report.  So I don't know why we're

9    evening debating this because the prior inconsistencies are on

10   the record.

11             Be that as it may, I'll give you a ruling at the

12   next break because I just want to -- I take it there are only

13   four that are at issue?

14             MS. GEDDES:  That's correct.

15             THE COURT:  But why do you have to have a

16   stipulation if it's on the record already?  Every single one

17   of them.  Every single statement.

18             The witness has said do you -- I show you this

19   statement and you say what the statement is.  And then the

20   witness says, I've read it, and then they either say, I don't

21   remember or I didn't say that.  And then you say, But it's on

22   the record, correct, but it's in the report, right?

23             So it's already in the record.  I just don't know

24   why -- it was nice to read the transcript again but I don't

25   know why we're having this conversation.

4371

1          MR. CANNICK:  Your Honor, as long as that's the
2  Court's understanding of the law, then that's fine with us.
3          THE COURT:  So we're just going to leave it all the
4  way it is?  I don't -- I mean, you can object if you want.  If
5  you want me to go through each one, I definitely will, but I
6  think it's on the record that that is in the report with
7  almost every single one of those, those issues, and I know
8  there are at least some of which the government was asked to
9  confirm that it was in the report but nobody disputes that
10  that's what the person said.
11          MR. CANNICK:  I'm fine with that.
12          THE COURT:  All right.
13          MR. CANNICK:  I just didn't want to start the
14  argument and be told it's not in the record.
15          THE COURT:  All right.  You should check, one of the
16  four people should check to make sure but I did go through the
17  transcript last night with each of the ones that you asked
18  about and I'm pretty confident they're all there.  If one of
19  you wants to check while we're, while, you know, this part of
20  it is going on, please do that, but I think it's all there.
21          MR. CANNICK:  I did it yesterday.
22          THE COURT:  Yes.
23          MR. CANNICK:  It's there.
24          THE COURT:  All right.  Well, it was good to have my
25  recollection refreshed.

4372

1          All right.  Shall we get -- anything before we get

2     the jury?

3          MS. GEDDES:  We were going to raise, Judge, the

4     letters regarding jury instructions but we can do that after.

5          THE COURT:  Oh, you know, I'll just tell you, I

6     forgot to put this on the record, that Mr. Scholar sent me

7     someone else's transcript with respect to the two

8     instructions, the cooperator and the immunity, some other

9     Judge's transcript.  I guess you wanted me to say what the

10    Judge said.  And then the government sent a proposed

11    instruction.

12         They're not that different so I'm going to adopt the

13    one that actually is all written out for me already.  It seems

14    like it's pretty much the same.

15         MR. SCHOLAR:  Judge, with respect to the stipulation

16    regarding a fake NYPD report, is that acceptable to the

17    government?

18         MS. SHIHATA:  Based on what Your Honor just said,

19    that's another example of where she was confronted with it in

20    the transcript and she said she didn't say that but agreed

21    that it was in the report.  So I don't think we're going -- I

22    don't see any reason why we would agree to single that one out

23    when all the other ones are being dealt in the same manner.

24         THE COURT:  Well, that's one of the things that

25    struck me because if you look through the cross-examination,

4373

1  as is the typical case with cross-examinations with witnesses

2  like this, it happens with every single witness and it's just

3  odd to me that there are just a few that are, you know,

4  selected as something that you want a stipulation for.

5  There's no need to stipulate to something that's in the

6  record.

7             Double check that it's there.  Make sure that it's

8  there.  And if it's not, you know, you can talk to the

9  government about it but as I said, some of these topics seemed

10 of the most marginal significance, whether that person was

11 sweating when they went to the gym or something like that.  I

12 mean, you guys try the case, not me, but I think you should

13 take a look and see if that one, like every other single one,

14 is in that form, then, to my eye, there's no need for a

15 stipulation.  Maybe I'm wrong but I don't think so because it

16 is weird that you would have this happen with every single

17 witness and then you just pick out this particular one.

18            So make sure that it's not on the record and if it

19 isn't, then we can talk about it.

20            Now we've lost Mr. Cannick.

21            MS. BLANK BECKER:  No.

22            THE COURT:  Well, he's not here.

23            MR. SCHOLAR:  He said he would be okay if we started

24 without him.

25            THE COURT:  What is he going to do, walk in through

1  the middle or come in through the side?

2          MR. SCHOLAR:  Yes.

3          THE COURT:  So let's get the jury.

4          (Jury enters.)

5          THE COURT:  Good morning, everybody.

6          THE JURY:  Good morning.

7          THE COURT:  I hope you had a restful night.  We are

8  ready to continue with the summation by the government.

9          Go ahead, Ms. Geddes.

10         MS. GEDDES:  Thank you.

11         Good morning.

12         THE JURY:  Good morning.

13         MS. GEDDES:  When we ended yesterday, we were

14  speaking about Jerhonda.  I'm now going to turn to the

15  racketeering act relating to Jerhonda, Racketeering Act 7,

16  which is the defendant's filming of Jerhonda engaging in

17  sexually explicit conduct when she was a minor.

18         Now, Jerhonda told you how the defendant regularly

19  filmed her engaging in sexual contact, conduct with the

20  defendant while she was just 16 years old.  And she told you

21  that this happened over and over again and she told you how he

22  did it, with a Canon video camera as well as an iPhone to

23  report her.

24         You saw in evidence or in evidence there, the

25  defendant had a manual for a Canon video camera.  This is

Summation - Geddes                                          4375

1    Government Exhibit 409, and this manual was found in the

2    defendant's storage facility, again, supporting what Jerhonda

3    told you.

4             You also saw Government Exhibit 130(b) which are

5    AT&T phone records for the defendant's cellular phone that

6    Jerhonda told you she communicated with the defendant on and

7    that's that phone number ending in 9300 which was saved in

8    Jerhonda's phone as one for Rob.  There's also subscriber

9    records in evidence showing that that belonged to the

10   defendant.

11            If you look at 130(b) in evidence, you can see that

12   starting in about August of 2009, so during the period that

13   Jerhonda was with the defendant, he had, his 9300 telephone

14   was connected to an iPhone 3GS and you may recall that Tracey

15   Montenegro who testified, he identified himself as the lead

16   genius from Apple, and he told you that the iPhone 3GS was an

17   iPhone that was capable of recording video.

18            Again, you heard from Phil Fanara with AT&T who told

19   you that these AT&T records can indicate the particular model

20   of phone that a phone number was connected to and he testified

21   that as is shown on the screen here, that beginning in August

22   of 2009, the defendant was, in fact, using that iPhone 3GS.

23            You also know that both the iPhone 3GS and the Canon

24   video camera were manufactured outside of the state of

25   Illinois and that is sufficient to establish that interstate

Summation - Geddes                                          4376

1    commerce nexus that is required for the government to prove

2    this particular racketeering act.

3            Again, you heard from Tracey Montenegro from Apple

4    who told you that the Apple iPhone 3GS was manufactured

5    outside of the United States and there's also a stipulation in

6    evidence, Government Exhibit 1006, showing that camcorder,

7    Canon camcorders including the one that there was a manual for

8    in the defendant's storage facility, Government Exhibit 409,

9    that those two were manufactured outside of the state of

10   Illinois.  So there's no serious dispute that that third

11   element required to show this particular racketeering act has

12   been established.

13           I want to now turn to the final racketeering act

14   relating to Jerhonda and that's Racketeering Act 6.  I've

15   dealt with them a little bit out of order.  That was the

16   defendant's use of threats of serious harm or physical

17   restraint to obtain labor or services of Jerhonda and in this

18   case, the labor or services that he obtained was sexual

19   conduct by Jerhonda and this happened in January of 2010.

20           Now, I expect Judge Donnelly will tell you that the

21   government must prove three different elements to establish

22   this racketeering act.  The first is that the defendant, in

23   fact, obtained the labor or services of Jerhonda.  The second

24   is that the defendant did so through one of the following

25   prohibited means:  One, through the threats of serious harm

Summation - Geddes                                4377

1   to, or physical restraint against, Jerhonda or through a

2   scheme, plan or pattern intending to cause Jerhonda to believe

3   that her nonperformance would result in serious harm to or

4   physical restraint against Jerhonda.  Then the third element

5   is that the defendant acted knowingly.

6           Now, Jerhonda told you exactly what the defendant

7   did on January 23rd of 2010 that makes him guilty of this

8   offense.  She told you that that day, she showed up at his

9   house and as was the custom, she was taken to a room, and at

10  some point, the defendant walked into that room.  Jerhonda,

11  however, was texting on her cell phone and didn't hear the

12  defendant enter the room.  Because she didn't hear him, she

13  didn't acknowledge him.

14          The defendant was livid.  He attacked her.  He

15  slapped her.  He choked her until she passed out and then he

16  spit on her and told her to put her head down in shame and

17  embarrassment.  He reminded her of everything he was capable

18  of doing and had done to her over the past several months that

19  she had been with him.  And then what did he do?  He directed

20  her to give him oral sex and she told you she did that.  Then

21  she used that T-shirt, Government Exhibit 241, to wipe the

22  semen off of her face after he ejaculated on her.

23          Now, Jerhonda violated one of the defendant's

24  cardinal rules, by failing to stand up and greet the defendant

25  when he walked into the room, when he entered a room, and when

1    she did that, he punished her with violence.

2          Now, having spent the past six months with the

3    defendant and learning all of his rules and enduring other

4    acts of violence, Jerhonda understood exactly what would

5    happen if she went against the defendant's wishes another

6    time.  She knew she was going to be subjected to another

7    punishment, more punishment, and under those circumstances and

8    only then did she give him oral sex.

9          That, ladies and gentlemen, is an example of the

10   defendant's use of a pattern intended to cause a person, here

11   Jerhonda, to believe that if she did not perform as he

12   directed her, she would suffer serious harm or physical

13   restraint.

14         Now, Jerhonda has been consistent as to what

15   happened to her on January 23, 2010 from the very first time

16   that she met with the Loggans law firm four days later on

17   January 27, 2010.

18         During our first week of trial, you heard from

19   Courtenay Wilson who is a lawyer who used to work at that law

20   firm.

21         She told you that she met with Jerhonda that day and

22   prepared a new client memorandum based on that meeting.  She

23   told you that when she met Jerhonda that day, Jerhonda told

24   her just what she told you in this courtroom.  Jerhonda told

25   Courtenay Wilson that on January 23, 2010, four days before

Summation - Geddes 4379

1  meeting with the lawyer, the defendant choked her and spit on

2  her and that they then had sex and she used her T-shirt to

3  wipe off the semen.  That's what Ms. Wilson told you.

4       Now, Jerhonda also told you that the Loggans law

5  firm told her to create a journal recounting the time that she

6  spent with the defendant and she did that and in that journal,

7  she recounted some of her interactions with the defendant.  It

8  makes sense that she would have created this journal within a

9  few days of retaining a lawyer since the lawyers are the one

10 who told her to prepare it.

11      Now, it was a while ago, but remember on the second

12 day of trial, Jerhonda's second day of testimony, on redirect

13 examination, I asked her to read from her entries in that

14 journal that she prepared shortly after getting a lawyer or

15 deciding to see a lawyer and for the first time during all of

16 her testimony, she choked up.  She broke down.  Now, I submit

17 her reaction was memorable.  She showed raw emotion after

18 keeping such a brave front throughout both my direct

19 examination of her and the defense's cross-examination of her.

20      Here's what she told you she wrote in that journal

21 entry for January 23, 2010.  Now, this is her reading from the

22 journal entry.

23      She says:  I went to Rob's house and Rob called me a

24 silly, a silly bitch.  Rob slapped me three times.  He said if

25 I lie to him again, it's not going to be an open hand next

Summation - Geddes                    4380

1   time.  He spit in my face and in my mouth.  And he slapped me

2   in my face again for the fourth time.  He choked me during an

3   argument.  I had sex with him.  I had oral sex with him.  And

4   I became fed up and went home and confessed.

5          She broke down because it was painful for her to

6   relive what the defendant did to her that day in January of

7   2010 when he used physical force and the threat of more

8   physical force as part of his pattern of coercive conduct to

9   get her to perform oral sex.

10          The government has proven that the defendant

11   committed forced labor of Jerhonda.  That's Racketeering Act 6

12   in January of 2010.

13          I want to turn now to Jane.  There are four separate

14   racketeering acts involving Jane.  Racketeering Acts 8 and 9

15   relate to the defendant's transportation of Jane to

16   California, once in April of 2015 and another time at the end

17   of September of 2015.  That September trip is also charged

18   separately in Counts Two through Five so I'll talk about those

19   briefly now too.

20          Racketeering Act 10 relates to the defendant's video

21   recording of Jane while she was just 17 years old and while

22   she was engaged in sexually explicit conduct.

23          Racketeering Act 11 relates to the defendant's use

24   of threats of serious harm and physical restraint to obtain

25   labor or services from Jane, the same racketeering I just

1  discussed with respect to Jerhonda.  In this case, the labor

2  or services that the defendant obtained from Jane was sexual

3  conduct with other females and with Nephew, he testified here

4  as "Alex," and also with Jane starring in the defendant's

5  homemade sex videos.

6          Now, Jane told you that she was an aspiring singer

7  when her parents took her to an outdoor concert headlined by

8  the defendant.  At that concert, someone gave her a wristband

9  that allowed her to move into the pit which was situated right

10  in front of the stage.  It was while she was in the pit that

11  someone in the defendant's circle slipped Jane the defendant's

12  telephone number.

13          Jane told you that in the following days, her mom

14  called that number pretending to be Jane and told the

15  defendant that Jane was an aspiring singer and wanted to

16  audition.  The defendant agreed and soon Jane took over those

17  communications with the defendant and she arranged to meet him

18  at the Dolphin Hotel in Orlando, Florida.  But when she got

19  there, the defendant made clear his interest in her was not

20  solely musical.  He told her to kiss him and then coerced her

21  to let him give her oral sex.

22          He was 48 years old and she was just 17.  He, an

23  accomplished R&B singer.  She, a junior in high school with a

24  dream of making it as a singer.  The power imbalance was

25  firmly in place from day one and as you learned, the defendant

Summation - Geddes                              4382

1    took full advantage.

2            He gave her oral sex and only after that, did he let

3    her audition.  After the audition, they continued to

4    communicate by phone and the defendant proposed to Jane that

5    she travel to see him in other cities.  He arranged for her to

6    travel to California to accompany him on some of his tour

7    dates.  His then assistant, Cheryl Mack, she testified here,

8    made the travel arrangements.

9            That transportation is the subject of Racketeering

10   Act 8 which is that the defendant caused Jane to travel

11   interstate for the purpose of sexual activity and the sexual

12   activity was illegal.  In order to make it a crime, it's got

13   to be for the purpose of illegal sexual activity.

14           Now, there are two alternative ways to, that

15   Racketeering Act 8 is listed in the indictment, but they're

16   very similar and I've already reviewed those particular, the

17   elements of those particular predicates with respect to Sonja

18   and so I won't do it again here but you, of course, will have

19   those instructions when you deliberate.

20           So the first element the government must prove is

21   that the defendant caused Jane's transportation across state

22   lines and there's no serious dispute that this happened.

23           You saw her text, Jane's text messages to the

24   defendant's assistant, then assistant, Cheryl Mack, on

25   April 28th of 2015.  This is in Government Exhibit 233(c).

1          She says:  Mr. Kelly said to get me to LA, an early

2    flight.  And she gave Cheryl Mack her name and where she was

3    flying from.  She also sent Cheryl Mack her true birthday.

4    And then Cheryl Mack responded later that day saying that she

5    was confirmed on an American Airlines flight.

6          You saw her boarding pass on that American Airlines

7    flight that Cheryl Mack arranged for her.  That's in

8    Government Exhibit 602.  And then you also saw -- I'm sorry.

9    The boarding pass is in 217.  And then 602 is a record from

10   American Airlines for that same flight and it shows as

11   highlighted on the screen that Cheryl Mack was the one who

12   made that particular reservation just as Jane told you.

13         Now, you know exactly why the defendant brought Jane

14   to California.  To Jane and her parents, the defendant claimed

15   he wanted her to travel for the purpose of fostering her in

16   the music business and you saw the text messages to her mom.

17   You saw the text messages that Jane sent to her mom at the

18   time that this was happening showing you just that.

19         So Jane wrote:  He just texted me.  He said that --

20   she's now recounting after the trip happened and she said:  He

21   told me this wasn't a waste of a trip.  He wants me to soak in

22   everything he's been telling me so when I actually go in this

23   industry, I'll have a mature frame already.  "This industry"

24   was the music industry.

25         Then in another text about a week later, she talks

Summation - Geddes                          4384

1   about how the defendant wanted her to record her performance

2   because she herself was performing at, on a stage and the

3   defendant purportedly wanted to show it.

4          The defendant was pretending as though he was

5   interested in the success of Jane's musical aspirations, but

6   you know the defendant's true purpose of her traveling to

7   California was to satisfy his sexual desires.  Jane told you

8   like so many others she spent her time with the defendant

9   having sex every day, multiple times a day, and she told you

10  like so many others that the defendant directed every aspect

11  of their sexual activity and it was no different when she

12  traveled to California in April of 2015.

13         She told you that she first saw the defendant at a

14  hotel in Los Angeles and while they were sexually active that

15  time, she told you they didn't have sexual intercourse on that

16  particular occasion but she did remember the first time that

17  they had sexual intercourse.  She told you that she remembered

18  it as a hotel with a fireplace and that it happened in

19  Stockton, California.

20         You saw from the text messages that are in evidence

21  between Jane and Cheryl Mack that after Jane is in Los Angeles

22  with the defendant, she then arranges for her to fly directly

23  to Stockton so that whole trip to California included multiple

24  cities.

25         Now, of course the other element to this offense is

CMH      OCR      RMR      CRR      FCRR

Summation - Geddes                                    4385

1    that the sexual activity was illegal.  The sexual activity

2    here was illegal because the defendant engaged in unprotected

3    sexual intercourse with Jane without first telling her that he

4    had contracted an infectious, an incurable sexually

5    transmitted disease or STD -- here, that's genital herpes --

6    and he never obtained her consent to have sexual intercourse

7    under those circumstances.

8            Now, Judge Donnelly will explain to you the

9    particular elements that make it a state law violation,

10   meaning this is how you know that the sexual activity was

11   illegal, but there are four elements that the government needs

12   to prove:  One, that the defendant knew he was afflicted with

13   a contagious or infectious or communicable disease; two, that

14   the defendant exposed himself to Jane by engaging in

15   unprotected sexual activity with Jane, here, sexual

16   intercourse; three, the defendant acted willfully; four, that

17   the defendant did not tell Jane that he had this contagious

18   disease and obtained her consent to expose himself in those

19   circumstances.

20           Now, you know that the defendant knew he had an

21   infectious disease.

22           Dr. McGrath, the defendant's personal doctor for

23   decades, told you that he diagnosed the defendant with genital

24   herpes long before 2015 and he told you that he told the

25   defendant that herpes was an incurable sexually transmitted

Summation - Geddes                          4386

1    disease.  And you know because Dr. McGrath also prescribed to

2    the defendant Valtrex for years.  And you knew that the

3    defendant knew that he could transmit herpes to others.

4    First, you know because Dr. McGrath told him just that.  And

5    Dr. McGrath told you that he told the defendant to warn, to

6    inform his sexual partners before engaging in sexual activity.

7           You also know from Dr. Hoskins that herpes is an

8    infectious disease.  In fact, she described it as an incurable

9    STD and told you that someone with genital herpes can transmit

10   herpes to another person through unprotected intercourse.  She

11   told you there just needed to be direct contact with the area

12   of infection.  Here, it's genital herpes.

13          You also know that the defendant exposed Jane to

14   genital herpes because Jane testified that she had sexual

15   intercourse with the defendant in California during the trip

16   that Cheryl Mack arranged and that the defendant never used a

17   condom when engaging in sexual intercourse with her.

18          What Jane told you is supported by so much other

19   evidence.  We'll talk more about that as we continue to review

20   the charges related to her, but before I go on, it's important

21   to know that the defendant's exposure of Jane to genital

22   herpes, that incurable STD, that's what makes the sexual

23   activity between the defendant and Jane illegal.

24          The law does not require that Jane actually contract

25   herpes from the defendant and the government has no burden to

Summation - Geddes                          4387

1   show that she did contract it from the defendant but here,

2   Jane did contract herpes and the fact that she did supports

3   that she had unprotected sex with the defendant just as she

4   told you that she did.

5          You know this because Jane's medical records are in

6   evidence as Government Exhibit 909 and also as Defense

7   Exhibit KK.  They show that in August of 2015, Jane sought

8   medical treatment for severe pain and that she was then

9   diagnosed by a doctor with genital herpes, but what else is

10  shown in Government Exhibit 909 is that she says that she has

11  had one sexual partner since April of 2015.  You know who that

12  partner is.  It's the defendant.  And you know it was since

13  April 2015 because she told you they started to engage in

14  sexual activity in April of 2015 at the Dolphin Hotel, at the

15  hotel in Los Angeles and then they first had sexual

16  intercourse at the hotel with the fireplace in Stockton,

17  California.

18         Now, Jane's testimony about the defendant's exposure

19  of her to his incurable STD is also supported by the Walgreens

20  records that are in evidence.  Those Walgreens records show

21  that Jane picked up a prescription for herpes treatment at the

22  Walgreens and the records show that she used Juice, one of the

23  defendant's other live-in girlfriends, she used Juice's

24  Rewards card at Walgreens to make the purchase.

25         Remember, Jane told you that when she first had that

Summation - Geddes                4388

1    outbreak of genital herpes, she was in severe pain.  She went

2    to a doctor who then prescribed this medication to her and she

3    told you that Juice, just like the records show, took her to a

4    Walgreens to pick up that medication.  That's in the

5    transcript at 852.

6            You also know that the defendant acted willfully,

7    another element the government must show.  Now, the law does

8    not require the government to show that the defendant

9    intentionally spread herpes.  It only requires the government

10   to show that the defendant acted with knowledge of the

11   consequences.

12           Dr. McGrath testified that he told the defendant to

13   warn his sexual partners of his incurable STD and based on

14   that advice, the defendant was on notice of the consequences

15   of not doing so.  But you also know that the defendant knew of

16   the consequences because multiple of his prior sexual partners

17   contracted herpes and confronted the defendant about that

18   years before the defendant met Jane and exposed her to that

19   STD.

20           You heard from Kate.  She told you that she

21   contracted herpes from the defendant in the early 2000s and as

22   a result, he ended up paying her $250,000 or he ended up

23   paying $250,000 and as a condition of that payment, she was to

24   remain silent so that the defendant could continue to use this

25   enterprise, to my right, to facilitate and commit his crimes.

Summation - Geddes                                      4389

1   Like many others, Kate did remain silent but the government

2   tracked Kate down, served her with a subpoena and then she

3   disclosed to you how the defendant exposed her to herpes.

4        Jerhonda told you the same thing.  She contracted

5   herpes from the defendant and she told the defendant.  So the

6   defendant was on notice.  He absolutely knew those

7   consequences.

8        The final element is also established here because

9   Jane told you that the defendant had never told her that he

10  had contracted herpes and that she never consented to having

11  unprotected sex with the defendant under those circumstances.

12  Keep in mind, this happened when she was just 17 years old.

13  It's not an element but it's certainly part of this case.

14       The government has proven Racketeering Act 8.

15       Let me now turn to Racketeering Act 9.  That relates

16  to the transportation of Jane again to California but this one

17  happened in the end of September, the travel started at the

18  end of September and into October of 2015.

19       Now, there are four parts of Racketeering Act 9.

20  It's charged as 9A, 9B, 9C and 9D, but the elements of each of

21  those are very similar.  Generally, they require the

22  government to show that the defendant caused Jane to travel,

23  that it was for the purpose of illegal sexual activity, and it

24  also requires the government to show in this one that at this

25  time, Jane was under 18 and that the defendant did not

Summation - Geddes                                4390

1    reasonably and actually believe that she was younger than 18,

2    meaning the defendant knew she was 17.

3               There's no serious dispute that Jane was under

4    18 years old in September and October of 2015.  The birth

5    certificates are in evidence.  And as I said earlier, Jane was

6    17.  The defendant was 48.

7               (Continued on next page.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    (Continuing.)

2            MS. GEDDES:  So, there's also a requirement that the

3    defendant had to be more than three years older.  That was

4    accomplished here, in spades.

5            The Government has also proven that by the time of

6    Jane's travel to California in the fall of 2015, the defendant

7    did not reasonably believe that Jane was 18 years old.

8            Now, remember, Jane told you that initially she told

9    the defendant she was 18 when she met him in April of 2015,

10   but that she came clean shortly before she was scheduled to

11   return to Florida for her senior year of high school.  And

12   when she told you -- I'm sorry, when she told the defendant

13   that she was 17 and still had to complete her senior year, the

14   defendant was initially mad, but he quickly proposed a

15   solution to her.  And the solution did not include let's stop

16   having sex.  The solution was that they could remain together,

17   he just told her she would need to be homeschooled.  And

18   defendant also told Jane that she would need to prepare some

19   type of letter supporting that a third-party, not him, would

20   serve as her guardian for the period of time until she turned

21   18 years old, which was a couple months later at the end of

22   December of 2015.  And he explained why, he said his attorneys

23   would need this paper work.

24           So, Jane convinced her parents to sign paper work

25   indicating that Juice's mother, the defendant's live-in

Summation - Geddes                                          4392

1   girlfriend's mother, would serve as her guardian.  And you saw

2   the paper work that she -- that they had made.  It's in

3   evidence as Government Exhibit 475(a).

4            (Exhibit published.)

5            MS. GEDDES:  This is the handwritten letter that

6   Jane, and Jane's -- Jane's name has been redacted, but it did

7   show her first and last name, and you have the original

8   unredacted in evidence, not the original, but you have the

9   unredacted copy of this in evidence.  It's dated

10  September 19th, and the individual listed who will serve as

11  the defendant's guardian is Juice's mother.  She's identified

12  as Valerie and shown on the board to our right.

13           You also showed -- saw that Government

14  Exhibit 476(a) was a typewritten letter, this one was

15  notarized.  Again, showing that Juice's mom would serve as her

16  guardian.

17           Now, these two items, 475(a) and 476(a) on their own

18  confirm that Jane told the defendant her true age by December

19  of 2015.  After all, the only reason to obtain a guardian

20  letter was because Jane was 17, she was under 18.  And you saw

21  that the guardianship ends on December 30th, 2015, that's the

22  day Jane turned 18 years old.  But what's particularly

23  significant here is that the guardian's name is no one else

24  but Juice's mother.  And remember, Jane told you that she did

25  not have any connection to Juice's mom other than through the

Summation - Geddes                          4393

1   defendant.

2          And there on the screen is a photograph of Juice's

3   mom, as well as the birth certificate, which is in evidence

4   for Juice, which you have the unredacted version in evidence,

5   and you will see that Juice's mom is listed as the very same

6   individual whose first, middle and last name is included in

7   475 and 476(a).

8          (Exhibit published.)

9          MS. GEDDES:  So, once Jane had obtained the paper

10  work, 475(a) and 476(a), as the defendant told her to do, she

11  returned to the defendant in Chicago.  And you see her travel

12  from Orlando to Chicago, that's Government Exhibit 621, and

13  also Jane told you that that's what she did.

14         Once in Chicago Jane joined the defendant on his

15  road trip to various tour dates.  Now, Jane traveled with the

16  defendant on multiple tours.  And, frankly, she lost track of

17  where she was and where she went on a particular day, but you

18  know exactly what Jane did because Suzette and Alesiette

19  Mayweather told you what they did at the end of September.

20  They told you that they attended an R. Kelly concert right

21  here in Brooklyn at the Barclays Center on September 25th of

22  2015.

23         Alesiette Mayweather told you that she then traveled

24  in the defendant's Sprinter with Jane to D.C.  She then

25  returns to Los Angeles and Suzette Mayweather takes her place

Summation - Geddes                         4394

1    in D.C. and travels back up to New York on the 27th and 28th,

2    such that they're able to attend a listening party Jungle City

3    Studios in Manhattan on December 28th.  And Suzette Mayweather

4    told you that after going to that listening party at the

5    studio in Manhattan, they traveled across the country to

6    Oakland, California in a caravan with the tour bus, with the

7    Sprinters, with the defendant, Jane, Suzette Mayweather and

8    everyone else who was traveling with the defendant's

9    entourage.

10            And in evidence are the Jungle City Studio records

11   showing that the defendant, in fact, had this listening party

12   on September 27th and 28th of 2015.  That's in evidence as

13   Government Exhibit 925.

14            (Exhibit published.)

15            MS. GEDDES:  Now, you also have phone records for

16   two cellular telephones used by the defendant and one used by

17   Jane that supports that they all traveled together in a

18   caravan from Manhattan to California.

19            Now, Jane's phone was serviced by someone other than

20   AT&T, but sometimes, and you recall from the AT&T witness who

21   testified, AT&T has records for the time that a phone is

22   roaming on AT&T's network.  So, they're limited, but they

23   exist.

24            And so, you can show -- you can see in Government

25   Exhibit 159(e) plots the defendant's two cell phones.  And

Summation - Geddes                                4395

1   I'll talk in a minute how you know those are the defendant's

2   two cell phones, but it plots the defendant's two cell phones

3   as they travel from Manhattan -- New York, New York -- all the

4   way to Oakland, California.  Beginning on September 29th,

5   right after the listening party on the 28th, and continuing to

6   October 3rd of 2015.

7              And you can see in that smaller slide, 159(e),

8   actually shows the defendant's phones leaving the island of

9   Manhattan, going over the waters that surround Manhattan, and

10  into New Jersey.

11             (Exhibit published.)

12             MS. GEDDES:  So, just briefly I want to tell you how

13  you know that these phones belong to the defendant and to the

14  phone that belongs to Jane.

15             So, the 0880, and I am just going to use the last

16  four, the 0880 telephone and the 7283 both belong to the

17  defendant.  And you can see that there are multiple contacts

18  in evidence showing that those two phones belong to the

19  defendant.

20             (Exhibit published.)

21             MS. GEDDES:  On the right, the two in blue were

22  phone numbers that Alexis told you she had saved for the

23  defendant.

24             On the top left is a phone number that Alesiette

25  Mayweather had saved for the defendant, saying the 0880, 7283.

Summation - Geddes                                    4396

1    And then on the bottom left is a phone number that

2    Faith had saved for the defendant.

3    So, you know that those are the two, at least two

4    phones that the defendant was using.

5    And you know that the phone number ending in 4738

6    and the 407 area code, that was one used by Jane at that time

7    because you saw, and I'll speak about it in a moment, you saw

8    those text messages with her friends Malak, who you could see

9    that same phone number saved at the top because that was the

10   telephone number that Malak used to communicate with Jane in

11   October of 2015.  We'll talk about that in a minute.

12   In addition to what I just showed you that showed

13   the defendant's travel across the country, you also see that

14   Jane -- that these phone records support that Jane was

15   traveling with him.  And, again, I told you that Jane did not

16   have a phone subscribed to by AT&T, and so the cell phone data

17   location -- the cell phone location data is very limited for

18   Jane's phone, but there are, at least, two examples where you

19   can see that Jane's phone was exactly where the defendant's

20   phone was at that time period.

21   Starting with Government Exhibit 159(d), it shows,

22   and that's the one on top, it shows that Jane's phone, which

23   is shown in yellow, was in Pennsylvania; and then you see the

24   corresponding data showing the location of the defendant also

25   in that same area.  And, again, these are at slightly

Summation - Geddes                              4397

1   different times because they're traveling in a caravan, but

2   they support that they were all traveling together.

3           On the bottom it shows the three, it shows Jane's

4   phone right around the defendant's two phones in Nebraska.

5   Again, showing that they were traveling in a caravan together.

6           (Exhibit published.)

7           MS. GEDDES:  And finally, Government Exhibit 159(c)

8   shows when the defendant arrived in Oakland, because Suzette

9   Mayweather told you they traveled from Manhattan to Oakland,

10  California, and you see here that the defendant's phone was,

11  in fact, hitting off of cell towers in Oakland.

12          You also know that Jane was on that trip because

13  there's lots of evidence showing that at the end of the trip

14  Jane was, in fact, in California as Suzette Mayweather told

15  you.

16          You saw hotel records showing that Jane was staying

17  at a hotel in California, that was Government Exhibit 622.

18  You also show -- saw Government Exhibit 961, which were GPS

19  location data for a phone that Jane was using, and this was --

20  there was some evidence about a -- an HP computer that Jane

21  had.  And on that computer, one of the agents testified that a

22  phone was synched up to that computer and was able to extract

23  certain images that had been synched back up to that computer.

24  And those images show that on October 3rd, 2015, just as

25  Suzette Mayweather told you they arrived in Oakland, there

Summation - Geddes                        4398

1   were photographs of Jane and the GPS coordinates for those

2   photographs show her as being in Oakland, California.  And

3   there is the summary chart of that shown in Government Exhibit

4   961.

5            And all of this makes sense because the defendant

6   played at a venue in Oakland, California in early October.

7   And that's in evidence as Government Exhibit 934(a).

8            So, the Government has proven that the defendant

9   caused Jane to be transported from New York City to Oakland --

10  I'm sorry, this was -- these are the records I was just

11  referring to, 961, showing the GPS coordinates; as well as the

12  934 showing that the defendant performed in Oakland; and the

13  hotel shown in 622 where Jane was staying.

14            (Exhibit published.)

15            MS. GEDDES:  Finally, you know why the defendant

16  brought Jane to California.  He brought her there for the

17  purpose of sex.  And you know that because that's what Jane

18  told you happened, they had sex nearly every day.

19            But you also know because you saw Jane's text

20  messages with her friend Malak.  I mentioned these earlier,

21  and yesterday as well, and you'll recall that Jane told her

22  friend that the defendant had ejaculated inside of her.  She

23  said, you know:  He nutted in me.  And she told you what she

24  meant by he nutted in mean, meaning that he ejaculated in her.

25            (Exhibit published.)

1          MS. GEDDES:  And you also saw in these text messages

2     that Jane feared that she was pregnant.  She believed she was

3     pregnant as a result of the defendant ejaculating inside of

4     her after they had unprotected sex.

5          Now, Jane wasn't actually pregnant, but it makes

6     sense that she believed she was pregnant because she was

7     having sex with the defendant without any form of

8     contraception and he was ejaculating inside of her at that

9     time.

10         It also makes sense that she thought she was

11    pregnant in early October, 2015 because you saw her medical

12    records.  Again, back to Government Exhibit 909.

13         (Exhibit published.)

14         MS. GEDDES:  And it showed in those records, which

15    were just from a few months earlier, that she last had her

16    menstrual cycle on June -- I'm sorry -- July 29th of 2015 and

17    that her cycle was 28 to 30 days.

18         And if you do the math, you'll see that based on

19    that, Jane would have expected her menstrual cycle to begin

20    again between September 23rd and September 27th, depending on

21    the 28 to 30-day range.  And so, if she hadn't gotten her

22    period by October 5th, which is when she was sending those

23    text messages to her friend, her fears of being pregnant seem

24    well justified.

25         The Government has proven Racketeering Act 9 showing

Summation - Geddes                                    4400

1    that the defendant caused her to be transported, this time in

2    a Sprinter, in a caravan, to California for the purpose of

3    illegal sexual activity.  And here the sexual activity was

4    illegal because she was just 17 years old; and in California,

5    a 17-year old cannot legally consent to sexual conduct.

6            Now, let me briefly mention Counts Two through Five,

7    which I said relate to Racketeering Act 9.  It's the same

8    conduct that's charged in those four counts as are charged in

9    the four sub-predicates of 9, 9(a), (b), (c) and (d).

10           Now, to prove those counts the Government just needs

11   to prove that the defendant committed the very conduct in

12   those Racketeering Acts.  And I've already explained to you

13   how you know that the Government has proven that.  But we also

14   have to prove that part of that conduct happened here in the

15   Eastern District of New York.  This is just for the

16   substantive counts, not the Racketeering Acts.  And a few

17   minutes ago I explained to you how Suzette Mayweather told you

18   that they traveled in that caravan from Manhattan to Oakland,

19   and you saw that cell phone location data supporting just what

20   she told you.  And you also know, of course, in her testimony

21   that Manhattan is an island, and to get out of the island of

22   Manhattan you have to go over the waters.  And the waters

23   surrounding Manhattan are within the Eastern District of

24   New York.  And so, you know that part of the conduct in Counts

25   Two through Five, that travel, happened right here in the

1   Eastern District of New York.  And, therefore, the Government

2   has also proven Counts Two through Five.

3           Let me turn now to Racketeering Act 10 that relates

4   to the defendant's video recording of Jane engaging in

5   sexual -- sexually explicit conduct when she was just 17 years

6   old.  I reviewed these elements when I talked about Jerhonda,

7   as well as with respect to Stephanie, the same element applies

8   here and I won't go through it again.

9           Jane told you that from the beginning of her time

10  with the defendant, the defendant filmed her engaging in

11  sexual activity with him.  She also told you that he filmed

12  her engaging in sexual activity with other women, and even

13  men.  We'll talk more about that in a moment.  And she told

14  you that he used iPads to record it.  And she told you that

15  during those sexual encounters, the defendant would direct

16  each of those actions.  She told you that he would remove an

17  iPad from the backpack.  He would prop it up on something so

18  it was facing them and they could see it, and he would then

19  record sexual activity.

20          And she told you -- well, before I get to that,

21  you've heard very similar testimony before from Jerhonda,

22  Faith, Anna, Louis, Alex.  All of them told you about how the

23  defendant recorded them engaged in sexual activity.  And with

24  the exception of Jerhonda, who was with the defendant before

25  iPads were all around, but all of those others talked to you

Summation - Geddes                                              4402

1    about how the defendant recorded them using iPads.  And there

2    is a stipulation in evidence, Government Exhibit 1013, which

3    is that the -- from the defendant's residence there were iPads

4    that were recovered.  And on one of those iPads there were

5    video recordings of sexually explicit conduct with many of the

6    individuals that I have talked about with Anna, with Jane,

7    with Alex, who testified as Nephew.  So, all of that, there's

8    a stipulation about all of that sexually explicit conduct that

9    was on video.

10            Now, to be clear, the video on that iPad that I've

11   just referenced was after Jane turned 18; and so, that is not

12   the subject of this Racketeering Act, which only applies to

13   video recordings from when Jane was still 17.  But they do

14   support, like many have told you, that the defendant liked to

15   film others engaged in sexual activity and would often go back

16   to those recordings for his sexual gratification.

17            Now, Jane told you that the defendant started to

18   make recordings of her engaged in sexually explicit conduct

19   when she was just 17 years old.  And so, you know, based on

20   her testimony and how it's supported by all of the other

21   evidence, that the defendant, in fact, created video

22   recordings using that iPad when she was 17.  That's the

23   creation of child pornography that he's charged with, and

24   there's no serious dispute about that.

25            Final element, the interstate commerce one, because

Summation - Geddes                            4403

1    you heard that he used iPads to do it and Tracy Montenegro,

2    and you've seen records showing that iPads were manufactured

3    outside of the state of Illinois.  In fact, they were outside

4    of the United States.  And so, you know that those iPads

5    necessarily traveled in interstate commerce.

6              So, the Government has proven Racketeering Act 10,

7    which is the sexual exploitation of a child.

8              Let me now turn to Racketeering Act 11, the forced

9    labor predicate with respect to Jane.

10             Now, I reviewed the elements of this when I talked

11   to you about it regarding Jerhonda.  You have now heard from

12   many, many witnesses who told you about the elaborate lengths

13   the defendant went to to obtain and maintain total control

14   over them.  The defendant's control of Jane was particularly

15   stark because the defendant started to indoctrinate her when

16   she was just 17, vulnerable and wholly impressionable.  The

17   defendant did what he -- what she -- what he could do to mold

18   Jane to fit every one of his desires, and for many years it

19   worked.

20             You heard the Government's last witness, Dr. Dawn

21   Hughes, describe a number of techniques used by predators to

22   control victims.  She called them techniques of coercive

23   control.  And you heard over the past six weeks that the

24   defendant used almost every last one of them.  Let's take a

25   look at that predator handbook from which the defendant

Summation - Geddes                                        4404

1   borrowed heavily.  As I'll discuss over the next few minutes,

2   the defendant used intimidation -- indoctrination, isolation,

3   intimidation, surveillance, economic abuse, and shame and

4   humiliation, all of which Dr. Hughes testified about.

5           Now, Racketeering Act 11 relates to just Jane and

6   not his other girlfriends, but the defendant's use of similar

7   tactics with his other girlfriends demonstrates the pattern of

8   conduct by the defendant.  And his use of those tactics often

9   in front of others, like Jane, helped to re-enforce that

10  control that he exerted on all of them.

11          I am going to talk first about Technique Number 1,

12  indoctrination.  Now, Dr. Hughes told you that indoctrination

13  was a strategy, a tactic, to make someone believe what you

14  believe, what the defendant believed.  She described it as you

15  do -- you have to do what I say, you have to believe what I

16  say.  The defendant wanted Jane to abide by all of his rules,

17  and that is a form of indoctrination.

18          Now, the defendant's indoctrination of Jane started

19  immediately, but it was gradual.  During her first trip to

20  California in April of 2015 when she was still just 17, the

21  defendant started to teach Jane the rules.  And I showed you

22  that text earlier where he told her to *soak it up*.  He started

23  to change her clothing, telling her to wear loose, baggy

24  clothing that didn't reveal her figure.  He instructed her to

25  stay in the room, in the hotel room where she was.  And you

Summation - Geddes                                  4405

1   know this because she told you and you saw contemporaneous

2   text messages that she wrote describing precisely what he had

3   told her to do.

4           And these are shown on the screen right now,

5   Government Exhibit 233(d).

6           (Exhibit published.)

7           MS. GEDDES:  This is a text message sent on

8   April 29th.  The first day she is in California with the

9   defendant she writes:  Be talking bout rules.

10          Those are the defendant's rules.

11          She then writes:  "But he got me in sweats.  He

12  ain't like my tights showing my figure."

13          And then a couple days later on May 3rd, she writes:

14  "Everyone having fun and Kelz said 'do not leave that room.'"

15          Kelz is the defendant.

16          You also saw that Jane literally took notes on how

17  the defendant wanted her to act.

18          Government Exhibit 325 was an electronic note that

19  was found in a cell phone, and I am not going to read the

20  whole thing, but let me read one part.  This is what Jane

21  wrote recording the defendant's rules:

22          "Trust daddy, do whatever he says, whenever he says,

23  with no rebuttal, disrespect or rebellion."

24          He goes on:

25          "Remember how I acted in the beginning, bubbly and

Summation - Geddes                                        4406

1   like a child, pure and with no negative intentions and

2   remember to stay true to who I am ... humble, happy, innocent

3   and beautiful to daddy ... reminding him of his mother and a

4   child."

5            (Exhibit published.)

6            MS. GEDDES:  You also saw Government Exhibit 331,

7   and you will have all of these in evidence with you.

8            (Exhibit published.)

9            MS. GEDDES:  Again, I am not going to read the whole

10  thing, but I want to read you the last one.  It says:

11           "Stop defending myself!!!  Anything daddy says is to

12  help me, thank him and be happy and fix the problem!  "

13           *Daddy*, again, the defendant.

14           Now, I showed those notes, the ones shown in 325 and

15  331, to Jane during her direct examination, but she did not

16  provide these to the Government.  The Government recovered

17  this when they did a search of the defendant's residence in

18  July of 2019 and found these in the defendant's residence.

19           The defendant also told Jane that anything other

20  than what he wanted was deemed prideful, extra.

21           Again, indoctrination.  The defendant's way, in his

22  world, is the right way and the only way.

23           And you saw in Jane's letter that for a period of

24  time, Jane started to buy it.  His coercive tactics were in

25  full gear.

Summation - Geddes                                          4407

1          I want to show you Government Exhibit 311.

2          (Exhibit published.)

3          MS. GEDDES:  This is a text message -- I'm sorry,

4     this was a handwritten letter that was found in the

5     defendant's residence, and you will have it in evidence.  It's

6     in yellow type and can be difficult to read, but I want to

7     read just two portions from it.  This is Jane writing it.  She

8     identified this as something that she wrote.

9          "I know lately I have been forgetful of the

10    protocols and rules you have.  I know I've been -- I know that

11    I'm 19, but I've been around you for nearly three years and I

12    am truly ashamed that I am not like Juice or nowhere near."

13         And Juice, you know, is one of the defendant's

14    live-in girlfriends.  There are phone records in evidence

15    showing that Juice has been calling the defendant since she

16    was 17 years old.  And now, fast forward to when Jane is 19

17    years old, Juice had been with the defendant for many years.

18    Juice had been indoctrinated by the defendant for many years.

19    Juice was where the defendant wanted Jane to be.

20         She continues in this letter and she says:

21         "God knows, I hate myself.  I am truly sorry for

22    putting you through unnecessary headaches.  I am sorry for not

23    being the image I am supposed to be," supposed to be according

24    to the defendant.

25         She goes on:  "I know I have been all over the place

SAM      OCR      RMR      CRR      RPR

Summation - Geddes                          4408

1    messing up in multiple places, not following instructions,

2    being goofy, being extra, being careless."

3            She is 19 years old.  She is a teenager.

4            You also saw the defendant's own words in a text

5    message.  This is captured in Government Exhibit 481.

6            (Exhibit published.)

7            MS. GEDDES:  And it's a text message to Jane.  He

8    writes -- and, again, this is the 7283 phone number.  You know

9    it's him because there were -- I told you earlier there are

10   many people who saved that number as a contact for him.

11           He writes:  "To Jane, I knew you were young, but

12   that is not an excuse to disobey me or not do what I tell you

13   to do."

14           He gets to decide in his world.

15           Then he goes on:  "Because I want to groom you."

16           Those are the defendant's words:  "I want to groom

17   you."

18           Jane also told you that the defendant made her write

19   frequent and lengthy apology letters.  That was just another

20   way that he tried to indoctrinate her.  When she had her

21   phone, she could text the defendant the apologies; when he had

22   taken her phone, she would have to handwrite apologies she

23   told you.

24           And you saw Government Exhibits 457 to 460, which

25   were examples of apology letters.  And Jane told you those are

Summation - Geddes                          4409

1   examples of letters that the defendant deemed were not up to

2   par, and so she had to continue to write them.

3            That's in evidence, in the transcript at 106.

4            You also saw apology letters written by others, like

5   Dominique and Joy.  That's in evidence as Government Exhibits

6   308 and 310.

7            (Exhibit published.)

8            MS. GEDDES:  And, again, you will have -- you have

9   these, and you will actually see these letters and you can

10  take a look in it.  But these are Joy on the right, that's in

11  Government Exhibit 310, and Dominique in 308, apologizing to

12  the defendant.

13           Another part of the pattern of coercion that the

14  defendant used was isolation.  The defendant limited Jane's

15  communications with her parents and her close friends.  He had

16  her delete social media and an e-mail account.  And backing up

17  here at the transcript at 857, he talked about or she told you

18  about when she was with him, he told her that she wasn't to

19  have any social media.

20           And you also see in Government Exhibit 324, Jane

21  wrote a letter to the defendant and she said:  "I just don't

22  want to delete my entire e-mail account."

23           Because in the defendant's eyes, apparently, using

24  e-mail was too much.  He was trying to isolate her and so many

25  others.

Summation - Geddes                                    4410

1           (Exhibit published.)

2           MS. GEDDES:  You also heard from several witnesses,

3    including Jane, that the defendant did not allow women and

4    girls in his life to have personal communication with each

5    other or with his assistants.  And by imposing that rule,

6    Dr. Hughes explained to you, and you know from your common

7    sense, the defendant was further isolating Jane and the

8    others, making it less likely that they would have the

9    strength to walk away from the defendant or the strength to

10   even just say no to the defendant or one of his rules.

11          Jane also told you that the defendant would take

12   away her cell phone for stretches of time.  Along those lines,

13   you saw examples of this isolation in some of the letters that

14   are in evidence that Dominique wrote.  And these were found in

15   the defendant's storage facility.

16          Government Exhibit 420.  Dominique says:  "How do we

17   gain trust if I cannot use the phone my father bought me?"

18          447:  Dominique asks:  "Can I spend time with my

19   little brother and mum before we leave?  I do not have a

20   phone, so I know I cannot go out to meet them."

21          Government Exhibit 452, also in evidence, she

22   writes:  "I was wrong for asking my mum to pick me up from the

23   place you work and sleep.  The fact that you gave me cab fare

24   and permission to visit her," and then she stops.

25          (Exhibit published.)

Summation - Geddes                                    4411

1              MS. GEDDES:  Permission to visit your mom.  The

2      defendant controlled that Dominique can see her mom?  In the

3      defendant's world, yes, because that's part of his isolation,

4      part of his coercic tactics that the defendant used.

5              You also heard from Alesiette and Suzette Mayweather

6      how the defendant reacted when he believed that Suzette

7      Mayweather and Dominique had had a personal discussion.  In

8      fact, Suzette Mayweather was so scared of what the defendant

9      was going to do, she lied.  She said:  It was me.  I was the

10     one who brought it up, not Dominique.

11             They also both told you that Suzette and Alesiette

12     Mayweather -- I'm sorry, that the defendant confronted Suzette

13     Mayweather after Alesiette Mayweather had the audacity to give

14     Dominique a cell phone.  Dominique, a grown woman, a cell

15     phone.

16             And you know that he confronts her, the defendant

17     confronted Suzette Mayweather about the fact that Dominique

18     had been given a cell phone because the defendant did not want

19     her to have a cell phone.  It's just another means of control.

20             Technique Number 3, intimidation.  During this trial

21     you have learned that the defendant used physical abuse and

22     the threats of physical abuse and physical restraint, the

23     threat of physical restraint, to control Jane.  I am going to

24     start by discussing physical abuse.

25             Jane told you that the defendant spanked her as a

Summation - Geddes                          4412

1   form of punishment.  And the defendant was imposing those

2   punishments, those spankings, every two -- on a regular basis.

3   She told you it was every two to three days.  Sometimes it was

4   so hard it would make her skin tear, she told you.  And what

5   she told you was backed up by so much other evidence.  You saw

6   letters where she commented that she -- handwritten letters

7   which she wrote to the defendant were found in the defendant's

8   stuff -- again, not provided by Jane -- where Jane wrote that

9   she was getting chastised nearly every day.

10          Another where she seemed almost resigned to her

11   fate, saying she would accept her chastisements, spankings.

12   That's in evidence as 457 and 459.

13          And, again, these were not -- she testified about

14   them, but she didn't give them to the Government.  The

15   Government found them without her from the defendant's stuff.

16   Those were in the defendant's storage facility.

17          You also heard testimony from Anna.  She told you

18   the defendant did the same thing to her.  She told you that

19   the defendant also spanked her as punishment.

20          And finally, Jane and Anna's testimony about the

21   defendant's spanking is supported by Government

22   Exhibit 329(a).  Now, Jane told you that on some occasions

23   after the defendant chastised her or spanked her, he would

24   use, the defendant would use his iPad to record Jane, this is

25   Jane's testimony, walking back and forth and having her call

Summation - Geddes                          4413

1   herself stupid and dumb.

2          Can we now present this to the jury only, just for

3   this portion of the presentation?

4          Thank you.

5          (Exhibit published to the jury only.)

6          MS. GEDDES:  You also saw a video where the

7   defendant made Anna do exactly the same thing that Jane told

8   you about, and I am not going to play the videos for you

9   again, but you will have them in evidence.

10          Remember, this is the video -- this is a screenshot

11   from the video that the Government played in court at the end

12   of last week, the one where the defendant instructed Anna to

13   take off her clothes and ominously tells her:  Four licks.

14   And you know what he meant, four spankings.  You know it

15   because you saw him do it.

16          On the video you saw the defendant spank Anna four

17   times, and you saw the absolute anguish on Anna's face as he

18   spanked her.  And once the defendant finished spanking her, he

19   told her, she was naked at the time remember, to walk back and

20   forth, back and forth, and call herself "stupid bitch," and

21   other degrading terms.  And that is exactly what Jane told you

22   the defendant would do to her.

23          There was more.  The defendant also confined Jane as

24   a form of punishment.  And Jane testified that the defendant

25   sometimes directed her to stay in a room until he determined

Summation - Geddes                                    4414

1   that she had sufficiently apologized for whatever perceived

2   transgression she had committed.

3           And, again, Jane's testimony is backed up by the

4   other evidence in this case.  You saw her text messages from

5   December of 2015 to one of her best friends, Mia.  Remember,

6   Jane talked about her best friends Mia and Malak.  And you

7   heard from Malak and you also saw text messages between Jane --

8   it was from Jane to her friend Mia.

9           Now, again, Jane testified about these text

10  messages, but she didn't provide them to the Government.  The

11  Government executed -- got a search warrant on Mia's iCloud,

12  Special Agent Chabot testified about this, and this was an

13  image that was found on Mia's iCloud.  And in it, and you have

14  to read from the bottom up, Jane writes:

15          "I just felt to rebel, so I did.  And then I was,

16  like, can I take a shower?  Can I take a shower?  And he" --

17  he is the defendant -- "he was like, no.  You're gonna stay in

18  the room until you tell me why."

19          And then she continues:  "First of all, I never had

20  an attitude.  You always think someone's mad.  And then I kept

21  calling and texting him over and over and he was, like, no,

22  you text me why you had an attitude first."

23          This is in evidence at Government Exhibit 935(b),

24  and you know what she was telling you, the defendant accused

25  her of having an attitude, told her to stay in a room.  She

1    asked to do something as extreme as taking a shower and he

2    said no.  The defendant controlled it.

3              And you can see that these text messages were sent

4    on December 28th, and you can see that the screenshot is dated

5    from the 29th, but in the text she's referring to yesterday

6    or, I'm sorry, in the dates shown on the texts you can see

7    that they were sent yesterday.  So, you know it's December 28th

8    at approximately 10:45 p.m.  That's how they are on Mia's

9    phone; perhaps -- Jane, we know at the time was in Chicago, so

10   that would have been 9:45 Central.

11             And Jane told you that the defendant would punish

12   her, having her confined into a room, that she'd have to stay

13   there until she sufficiently apologized.

14             But you also know about this particular incident,

15   the one at the end of December of 2015, because Alesiette

16   Mayweather sent text messages describing that Jane was

17   confined to the room.

18

19             (Continued on the following page.)

20

21

22

23

24

25

Summation - Geddes                                          4416

1          MS. GEDDES:  Her text messages captured it

2    succinctly.  This is in evidence as Government Exhibit 240C.

3          December 28th, she writes:  Niece has been confined

4    to the room just like Jane.  Remember, Alesiette Mayweather

5    said that they referred to Jane as Niece.  She continues and

6    says, yes, actually she's been confined since yesterday around

7    8 p.m.

8          Alesiette Mayweather also told you that the

9    defendant had Mayweather, Alesiette Mayweather and others stay

10   on the bus, that tour bus or in the studio where Jane was

11   confined.  And you saw text messages from Alesiette, Alesiette

12   Mayweather about at least two of those occasions, so this is

13   separate from the December 2015 incident where Jane was

14   confined to her room in the studio.  You saw a text messages

15   about one on Mother's Day weekend of 2015 and another just a

16   week later.

17         Alesiette Mayweather's text messages show that the

18   defendant confined Jane between at least Sunday, May 8th,

19   that's Mother's Day of 2015, until at least Tuesday, May 10th

20   and it could have continued after that, we just don't have

21   contemporaneous text messages showing.

22         This is in evidence as Government Exhibit 240F.

23   Alesiette Mayweather writes on May 10th:  N is still on the

24   bus since Saturday.  N is Niece, Jane.  Then she writes no, I

25   stayed with her on Sunday night from around 9:30 p.m. to

Summation - Geddes                                        4417

1   9:30 a.m. she was in the back, and continuing she says, he

2   just left the bus.  She's still there, she being Jane,

3   something is strange.

4          And a week later on May 16th the defendant confined

5   Jane again.  And again you know about this from those text

6   messages sent by Alesiette Mayweather.

7          She told you that when she arrived, Alesiette

8   Mayweather arrived after taking a redeye from California to

9   Chicago, she arrived at 7 a.m. on May 16th.  She told you that

10  she took Diana's place.  Diana Copeland, right there on the --

11  as part of the defendant's enterprise, the defendant's very

12  loyal executive assistant.

13         Alesiette Mayweather says, I relieved Diana from the

14  tour bus so she could leave.  Alesiette told you that she

15  stayed on that tour bus for a couple of hours until Juice --

16  remember, Juice has been with the defendant for years at this

17  point, until Juice arrived to replace her.  And at about

18  6 p.m. that day, according to the text messages and Alesiette

19  Mayweather's testimony, she received a text from Juice that

20  she could come to the bus and pick Jane up.  And again, in the

21  text messages you see all of that written out.

22         And perhaps one of the most telling text messages is

23  what she writes in line 4358 on May 17th, something is really

24  strange about the treatment and the behavior of the little

25  one.  The little one was Jane.  And she writes, at the time

Summation - Geddes                                          4418

1   that this happening, the punishment is real.

2          In addition to spanking and confinement, the

3   defendant also physically attacks Jane.  Jane told you about a

4   time where the defendant confronted her about a conversation

5   that she had had with her best friend Mia.  He believed that

6   Jane had told Mia about her relationship and told Mia that she

7   was having sex with the defendant, that it was an intimate

8   relationship, and the defendant had seen that as a violation.

9   She had told her best friend that she was involved with the

10  defendant.

11         And when confronted, Jane told you that she said to

12  the defendant, no, I haven't said anything to Mia, and she

13  wasn't telling him the truth and he didn't believe her.  And

14  after she denied it, he attacked her.  And she told you that

15  he used an Air Force 1 shoe to hit her until, in her words,

16  she finally broke and confessed that she had spoken to her

17  close friend Mia about the defendant.

18         Now Jane didn't remember exactly when that happened,

19  but you know when it happened because she told you that the

20  whole incident began after the defendant received a text

21  message from Devyne, Devyne Stevens, and that text message

22  said Jane's true name and was followed by a rat emoji.  And

23  you saw that text message, it's in evidence as Government

24  Exhibit 255B and it was sent in August of 2015.

25         So you know that the defendant attacked Jane with an

Proceedings                                          4419

1   Air Force 1 shoe until she broke when she was 17 years old.

2            THE COURT:  Ms. Geddes, sorry to break in here.  I

3   think now might be a good time for our break.

4            So, Jurors, I'm just going to excuse you for a few

5   minutes to stretch your legs and things like that, and please

6   don't talk about the case.  We'll see you in a few minutes.

7            THE COURTROOM DEPUTY:  All rise.

8            (Jury exits courtroom.)

9            THE COURT:  Everybody can sit down.  We will be in

10  recess for just a few minutes.  I just want to say that I did

11  get Mr. Scholar's letter about circumstantial evidence.  I

12  didn't line them up, I think that's the instruction I'm

13  giving.

14           MR. SCHOLAR:  I wasn't clear this morning because

15  when you say I gave you a portion of a transcript.

16           THE COURT:  No, that was you gave me the transcript

17  on the question of cooperators.

18           MR. SCHOLAR:  Oh, I did that.

19           THE COURT:  Yes, you did.  It was fine.  It just had

20  different circumstances.  That's why.  Seeing you had to waste

21  your time writing a letter.

22           MR. SCHOLAR:  That's fine, I wasn't doing anything

23  else.

24           THE COURT:  See you in a few minutes.

25           (Recess.)

Summation - Geddes                                    4420

```
 1                (In open court; jury not present.)
 2          THE COURTROOM DEPUTY:  All rise.
 3          THE COURT:  Everybody can sit down.
 4          MR. SCHOLAR:  Mr. Cannick is still.
 5          THE COURT:  Are we good to go?
 6          MR. SCHOLAR:  We're good.  Thank you, Judge.
 7          THE COURT:  Ms. Geddes, I'm also going to remind
 8   you, I know this seems oxymoronic in light of my other
 9   comments to you, but don't talk too fast.  All right.  I just
10   want to make sure the court reporters get down everything that
11   you say.
12          MS. GEDDES:  Got it.  I am trying to hurry up
13   though.
14          THE COURT:  It's fine, it's fine.
15          MS. GEDDES:  I'll do my best.
16          THE COURT:  All right.
17          THE COURTROOM DEPUTY:  All rise.
18                (Jury enters courtroom.)
19          THE COURTROOM DEPUTY:  You may be seated.
20          THE COURT:  All right, everybody we are ready to
21   proceed and continue with the summation by Ms. Geddes.  Go
22   ahead.
23          MS. GEDDES:  Thank you.
24          Dr. Hughes also told you that shame and humiliation
25   are also a means of coercive control.  The defendant used
```

Summation - Geddes                                4421

1    those tactics in spades.  He demanded collateral from Jane as

2    he did with many of his other girlfriends, and that collateral

3    came in many different forms.

4           He had Jane and others write letters, falsely

5    confessing to stealing, falsely claiming their parents had

6    committed terrible deeds.  And as you now know, the defendant

7    kept many of those letters in that locked safe in a storage

8    facility, and you saw several of them at this trial.

9    Government Exhibit 455, 456 and 461 are just three examples.

10          Jane wrote this one in 455.  I'm sorry I have to

11   leave, but I've done some things that I know you cannot

12   forgive me for.  I've been stealing money from the stash you

13   told me about.  She continues, I also was stealing jewelry too

14   when I could because it was just a rush and fun to do.

15          456, another letter to the defendant.  I also did

16   something bogus just in case you caught me stealing and let me

17   go.  I decided I would spank myself really hard until I had

18   bruises on me and I was going to blackmail you and said you

19   did it to protect me.

20          She even wrote a letter, 461, claiming that she was

21   going to threaten to accuse him of rape, because she was so

22   upset that the defendant only wanted to be friends.  She

23   writes:  I desperately wanted you to want me, how I crave you.

24   I started to make threats to you, and I'm sorry.  I mean, I'll

25   tell everyone you raped me.  I'm going to tell everyone you've

Summation - Geddes                          4422

1   been raping me since I was a minor.

2          Now, defense counsel suggested in his

3   cross-examination of Jane that these letters were true.

4   Remember, he confronted Jane on cross-examination with a few

5   of the letters, the ones about her parents.

6          First, please consider the letters as a whole, not

7   just the few pages that the defendant introduced as part of

8   their case, but they have to be considered along with all of

9   the other letters found in the defendant's residence and in

10  his safe.

11         You've now heard what is written in several of these

12  letters.  Use your common sense.  These are preposterous on

13  their face.  But they are also obviously fake because Jane

14  didn't actually leave the defendant when any of these were

15  written.  When she's writes in these letters, I had to leave.

16  She never left.  You also know that they are fake because they

17  were addressed to other people, but they were found in the

18  defendant's stuff.  They were never sent.  You know they're

19  fake because the defendant had all his girlfriends write these

20  letters and you saw a lot of those letters in this case.  You

21  saw letters from Dominique.  You saw letters from V.  You saw

22  letters from Anna, and you will have them in evidence, read

23  them.

24         Many of the letters are frankly absurd, and in the

25  one that Dominique wrote she threatens -- or not threatens,

Georgette Betts, Official Court Reporter

1   she claims that she set up a robbery where with V of the

2   defendant's studio and she's going to be the getaway driver.

3   These letters were orchestrated by the defendant.

4          You learned that the defendant did not stop with

5   getting collateral in the form of these fake letters that he

6   wrote.  Another means that he used shame and fear -- I'm sorry

7   shame and humiliation to control Jane was through the use of

8   videos.  Jane told that you sometimes after he spanked her and

9   she had tears rolling down her face from the pain, he also had

10  her make videos containing false and embarrassing admissions.

11  She told you about one where he said there was an incident

12  where he had chastised me over 15 times.  He pulled out an

13  iPad and he told me to make a video saying that my father had

14  molested me while I was still crying from him chastising me.

15  That's in the transcript at 998.

16         I've already discussed with you the videos that he

17  directed Jane and Anna to make when they had to walk back and

18  forth calling themselves stupid and dumb.

19         Now you know that the defendant was sexually

20  stimulated by these videos.  In fact, you saw him masturbating

21  in Government Exhibit 328A while Anna walked back and forth on

22  that video, but you also know that Jane and Anna were not so

23  stimulated.  The tears you saw in Anna's face on that video

24  were real.  She was enduring punishment, the defendant's

25  punishment.  Jane was no different.  The punishment was real.

Summation - Geddes                                    4424

1        During this trial you learned that the defendant

2    went even further though.  He had Jane and others make videos

3    between even more humiliating and degrading things like smear

4    feces over their bodies and even put it in their mouths.  Jane

5    told you about the time when Juice gave her an iPad so she

6    could record herself eat feces.  Anna told you also the same

7    thing.  She told you that the defendant directed her to use an

8    iPad to make a video of her being sexual and seductive with

9    bodily fluids, feces, urine, and you saw one of the

10   defendant's girlfriends make just such a video.  Government

11   Exhibit 329A, and I'm not going to play it for you again, I

12   submit though you may never fully erase that searing image of

13   329A from your memory.  That is among the ways you know the

14   extent of control that the defendant held over Jane and his

15   other girlfriends.

16        Now you saw firsthand what the defendant intended to

17   do with all of those materials, all that shame and humiliation

18   and why it served as such a powerful means of control.  In

19   this trial you saw the defendant try to use that collateral.

20   On cross-examination of Jane defense counsel asked her

21   question after question about the plan by her parents, but you

22   saw the letters and you know the letters weren't real, you

23   know what the letters were for:  A day like today when the

24   defendant was on trial for racketeering, sex abuse of minors,

25   child exploitation, forced labor and he needed ammunition.

Summation - Geddes                                    4425

1          Ladies and gentlemen, Jane's parents and Jane did

2    not devise a plan to exploit the defendant.  The defendant

3    devised and executed a plan to exploit Jane.  You have seen it

4    on full display for nearly six weeks.  It was no different

5    with Anna, defense counsel tried to do the same thing.  On

6    cross-examination he asked Anna whether she liked scat sex, an

7    apparent attempt to argue that she wanted to rub feces and

8    urine on her body, but you know she didn't.  Those videos were

9    made because the defendant required them to do it.  Nothing

10   more, nothing less.

11         As another means of coercive control the defendant

12   made taped surveillance on Jane, as another thing Dr. Hughes

13   talked about.  He regularly checked her cell phone to see who

14   she had been in communication with and about what.  You saw

15   her text messages with her friend *Malak back when she was 17

16   years old, this is in evidence as 205J.  She writes:  You know

17   you all can't do that 'cause he checked my phone.  He, the

18   defendant.  And 205M, texting will get me caught up.  Got to

19   use code words.

20         Yesterday I mentioned that the defendant told Jane

21   that his engineer could retrieve -- could go to the i-Cloud

22   and access her text messages to see who she had been speaking

23   with.  He even had his assistant regularly report where Jane

24   was, what they were doing.  Ladies and gentlemen, you have

25   learned during the course of this trial the defendant made

Summation - Geddes                                    4426

1   Jane and his other victims so dependent on him that they began

2   to lack the ability to think for themselves.

3        Now I have spent a considerable amount of time

4   walking you through the physical abuse, the threats of more

5   physical abuse, physical restraint, confinement, threats of

6   further confinement and other means that the defendant used to

7   control his victims, including Jane.  I now want to talk about

8   the labor that he obtained from Jane once he had virtual total

9   control over her.  She told you that he required her to have

10  sexual contact with others.

11       Now, the forced labor that is charged here is not --

12  with respect to Jane is not about having sex with the

13  defendant.  Jane did not testify that she didn't want to do

14  that.  Here, the forced labor is about his requiring Jane to

15  have sex with other men, other women, none of whom she wanted

16  to have sex with.  He made her have sex with Juice, Anna, V,

17  Dominique and more.  He also made her have sex with Alex,

18  nephew she knew him as.  And he also required her to be one of

19  the stars of his homemade sex videos.  You know what she said

20  was true because you also heard from Alex, nephew.  He

21  described the girl the defendant told him to have sex with

22  while the defendant recorded it, and he described it -- the

23  women that he was having sex with, those females, as

24  zombie-ish, his words.  That's in the transcript at 3358.

25       And you saw that on.  Government Exhibit 341A, 342A

1   and 343A, you saw the defendant direct another of his

2   girlfriends to give Alex oral sex.  You saw the defendant

3   direct Dominique to have sexual intercourse with Alex, and

4   through it all the defendant was in complete control.  The

5   defendant directed, and Dominique performed.  Take a look at

6   both her and Alex's facial expressions throughout.  They

7   looked positively numb to what is happening.  They just

8   listened to the defendant and executed his commands.  We even

9   saw the defendant physically position Dominique so that she

10  was in the precise sexual position the defendant wanted.  In

11  evidence as Government Exhibit 349C is a screenshot of that

12  particular part.

13          You saw the defendant hold onto Dominique's hair as

14  he forcefully and repeatedly pushed her head on to Alex's

15  penis.  Dominique performed for the defendant, but it was not

16  consensual.  She performed because her will had been broken

17  down.

18          You saw another example of the defendant's own words

19  directing.  In Government Exhibit 485 was that recording with

20  the individual we're calling Kyla, where he accused her of

21  taking a Rolex watch, and in part of the video -- and I won't

22  play it now, but in part of the video after he got so mad he

23  says, there's only one way you're going to get rid of this,

24  for me to trust you again.  You're going to do what the fuck I

25  tell you to do.  When you made the fucking tape for me and I

1    looked at that shit you were hiding your face because you

2    didn't want to be seen.  I told you to trust me and now here

3    it is, I can't trust you.  You're the one who is

4    untrustworthy.  I'm the loyal man.  And he continues, you're

5    going to do this shit for me for fucking free.  You're not

6    going to hide your face on me.  You're going to do what I tell

7    you to do and you're going to do it right.  That is the

8    defendant's words.  You heard it and you can hear it again.

9    The defendant directing somebody to make a recording for him,

10   and I submit the reason she hid her face, the reason she

11   didn't trust him was because he was asking her to do something

12   humiliating, something degrading, something like the videos

13   you have heard and now seen the defendant direct.

14           You know, just as Dominique did, Jane did the same.

15   Using every tactic of force and control, the defendant ensured

16   that Jane would have sex with anyone, any time when the

17   defendant chose.  It was his command.  And then he filmed it

18   so he could have it for posterity for his sexual gratification

19   then and down the road.

20           The defendant committed forced labor of Jane.  And

21   this forced labor is tightly tied to the enterprise that the

22   defendant had.  Without the presence and assistance of his

23   enablers, there would have been no forced labor.  Alesiette

24   Mayweather told you, the defendant told her to stay overnight

25   on the bus while Jane was in the back room.  You saw text

1   messages from Cheryl Mack to Jane, and Diana Copeland to Faith

2   directing them to check in with the defendant before they

3   leave their hotel room.  You heard from Diana Copeland, one of

4   his most loyal employees, who told you that the defendant

5   complained after she let Anna escape and griped that she

6   should have gotten Lele, also on the board, she should have

7   let Lele handle it, and that she was not carrying out her

8   duties as an executive assistant to the celebrity -- to a

9   celebrity.  A celebrity, in the defendant's eyes, apparently

10  gave him license to break the law.

11          You heard from both of the Mayweather sisters that

12  the defendant expected his employees to uphold the isolation

13  measures that the defendant worked so hard to impose.  When he

14  heard that Suzette Mayweather had a personal conversation with

15  Dominique, he became incensed.  Suzette Mayweather testified,

16  it was the first time I had ever seen Rob really upset.  I had

17  never seen him this upset.  And when I say upset, it wasn't

18  the tone, it was the look in his eyes.

19          You also saw the defendant himself give instructions

20  to Diana Copeland to keep watch over his female guests, his

21  girlfriends.  This is in evidence as Government Exhibit 497A.

22  And it's a text message that the defendant sent from a

23  phone -- this is a phone that was taken from the defendant's

24  storage facility, and on that phone he sent a text message --

25  there was no text he just sent a screenshot of a message to

1   Diana Copeland, and you know it's Diana Copeland's because

2   Diana Copeland testified that number was hers and it's also

3   saved in the defendant's phone as Diana Copeland.  In the

4   message he conveys to her the importance of watching the

5   females, this female's phone conversations because someone had

6   sent him a text message that said, you should pay close

7   attention to the girl's phones, I would say especially Jane

8   and what exactly they do on them.

9        Then below that is another screenshot and in the

10  screenshot, and you have it in evidence, in the screenshot

11  they are discussing an incident that happened on the bus where

12  someone was hit and they're talking about it.  And the

13  defendant is upset and when he sent that message to Diana

14  Copeland, I submit he was telling Diana Copeland keep watch

15  when they're using their phones, what are they using their

16  phone for.

17       Now, Diana Copeland had been working for the

18  defendant for over a decade and by her own account, her words,

19  not the government's, her words, she was an extension of the

20  defendant, and his girlfriends knew that.  All of these steps,

21  the defendant's instructions to his employees, his

22  expectations of them were among the tactics the defendant used

23  to maintain complete control over his victims.  And there are

24  necessary -- they were necessary for him to do this.  The

25  defendant's many employees standing guard and overseeing the

Summation - Geddes                          4431

1   females' activities allowed the defendant to enforce the rules

2   when he wasn't even there.

3        In fact, you also heard from Dr. Hughes that the

4   very fact that the defendant committed all of this in plain

5   sight, in front of other people and they did nothing to help,

6   that further served to isolate his victims.

7        The government has proved that the defendant

8   committed forced labor with respect to Jane as Racketeering

9   Act number 11.

10       Finally, I want to talk to you about Racketeering

11  Acts 12 and 13 and 14, which relate to Faith.  I'm first going

12  to talk about the defendant's transportation of Faith

13  across -- sorry, we can also now view this, the public can

14  view this aspect of the presentation.  Thank you.

15       Racketeering Acts 12 and 13 relate to the

16  defendant's transportation of Faith across state lines for the

17  purpose of illegal sexual activity.  Here, the sexual activity

18  was illegal because the defendant engaged in unprotected

19  sexual intercourse with Faith without first telling her that

20  he had a contracted an infectious and incurable venereal

21  disease or STD, herpes, and without obtaining her consent to

22  have sexual intercourse with him under those circumstances.

23       Racketeering Act 14 relates to the defendant's use

24  of threat of serious harm to obtain labor from Faith, it's

25  another forced labor count and I'll talk about that in a

Summation - Geddes                                4432

1    moment.  In this case the forced labor is sexual services by

2    Faith to the defendant.

3            I want to first speak though about Racketeering Act

4    12, which is the transportation and coercion of Faith for the

5    purpose of illegal sexual activity.

6            Like Jane and Anna and many others, Faith told you

7    that she met the defendant at a concert.  The concert was in

8    San Antonio, Texas and the defendant slipped Faith his number,

9    again by phone and shortly after the defendant connected Faith

10   to Diana Copeland.  And initially Faith intended to fly in to

11   see the defendant in April of 2017, but she received an email

12   from Diana Copeland and it had a different girl's name on the

13   email and she decided that she wasn't going to travel under

14   those circumstances.  But she did agree to travel a little bit

15   later and Diana Copeland, in fact, arranged for that travel

16   for Faith to travel to right here in the Eastern District of

17   New York.

18           Her first trip was on May 18th of 2017 from her

19   hometown of San Antonio to New York's LaGuardia Airport in

20   Queens.  And you can see in Government Exhibits 624 and 625

21   that this is her airfare, her air travel on Southwest Airlines

22   showing the travel to LaGuardia and then also her hotel on

23   Long Island where she stayed.  Both of those places are in the

24   Eastern District of New York.

25           Now the defendant was in New York because he was

Summation - Geddes                          4433

1   performing at a venue in Westbury on Long Island and there's a

2   photo of that in evidence.  Diana Copeland arranged for Faith

3   to stay at the Hilton in Melville Island and you can see

4   that -- you see over here in 625 where she was staying.  Her

5   name was misspelled, but -- her last name was misspelled and

6   redacted here anyway.

7          But you also know why the defendant flew Faith to

8   New York, it was for his purpose of engaging in sexual

9   activity with her.  As you know, and I mentioned earlier

10  today, the defendant regularly flew women across the country

11  to meet him for the purpose of sex.  And remember when Faith

12  told you about another trip in the future in LA with the

13  defendant, she didn't want to do have sex with him and so she

14  lied to him and told him she was on her period.  He was

15  annoyed and he said, why did you even come.  And he said that

16  because he brought her there for sex and it was no different

17  in May of 2017.  He wasn't bringing her for company, for

18  business advice, it was just for sex, plain and simple.

19         So once you know that the defendant transported

20  Faith to New York from her hometown is Texas, the only

21  remaining issue -- and that was for the purposes of sex, the

22  only remaining issue is whether the sexual activity that he

23  brought her here for was illegal, and it was.

24         In New York it is a crime to expose another person

25  sexually to an infectious venereal disease, an STD like herpes

Summation - Geddes                            4434

1  and it's a crime when you do that by engaging in unprotected

2  sexual intercourse with somebody without first telling them

3  that you have herpes and that they consent to sex under those

4  circumstances.

5           Now faith told you what happened when she got to New

6  York.  She went to his concert, the one at the venue shown

7  here, she went to the concert then she returned home to her

8  hotel room.  Then at six in the morning -- she had fallen

9  asleep, she received a phone call from the defendant, and you

10  can see the defendant's phone call in the phone records that

11  are in evidence as Government Exhibit 118A.  And again, you'll

12  see it shown here that there was a phone call from the

13  telephone number 312 area code ending 3886 to a phone that was

14  subscribed to by Faith.  And you know that 3886 phone number

15  is one of the defendant's because Faith actually had that

16  number saved in her phone for the defendant.  She told you

17  that's who it was.

18           So the defendant starts pounding -- he calls her,

19  she is waking up, she's groggy and then she starts to hear

20  pounding on the door and it's the defendant at her hotel room.

21  Faith answered the door, let the defendant in and he's

22  partially undressed so that he was naked from the waste down,

23  similar to how you saw him in the video with Dominique and

24  Alex.

25           And at first -- he then directed Faith exactly what

Summation - Geddes                                      4435

1   to do, to rub on him.  First, Faith started -- having received

2   the directive, Faith starts to rub his shoulders but the

3   defendant made clear what he wanted, and told her to rub his

4   penis and moved her hand to that area and so she did.  He

5   continued with his direction and eventually positioned her on

6   all fours on the bed and inserted his penis in her vagina

7   while filming the encounter on his iPad, as you know, and have

8   heard that he does.

9           Now Faith testified to you that the defendant was

10  not wearing a condom or any other protection and never told

11  her that he had previously contracted that incurable STD.

12  Despite, as I've already discussed at length with you, that he

13  knew he had it.  He knew he had herpes.  And again, I want to

14  remind you that the government only needs to prove that the

15  defendant exposed Faith to that incurable STD.  It does not

16  need to prove that she actually contracted it from the

17  defendant, or contracted it at all.

18          Now in addition to just what I previously described,

19  the government can also show that the conduct was unlawful in

20  New York because it constituted reckless endangerment under

21  the law and the following elements is what the government

22  would need to prove beyond a reasonable doubt to show that the

23  defendant committed reckless endangerment by engaging in

24  unprotected sex with Faith without first telling her about his

25  incurable STD.

Summation - Geddes                                4436

1              First, the government has to prove that the

2     defendant recklessly engaged in conduct and, second, that that

3     reckless conduct must create a substantial risk of serious

4     physical injury.  Now here you know the defendant acted

5     recklessly when he engaged in unprotected sex with Faith

6     without first disclosing to her that he had this incurable STD

7     and without obtaining her consent to engage in sex under those

8     circumstances.  But you also know that the conduct created

9     substantial risk of serious physical injury.

10             Dr. Hoskins testified extensively about what herpes

11    does and the risk that it creates.  She explained that the

12    virus enters the body and goes straight to your central

13    nervous system, that's the brain and your spinal cord and it

14    remains there.  And she told you that it causes primary and

15    secondary outbreaks and that those outbreaks are unpredictable

16    and can occur throughout one's lifetime and they are brought

17    on by everyday stressors like fatigue, other illness, even a

18    woman's menstrual period.

19             She also told that you an individual can suffer

20    further complications, including an infection from having

21    herpes in their body.  And she described if there's an

22    outbreak and an infection, the infection can go into the

23    bloodstream to the fullest extent where it may only -- where

24    it may be only be in the bloodstream and then to higher level

25    where we call it sepsis.  The infection can go into the

Summation - Geddes                          4437

1    central nervous system where we would call just infection in

2    that nerve area directly, or where it could go all the way to

3    the brain and the rest of the central nervous system, or even

4    the layers that cover the brain in the central nervous system.

5    That is a substantial risk of serious physically injury.

6             So you know that the government has proven beyond a

7    reasonable doubt the conduct charged in Racketeering Act 12.

8    I want to just briefly mention Counts Six and Seven.  I told

9    you that I would talk about some of those stand-alone counts

10   because they correlate to some of the racketeering acts.

11            And Count Six correlates to Racketeering Act 12A and

12   Count Seven correlates to 12B.  For Counts Six and Seven you

13   just need to find the defendant committed the conduct in that

14   correlating racketeering act and that at least some part of

15   that happened here in the Eastern District of New York, and

16   the government has shown you that the defendant arranged for

17   Faith to travel into LaGuardia, which is in Queens and right

18   here in the Eastern District, and that also the illegal sexual

19   activity took place in the Eastern District of New York and

20   that was at the Hilton on Long Island.  And the judge will

21   instruct you that both Queens and Long Island are in the

22   Eastern District of New York.  So Counts Six and Seven have

23   also been proven.

24            Racketeering Acts 14A and 14B and the correlating

25   substantive counts, which are eight and nine for that one, are

Summation - Geddes                                    4438

1    very similar to what I just discussed.  In fact, they mirror

2    12A and 12B in Counts Six and Seven, but it's just a different

3    trip.  This one is for a second trip that the defendant

4    arranged for Faith to take to New York, this time in February

5    of 2018.

6            Now after -- Faith told that you after she flew to

7    New York in May of 2017, the defendant arranged for her to fly

8    to Chicago, Dallas and Los Angeles, and we'll talk about the

9    trip to Los Angeles for a moment, but for now just recall that

10   Faith told that she continued to communicate by phone with the

11   defendant after each of those trips and that in February of

12   2018 the defendant, again using folks in his enterprise, flew

13   Faith a second time to New York City.  And you saw Faith's

14   text messages with Diana Copeland where at first the trip was

15   going to be canceled but then Diana Copeland told her, get to

16   the airport for a 4 p.m. flight.  And you can see in

17   Government Exhibit 931 a record from American Airlines showing

18   Copeland having arranged the flight.  You can see her name at

19   the bottom, Diana Copeland, arranging for Faith to fly from

20   San Antonio again to LaGuardia.  This time she flies through

21   Charlotte, that's CLT.  That travel was on February 2nd, 2018.

22           This time she stayed just across the river in

23   Manhattan at the Mondrian Hotel.  You saw that Diana Copeland

24   arranged for her to travel from an Uber to get from LaGuardia

25   to the hotel, that's in evidence as Government Exhibit 632.

Summation - Geddes                                    4439

1   You also saw text messages with Diana Copeland where she

2   instructed Faith to go up to the 18th floor, and Faith told

3   you that on this trip she actually stayed in the defendant's

4   hotel suite.  And records from the Mondrian Hotel show that

5   room 1803 had been reserved under the alias George Kelly.  And

6   you actually see in those records from the Mondrian where it

7   says George Kelly is the alias for R. Kelly and identifies

8   Diana Copeland as the tour manager there.

9           So Faith testified that when she arrived at the

10  Mondrian Hotel late that night, it was actually early the next

11  morning, she fell asleep, but around 8 a.m. the defendant woke

12  her up.  He told her to undress and she did and as usual he

13  directed every move.  He told her to pose and to touch herself

14  and then he directed her to come into the bedroom area of that

15  suite in 1803 -- and you also saw photographs of that room --

16  and once on the bed he started to vaginally penetrate her with

17  his penis.

18

19          (Continued on the next page.)

20

21

22

23

24

25

Summation - Geddes                    4440

1          MS. GEDDES (CONTINUING):  Faith told you, though,

2     that she was clinching her body and the defendant could tell,

3     and he got frustrated and eventually he ended up taking out

4     his iPad and started to masturbate to record it onto the

5     iPad.  And remember, she vividly described he was

6     masturbating as though he were scratching an itch.  Those

7     were her words.  She also told you that as is his practice,

8     he didn't use a condom when he penetrated her; and he

9     certainly never told her that he had contacted genital herpes

10    before any of this or after.

11          You also know, based on Faith's testimony, which is

12    supported by the travel records and the testimony of others,

13    that the defendant arranged for her travel from Texas to

14    New York across state lines for the purpose of sex.  And in

15    New York, like I just said, that's where he did actually

16    penetrated her without using a condom.

17          So the Government has proven to you

18    Racketeering Acts 14A and 14B.  Count 8 charges the same

19    conduct as 14A.  Count 9 charges the same conduct as 14B.

20    And, again, all of those relate to that February 2018 trip.

21    And, again, to find those substantive counts proven, 8 and 9,

22    you just need to find that he committed the conduct in those

23    two racketeering acts, and some of that conduct occurred in

24    the Eastern District of New York.  And I've already told you

25    and we've seen that the travel was to LaGuardia in Queens

1   within the Eastern District of New York.

2          So now I want to talk about the final

3   racketeering act, Racketeering Act 13.  The defendant -- and

4   that's the defendant's use of physical restraint and threats

5   of force and threats of serious harm to obtain labor and

6   services from Faith.  And again, in this case, the labor or

7   services was oral sex from Faith.

8          Now, this racketeering relates to what happened in

9   Los Angeles in January of 2018.  But before we talk about

10  that, I want to briefly talk about the prior trip that the

11  defendant -- that Faith made to see the defendant, and that

12  was the trip to Dallas, Texas.  And she told you about that

13  trip, that during it, the defendant told her that an attorney

14  was going to give her some documents for her to sign; and he

15  told her and she told you that those documents were

16  apparently for the defendant's protection.  You've heard a

17  lot of people talk about documents provided to the defendant

18  for protection, and you know what he meant by "protection."

19  Now, the attorney never actually came to give her those

20  documents.

21         The defendant also introduced Faith to Joy, and she

22  told you some of what happened with Joy.  And you've heard

23  her describe some of Joy's actions, which Faith thought was

24  odd.  You also heard her talk about an incident in the

25  Sprinter van in Dallas where she and Joy were in the Sprinter

1   van after the defendant had left to go to a lounge, and they

2   were in there for a period of hours.

3           Now, at one point, Faith tried to leave the

4   Sprinter van because it was getting hot, and she had been in

5   there for quite some time and tried to open it and the door

6   was actually locked.  She couldn't get out.  And what's

7   notable, though, is Joy's reaction when she tries to open the

8   Sprinter van.  She said, No, you can't do that.  You need to

9   get permission first to leave the Sprinter van.

10          And so with that sort of backdrop during that same

11  trip, the defendant also told Faith to send him a text

12  message and he dictated what he wanted the text message to

13  say, and it was:  "Daddy, I want to be with you and the

14  girls."  Now, Faith did not want to be with the defendant's

15  girlfriends, but this was something that the defendant had

16  her write, a text message he had her send.  Again, you know

17  why he sent it.  It was more for his protection.

18          So when Faith returned to San Antonio after that

19  trip, Faith also told you that the defendant's behavior with

20  her started to grow more controlling.  She told you that her

21  interactions with him were a little bit different now.  He

22  wanted to know exactly where she was and what she was

23  wearing, and like the others, Faith complied.  And you saw

24  some of those text messages where she kept the defendant

25  up-to-date on what she was doing and what she was wearing.

Summation - Geddes                    4443

1    And those are in evidence as Government Exhibit 207 and are

2    shown there on the screen.

3            Now, Faith also told you that in January of 2018,

4    the defendant arranged for her to fly to Los Angeles and to

5    meet him at a recording studio where he was working then, and

6    that studio was NRG Studios in Los Angeles.  And she told you

7    that when she arrived, she went to the studio and the

8    defendant had her wait there for hours in the back of his

9    Sprinter.  And you remember she talked about having to ask

10   Diana Copeland for permission to even use a rest room.  And

11   then after she was in the Sprinter van for a period of time,

12   she then was taken to the studio itself; and she told you

13   that she stayed there for a long time.  She didn't eat.  She

14   didn't leave to use the rest room, only when she was given

15   permission from the defendant or from Diana Copeland to do

16   that.  And you saw her text messages where -- with Diana

17   Copeland where -- when Faith asked if she can go back to the

18   room, Diana Copeland says, Wait.

19           So eventually, the defendant does, in fact, come to

20   the studio, but he comes into the room where she is and then

21   he leaves.  She -- I'm sorry, he leaves very quickly after

22   that.  And she testified about what he later said to her.

23   She said, Once he came back into the room, he had told me

24   that had I stood up or showed some type of excitement about

25   him entering the room, then he would have come back sooner.

Summation - Geddes                                    4444

1   And that's in the transcript at 22:48.

2           And you heard many of his employees and from

3   Jerhonda and Jane that one of the defendant's rules was that

4   his girlfriends stand up when he enters the room, and Faith

5   didn't, and the defendant punished her by leaving her in that

6   room for a period of hours.  It's just another form of the

7   defendant's indoctrination.  His rule, you stand up when he

8   comes into the room.  Well, eventually the defendant did come

9   back and, as usual, was in total control, dictating exactly

10  what Faith should do.  Walk it back and forth, he told her, a

11  familiar refrain now that you've heard from Jerhonda, Anna,

12  Jane, and others.

13          And he took her into another small room in the

14  studio, and she described it to you as like the size of a

15  walk-in closet.  And you saw that room in Government

16  Exhibit 946D, as in "David."  She told you that it was -- it

17  was a room to the left of the piano, the one with the square

18  window; and you can see that red area -- arrow pointing to

19  that square window.

20          There's also a floor plan, 946B, where you can

21  actually -- it's not shown on the screen.  It's in evidence.

22  And you can actually see the room marked as Number 7, I show

23  Room 3.  And that's the room where Faith identified the

24  defendant took her.

25          So when she entered that room, the defendant

1   told -- she told you that the defendant's demeanor changed.

2   He grew serious.  And there was more.  She told you that she

3   immediately saw that a gun was placed on the table within his

4   reach.  And you know what she told you makes sense because

5   even his most loyal employee, Diana Copeland, told you that

6   she saw a gun in the defendant's studio in Chicago just a

7   little bit before she stopped working for the defendant, and

8   she told you she stopped working in April 2018.  So we're

9   talking about the first few months of 2018, both Faith and

10  Diana told you that they saw the defendant and a gun in the

11  nearby vicinity.  So to be clear, when Diana saw it, the

12  defendant was not in the room, but it was his studio.  And

13  when Faith saw it, the defendant was in the room.

14          Now, you also saw documentation from a few months

15  after that showing that the defendant had completed a

16  training course to carry a firearm, and this is in evidence

17  as Government Exhibit 314.  So you know that the defendant

18  did have a firearm in his -- at least as of May of 2018, he

19  actually had a license to carry it.

20          So with the gun in arm's reach, the defendant

21  started to quiz Faith, asking her about other men in her

22  life.  And in doing so, he made clear to her that he had done

23  some research of his own, including by identifying her father

24  and her father's profession.  He asked her how many men had

25  seen her naked, and she answered.  And when she answered, he

1    asked another question:  How many of your male friends have

2    seen you naked?  This time, she said, None, no one has.  And

3    he asked her if she wanted to take it back, and she told him

4    she didn't.  And then she told you how he responded.  She

5    said he had this real, like, stern-like -- stern look on his

6    face.  He just paused for a minute, and he was like, You

7    know, me and your father, we have the same gift.  He said he

8    had this spiritual discernment so that I would know -- he

9    would know if I was lying to him.

10          And then a little bit later, she says, And he just

11   gave me that look.  He kind of has this look when he's

12   grilling you down.  He just gets real serious.  After that,

13   he got up, there was a little pillow on the chair.  He put

14   the pillow on the floor.  He told me to get on my knees.  He

15   pulled out his -- I did.  He pulled out his penis, grabbed my

16   neck, and told me to suck his dick.

17          Once again, the defendant used his -- used the

18   tactics that he learned from the predator handbook to obtain

19   the services he wanted.  He responded in anger when she

20   didn't greet him in the manner that he wanted to be greeted.

21   He, for the first time, made clear to her that he had done

22   research on her family, including determining that her father

23   was a pastor.  He quizzed her about prior men in her life and

24   registered his disdain with her answers.  He had a gun within

25   his reach.  And then he told her to get on her knees, grabbed

Summation - Geddes                    4447

1   her neck, and directed her to give him oral sex.  That day,

2   he used his technique of coercive control, the one that

3   Dr. Hughes described to you, to coerce Faith to give him oral

4   sex when he demanded it that day in the studio in California.

5   So you know the Government has proven Racketeering Act 13.

6          Now, after Faith stopped seeing the defendant,

7   Faith tested positive for herpes.  She tried to confront the

8   defendant, but he didn't return her calls.  And she told you

9   that she then filed a report with the Dallas Police

10  Department and filed a civil lawsuit against the defendant,

11  and this is when she learned just how vindictive the

12  defendant could be.

13         You learned in this trial that the defendant; June

14  Barrett; her son, Donnell Russell; and a woman named

15  Cavonttey Jones, also known as "Kash Jones," all were part of

16  the defendant's circle, his enterprise, and they took

17  extensive effort to stop Faith from pursuing legal action or,

18  better stated, speaking publicly about the defendant.  But

19  before I talk about the steps that they took, I want to first

20  talk about each of those individuals I just mentioned and

21  their connection to the defendant.

22         So I mentioned June Barrett first.  Now, June

23  Barrett used a telephone that ended in 1020, so I'm going to

24  call it the "1020 phone."  And you can see that there's a

25  subscriber record in evidence in 108A showing that that

1   particular phone number was subscribed by June Barrett.

2          And you can see text messages that were found on

3   the defendant's phone, Government Exhibit 345.  This was the

4   phone that Defendant was arrested with in July of 2019.  And

5   in those text messages with June Barrett, she says, Faith,

6   love you, and she, demonstrating his affection for her, says,

7   Love back at you -- love you back -- atcha'.  And so you can

8   tell that June Barrett and the defendant have a close

9   relationship.

10          Don Russell is June Barrett's son, and you can see

11   this from Government Exhibit 816, which is just a birth

12   certificate for Donnell Russell showing that his mom is June

13   Barrett.

14          And finally, there's Kash Jones.  You haven't heard

15   much about her.  And I want to make clear that there's

16   another Kash you have heard about in this case, Kash Howard.

17   She was the defendant's stylist that you've heard some of the

18   employees talk about.  This is somebody different.  This is

19   Kash Jones, and Kash Jones is also known as Cavonttey Jones.

20   And you can see in evidence Government Exhibit 915, which

21   shows that there's an email address that's associated with

22   Cavonttey Jones and Kash Jones.  And both Donnell Russell and

23   the defendant are connected to Kash Jones.

24          You can see on this same phone, 8219, the one that

25   I just referenced, there was an image -- and it's shown on

Summation - Geddes                    4449

1    the screen from Government Exhibit 338 -- of some type of

2    contract and Kash Jones's, or Cavonttey Jones' driver's

3    license, which was saved as an image on the defendant's

4    phone; and that's in evidence as Government Exhibit 338A.

5    And also in evidence is an email between Donnell Russell and

6    Kash Jones using a slightly different email address, and I'll

7    talk about that in a minute.  But through those, you can see

8    that the defendant and Donnell Russell both have connections

9    to Kash Jones.

10           So now I want to talk about the smear tactics that

11   that group -- Donnell Russell, June Barrett, and Kash

12   Jones -- and the defendant used against Faith.  You saw

13   Government Exhibit 231A.  That was that handwritten -- I'm

14   sorry, that was that typewritten letter that was sent to

15   Faith's attorney right here in the Eastern District in

16   Brooklyn, and the letter was signed by the defendant.  That

17   was the one where, on every single page, it says stamped on

18   of the diagonal one, I do not accept this offer to contact,

19   and I do not consent to these proceedings.  And you also saw

20   that June Barrett notarized that one.

21           We saw the letter included a series of revealing,

22   compromising photos of -- and text messages related to Faith.

23   And Faith told you that those were messages she exchanged

24   with the defendant, and she also identified the photos as

25   cropped version of photos that the defendant had taken of

Summation - Geddes                    4450

1    her.  And the intent of the letter was clear.  Written at the

2    bottom was -- and this is shown on the screen.  The next few

3    pictures have been cropped for the sake of not exposing her

4    extremities to the world, and then he ominously wrote, Yes,

5    with three exclamation points.

6              And you know what he meant.  If Faith persisted

7    speaking publicly, they were going to share those photos, the

8    uncropped versions.  It was a threat.  And you know the

9    defendant had a hand in this because you saw text messages

10   where the -- between the defendant and June Barrett using

11   that 1020 phone of June Barrett's, and the defendant wrote --

12   and these are in evidence as Government Exhibit 348A and B.

13   And the defendant wrote, Just in case we might need those,

14   and there's lots more.

15             And then he did just that.  In Government

16   Exhibit 348B, he actually sends several photographs of Faith

17   in compromising positions and the text messages.  And larger

18   images of those are shown in Government Exhibit 344D to K.

19             And a few -- a few hours later -- so those initial

20   text messages are from 10:30 in the morning, and at 2:48 that

21   afternoon, Barrett sent a text message making clear that she

22   intended to use those photos in the letter to her attorney.

23   And you know whose attorney that was.  That was Faith's

24   attorney.  And the letter was the one that you saw in 231A.

25             Faith, though, wasn't deterred.  She pursued her

Summation - Geddes                     4451

1   lawsuit and participated in the *Surviving R. Kelly*

2   docuseries.  And you heard that that docuseries was scheduled

3   to premiere at a theater in Manhattan on December 4th of

4   2018; and a few days before the scheduled premiere, on

5   November 30th, the defendant's self-described consultant,

6   manager, friend -- that was from one of the last exhibits

7   that the Government played for you, 922A, with that recording

8   of Donnell Russell advertising himself as the defendant's

9   consultant, manager, and friend.

10          So on November 30th, Donnell Russell sent the

11  defendant an email with an itinerary for the premiere.  And

12  that's in evidence as Government Exhibit 941A.  You can see

13  that the email was sent to CF Studios, and that stands for

14  Chocolate Factory Studios.  And there's a subscriber record

15  for that in Government Exhibit 918, and it's shown there

16  showing that it's connected to the defendant and

17  RSK Enterprises, the defendant's enterprise.

18          Now, Russell -- Donnell Russell then took the very

19  action that the defendant threatened in 231A.  So, first,

20  he -- on December -- I'm sorry, on December 4th, the day --

21  the afternoon that the premiere is scheduled -- and you know

22  that from looking at the itinerary that Donnell Russell sent

23  to the defendant -- Russell started to use an alias,

24  Colon Dunn, and he sent an email to *A&E Networks* with the

25  photos that he sent to Faith's attorney, those shown in 231.

Summation - Geddes                    4452

1    In that email -- the email -- I'm sorry.  Now, I told you

2    that in that email, which is in evidence as

3    Government Exhibit 232 -- that's the email to *A&E Networks* --

4    he uses the alias Colon Dunn, but you know that Colon Dunn is

5    really Donnell Russell because you can see that that email

6    address colondunn@yahoo.com is linked to Indy Build 2013 and

7    a particular phone number that ends in 3030.  And you see

8    that subscriber record in evidence as 917A.  And then if you

9    dig further, 914A shows that that same Indy Build address

10   that's linked to the Colon Dunn email, goes back to

11   id.drussell@gmail and links to another phone.  And

12   Government Exhibit 916, if you take it one step further,

13   shows that that email, id.drussell, is linked to Donnell

14   Russell.  And so Colon Dunn tried to hide his identity, but

15   the records in evidence clearly show -- and there's even more

16   than this -- the 3030 phone also links back to Donnell

17   Russell.  But the records in evidence clearly show that

18   there's no Colon Dunn, just Don Russell, Donnell Russell

19   pretending and acting on the defendant's behalf to protect

20   the enterprise.

21          So I talked about that email that was sent to

22   *A&E Networks* with the same photographs that were sent to

23   Faith's attorney.  There was somebody bcc'd, blind copied, on

24   the email, and that was the defendant.  It was sent to that

25   CF Studios email address.  So the defendant also was sent a

1   copy of it.  Other people just couldn't see it because he was

2   blind copied rather than carbon copied, cc'd.

3          And he also -- Donnell Russell also forwarded that

4   same email to Kash Jones, Cavonttey Jones; and that email is

5   in evidence as Government Exhibit 241D.  And he sent that

6   that same afternoon.  This is the afternoon, December 4th,

7   before the premiere is scheduled that night.

8          Now, Faith and her mom testified and they told you

9   that they were in New York for the premiere but there was no

10  actually screening because the theater was evacuated and they

11  also told you that while they were in New York for the

12  premiere, Kash Jones and her bodyguard, who had a gun with

13  him, met with Faith at an Applebee's Restaurant in Manhattan.

14  And during that meeting, they showed Faith more nude photos

15  of Faith, making it clear that this was part of the plan.  If

16  she persists, the photos were going to be distributed.  They

17  were trying to stop her from speaking publicly.

18         Well, *Surviving R. Kelly*, that docuseries, does, in

19  fact, eventually air on *Lifetime*, and that happens in early

20  January of 2019.  The premier happened in December -- it was

21  supposed to happen, but it never actually happened on

22  December 4th; and then fast-forward to early January, the

23  *Surviving R. Kelly* docuseries is aired on *Lifetime*.

24         Right after its premiere, Donnell Russell used that

25  same alias, Colon Dunn, to again threaten Faith.  This time

1    he contacts Faith's mom, Kelly; and she testified about that

2    contact.  And you saw the text messages in evidence as

3    Government Exhibit 230A.  And, again, Russell says, No, this

4    is Colon.  My investigation will be done soon enough.  And

5    then he writes, Pull the plug or you will be exposed.

6            Faith didn't pull the plug.  So Donnell Russell

7    took the next step in their plan.  You saw that there was

8    a -- or heard that there was a search warrant that the

9    Government obtained to find out what was in a particular

10   Facebook account, and that account was titled, "Surviving

11   Lies."  That's in evidence as Government Exhibit 919.  And

12   you can see from Government Exhibit 919 that this page was

13   created on January 7th, so just a couple days after the

14   *Surviving R. Kelly* docuseries aired on *Lifetime*.  And in that

15   docuseries, Faith was one of the women who spoke publicly

16   against the defendant.

17           And you know who created this Facebook page, the

18   "Surviving Lies" Facebook page.  It was Donnell Russell.  And

19   you know that because on 919, you can see who uploaded the

20   content and there's a particular IP address.  In evidence,

21   there's a subscriber record for that IP address, and that's

22   in evidence as Government Exhibit 944.  You can see it is

23   none other than Donnell Russell.

24           So you know Donnell Russell creates this Facebook

25   page called "Surviving Lies," and now the Facebook album --

Summation - Geddes                    4455

1    the Facebook album -- I'm sorry, the Facebook page included

2    an entry that says "Deleted by Facebook," and you can see

3    that at the very bottom.  And again, these are just snippets

4    from Government Exhibit 919, which is in evidence and you'll

5    have access to.

6            But you'll see that there's something that said

7    "Deleted by Facebook."  So you can't tell the particular

8    album that was on the "Surviving Lies" page.  But you know

9    what was in there because Faith told you that one morning she

10   woke up to a barrage of messages telling her that there were

11   compromising photos, nude photos of her on the Internet.  And

12   she went to the site, the Surviving Lies site and saw them.

13           And you also know, because in that same Facebook

14   record, it says that -- when it says, "Photos deleted by

15   Facebook," that means that it was a photo that Facebook

16   removed because it violated the terms of service.  And you

17   saw there were some comments in response to that deletion,

18   that album that was deleted, where folks said, Posting

19   revenge porn on a website is illegal.  That was posted before

20   it was taken down, I submit.

21           And then someone else wrote, So the plan is to

22   clear your name by releasing revenge porn?  And that was the

23   defendant and Donnell Russell's plan.  They were going to

24   post these nude photos of Faith, and they did post those nude

25   photos of Faith.

Summation - Geddes                          4456

1            And Faith recognized the photos that were on that

2    page, on the Surviving Lies page, as ones that were included

3    in that letter to her attorney, Government Exhibit 231A.

4    Only on the Facebook page, the images were not cropped, and

5    you know the defendant is the one who provided those photos.

6            You also know that Donnell Russell was acting to

7    protect the enterprise with the Surviving Lies page because

8    in evidence is part of a text message sent by June Barrett --

9    that's Donnell Russell's mother -- to the defendant

10   commenting, When the docuseries was aired, we answered with

11   surviving -- I'm sorry, we answered with the Surviving Lies

12   page on Facebook.  And it goes on from there, and that text

13   message is in evidence.

14           And finally you saw and you heard Donnell Russell

15   in that YouTube video that was live-streamed to the public in

16   January of 2020 carrying out the threatened extortion.  On

17   that platform -- and you saw this just -- maybe it was

18   yesterday.  It seems like longer -- just yesterday when with

19   we played -- maybe it was actually a few days ago -- we

20   played a video of Donnell Russell, and he held up on the

21   video the compromising photos, the ones in

22   Government Exhibit 231A that he had just sent to the attorney

23   and said they haven't been released to the public yet.  Well,

24   then they were.

25           Just as I told you at the beginning of my

Proceedings                                        4457

1    presentation, the defendant used the resources of the

2    enterprise for his own personal and criminal gain for

3    decades.  The defendant recruited and groomed girls, boys,

4    and young women for his sexual gratification.  With the help

5    of his inner circle, he met them in malls, concert venues,

6    even McDonald's.  With the help of his inner circle, he

7    transported them to his homes in Chicago and Atlanta and tour

8    venues across the country.  With the help of his inner

9    circle, he slowly isolated his victims, set rules, and

10   exacted punishment.  Many of these girls, boys, and young

11   women believed that the defendant held the ticket for their

12   big break in the entertainment industry, but over the past

13   six weeks, you have seen just how quickly their dreams

14   fizzled.

15          The Government has presented to you 45 witnesses

16   and hundreds of exhibits, all leading to the unavoidable

17   conclusion that the defendant is guilty of each of the

18   charged crimes.  It is time to hold the defendant responsible

19   for the pain he inflicted on each of his victims, Aaliyah,

20   Stephanie, Sonia, Jerhonda, Jane, and Faith.  It is now time

21   for the defendant, Robert Kelly, to pay for his crimes to the

22   victims.

23          Thank you.

24          THE COURT:  Thank you, Ms. Geddes.  I think in

25   view of the hour, what we'll do is take an early lunch.  Let

Proceedings                                    4458

1    me -- of course, that might not be feasible if your lunch is

2    not here.

3               Hold on just one second.

4               (Pause in proceedings.)

5               THE COURT:  All right.  Your lunch is not here

6    yet, but it's going to be here soon.  And I really do want

7    to make the best use of our time, so I'm going to excuse you

8    until 1:45.  Please don't talk about the case at all.  When

9    you come back, we'll hear the summation from the defense.

10              THE COURTROOM DEPUTY:  All rise.

11              (Jury exits the courtroom.)

12              (The following matters occurred outside the

13   presence of the jury.)

14              THE COURT:  All right.  Everybody can have a seat.

15              Can I just see the lawyers at the side?  This is

16   about the schedule.

17              (Sidebar not taken by the court reporter.)

18              (Pause in proceedings.)

19

20

21

22

23

24

25

Proceedings                              4459

1          THE COURT:  All right.  I am just trying to figure

2    out scheduling-wise where we are.  It's my plan to finish

3    the summations today.  It doesn't look like we're going to

4    get to the charge, but it may be that there's a little bit

5    left over for tomorrow.  But I really would like to keep us

6    on a schedule like that.

7          So I'll see everybody back here at 1:45, and we'll

8    continue with the summations.  Thanks so much.

9          (Lunch recess taken.)

10          (Continued on the next page.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4460

1                       AFTERNOON SESSION

2              (In open court; outside the presence of the jury.)

3              THE COURT:  All right, everybody.  Just a couple of

4    little matters.

5              My law clerk is going to send you the charge.  There

6    isn't a whole lot of dispute about this immunity and

7    cooperating witness testimony so I've sent that, Ms. Lawoyin

8    is sending those things to you and then the charge will also

9    incorporate just the changes we discussed yesterday.  Then I

10   don't think I'm giving the charge today so just take another

11   look at it and make sure that there's nothing, nothing extra.

12             Is there anything else before we get the jurors?

13             All right.  Let's get the jury, please.

14             Mr. Cannick, just because I have to ask, how long do

15   you think?

16             MR. CANNICK:  Two hours and 30 minutes at most.

17             THE COURT:  Okay.

18             MR. CANNICK:  Maybe an hour and a half.  It's all a

19   matter of how I feel.

20             THE COURT:  All right.  Freestyle.

21             I'm going to just alert you which I should have done

22   to the government, I apologize for this, just I will give them

23   a break at some point so probably 3:15-ish.

24             MR. CANNICK:  Okay.

25             THE COURT:  Unless you're coming to the end.

CMH      OCR      RMR      CRR      FCRR

Summation - Cannick                    4461

1          MR. CANNICK:  Okay.  I'll let you know.

2          THE COURT:  Let's see what happens.

3          (Jury enters.)

4          THE COURT:  All right, everybody.  I hope you had a

5    good lunch.  We are ready to continue with the summation by

6    the defense.

7          Mr. Cannick, whenever you're ready.

8          MR. CANNICK:  Thank you, Your Honor.

9          This is a great country.  Our constitution is most

10   sacred.  However, without people, without people of good will

11   or a sense of fairness and courage, our constitution would be

12   nothing other than hollow words.  It's people that gives it

13   meaning, vitality and endurance.

14         What am I talking about?  Well, back in the '60s,

15   there was this agitator, some called him a rabble-rouser, a

16   criminal, a communist, but after living and making

17   observations, he and others of like mind, they concluded that

18   our constitution and our government wasn't being all that it

19   could be.  It wasn't being fair and true and honest to its

20   people.  So he and those who thought like him, they decided to

21   tell the government you're not being true, you're not being

22   true to those sacred words of the constitution.  So they took

23   to the streets.  They revolted.

24         In the process, some were killed, some were maimed,

25   some were jailed, bitten by dogs or have water hoses set on

Summation - Cannick                                    4462

1  them and Dr. King, as you know, he was murdered.  However,

2  before his death, he had this conversation with someone and

3  they asked him why, why do you subject yourself to such

4  atrocities, to such humiliation, to such abuse.  He simply

5  responded by saying:  Somewhere I read of the freedom of

6  speech, somewhere I read of the freedom of assembly, somewhere

7  I read of the freedom of press, somewhere I read that the

8  greatness of America is the right to protest.  So all I'm

9  trying to do is make America be true to what it said on paper.

10         That's all, that's all Robert is trying to do.  It's

11  proof beyond a reasonable doubt, that if the government bring

12  charges against you, the government has to prove it beyond a

13  reasonable doubt.  That's all that we are here about.  That's

14  all we are here about.  Proof beyond a reasonable doubt, made

15  to be true to what is said on paper and that's your job.

16  That's your job.  Because unlike Dr. King and those who were

17  like minded, you don't have to worry about atrocities.  You

18  don't have to worry about being maimed or beaten or killed.

19  You just have to do your job, be courageous, be fair and be

20  objective, and hold the government to its proof.

21         Now, with that, I'll pause.  I just want to pause

22  for a second to thank you, to thank you on behalf of Robert

23  and the government for your time, your attention, your

24  attentiveness and just to participate in the process.  I know

25  that you've been here early and ready every day.  I watched

Summation - Cannick                              4463

1   you take notes, pay attention, and sometimes even indulged me

2   and I'm going to ask you to indulge me a little bit longer

3   because I know you've been through this process now for over a

4   day but we have to, we have to let you know our view of the

5   evidence.

6              So ladies and gentlemen, you're now being called

7   upon to perform your single-most important function as jurors.

8   You're being called to discern the guilt or non-guilt of

9   Robert Sylvester Kelly.

10             Now, before going further, I'd like to hasten to

11  tell you that nothing I say at this juncture or at any

12  juncture equals evidence.  In fact, nothing you heard from the

13  government this morning, and nothing even Your Honor will tell

14  you equals evidence.  All of the evidence that you've gotten

15  in this case came by way of testimony, stipulations or

16  exhibits.  So as I make these arguments to you and as the

17  government has made their arguments, just remember that what

18  we say is not evidence.

19             I also want to let you know that when I make these

20  comments to you, if you remember something different from the

21  way that I am saying it or the way the government said it this

22  morning, it's your recollection that controls.  You and you

23  alone are the judges of the facts here.  Her Honor is the

24  judge of the law and you are the judges of the facts.  So it's

25  your recollection that controls.

1          I just urge to you do one thing, however.  That in

2     your deliberation, if your recollections are at odds with each

3     other and you, one person is recalling it one way and another

4     person is recalling it another way, ask for the testimony to

5     be given back to you.

6          I beg you, I beg you and implore you that if you do

7     that, then ask for both sides, the direct and the cross,

8     because as you can see, having sat here now for about a month,

9     it's the cross-examination where the witnesses are truly

10    challenged because in the direct examination, as you've

11    learned, the witness and the government have spent hours,

12    sometimes up to 50, 60 hours going over that testimony.  I

13    submit to you, ladies and gentlemen, that you really don't

14    have to practice the truth, especially not that long.  If it's

15    the truth, you don't have to practice it.  You don't have to

16    tweak it.  You don't have to massage it.  The truth will ring

17    out and endure forever if it's the truth.

18         So as you sit and do your duty as the judge of the

19    facts, I ask you to recall the witnesses on the witness stand.

20    I ask you to recall their demeanor and recall their answers

21    because if you recall, especially the witnesses that were

22    called by the government, their direct testimony was fluid.  I

23    mean it was just like butter, fluid.  They went through it,

24    but they should have gone right through it because 50-plus

25    hours of massaging it and tweaking it, then they came in here

Summation - Cannick                                    4465

1    on direct and went right through it.

2           Oh, but you remember the cross-examination.  You

3    remember the cross-examination.  I don't recall.  I don't

4    remember.  Could you ask that question again?  Your Honor, I

5    object, one of the witnesses said.  A couple of them wanted to

6    talk to Her Honor because cross-examination, that's when

7    they're challenged.  That's when you're challenged.

8           I tell you now, I tell you now that when you go back

9    across the testimony, you will recall and you will see for

10   yourself that when these witnesses were being on

11   cross-examination and challenged, they, countless times, I

12   don't recall.  Even when they were shown a document that they

13   did not author but they were the provider of the information.

14   Well, I don't recall that.  I didn't say that.

15          Now, one or two things happened here.  One or two

16   things happened.  Either they're lying or the agents are

17   incompetent and I'm going to side with the agents.  I'm going

18   to side with the agents writing down when was being told to

19   them.  So it leaves us with the other choice.  They're lying.

20   And you knew they were lying.

21          You know, somebody said:  Well, did you read back

22   over that after it was written?  No.  But remember, that

23   document says it's not a verbatim document, but you know what?

24   If you're telling me about cats on the witness stand but when

25   you spoke to the agent, you're talking about antelopes, that's

Summation - Cannick                    4466

1  not a verbatim issue.  That's just an out and out lie.

2          We're going to show you, in particular, some of the

3  witnesses just lie after lie after lie.  And you know what's

4  so sad about it?  You know what's so tragic about it?  I just

5  spoke about what we expect of our government and what our

6  government should do but the government let them lie.  They

7  didn't correct them.  They just let them lie.

8          I mean a trial, ladies and gentlemen, is a search

9  for the truth.  That's what a trial is for, but if the

10  government is going to bring out falsehoods and let those

11  falsehoods stand, then where's the search for the truth?

12  Where's the fairness to Robert?  Where's the integrity of the

13  system?  And I'm going to show you, I'm going to show you

14  those parts of the trial, just some of them, because you'll

15  see them for yourself when you read the transcript how the

16  government misled you and let the witnesses lie.  They just

17  let them lie and they misled you because, you know, the

18  government asked certain questions and they got certain

19  answers.

20          I can tell you -- well, I will submit to you that if

21  you were confronted with an agent and you gave those types of

22  answers, you would be in serious trouble because the law says

23  you can't lie or mislead an agent but the government, the

24  government elicited testimony that purposely misled you.  That

25  was the intent.  I'll give you an example.  I'm getting ahead

Case 1:19-cr-00286-AMD   Document 244   Filed 10/07/21   Page 99 of 198 PageID #: 6700

1    of myself but I'll give you an example.

2          Now, you remember when Jane was on the witness stand

3    and the government asked Jane, Well, what's going on here, is

4    that Mr. Kelly holding your hands?  Well, the answer is yes

5    but that's misleading.  You know why it's misleading?  Because

6    the full shot of that showed Mr. Kelly holding and touching a

7    bunch of hands as they came down in the well.  He wasn't just

8    touching her hands.  But why were they misleading you?  They

9    were misleading you because they wanted you to believe that

10   Kelly was targeting Jane, that Kelly was targeting Jane.  And

11   you see, that's their theory here, that Kelly targets them.

12         R. Kelly didn't have to recruit women.  He didn't

13   have to recruit women.  But they want you to believe Jane

14   said, Well, he performed the entire show to me.  Come on.

15   Jane, were you standing there by yourself?  No.  Were there

16   people to your right?  Yes.  People to your left?  Yes.

17   People behind you?  Yes.

18         Then to further that narrative, when you saw Faith,

19   she said, I was at Westbury and he performed the show to me.

20   That's the narrative.  That's the narrative that they're

21   perpetuating.  Now, what's wrong with the Westbury scene?  I

22   asked her:  Well, he performed the show to you?  Yes.  Well,

23   doesn't the stage circle back and forth?  Oh, oh, I don't

24   know, I don't recall that.

25         Ladies and gentlemen, if you're at Westbury and

Summation - Cannick                                4468

1   you're there for the first show, you will know, you will see

2   that show, that stage going back and forth.  And why?  Because

3   it's a circular facility and they're not going to let just

4   R. Kelly perform to the people in the center.  No.  The people

5   on the right and the left and the back, they'll want their

6   money back.  So the circle, the stage goes around, but she

7   told you, you know, he was performing to me.

8           I'm getting ahead of myself but what I'm trying to

9   say to you is the government can't cherry-pick the information

10  they give.  They can't cherry-pick it.  They can't want a

11  conviction that bad that they're going to come in here and

12  give you that type of testimony.

13          I mean, Oh, R. Kelly, he had you do letters?  Well,

14  yeah, he had me do letters.  He had you do letters because he

15  had gotten to a point in life where who can he trust?  Who can

16  he trust?  So the letters were only to protect himself.

17  People said, Well, he wanted you to do it because he wanted an

18  apology.  Well, yeah, if you steal from him and he wants you

19  back at work, give me a letter saying that you stole it and

20  you can come back to work.

21          So there was another point in the case where the

22  government had a serious problem with one of their claims.

23  They told you that, well, with Jane, that Mr. Kelly and Jane

24  had sexual intercourse for the first time in Los Angeles.

25  Then Jane was presented with some documents because she was

Summation - Cannick                            4469

1    saying that that happened in May and we confronted her with

2    documents showing that, well, Jane, R. Kelly didn't perform in

3    Los Angeles until October.

4            That was very problematic for the government.  You

5    know why?  Because they presented to you Jane's medical

6    records saying that she had herpes.  So if they didn't have

7    sex until -- and we're not conceding that they did -- but if

8    you go to their theory that there was, this first intercourse

9    happened in October, then this whole notion of Robert

10   infecting her with herpes, that's just gets blown out of the

11   window.

12           So I asked her, I said, well, when you guys were

13   prepping, you came across -- yes, because in the prep,

14   remember, they also prepped not only for the questions that

15   they were going to ask, but they anticipated questions that I

16   was going to ask.  It's in the transcript.  She admitted to it

17   and she also admitted that this was one of the sticking points

18   that they had.  This is one of the things that they were

19   problem, troubled by.  So they spent a lot of time trying to

20   fix it.

21           So what they did, they then tried to switch Los

22   Angeles to Stockton.  Okay, but they went through all this

23   detail about sex in Los Angeles and a fireplace and a bedroom

24   and they realized, Holy Moly, that doesn't work.  You know,

25   you can't want it that bad.  You really just can't.

Summation - Cannick                          4470

1           Now, ladies and gentlemen, Robert, the testimony has

2     shown that he was a street musician.  He started as a young

3     man and he was singing in the streets and in the subway.  And

4     you all know now about his intellectual deficits, problems

5     reading and writing, but notwithstanding that, he grew to

6     international fame, an international superstar.  And you know

7     what?  After a point in time, he started living that

8     lifestyle.  His label marketed him as a sex symbol, a playboy,

9     so he started living a playboy sex symbol lifestyle.  Where's

10    the crime in that?  Hugh Heffner, that was his life.  It's not

11    a crime.  Not a crime.

12          You know what's so interesting about this?  Every

13    woman who came in here and testified about being in a

14    relationship with him, a legitimate relationship with him,

15    they told you that he told them, Before getting involved in a

16    relationship, I have multiple girlfriends, I have multiple

17    girlfriends.

18          The other thing that he did is that he also asked

19    each and every one of them their age before he even had any

20    type of relationship with them.  Why?  Well, you know, almost

21    burnt me once so I'm not going to let that happen again so I'm

22    going to find out your age.  You think that that was just a

23    front, that he was just asking for the age and, okay,

24    notwithstanding he asked for the age, I'm just going to go

25    after you no matter how young you are?  Well, I think that if

1   you go back and consider the testimony, none of the government

2   witnesses told you that they ever saw him with an underage

3   person.  None of them would tell you that they ever went out

4   and spoke and gave a number to an underage person.

5           You know, you learned something about his preference

6   in relationships.  He prefers, in some instances, the May to

7   October relationship:  Older man, somewhat younger woman.  You

8   heard about May-October relationships.  All genders, male and

9   female.  Some people just like it that way.  Some people also

10  like kinky sex.  You know, not a crime, May-October

11  relationship.  It's not a crime, kinky sex.  So but

12  everything, everything that has happened here that the

13  government brought in witnesses and had them testify about,

14  they're criminalizing it.

15          Well, what do I mean?  Daddy.  Daddy.  Well, no,

16  "daddy" is almost a crime.  It's almost a crime to call a man

17  a "daddy."  I mean, there are certain cultures, Poppy, Poppy

18  Churro.  I guess people can't do that any longer.  There are

19  certain cultures where a husband called their wives "Momma,"

20  "Mom."  I mean, the Vice President, the former Vice President

21  calls his wife "Mother."  It's a term of endearment.

22          You know what's so interesting about it?  When one

23  of the government witnesses testified and made reference to

24  the other one as being a "ho," the government said, well,

25  that's a term of endearment.  Right?  So "ho" is good.

Summation - Cannick                    4472

1    "Daddy" is bad.  Only if the government says it.

2         Be fair, ladies and gentlemen.  Be fair.  And I urge

3    you, I implore you, I beg you don't be overwhelmed by what

4    looks like evidence, by what looks like evidence because much

5    of what you heard here this morning and yesterday, not

6    evidence, not evidence.  What it was was rank speculation.

7    They asked you to make these horrible leaps.

8         For example, well, if Sonja was at the house where

9    she said she was, and Arnold came in and testified about the

10   floor plan, then somebody must have gotten raped.  What?

11   Where's the corroboration there?  If Sonja is at the house and

12   Arnold testified about the floor plan and Sonja got it right,

13   then somebody must have gotten raped?  Is that going to be

14   enough?  Is that what you're looking for?  That's not even

15   speculation.

16        Look, ladies and gentlemen, the government can't

17   tell you what the evidence is.  You, you've been here.  You've

18   listened.  You've taken notes.  You know what the evidence is.

19   They told you.  You know what happened.  That was a common

20   theme, you know what happened.  No, you don't know what

21   happened.  If they didn't produce the evidence, you don't know

22   what happened and you can't speculate.  They want you to help

23   them.  They want you to help them get the ball across the goal

24   line.  That's not your job.  Your job is, you know what, you

25   brought these charges, you better prove them and you better

1    prove them beyond a reasonable a doubt.

2          What they needed in that situation, if they wanted

3    to corroborate Sonja, not a floor plan but a rape kit.  She

4    said she was raped.  Rape kit and a police report.  Not this

5    nonsense about you know what happened.  No.  No.  You don't

6    know what happened.  Don't let them get away with that.

7    Somebody's life is at stake here.  You know what happened.

8          No one -- let me back up.

9          When you first heard about R. Kelly, you were

10   hearing stuff about holding women in cages, not feeding them,

11   not giving them water, locking them up.  Predator.  That's

12   what they called him:  Predator.  Where's the predator?

13   Where's the predator?

14         You heard about a man who treated these women like

15   gold, like gold.  He bought them bags that were more costly

16   than cars.  Private parties.  Shopping sprees.  Money galore.

17   Uber accounts.  Shopping sprees.  Spas.  Come on.

18         When they went to a room, there were menus there for

19   all these restaurants and some of them will tell you -- Sonja:

20   Oh, I was starved.  You didn't hear that from any other

21   witness.  Sonja said that she went to Utah, I mean, from Utah

22   to Chicago.  I haven't seen the travel air ticket yet.  Maybe

23   the government will produce it on its rebuttal case, but where

24   is it?  Where is it?  I'll get to Sonja more in a few minutes.

25         The trial is a search for the truth, ladies and

1  gentlemen, not speculation, not misleading information, but a

2  credible honest prosecution.

3          Now, here's something else that was a little

4  misleading, not a little misleading.  I'm sure you picked up

5  on it.

6          Now, when Mr. Holder came and testified, I guess the

7  government got his octopus that he drew.  Now, this octopus,

8  he said he drew the octopus because he wanted Mr. Kelly, he

9  retained him and he wanted him to understand where his money

10  was going.  So he showed the branches where his money was

11  going and there were some people in those positions and then

12  some people that just position themselves.

13          Now, what did the government harp on?  If you see

14  down here, it says:  RK Enterprises LLC.  What did the

15  government say then?  The government had the audacity to ask

16  this question:  And you created it to show the defendant's

17  enterprise?  How misleading.  How misleading.  Because, see,

18  this is supposed to be the enterprise.  These are the people

19  right here.  Those are supposed to be the racketeering

20  members, people who went to work every day doing their jobs

21  just as Rob was doing his, trying to make a living for

22  themselves and trying to make the artist be the absolute best

23  and he was trying to provide them with their wages.  They call

24  that enterprise.

25          The closest thing you've seen to an enterprise in

Summation - Cannick                                    4475

1    this courtroom, the closest thing that you have any evidence

2    about an enterprise is this, the octopus.  Because this

3    octopus is as real as the RICO, as the evidence you heard

4    here.  You have no evidence regarding any RICO criminality.

5           You know, if he was doing, if he was doing all the

6    things that they said he was doing, and none of the witnesses

7    has said that he's been involved in any criminality, but if

8    the government would want you to believe that, that's all he

9    spent his time doing, well, how did he make all those records

10   not just for himself but for everyone else?  Hits after hits

11   after hits.

12          I mean, Sonja said, Well, I went there and I stayed

13   in a room and I didn't see him.  Well, that's what happened in

14   many situations.  People would go and they would sit and they

15   would sit and they would wait and they would wait and

16   sometimes, they would be blessed with him being able to come

17   and help the artist because it wasn't just women who waited.

18   It was other artists and entertainers, other business folks,

19   but he's in demand.  When you're a hot commodity, you're a hot

20   commodity.  It's not a crime.  And then they would, they would

21   have to wait and they would have to rely on his staff to keep

22   them accommodated.

23          Sonja said, Well, I got there and the guy asked me

24   do you want protection.  And she said, Well, what?  A condom.

25          Now, it just seems to me that you don't just get up

Summation - Cannick                    4476

1   and go with that person to a room after that.  Like, well, my

2   cab is still out there, let me just circle him back, I'm not

3   going to be here for this.  Obviously, some of those rumors I

4   heard must have been true.  I'm not staying here.

5            Then it gets worse.  Sonja said after that happened,

6   the guy asked for her ID and then he started taking not only

7   her ID, but family photos, family documents.  You're going to

8   stay?  Are you going to let that happen?  I mean, you're

9   really going to stay?

10           So she said after that happened, she was then put

11  into a room and then she basically was in that room and got

12  locked in, someone locked the door and she could not get out.

13           Now, what's so odd about that, where it just falls

14  apart right from the beginning, is that we asked every living

15  witness who came in and testified to you who said that they

16  were at Olympia Village:  Any of those doors lock from the

17  outside?  One after one after one:  No.  No.  No.  No.  No.

18  Are you sure?  No.  No.  No.  No.  There's no door that has a

19  lock on it that locks from the outside.  So how does Sonja get

20  locked in there?  Is this real?  Is this what happened?  But

21  it gets even worse.

22           She said now she's in there and she's in there for a

23  couple of days.  No food.  No water.  But she said she had to

24  sign a nondisclosure agreement.  And I said, Well, you signed

25  a nondisclosure agreement.  Did you ever read it?  No, I

1    wasn't able to read it.  But you read the menu?  Oh, you know,

2    the light, the TV light must have been on.  I guess the TV

3    light in the room only shines on one section, must have shined

4    on the one section because she said she could read the menu

5    from the TV light but not the NDA.

6              Let me tell you about NDAs.  It's as commonplace as

7    water, especially in that industry.  But they criminalized

8    that too.  You signed the NDA, right?  He made you sign the

9    NDA.  Don't let them bamboozle you.  Don't let them bamboozle

10   you.  I mean, he would be a fool if he didn't have NDAs and

11   even the ones that had them didn't really help.

12             Now, so Sonja went on to tell you that she was in

13   that room, she's locked in and she called her grandmother, she

14   called her friend, she called another friend, and she told

15   them about her circumstances and after one day, she continued

16   to call them.  You know what?  She didn't call the cops.  She

17   never called the cops.  She never asked anyone to call the

18   cops.  Now, she's in a room that she's locked in, that doesn't

19   have a lock on the door but she's locked in.

20             Then she told you that another day goes by and she

21   went to get some food.  Then she gets some food and then she

22   passes out.  She passes out because R. Kelly, R. Kelly drugged

23   her.  She's the only person who you heard from said anything

24   about R. Kelly and drugs, but R. Kelly drugged her.  R. Kelly

25   drugged her.  And you know what happened?  He drugged her and

Summation - Cannick                    4478

1    she didn't know where she was and somehow her underwear came

2    off and she don't know how it got off nor does she know how it

3    got from the chair to the bed.

4            Now, what I find very interesting here is that she

5    told you that she was in her nightgown and she also told you

6    that she was in a room that she couldn't discern whether it

7    was night or day and she also told you that she was in a

8    circumstance that she wanted to get the hell out after five

9    minutes of being there.

10           So help me, help me, help me.  Why would she be in a

11   nightgown?  Why would she be in a nightgown if she wanted to

12   get out of a place that she wanted to get out five minutes

13   after arriving?  And it's even worse.  It's even worse but why

14   would you be in your nightgown if you can't discern if it's

15   night or day?  If you want to get out of there and you want to

16   put on your nightgown?  No, you would stay, you would stay

17   fully dressed so you can get out.  If you have an opportunity

18   to get a break, you dash out of there.  You put on your

19   nightgown?  Come on.  Come on.  You know, we're going to rely

20   upon you to use your common sense and life experiences here.

21           Now, supposedly after she was raped, because she

22   said that's what happened, but she said, Well, I can't tell

23   you categorically that there was a sexual encounter.  Well,

24   there goes their case.  There goes their case.  So if she, if

25   she's telling the truth, and I don't submit for a second that

Summation - Cannick                     4479

1   she is, but where's the sex?

2          Then listen, if sex happened, if you got drugged and

3   you get out, don't you go to the police?  Just the drugging

4   alone, don't you go to the police?  Now, let's throw rape in

5   there.  You're not going to run to the police?  You're not

6   going to run to the hospital and get a rape kit?  You don't

7   know who just raped you, but you sit on it for 20 something

8   years and said:  You raped me, you raped me, but I didn't want

9   to tell anybody.  Come on.  Come on.  You don't know who raped

10  you?  You don't know what that person's carrying and you're

11  not going to go to the doctor?  You're not going to go to the

12  police?  I mean, the government may want to buy that but I

13  doubt if you will.  Come on.

14         Look, a lot of people watched "Surviving R. Kelly,"

15  and, unfortunately now a lot of people are surviving off of R.

16  Kelly.  They run out and get a lawyer.  Then come here.  The

17  lawyer sat here.  Are you planning on suing R. Kelly?  Well,

18  no.  Why do you have a lawyer?  Well, just for my rights.

19  Come on.  Come on.  Don't let them insult your intelligence.

20         Do you think these lawyers don't have anything

21  better to do?  You don't think they have a substantial fee

22  that they charge?  You think they're here just because they

23  have nothing better to do?  I think one lawyer, Gloria Allred,

24  was here for about five days.  You think that was a visit to

25  Brooklyn?  I mean, I love Brooklyn, but come on.

Summation - Cannick                                4480

1            No, ladies and gentlemen, everyone that you spoke

2    to, especially those who said they had herpes, they're

3    monetizing.  They all know what it is.  They know what their

4    game is.  It's surviving off of R. Kelly.

5            She is 39 years old now.  This supposedly happened

6    when she was 21.  Her story does not have any semblance of

7    truth, innocence.  The government says to you, Well, you can

8    say she was raped, because she recognized the room, I mean she

9    was raped.  Come on.  You're not going to say that without

10   evidence.

11           Sonja never told a single soul that she was raped.

12   Never.  Never.  She's never been to law enforcement.  Never.

13   You know why she's never told a single soul?  Because it

14   didn't happen.

15           Now, something else about her story should have

16   caused you some concern.  She said she went there because she

17   was doing a business trip for her company.  The company did

18   not take care of any accommodations.  In fact, I asked her.

19   You didn't have a nickel?  No, I didn't have a nickel.  The

20   company didn't take care of your hotel?  No.  Your airfare?

21   No.  Nothing?  No.

22           Sonja went there because she thought she can get

23   with R. Kelly.  R. Kelly, typical of R. Kelly and his

24   scheduled, didn't get to see her so that's why she held onto

25   the picture for 20 something years.  If someone raped you,

1    someone drugged you, you're keeping a picture?  You are going

2    to keep it as a keepsake?  You keep the picture but you use as

3    practice to shoot.  You don't hold onto that as a keepsake.

4           Sonja heard about what was happening.  The narrative

5    was all over the television, news, social media.  Let's get a

6    lawyer, I can jump on this as well.  She jumped on it and she

7    came here to tell you what she told us.  Because, see, what

8    happens is the people who have jumped on this and are

9    monetizing on it, it all goes out of the window if it shows

10   that they have no proof.  Who's going to be interested after

11   they realize that there's no credibility here?  There was no

12   real surviving R. Kelly here.  That narrative goes.  So they

13   have to come here with their lawyer and continue to perpetuate

14   it if they want to monetize it.  No, you are going to demand

15   more than that.

16          Sonja, when you look through the testimony, she said

17   that R. Kelly promised an interview but then in her reports

18   that the agents took said R. Kelly never promised her an

19   interview, it was supposed to be a photo shoot.  She's all

20   over the place.

21          I don't want to go much longer on Sonja because I

22   don't want to have you sit here that long listening to me, but

23   I think Sonja said she was kidnapped.  She was kidnapped.  The

24   kidnapper paid her way to get there, paid her way to go home,

25   paid her way, provided her food, she was in constant

Summation - Cannick                           4482

1   communication with her family, she never called law

2   enforcement and she never reported it to law enforcement.  I

3   mean, come on.  Where's the kidnaping?  It's nonsense.

4           The other thing that's nonsense is the rape.  I'll

5   just deal with that for a quick second.  You think somebody

6   raped you, you're to get up and say:  How are you, let me give

7   you a hug.  No.  No.  No.  No.  I think she told the

8   government, well, I know my body, but you know common sense.

9   You know common sense.  Now, but just remember the last word

10  that she said on this is:  No, I can't say, I can't say that

11  it was a sexual situation.

12          I'm going to move quickly through Aaliyah and,

13  again, I want you to -- again, evidence, ladies and gentlemen.

14  Just remember the evidence and forget all of the fluff because

15  they brought testimony here to you regarding Aaliyah's

16  marriage, her annulment, and all this other stuff around it.

17  Was she pregnant?  I don't know.  Is it going to be an

18  abortion?  It has nothing to do with the charges here.

19          The charge is did Robert in any way try to bribe

20  someone for a marriage license.  That's the charge.  Nothing

21  to do with the marriage.  Nothing to do with the annulment.

22  Nothing to do with whether or not she was pregnant or

23  anything.  That's all it is.  And you know why I'm not

24  spending a lot of time on it?  Because their witness, their

25  witness, Demetrius Smith told you categorically:  Robert knew

Summation - Cannick                                    4483

1    nothing about it.   Robert knew nothing about it.

2              Now, there they're upset with Demetrius.  You can

3    see it.  You can see it from where you were they were upset

4    with Demetrius, but Demetrius is almost like Diana Copeland.

5    They were one of the witnesses that didn't have a monetization

6    stake in this.  They could just come and speak the truth and

7    did not have to worry about the government beating them down.

8              Diana Copeland told you, told you how they made her

9    cry.  They were telling her a funny joke that made her cry.

10   They were beating her down to get her to say things that she

11   was not comfortable saying.  She had no monetary, no monetary

12   interest in this whatsoever.  She came here to tell you her

13   observation and that was not what they wanted to hear because

14   she told you never did I see anyone being mistreated, never

15   did I see any young women being there, never was someone, not

16   given food.  Now, the government in their summation called her

17   Robert's most loyal employee.  Well, yes, that's the way

18   they're going to characterize her because she did not give

19   them what they want.  They made her cry.

20             You know what else you also learned from Diana?

21   That while they criminalized Robert, now he's not supposed to

22   move about in his home and business, but what did Diana tell

23   you?

24             I said:  Well, when you were up there with the

25   government, could you move around?  No.  Did someone have to

1    take you to the bathroom?  Yes.  Did you go to lunch?  No.

2    Did someone have to escort you?  Yes.

3           I'm not saying there's anything wrong with that,

4    that's not criminal, but for Robert, they made it criminal.

5    They made it criminal.  They made it criminal for Robert, but

6    the government told this lady, no, you can't go to the

7    bathroom for a while, but it's called decorum, you just can't

8    have folks running around your business and your office.  But

9    when Robert says, You know what, we have this rule, oh, he's

10   suppressing them, he's controlling them, he's stifling them,

11   he won't let them move around.

12          So you have Whitney Houston, Michael Jackson, all

13   these people coming in and out of your business and, yes,

14   these are my girlfriends but you know what, there's a line

15   here, there's my business, there's Robert, the professional,

16   international professional, and there's Robert, your

17   boyfriend.  I'm going to tell you something about those

18   relationships in a few minutes.

19          Now, thank God for Diana Copeland because you would

20   never know, you wouldn't have known that the government had

21   those very same rules, the very same rules that they have him

22   on trial for.

23          Now, so Aaliyah, Demetrius Smith gave the answer

24   back real fast:  No, Robert knew nothing about it.

25   N-O-T-H-I-N-G.  He knew nothing about it.

1          They presented him with some paperwork and he just

2    remembered:  Yes, you're showing me this stuff, you're showing

3    me this stuff, but I know what my truth is, he didn't know

4    anything about it.

5          And he told you -- look, he wasn't saying it on the

6    record when he said, making these gestures like, You know,

7    you're bothering me with this again.  I've given you my answer

8    but you don't want to hear the answer, you just want to hear

9    that Robert did it, Robert knew about it.

10          They've invested a lot of money, a lot of time, a

11   lot of energy, a lot of manpower, so they've got to bring home

12   the bacon.  And, Demetrius, you are going to bring home the

13   bacon for us, you are going to make this happen.  Demetrius

14   told the truth.  The man knew nothing about it.

15          Jerhonda Pace.  Jerhonda Pace was a stalker, a

16   groupie extraordinaire, and she's been a groupie of his since

17   early teenage years.  Now, Robert vehemently denies any sexual

18   relationship with Jerhonda.

19          Jerhonda told you that she met Robert when he had

20   proceeding in court in 2008 and she was going almost every

21   day, cut school, and she would go and watch the trial, but

22   here's the narrative again.  She said that Robert would kiss,

23   blow kisses to her in the courtroom.

24          Why is holding the hand in the concert and blowing

25   kisses, why is that the focal point?  Well, the government

Summation - Cannick                                    4486

1    needs, they want you to believe that, again, Robert is

2    targeting a young woman.  That's what it is.  Do you believe

3    that somebody's on trial, and he sees someone in the crowd

4    that he doesn't know, he's going to blow kisses at her when

5    there's far, far more significant, serious things going on?

6    That's what Jerhonda wants to sell.

7              She said that there came a point in time that she

8    was invited to a party at Robert's home and she took public

9    transportation, two hours to get there, and after going into

10   the party for 20 minutes or so, she decided to leave because

11   the music was too loud.  Now, here's someone who's been a

12   groupie, a stalker extraordinaire, she has an opportunity to

13   be in Robert's midst and she's going to leave a party after

14   20 minutes because the music is too loud?  In fact, she went

15   on to tell you that she's never been to a party that had loud

16   music.  You can believe that one if you want.

17             She said that Robert was her lover and she said she

18   had a picture, well, she had a picture of Robert.  Now,

19   Robert's her lover but you know what the picture was?  It's a

20   picture she got off of the internet.  She pulled the picture

21   off the internet and put it on her phone and that's his name,

22   Rob.  Is that her lover?  Is that even someone she knows well?

23             Now, she told you about a beatdown that Rob

24   supposedly gave her one day.  She said that she was at his

25   house and at some point, he slapped her and he slapped her

Summation - Cannick                                    4487

1    down and then he choked her and choked her out.

2         Now, in the police reports, she told them that Rob

3    slapped her four times and then choked her and then she told

4    us that after that happened, he made her have sex with her and

5    then he spat at her and then he, during a sexual encounter,

6    got semen on her and she used her blouse to wipe it all off.

7    Then she said after that, she went home and, to use her words,

8    she confessed.  So she confessed to her mother.  No doctor

9    visit.  No pictures of the beatdown, the swelling.  I asked:

10   Well, he slapped you hard?  Yes, hard.  Open hand?  Yes.  Near

11   the lip?  Yes.  No, no bleeding of the lip, no facial

12   swelling, no nothing.

13        She went to a law office and I want you, I beg you

14   to remember this.  She went to a law office and the law office

15   took the information.  She didn't go to the police department.

16   She went to a law office to sue, surviving off of R. Kelly.

17   So she went there and they said what evidence do you have.

18   She mentioned stuff, no evidence and nothing about that

19   T-shirt.  Now, the T-shirt is the single most important thing.

20   Nothing about the T-shirt.  Check it.  It's in the records.

21        Then she said the law firm told her go home and put

22   this stuff in a journal and write it.  When you check that

23   journal because you have that journal, nothing about this

24   T-shirt, not a single solitary word about the T-shirt, the

25   T-shirt that she said that she wiped the spit and the semen

Summation - Cannick                     4488

1   off.  Nothing about that T-shirt.  Well, I know why.  Because

2   there was no T-shirt.  It didn't happen.  The answer is that

3   didn't happen.

4        But I couldn't get his attention, I couldn't get him

5   as a man, so I'm going to get his money.  So what do we do?

6   We get our good friend Dominique to go with us to Robert's

7   home.  Being a super stalker, I know he's on the road, I know

8   the buses are gone, so I'm going to go to his home and I'm

9   going to climb over this fence, this 20 foot or so fence and

10  jump over the fence.

11       Now, how do we know that happened?  Because Navarro

12  told us that he saw two girls, two young ladies climbing over

13  the fence and they disappeared.  Well, I'll tell you where

14  they disappeared to.

15       So they climb over the fence and they disappeared.

16  Where did they disappear to?  They're not on the grounds.

17  They're in the house.  They're in the house.  While they're in

18  the house, there's a picture of -- she's in there taking

19  pictures and taking items.  So she didn't have the T-shirt

20  when she went to the lawyer.  She didn't have the T-shirt when

21  she was filling out the journal, but she got the T-shirt that

22  day.  That day she got the T-shirt and she's at Rob's house,

23  he's on the road and she's in the bed.

24       There's a photo someplace where she's in the bed, in

25  his bed with her shoes on.  Remember she told us that Rob

Summation - Cannick                              4489

1  insists that she wear baggie clothes?  She's in the bed with

2  her heels on taking a picture, a selfie.  Can't believe it's

3  happening, I'm in Robert's bed, so I have to take a selfie.  I

4  have to take a selfie.  And then notice my baggy clothes.

5  Notice my baggy shirt and my baggy jeans.

6         Now, what did she do, ladies and gentlemen?  What

7  did she tell you?  I asked her, Well, how did you get in the

8  fence?  Well, sir, you see, a car went into the gate and then

9  when the car went into the gate, I dashed in behind it, me and

10 Dominique.

11        Now, the government knew that that was a lie.  They

12 knew that was a lie, but that helped their narrative.  A trial

13 is a search for the truth.  They're supposed to get truthful

14 testimony and they let her tell that lie because, see, they

15 know it's a lie because they've already spoken to Navarro and

16 Navarro told you that she climbed across the fence but that

17 didn't bother the government.  No, we can't have Navarro

18 saying that she climbed across that fence and steal that

19 T-shirt because that kills our case.  So what they do is they

20 just play the ostrich.

21        Look, I told you about Dr. King and the people of

22 courage for a reason.  You have to be fair jurors, jurors who

23 use your common sense and life experience but jurors who will

24 be courageous to tell them I'm not going to take that.  That's

25 not truth beyond a reasonable doubt.  A trial is a search for

Summation - Cannick                                      4490

1   the truth and you didn't get any truth and when someone was

2   giving you something less than the truth, you didn't stop

3   them.  You've got to demand more than that from your

4   government.  The government has to be better than that.

5            I mean, yes, getting a conviction of R. Kelly is a

6   big deal but what's a bigger deal is fairness.  What's a

7   bigger deal is a system we can trust.  What's a bigger deal is

8   a system that's really blind.  That system that doesn't care

9   if this is R. Kelly.  A system that just wants fairness.  They

10  knew that girl was lying.  They knew it.

11           How do you square that?  How do you square what

12  Navarro is telling you with what Jerhonda is telling you and

13  what their Jane Doe is telling you.  You can't square that but

14  they're going to try to square it.  They did it for six hours

15  the last couple of days.  Come on, be courageous and be fair.

16  She lied not just about that, she lied about a number of

17  things.

18           One other thing, right:  Oh, R. Kelly settled a case

19  with me to by my silence.  What?  To buy your silence?  I gave

20  her the settlement agreement.  I said:  Now take your time and

21  read it and when you get to the part where it says R. Kelly is

22  paying for your silence, you let me know.  Well, we could have

23  let her read until next Christmas.  It's not in there.  But

24  you know what happened?  The government got up yesterday and

25  told you that R. Kelly paid for her silence.  Where is that in

1  there?  You've got to demand them to be fair and honest.

2  That's not in the agreement.

3          And ladies and gentlemen, you know from your life

4  experience a settlement means nothing.  A settlement means I

5  don't have the time to deal with this.  For superstars, they

6  settle cases all the time because they are targets but they

7  can't afford that publicity.

8          I mean, Susan Loggans made a fortune.  She made a

9  fortune.  Because she knew that, look, he's making so much

10 money.  I mean, Disney can't have him involved in anything

11 like that.  The record label can't have him involved in

12 anything like that.  So bring all these lawsuits, I'll get a

13 settlement for you.

14         When you go back and you read that settlement,

15 you'll see that he admits to nothing.  In fact, he says that

16 there's no liability here but to get rid of it and then go on

17 with their lives, they wind up settling and the government

18 goes, Oh, he settled it.  You know better than that.  They

19 know better than that.

20         She's a super hustler and a stalker.  She told you

21 that she drove by his house 30 times in a day, in a day, and

22 she also told you that she went and sat in front of his house

23 for hours.  But you know what's else is so ridiculous that she

24 told you?  She told you that after suing him three times, that

25 she was still trying to get into a relationship with him.  She

Summation - Cannick                    4492

1  said, Oh, and I gave him the money back, I gave him some of

2  the money back because, you know, I didn't want to go through

3  that.  You gave the money back but you sued him within another

4  couple of months?  Now, who you were giving the money to is

5  Bubba because Bubba is the one who was your lover.

6            MS. GEDDES:  Objection.

7            THE COURT:  Sustained.

8            She even sued her lawyers.  She sued Loggans.

9  Loggans settled.  This is not worth it.  She told you on the,

10  when she couldn't find the portion in there about Robert

11  buying her settlement, she said, Well, I didn't read it.

12  Well, you met with the lawyer.  I don't know.  Well, your

13  mother was there too, right?  I don't know.  I don't know.  "I

14  don't know" was a theme song here.

15            The other thing about the T-shirt is that government

16  was quick to tell you, well, Robert's DNA was on it and I

17  can't remember the number that they gave you that his DNA was

18  on it, but you know whose DNA they didn't check for?  Now, she

19  never mentioned anything about the T-shirt when she went to

20  her lawyer.  Never mentioned anything about the T-shirt when

21  she wrote in her journal.

22            You would think that someone would have said, Oh,

23  you know what, let's be sure that this is her T-shirt, let's

24  do a DNA analysis from her.  No.  Never.  Never.

25            Jerhonda is slick.  She can manipulate the system.

Summation - Cannick                    4493

1    She manipulated the court system to get into court and she's

2    been manipulating folks ever since and you're not going to let

3    her manipulate you.

4           If I can do one more before a break.

5           You remember Faith.  She was the young lady from

6    Charlotte and she and her sister were at a concert and she

7    said that she was not an R. Kelly fan, she went because her

8    sister was a big fan and then afterwards, they were invited

9    backstage for a party.  I just want to go back and tell you

10   one thing about the backstage invites to the party.

11          You know from the testimony that before inviting

12   folks to block parties, to the backstage parties, Robert asked

13   everyone, if he's the one making the announcement or if

14   someone else is, if they're 18 plus.  In fact, I think one of

15   the so-called Jane Does, she told that you she was at a party

16   and she was asked, over the PA system at the end of the

17   concert, there was an invitation for anyone over 18 to come to

18   the backstage.  So that was just the MO and there's a reason

19   for it.  It's, like, I don't want any problems, so if you're

20   18 you can come back and I'll give you an autograph.

21          So Faith went to backstage and eventually Robert

22   appeared and they had a brief conversation and exchanged

23   numbers and she said, Faith, that at some point, she Googled

24   him and found out who he was and then eventually she contacted

25   him and they spoke, they flirted, and then he invited her to

Summation - Cannick                        4494

1   visit.  And she, she was the one who initiated because she was

2   the one who contacted staff and said if he's available, I'd

3   like to come and visit, and a ticket was given to her but a

4   ticket was in Anna's, in someone else's name.

5           Because of that, that's why she canceled the trip.

6   She canceled the trip because she didn't want to be the person

7   who, you know, the afterthought.  So she said, No, I'm not

8   going, and then she spoke to him about that.  Then he on the

9   text says, Come on, you know, I see it, I see a few people,

10  I'm not married but I see a few people.  And then she said,

11  LOL, everything's cool.

12          So, again, he put it out there.  This is my

13  lifestyle.  This is my lifestyle.  It's not a crime.  This is

14  my lifestyle and you can step into it or not step into it.

15          The other thing that I want to speak to briefly

16  while I'm on this is that government is saying that he brought

17  women across state lines for sex.  Now, I hope I don't have to

18  spend a lot of time on this but he's in business.  In his

19  business, he travels.  The women who he, that would travel

20  with him, they are in relationships.  They were in

21  relationships.

22          This is just like you taking your girlfriend, your

23  wife, your husband, you're traveling and you go across state

24  lines for business purposes.  Now the government has made that

25  a racketeering act.  They say, well, you're violating the Mann

Summation - Cannick                                        4495

1    Act.  Come on.

2           They may not be the couple or the type of

3    relationship that you might endorse but they're not, they're

4    not committing polygamy so there's nothing illegal there.

5    They have a relationship that everyone has bought into and

6    they live together, they eat together, they travel together

7    and sometimes, yes, they even have sex together.

8           (Continued on next page.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1   (Continuing.)

2           MR. CANNICK:  That's their lifestyle and they all

3   bought into it, and they're all consenting adults.

4           So, they now want to say, well, he took them across

5   state lines.  These are relationships.  Even in Faith's

6   situation, that was a relationship between consenting adults

7   that lasted probably not as long as the others because that

8   one lasted probably about six or seven months, but when you go

9   back and look at these relationships, some of them lasted a

10  dozen years, twelve years, fifteen years, five years, three

11  years.  Relationships.

12          This is not like, well, you know what, hey, Billy,

13  could you send me... yeah, yeah, you know, I really like Joan,

14  I'm gonna be in Georgia and could you send Joan down and ask

15  if she could come down?

16          That's a different situation.  It's relationships.

17  Relationships that these consenting adults signed up for.

18          So, Faith having it right in front:  Hey, I date

19  other people, you okay?  And she was okay with that and she

20  went on a trip.

21          Now, she said on that trip that there came a point

22  in time, and I think it was the very next morning, probably

23  around 6 o'clock in the morning she said that Robert violated

24  her.  Now, what's very interesting about that is that she said

25  that this was a situation where he had intercourse with her,

Summation - Cannick                                    4497

1   might have been oral sex as well, but what she told law

2   enforcement, what she told the police department, and it's in

3   here, there's a stipulation.  I want to talk to you about

4   stipulations, too.  What she told the police is that he

5   penetrated her vagina and her anus.  She never told you that.

6   She never -- because this didn't happen.

7            Again, monetization.  Monetization.  She came here

8   with a lawyer and she's on social media, she on television

9   shows.  I mean these folks are capitalizing.  They're

10  Surviving R. Kelly.  But you know what's very interesting,

11  even after, even after she started her lawsuit and even after

12  she visited the police department, when you look at this

13  document that's in evidence, because the Government put it in,

14  but it's among a stack of evidence, but I'm going to show it

15  to you.

16           (Exhibit published.)

17           MR. CANNICK:  Even after all that is started, when

18  you look at the date, the date here says April 11th, 2018.

19  That's after she started her actions.

20           And you know what that's saying?  Daddy.  Daddy, I

21  been calling you.

22           Now, this is after she was supposed to have been

23  violated the last time.  She's calling him.  I've been trying

24  to reach you, daddy.  This is after she's been violated.  She

25  still refers to him and calling him daddy.

Summation - Cannick                              4498

1           And then look at all the subsequent dates on there.

2   And what she is saying is:  Daddy, I don't want to go through

3   this.  Let's figure this out.  Let's work this out.

4           Is that someone who's been violated?  Is that

5   someone who's been violated?

6           Look, you can't blame folks for trying to make a

7   living, but that's total and separate from trying to take away

8   someone's liberty.

9           But she told law enforcement something totally

10  different.  And as you can see there, she's still reaching out

11  to Mr. Kelly after all this started saying:  Let's work this

12  out.  I've been trying to call you.

13          And notice, he's not returning the calls.  He's not

14  responding.  Then at some point he says:  Call me.  Call me.

15          These people were not violated, but it wasn't easy

16  for the Government -- it wasn't difficult for the Government

17  to get them to say what they testified to because they all --

18  they all working on those paydays.  They all have book deals.

19          And what's also very interesting about the police

20  report is that she told the police that she was infected by

21  Mr. Kelly with herpes in December.  Now, she told you about

22  how hot it gets in Texas and then in April she realized, you

23  know, it was hot, she had a cold and that she was showing

24  these infections or bumps all over her face, and that was in

25  April that she saw it, that she went and got a checkup and

Summation - Cannick                    4499

1   learned that she had herpes.  She told the police that it was

2   in December that she had herpes.

3          Did she get it from Robert?

4          Because what you're going to learn later about

5   herpes is that all of the women who were in long-term

6   relationships with Robert didn't have herpes, didn't have

7   herpes.  The people who had herpes are the people with

8   lawsuits.  And there are some of them who brought medical

9   records, but the evidence will show that the herpes was not

10  because of him, because of their own testimony.

11         I think Jane has a medical records in that says she

12  got herpes from a partner in April to August.  Her testimony

13  is that the first time she -- if you're to believe her

14  testimony, is the first time that she had any relationship

15  with Robert was in October.  So, she didn't get it from

16  Robert.

17         And remember Robert's doctor came and testified and

18  said that, well, he concluded that he had herpes, but he never

19  gave him a test.  And I think the Government's own doctor says

20  that there's no such thing as a hundred percent.  And I think

21  the most, the most telling thing that she said is that if

22  you're around someone sexually for that amount of time with

23  that type of exposure, you're going to get herpes.  There are

24  people that you will hear about with him for ten years, five

25  years, seven years, twelve years -- no herpes.

Summation - Cannick                          4500

1          Now, Faith also told you about how Ms. Copeland gave

2    her liquor and Ms. Copeland laughed at it, said:  I don't even

3    drink.  I don't even drink.  Then she told you about

4    Ms. Copeland keeping her on the bus or, no, I think she said

5    Ms. Copeland went into the bathroom stall with her and she

6    thought that was weird.  Yeah, that would be weird, but

7    Copeland said it never happened.  Said it wasn't even a place

8    that had a stall, it was a single bathroom.  And the reason

9    why she would escort them to the bathroom is because she knew

10   where the bathrooms were.

11         But again, there's an attempt to criminalize, I

12   guess, not only Robert, but Copeland because she's her -- his

13   most loyal employee.

14         And I guess the Government was suggesting that

15   Copeland kept her on a bus, on a Sprinter.  Where is that in

16   the testimony?

17         Where is it in the testimony that anyone kept

18   anywhere -- anyone anywhere?  Where Robert or any of his

19   employees, any of his racketeer members here (indicating)

20   prevented someone from eating?  Where is that?  Prevented

21   someone from leaving?  Where is that?  Prevented someone from

22   getting water?  Which racketeering member?  Oh, Tom Arnold, he

23   must have done it.  No, it wasn't Tom, so let's call June Bug.

24   June Bug did it.  Well, where is it in the testimony?

25         Don't be bedazzled by this statement.  Again, fluff.

1   Your job is to make a decision based on evidence, credible

2   evidence, or a lack of evidence.  Just because they put a

3   board up here and call these people racketeer members, the

4   racketeering members -- no, you make the decision.  There's no

5   racketeer here.  There's no enterprise.  Nothing criminal.

6   Nothing.

7           There is not one solitary thing that they can point

8   to and say it was criminal.  Nothing.

9           Now, they'll argue that it was criminal and they

10  want you to take these gigantic leaps that something was

11  criminal, but you know what, just stick with your common sense

12  and life experience.  Don't be overwhelmed by this stuff.

13  Don't be overwhelmed by a board.  LeLe.  Come on.  Cheryl

14  Mack.  She may not tell the truth, but I don't know if she's a

15  racketeer member.  She's not a racketeer member.

16          Your Honor, this could be a good time.

17          THE COURT:  Okay, ladies and gentlemen, we are going

18  to take a break.  Please don't talk about the case.  We will

19  see you in a few minutes.

20          THE COURTROOM DEPUTY:  All rise.

21          (Jury exits.)

22          THE COURT:  All right, everyone can sit down.

23          Anything before we break?

24          MR. CANNICK:  No.

25          MS. GEDDES:  Yes, Your Honor.

Summation - Cannick                    4502

1          In closing arguments defense counsel referenced a

2     journal indicating that it was in evidence.  It is not in

3     evidence, and I just want to make sure that counsel is not

4     going to refer to the journal any further, the contents of the

5     journal.  The only thing that's in evidence is Jerhonda Pace

6     read from one excerpt that was dated January 23rd, 2010.

7     There's nothing else that's in evidence.

8          And then separately, Your Honor, I want to, but I

9     could do this afterwards, but I want to raise again our

10    request for the instruction regarding that the Government does

11    not have to prove that anyone else in the enterprise had

12    criminal intent because --

13               THE COURT:  I am going to give that instruction.

14               MS. GEDDES:  Thank you.

15               THE COURT:  Yes, we talked about that yesterday.

16          The only other thing that I am concerned about is I

17    did make a ruling, both before trial and during the trial when

18    this came up, regarding arguments about witnesses's prior

19    sexual history and I sustained an objection, but I hope there

20    will be no similar references during the rest of the

21    summation.

22          All right.

23               MR. CANNICK:  Your Honor, I guess I'm confused.

24    What argument did I make regarding someone's past --

25               THE COURT:  You claimed that Jerhonda, that somebody

1   named Bubba was her lover.  There's no evidence.  There's no

2   evidence of that in the record.

3          MR. CANNICK:  I think --

4          THE COURT:  And I specifically ruled when we had

5   this conversation, I made a pretrial ruling about it.  We had

6   a sidebar conference about it and I told you, you were not

7   permitted to ask her that based on the ruling that I made

8   before court, before the trial started.  In particular,

9   because you had not met any of the statutory requirements for

10  that exception.  My ruling was crystal clear and I am just

11  directing you not to do it again.

12         Anything else before we break?

13         Okay, thank you.

14         (Judge ANN M. DONNELLY exited the courtroom.)

15         (Defendant exited the courtroom.)

16         (Recess taken.)

17         THE COURTROOM DEPUTY:  All rise.

18         (Judge ANN M. DONNELLY entered the courtroom.)

19            (In open court - jury not present.)

20         THE COURT:  All right, in the interest of not

21  killing more trees, I think we are going to wait until the

22  summations are finished because I made a few notes, just minor

23  additions, but we'll get those to you probably tonight.

24         And the additions that I am talking about are things

25  like asked questions and made arguments in summations.  It's

Summation - Cannick                              4504

1    nothing substantive, it's just an update.

2           Then just to be clear with respect to the charge on

3    the enterprise.

4           (Defendant entered the courtroom.)

5           THE COURT:  I am, obviously, instructing them that

6    it is not necessary to prove that every member of the

7    enterprise participated, and that it is sufficient that the

8    defendant know the general nature of the enterprise, that

9    language.

10          And then, that the Government only has to establish

11   that the defendant acted with the requisite criminal intent.

12   That is an accurate statement of the law, and I think it's

13   appropriate.

14          All right, shall we get the jury?

15          (Pause in the proceedings.)

16          THE COURTROOM DEPUTY:  All rise.

17          (Jury enters.)

18          THE COURTROOM DEPUTY:  You may be seated.

19          THE COURT:  Okay, everybody, we are ready to

20   continue with the summation by Mr. Cannick.

21          Go ahead.

22          MR. CANNICK:  Thank you.

23          Ladies and gentlemen, I am going to try to condense,

24   but there's so much to unpack and I just want to make sure

25   that I cover certain things so that you won't have any

Summation - Cannick                    4505

1    misgivings in terms of what our position is.  But I do want to

2    talk to you about stipulations just for one minute.

3            The Government made reference to the fact that we

4    stipulated to certain evidence.

5            What that means, ladies and gentlemen, is that we

6    agreed with the Government that if a particular witness was

7    called, the witness would give this particular testimony.

8    We're not saying that we agree with the testimony, we're just

9    saying that the witness called, the witness would testify to

10   whatever it is that the Government put on the piece of paper,

11   but we're not necessarily -- we're not conceding that we would

12   agree with that.

13           I don't want you to think for a second just because

14   we stipulated to something, that we are conceding anything.

15           And then quickly, as it relates to Sonja, just two

16   other things, two other points, is that with the kidnap, if

17   you for some reason think that this is valid testimony, the

18   kidnap has to be in secret.  You know that from what she told

19   you, she told her boss before coming out that she was going to

20   R. Kelly for this interview.  So, that kills any secrecy

21   there.  And she also told her family, as well as I think

22   her -- the father of her child.

23           And then the other thing that I found very

24   interesting about her testimony, and I thought that the

25   Government was going to try to make some sense out of this

Summation - Cannick                    4506

1   when they had the AT&T person here, but I think she testified

2   that her phone was somehow rigged so she could only call three

3   numbers.  Now, a local number in Chicago and call her family.

4          I submit to you that that's just not true, and I

5   think that if there was any validity to it, they, being the

6   Government, would have gotten the AT&T person to speak to it,

7   to testify to it, and that didn't happen.

8          And then I just want to make sure that you're clear

9   that when I spoke about Jerhonda's interview with the

10  attorneys and not mentioning the T-shirt, in her initial

11  interview with them, the initial interview where they were

12  gathering information, this was the most important time where

13  she's detailing not only the facts of what happened, but what

14  pieces of evidence that she had, and made absolutely no

15  reference whatsoever to the T-shirt.

16         And then on Faith, she mentioned that she was with

17  Mr. Kelly out in Stanford -- well, out in California, and she

18  saw a gun and he had the gun next to her and somehow that

19  overbore her will and she had oral sex with him.

20         I submit to you that much of what Faith was telling

21  you was for the benefit of her monetization efforts as opposed

22  to the truth.  Because you know that after, according to her,

23  this happened, she went on a couple more trips to visit him.

24  I would think that if something like that happened, you would

25  call off everything there.

1          And this, remember also that she agreed that she

2     appear on a television show where she just told the whole --

3     let's not make any mistake, let's not -- let's be clear here.

4     I was not a victim, I made a choice.  This is what I opted to

5     do.

6          THE COURTROOM DEPUTY:  Mr. Cannick, sorry, she needs

7     you to slow down.

8          MR. CANNICK:  Oh, I'm sorry.  For the benefit of the

9     time, I was trying not to slow down.

10         So, she said that on that television show, I made a

11    choice.  As an adult I made a choice, and the choice was to be

12    with this man.  And the man that she was talking about was

13    Mr. Kelly, and that she was not a victim and does not perceive

14    herself as a victim.

15         Now, I am going to move now to, I think, Angela is

16    what she testified under.  And she said she was 16 years old,

17    even younger when she initially met Mr. Kelly and she was a

18    part of a dance troop and she traveled on the road with him

19    and others and danced in arenas.  And I think she mentioned in

20    D.C.

21         And a simple question, where, where in D.C.?

22         If you're on the road, I would imagine, and you're

23    dancing and you're with R. Kelly and you're excited about it,

24    you're always gonna remember where you were, especially in a

25    particular city.  She had absolutely no recollection.  In

Summation - Cannick                    4508

1   fact, she was incredulous when asked her about it.  What,

2   25 years ago?  You want me to tell you that?  But then listed

3   all the other details that she supposedly told us.  But the

4   most important thing about her testimony, I asked her:  Had

5   you ever, ever, ever told anyone that R. Kelly violated you?

6   No.

7           You were working with Surviving R. Kelly, did you

8   tell them?  No.

9           She said no because it didn't happen.

10          Now, Addie told you that she met R. Kelly in 1992,

11  and in the paper work she said 1994.  She said she was 17,

12  almost 18.  Mr. Kelly made an announcement for people who

13  wanted to come backstage for an autograph, to do so that you

14  would have to be 18 or over.  That even though she was not 18,

15  she went in the back and she said Mr. Kelly violated her.

16          Now, according to her this happened in 1992 or 1994.

17  Never told anybody about it.  And she kept a signed program

18  that Mr. Kelly gave her.  In fact, you saw the program here.

19  Again, I think it's the same proposition.  Someone violates

20  you so personally and with such devastation you are not going

21  to keep a program for 25 years in your memorabilia box.  You

22  know, you may have it against a tree shooting at it at night,

23  but you're certainly not going to have it in your memorabilia

24  box.

25          Now, Kate, she told you when she met Mr. Kelly she

Summation - Cannick                          4509

1   was 27 years old and she was a professional.  She would see

2   him sporadically because of his schedule and because of her

3   schedule.  She told you that when she met him that she had to

4   go through his security and, basically, took the ID.  And the

5   thing that's most important about her testimony is that they

6   saw each other for a period of time, a substantial number of

7   years, and that there was never any violence, never any denial

8   of food or a bathroom, never anything of the sort.  And

9   Mr. Kelly never asked her to write any letters.

10          In fact, I think what she did tell us, or it might

11  have been another witness, but it was either her or the other

12  witness, told us that what they did was helped Mr. Kelly to

13  write lyrics once because he had some lyrics in his head and

14  he was trying to get it down and he was trying to remember it,

15  and she wound up writing the lyrics, but not any letters.

16          She told you that she, too, sued Mr. Kelly, at some

17  point got a settlement.  But, again, after getting the

18  settlement, she, too, wanted to get back with him.  And he

19  refused that, of course.  And she's tried for years to get him

20  to date her again and that didn't happen.  And, again, her

21  lawsuit was brought by Susan Loggans.  But we never saw any

22  evidence of any herpes that she supposedly had, no medical

23  records or anything to corroborate it.

24          And then we heard from Alexis.  And Alexis, again,

25  was one of those witnesses that the Government did not -- they

Summation - Cannick                           4510

 1  brought her here, and I guess they thought the 50 hours of
 2  prep would have made a situation where she would follow the
 3  party line and say what they wanted her to say, but what she
 4  did tell you?  She said that she was at Mr. Kelly's concert
 5  when she was 15, 16 years old and that she was there with her
 6  parents.  And Mr. Kelly and someone invited them backstage and
 7  they all went, the family, and hung out for a while.  Then
 8  they went to a lounge.  I don't remember the name of the
 9  lounge, but they went to a lounge.  And after the lounge they
10  went into IHOP, and it was a situation where they hung out for
11  a long period of time and then at some point she reached
12  back -- oh, she reached back out to Mr. Kelly and they went to
13  the mall.  She went and she met him up at the mall the next
14  day, and he told her to get -- to go to the bus, he'd meet her
15  there.  He continued to shop for a couple hours.  They met and
16  they hung out, had a good time.  And they mentioned their
17  particular ages and he told her:  I'm okay with a platonic
18  relationship.  That was her word.  And that's what she said
19  that Kelly told her, a platonic relationship.
20          And the Government really twisted her arm to say
21  that Mr. Kelly had sex with her between 15 and 16 and 18, but
22  she came here and told the truth.  She did not follow what
23  they wanted to say.  She said -- well, did you visit him when
24  you were 16?  Did you go to his place?  And she said:  Well,
25  16, 17.

1              And they produced the airline ticket and she did not

2     have a problem with that.  And then she said:  Yeah, I went

3     there.

4              What did you do?

5              I think we went shopping, we went to dinner, we went

6     to the movies.

7              And no sex?

8              No sex.

9              And what about the next year?

10             No sex.

11             What about the next -- when did you have sex?

12             She said:  I'm sure it was after I was 18.

13             Now, why is that important?  Because, see, their

14    narrative is they believe that Mr. Kelly, he's just gonna

15    pounce on them.  And it's just like, okay, you're coming to my

16    den and I don't care if you're nine, I don't care if you're

17    thirteen, I don't care what you are.  I have you now in the

18    public eyes and I'm gonna have sex with you.

19             Well, Alexis came here at the age of 31.  She's a

20    registered nurse and she told you that:  Look, this is what my

21    situation was.  But see, she supposed to be a pattern and

22    practice.  She's supposed to come in and give you testimony to

23    show you Mr. Kelly's pattern and practice.  She did.  His

24    pattern and practice is if you're not 18, I'm not -- I'm not

25    fooling with you.  Yeah, we can hang out, we can be platonic

Summation - Cannick                              4512

1   friends, but that's it.  But the Government really browbeated

2   her on the stand because they wanted to hear there was sex

3   before 18, but she told you the truth.

4           What else did she tell you?  And I think this is so

5   important to this case because she told you that when they did

6   start having sex, they had threesomes.  Remember, that she had

7   threesomes.  She told you that Juice, I think, was one of the

8   people that she had the threesome with.  But what else did she

9   tell you?  She told you that back in those days, they were --

10  they had BDSM.  BDSM, same sex he was having with Anna, as

11  well as others.

12          So, when you saw that video the other day, the video

13  that didn't come in when Anna was on the stage, was on the

14  witness stand, the video came in after she was gone because if

15  the video was played when she was on the stand, then:  Okay,

16  this was something you consented to, right?  But we couldn't

17  get that because they brought it in after she was gone.

18          This is scat sex, right?  S-c-a-t sex, right?

19  Couldn't ask her that because she's gone.  But people get in

20  relationships, in special sexual relationships because they

21  have the same interests.  And now each one of these witnesses

22  who come in because they're monetizing it.

23          Well, you didn't want to do that, right?  No.

24          Mr. Kelly made you do that, right?  Yeah.

25          Well, so Mr. Kelly made you do that for 15 years?

1    Yeah.

2              Three years?  Yeah.

3              Two years?  Yeah.

4              And you didn't want anything to do with that?  No.

5              Come on.  Come on.

6              People find sexual partners with the same interests.

7    Even -- even I think, what are their names, Louis and Alex.

8    They're involved in threesomes.  You don't want to -- now,

9    they're grown men, healthy, big strong guys, twenty-something

10   years old.

11             You don't want to be involved in a threesome, right?

12   No, no, no, no.

13             Mr. Kelly made you participate in a threesome,

14   right?  Yeah.

15             Come on.  Come on.  Come on.

16             Well, I can understand why Louis will come and say

17   it, it's because Louis has a cooperation agreement with the

18   Government.  So, now Louis has got -- he has to say whatever

19   the Government's truth is, that's what he's tied to, because

20   if he doesn't testify in a manner the Government says is

21   truthful, he doesn't get the benefit of that cooperation

22   agreement.

23             And the other one, I can't remember what the name he

24   was using, but he's his best friend.  They've done robberies

25   together.  In fact, one set it up and the other one tried to

Summation - Cannick                        4514

1    help him pull it off.  They've stolen from Mr. Kelly together.

2              These are their witnesses.  And when they tell

3    you -- when they told you that it's, yeah, he made me do it,

4    they expect you to believe that a hundred percent.

5              You can consider their backgrounds, it's part of the

6    charge.  It's part of the charge.  You can consider that

7    cooperation agreement as well, and their convictions.

8              Alexis also told you, and what Alexis told you

9    totally debunks what the expert was telling you, because she

10   was telling you she was in a long-term relationship with him.

11   His money never became an issue.  She, even though she was

12   dating him, got involved with another relationship, had a

13   baby.  But, you see, according to the expert this isn't

14   supposed to happen because he's supposed to have such control

15   that that's never supposed to happen.  But she left him, had a

16   baby with another man.  Then she reached back out to him and

17   then started a relationship again.  The relationship was for

18   about a 15-year period.  Totally debunks what the expert is

19   saying.  And you know what he told her when she was going to a

20   relationship:  Just make sure he's good enough for you.  Just

21   make sure that he's good enough for you.

22             You know, I told you that Alexis and Robert was in a

23   relationship for about 15 years.  And I told you that in the

24   relationships that he had that were long-term like that, there

25   were no herpes.  Alexis had no herpes.  Sex with him,

Summation - Cannick                                4515

1   15 years, according to their expert if you have that type of

2   exposure, has to be herpes.  No herpes.  No herpes.

3           See, Alexis is a registered nurse.  She has her

4   career.  She didn't have to keep the narrative going, that's

5   why I think she could say no, I'm gonna tell the truth.  You

6   can beat me up on the witness stand, you can beat me up in

7   your office, I know what the truth is.  I'm not here to hurt

8   anybody.  I'm just gonna tell you the truth and go back about

9   my life.

10           So, just to talk about the expert just for one

11  minute.  The expert came and gave you broad strokes on theory,

12  what certain things should look like.  She has not spent one

13  minute with any of the young ladies involved here.  Not one

14  second.  Has not read the transcripts.  Not made any

15  observations.  So, the Government wants you to believe, oh,

16  oh, that's control, you know, coercive control.

17           Come on, it's theory.  That's what you have.  Theory

18  is a broad-based notion, but there's a subjectivity that is

19  being employed as well.  And you heard nothing because the

20  expert could give you nothing.  She's not spent one second of

21  not even speaking with the so-called victims, but reading the

22  testimony and even looking at them.  She came, collected her

23  money, gave you a broad-based theory, and left.

24           Anna.  She told you how they met, Robert and her, at

25  a concert with her mom.  They went into the dressing room.

Summation - Cannick                              4516

1   She and Robert spoke.  They exchanged information and, unlike

2   what the Government would have you believe, Robert never

3   reached out to her.  Just like in most situations, never

4   reached out to any of these women.  Never.  They reached out

5   to him.  But after she reached out to him, they spoke.  And

6   that was it.  Then about two months later, she called again,

7   they spoke, and that was it.  And then there was a time where

8   he was someplace where she was, she and a friend dropped by

9   the hotel, they spoke, walked around for a little it.  She

10  left, he left.  Then after a couple other months, he's in

11  Atlanta, she's in Atlanta, and she stops by.  And I think they

12  meet at the cigar bar.  And then after that a relationship

13  developed.  A relationship developed and that relationship

14  turned out to be a long-term relationship.  They would hang

15  out.  Eventually she moved in with him, but she had her own

16  apartment.  And an apartment that she had that he, ultimately,

17  started paying for, but she told you she would go back and

18  forth.  Back and forth.

19          Now, she also told you that they had many split-ups,

20  many split-ups.  But you know what's interesting, they want

21  you to believe that he was holding people against their will.

22  But guess what, whenever any of these women wanted to leave,

23  who was paying the airfare?

24          Anna made that abundantly clear.  It was one night

25  they had an issue in Mississippi and then she decides I'm

1  gonna leave, and then she gets to the airport, no more

2  flights.  And he's concerned for her safety, so he rented a

3  room for her at a hotel and then he paid her to go.

4            Is that a predator?

5            Is that someone who's holding you against your will?

6            None of these ladies stayed there because he told

7  them they couldn't leave.  They stayed there because of their

8  affection and because of their lifestyle.  Yes, just like any

9  other relationship, they had moments where they split.

10 Someone went home.  Someone got angry.  Someone argued.

11 Someone yelled.  But they returned, and when they wanted to

12 return, they asked him, he paid the ticket for them to come,

13 just as he paid the ticket for them to leave when they didn't

14 want to be there any longer.

15           That's the predator.

16           What else did the predator do?

17           Well, Anna had a birthday.  He had his entire band

18 flown in to give her a party where he gave her a full concert

19 where he's singing to her.  Her family is there.  The predator

20 brought in the family.  The family could steal her away from

21 the predator.  The mother is there.  The sister is there.  The

22 friends are there.  That's what this predator did.

23           And then what else?  The predator would take her

24 shopping every weekend, her words.  They'd go out to eat every

25 night.  He paid for her cosmetic surgeries.  He paid for her

1    lifestyle.  She told that you when they would go to concerts

2    and he would get a wad of cash, back-end money, he would give

3    it to her, as he would do with the others.

4            Is that coercive control?

5            He's not asking anybody for anything.

6            I said earlier that he treated them well.  He gave

7    them a tremendous lifestyle.  He lavished them.  And what else

8    did he do?  He told his assistants who he hired to care for

9    them:  Whatever my girlfriends said happened, that's what

10   happened.  So, what he's saying is:  Look, I put them above

11   everyone else.  Everyone else.

12           You're not gonna say that on behalf of someone that

13   you're holding captive.  What you're saying is that I love

14   them.  I care for them.  I treat them well, and I'm not gonna

15   to let anybody, anybody do anything that they don't like it

16   being done to them.  So, if they said that you did it, damn

17   it, you did it.

18           So, what else?

19           The predator heard that her mother, that Anna's

20   mother wanted her to be there with the family for Christmas.

21   Anna wanted to stay with him.  He says:  No, no, you're gonna

22   go with your family.  You're gonna have Christmas with your

23   family.  That's what this predator did.  He said:  I will have

24   a Christmas party with you, we'll celebrate when you return,

25   but you're gonna be with your family.

Summation - Cannick                          4519

1          That's not what the predator is supposed to do.  The

2    predator is not supposed to pay their way, let them go and be

3    with their family.  No.  They told you, they told you that he

4    secreted them, that he kept them from their family, that he

5    isolated them.  Each and every one of these women, every one

6    of them, were in contact with their family and they went home

7    and they traveled.

8          You can't prosecute him on that narrative.  You have

9    to prosecute him on the evidence or lack of evidence.  There's

10   no one who said he denied me going to my family, gave any

11   credible evidence of that.

12         We're gonna talk about Jane because she said some

13   things, but we want you to look at all the testimony.  He also

14   provided Uber accounts for them, car service.  Paid for their

15   air wherever they wanted to go.  The lifestyle, we're going to

16   Snoop Dog's wife's birthday party.  You saw the outfit that

17   she had.  Everybody's supposed to be in baggy clothes and

18   everybody is supposed to be in a situation where not make

19   yourself too attractive because other men will look at you.

20         Well, look at this photo.

21         (Exhibit published.)

22         MR. CANNICK:  Is that baggy clothes?

23         I would submit to you that it's a beautiful outfit.

24   It's a sexy outfit.  Men are gonna look at her.  Men are gonna

25   look at her.  But they want you to believe that he wanted us

1  in baggy clothes, not look good, not talk to people, look at

2  the wall.

3         What Anna also told you is that when you consider

4  the video that you saw, please remember this, Anna told law

5  enforcement that I don't do -- I didn't do anything that I

6  opposed vehemently.  Everything -- if I opposed something, I

7  wasn't gonna do it.  And she said that there was no issue if

8  she opposed something.

9         She talked about some punishments.  She said:  Well,

10  those punishments would only be if I lied about something, not

11  because I refused to do something.  She said that I stand up

12  for myself, I speak for myself, and I take care of myself.  If

13  I don't want to do something, I'm not gonna do it.

14         Keep that in mind when you want to consider those

15  videos.  People and their sexual habits and interests are

16  theirs, it's personal.  It's not normal.  For them, see, it's

17  easy to say:  Well, I didn't want to do it; because now you're

18  monetizing off of R. Kelly.

19         And as I mentioned before, if you don't keep up with

20  that narrative, it's not out there, there's no more money to

21  be had.  So, you have to keep the narrative up.

22         I asked her about things that she said about

23  Mr. Kelly and their relationship on the television program, on

24  the radio program she went.  She said:  Well, I didn't know we

25  were gonna talk about that.

Summation - Cannick                    4521

1        What do you mean you don't know what you're gonna
2    talk about?  Why would they have you there?
3        The reason why you're there is because you were
4    dating R. Kelly and now he's locked up and he's the talk of
5    the town.  So, why else you think you're there?  That was just
6    an excuse to try to satisfy the Government's narrative and her
7    narrative.  Well, I gave that answer -- because that answer
8    was complimentary.  The answer spoke of a healthy, good
9    relationship.  So, she can't -- she can't endorse that now, so
10   she had to go:  I got caught off guard, I didn't know why I
11   was there.
12        Come on.  Come on.
13        She told you that there came a point in time that
14   she left Mr. Kelly, she left the relationship.  Why?  Not
15   because she didn't like their sex games that they would play
16   anymore, she left the relationship because she was tired of
17   having Mr. Kelly see other women.
18
19        (Continued on the following page.)
20
21
22
23
24
25

1            MR. CANNICK:  That's the only reason why she left

2    the relationship.  Now, when she went into the relationship,

3    she was okay with it.  In fact, she was okay with it for

4    reasons -- because one time she asked, well, Call nephew.

5    Why would she be asking to call nephew.  So she left because

6    she just figured, Look, me and you.  I want me and you.

7    Just like Jane, I want me and you, me and you.  Because I

8    guess at this point in time, they just decided, Look, I

9    don't want to share any longer.

10           But the -- what I hope you take from this is that

11   never, never anything coercive.  Everything's adult here

12   involving a long-term, consensual relationship traveling

13   across, not only the country, but the world together.  It's

14   not Manhattan.  There's no flying across the state line for

15   the purposes of sex.  This is a relationship.

16           And you know what?  Also in that relationship

17   there were times when the relationship wasn't going well and

18   she got involved in other relationships.  According to --

19   according to the expert, it's not supposed to happen, but

20   she got involved with a football player.

21           MS. SHIHATA:  Objection.

22           THE COURT:  Sustained.

23           MR. CANNICK:  It's in the record.

24           THE COURT:  I sustained the objection.

25           Well, let me just say this:  The jury's

1   recollection of the evidence will control.

2          MR. CANNICK:  Okay.

3          Ladies and Gentlemen, as I said earlier when we

4   spoke, it's your recollection.  Now, if you find out that

5   I'm mistaken about something, it's not with the intent to

6   deceive you or mislead you.  It's just that that's my

7   recollection, and it could be faulty.  But I recall her

8   testifying that she got in a relationship with a football

9   player and then at some point with a rapper.

10         THE COURT:  And, again, the jury's recollection of

11  the evidence will control.

12         MR. CANNICK:  Now, you also heard from the

13  Mayweather twins.  They admitted that they were a bit nosey

14  into Mr. Kelly's business, and they seemed to draw a lot of

15  conclusions and assumptions.  But the bottom line, they said

16  that they never saw anyone being held against their will,

17  food being denied, water being denied, being denied to use

18  the rest room.  They said Jane was in the bus for a long

19  period of time and then in the room for a long period of

20  time.  In the room, Jane had in that room a refrigerator and

21  a bathroom, and the bus had the same accommodations.  And we

22  don't know why Jane was in the room.  But one Mayweather

23  said that Jane had not completed her work, she was doing her

24  homework.

25         We also know from one of the -- from the

Summation - Cannick                    4524

1   Mayweathers that Jane was lazy.  Jane did not practice.
2   That's in the testimony.  And Jane didn't do her homework,
3   and Mr. Kelly would still tell her, you know, You have to do
4   your homework or you have to practice.  Jane told you --
5   we're going to get to Jane in a few minutes -- that
6   Mr. Kelly did zero, zero to further her music and career.
7   The Government asked her that.
8           But in the 302s -- that's why you can't tarry
9   things.  You can't pick what fits your narrative.  In the
10  302s, in her interview with the Government, she said
11  Mr. Kelly gave her 35 hours -- 35 minutes to an hour to help
12  her with her music.  She didn't say whether or not that was
13  per day.  But then she had gone on to say that, He also told
14  me that I'm not putting up my end for my music career.  I am
15  not doing what I should be doing.  And he also said that I'm
16  lazy.  So zero interest.  But then she also told her friend,
17  He gave me some songs to sing.  She -- she was all over the
18  place.
19          Jane, I think, had the appropriate song that she
20  put out:  "Liar Liar."  I mean, I'm just being blunt.  When
21  you go over her testimony, you will see that at least 25
22  times I confronted her with prior statements that she made
23  to law enforcement when they were interviewing her that
24  conflicted with what she was saying on the witness stand.
25  And the Government accepted that.  They tried to get to you,

Summation - Cannick                    4525

1    Well, you didn't -- you didn't read those after they were
2    written, right?  On there, it says it's not verbatim.  When
3    you look at them, when you look the evidence, you'll see
4    that, hey, don't try to sell me this verbatim junk.  Apples
5    and oranges.  Apples and oranges.  Apples and oranges.
6    There are things that she said to law enforcement that had
7    nothing to do with making a mistake on the paper like, My
8    mother told me to lie to Mr. Kelly, tell him that I was 18.
9         It's not anything when you look at it that
10   verbatim there, because it's not verbatim to you, that it's
11   mistaken.  That's clear.  And that's what she told them.
12   And she went on to tell them that, My mother said if I tell
13   you -- if we told him that I was under 18, he wouldn't want
14   anything to do with us.  He wouldn't work with us.  He
15   wouldn't do anything.  And she was right, because having
16   been half burned before, he's not taking that risk.  He's
17   not taking that risk.  Everyone that he met, everyone that
18   came around, How old are you?  How old are you?  How old are
19   you?
20        In Alexis's situation, met her family, thought she
21   was a nice person, and in fact said, Okay, we'll have a
22   platonic relationship.  And she said they kept that
23   relationship platonic.  Kept it.
24        Jane had said, oh, you know what, the first time
25   we met, he had me up over at the Dolphin for an audition and

1    he -- there was a sexual encounter.  She gave three

2    different versions of that sexual encounter.  Three.  It's

3    in the record.  I'm not going describe it.  She gave three.

4           And then -- what else did she say?  Well, she said

5    that it was an audition.  But you don't have to be 18 to be

6    in an audition.  So that's why the mother and father kept

7    insisting, Tell him you're 18.  But you don't have to be 18.

8           And she went up there, according to her -- and law

9    enforcement eventually went up there because the parents

10   sent them up there.  In one of her letters that she

11   supposedly said Robert told her to write, she said, well,

12   her parents did that because they were trying to set him up

13   because they hoped by that time he would have been involved

14   with her sexually.  So that's, ah-ha, now we don't have to

15   wait.  Our payday is in.  We don't have to try to sell him

16   on the idea of a -- of a Bluetooth build -- buildup.  We

17   don't have to go with the food truck.  We don't have to try

18   to get a job from him.  We -- we don't have to try to get

19   his a writing contract because, ah-ha, law enforcement got

20   him.  So we -- we can't -- we can't prosecute -- can't

21   prosecute because then that will kill -- that will kill the

22   golden goose, but we -- we have him in a compromised

23   position.

24          But what happened is when they got upstairs, when

25   law enforcement got upstairs, Kelly was giving her an

1    audition.  And law enforcement knocked on the door.  He

2    answered the door.  Nothing was amiss.  They checked her

3    record, her driver's license or her ID; and something about

4    it -- even though she said she was 17, they said she was 18.

5    I asked, Did they study -- did they study your

6    identification?  Yes, they studied it.  They studied it.

7    And they -- they made her get on the phone and call her

8    parents.  Parents confirmed.  Everything's okay.

9            But the parents didn't say, You know what?  We

10   sent the cops up there.  We don't like this.  We're bringing

11   you down.  Come on.  Let's go home.  Let's go home now.

12   They didn't do that.  So you're grown.  Go on and handle

13   your business.  Go handle your business.

14           Now, according to her, she was violated.  She

15   stayed there.  She stayed there, and then at some other

16   point, she met Kelly.  But they maintained that narrative

17   even though law enforcement was there.  Why?  Why?  She told

18   you that her mother was setting up the scheme to one day

19   exploit him.  And I'm going to show you how they carried

20   that out.  Until she wised up and decided, I don't want do

21   it anymore.

22           So, they then went and asked Kelly if he would go

23   on the road -- she could go on the road, and they took

24   her -- they took their daughter out of school, basically,

25   and sent her on the road with Kelly.

1           And then Jane told you that there was a trip to LA

2    and they had sexual intercourse.  Well, you know that's not

3    true because -- another reason why you know that's not true

4    because, one, you will see in the evidence that Kelly sent

5    her a text message saying, you know, don't look at it as

6    being a wasted weekend just because I didn't get to spend

7    any time with you, but just listen and try to remember the

8    things I told you.  Didn't get to see you, so just remember

9    the things I told you so that you can try to apply it when

10   you go out on the road and -- in your career.

11          So you know he wasn't in LA because you had that

12   text in evidence.  I'm trying to find it, but I'm also

13   trying to move on -- it's in evidence, Ladies and Gentlemen.

14   You'll see it.  He told her.

15          And you know what else happened during that trip?

16   She also was texting with her mom.  She texted with her mom

17   and told her mom that, Well, he has me in these sweat

18   clothes, baggy clothes.  Now, if that's his rule, mother was

19   made aware of it on the first trip.  Mother's aware of it

20   because she said, He doesn't want me in clothes that show my

21   figure, or whatever she said relating to that.  Mother was

22   aware of it.

23          Mother was also aware that he told her that, Look,

24   the others can go, but you have to stay upstairs.  Mother

25   was aware of it because she mentioned the rules to her

1   mother.  So, at that point, if mother thought it was an

2   issue -- you know, We can't go for that, I want you to come

3   home.  I want you to come home.  I don't like those rules.

4   But Mother never, ever bailed.  Mother never, ever created a

5   fuss.  You know when Mother created a fuss?  When the last

6   deal, when the last harebrained scheme that they came up

7   with, which was the dildo, that he said, no, it's not -- not

8   good for me.  I'm not doing that, that's when -- they

9   started making noise, Oh, we haven't seen our daughter.

10  Well, now your daughter's almost 21 years old.  Oh, you're

11  holding our daughter.

12          And you're going to hear the tape in just a little

13  while, the daughter is saying, No, he encouraged me to stay

14  in touch with my family.  I made that decision because you

15  would want the money, you would curse, you would yell, you

16  would scream; and I'm not letting you take that away from

17  me.  I'm not letting you take away my good time, so I made

18  that decision.  Robert would tell me, Hey, is that your

19  parents?  Call your parents.  But she made that decision.

20          And let's go back to the earlier part of her being

21  robbed.  Even the Mayweather -- even the Mayweather sisters,

22  the consultants for *Surviving R. Kelly*, they came in.  I

23  said, Well, didn't you tell the Government that the parents

24  would call often?  Yes.  And didn't you also describe to the

25  Government that the conversations would be happy

1  conversations?  Oh, no.  Oh, no, Mr. Cannick.  You're not

2  going to -- you're not going to trick me there.  I didn't

3  say those conversations were happy.  Okay.  Well, isn't it a

4  fact -- look at the document.  Didn't you tell the

5  Government on this particular date that the conversations

6  seem to be happy ones?  Yeah, but I don't remember saying

7  happy.  It's there, right?  That's not -- that's not a

8  verbatim issue.  Happy is happy.  That's what she said.

9        What she also said is that the parents would come

10 to visit her.  She also said the brother would come to visit

11 her.  The sister would come to visit her.  What else she

12 said is that he would pay for those trips.  He was the one

13 who paid for the hotel, the air.  He paid for her to go back

14 down to Florida.  And remember, she told you that after they

15 started a relationship, she left him several times.

16       Where's -- where's the confinement?  Where's the

17 isolation?  Who was left?  Who's been isolated?  He's the

18 one who's sending them home whenever they asked.

19       Then Jane just told you lie after lie after lie.

20 Well, you know what?  He doesn't celebrate holidays.  He

21 doesn't celebrate Christmas.  Then I showed her the

22 evidence.  Well, I -- I meant he celebrated them belatedly.

23 Belatedly?  When he gave you those -- $10,000 to go out and

24 buy Christmas gifts.  They weren't belated Christmas gifts,

25 they were -- he gave you $10,000 for you guys just to shop

1    for each other, right?  Yeah.

2         Not for any -- not for yourself, just to shop for

3    each other?  Yeah.  He had two Christmas trees, right?

4    Yeah.  He rented houses in the mountains so you can

5    celebrate Christmas?  Yeah.  He bought you a dog, an exotic

6    dog?  Right.  Somebody was fired because they couldn't find

7    the dog..

8         She has -- didn't Kelly put you on a pedestal?

9    No, no.  And then the next day, I'm cross-examining her, and

10   I asked her, Well, didn't --  Well, it's not my fault that

11   he put me on a pedestal.  So just yesterday, sworn testimony

12   to this jury, you told them that he did not put you on a

13   pedestal.  Which one is it, lying then or lying now?

14        But that's much of it for most of these witnesses.

15   They just told you different scenarios, scenarios that fit

16   the narrative.  I asked her -- and this is where the

17   Government totally tried to mislead you.  Remember about the

18   knocking on the bathroom door of the -- of the tour bus?

19   Well, Mr. Kelly would have you knock on the bathroom door,

20   right?  Yeah.  Now, what they wanted to sell you is that she

21   was locked in the bathroom, he had her confined to the

22   bathroom.  And had I not known what they told the agents --

23   it's a good thing they kept great notes -- that the reason

24   why they knocked on the bathroom door, it was a security

25   issue.  The microwave was there.  People carrying hot items.

Summation - Cannick                    4532

1    And that rule applied to everyone, not just Jane.  But they

2    brought it up as if this was situation to confine Jane.

3    That's misleading.  That's unfair.  That's not true.

4            Copeland had to tell you, no, that applied to

5    everybody.  Knocking in the house when you're in one of the

6    homes or the studio.  Knocking.  On the direct examination,

7    you were under the impression that only applied to the

8    girlfriend.  That applied to everybody.  They're misleading

9    you because they're trying so hard.  You have to demand

10   credible evidence.  She even -- the little things.

11           The night she went to the concert.  Now, it's in

12   the report that she got on the speaker and she was twerking

13   and -- well, weren't you twerking on the speaker?  No, I did

14   a dance.  What dance?  I did a dance that everybody else was

15   doing.  Come on.  You know you were twerking.  I'm not

16   saying there's anything wrong with it, but just tell the

17   truth.  No lie can live forever.

18           She told the agents when she went to this

19   Dolphin Hotel that -- she told several different stories,

20   one that she wore an outfit, crop-top blouse and skinny

21   jeans, trying to perpetuate a sexy look for Mr. Kelly.  But

22   in one of the interviews -- again, the agents, they took it

23   down, she told them, I was wearing baggy clothes, sweaty

24   clothes.  I just got back from weightlifting class.  Now,

25   you know that's not true because she told you she didn't go

Summation - Cannick                    4533

1    to weightlifting class.  She didn't go to any of those

2    classes; that after school, she went to her friend's house

3    and changed into the outfit.  It was just lies after lies

4    after lies.  And that's -- that's definitely beyond a

5    reasonable doubt.

6              She told you that Kelly -- when she met Kelly when

7    she was doing the audition, she was very much into trying to

8    make sure that her career would be furthered by his help.

9    And I said, Well, weren't you taking a break from music?

10   And she knew that I had these reports that she told the

11   agents.  Well, I was transitioning.  Transitioning?  What

12   does that mean?  That means you're caught in a lie, that's

13   what that meant.  You're caught in a lie, so I'm going tell

14   you I was transitioning.

15             She didn't want to do music because she told you

16   her parents would beat her to make her do music.  And she

17   also told you that Kelly said, You're lazy, you're not

18   pulling your weight, and you don't want to do music, you

19   don't want to practice.  She said to them, I have a hard

20   time practicing.  She didn't want to do music.  But she will

21   tell you, Well, you know, being in that relationship with

22   Kelly, that impeded my career, that affected me from going

23   out and making a living.  The best living she ever had was

24   when she was with R. Kelly.

25             The night after she got -- she went to the

1  Black Panties Tour and she got a panty and she made it seem

2  as if he gave her, specifically her, a panty.  No.  It's the

3  Black Panties concert.  He threw it out there, and people

4  get a panty.  But she posted it because she was happy about

5  it and she wanted you to believe he gave me a panty, yo, so

6  he must have been interested in me, he must have liked me.

7         I asked her about when she got with Mr. Kelly and

8  started having a relationship, at that point, were there

9  women who would be girlfriends with Mr. Kelly who did not

10  live there on a full-time basis where they would go back and

11  forth?  No, didn't happen.  And you know that's a lie

12  because Copeland told you that "Juice" had her own

13  apartment, had her own car, had her own job.  She also told

14  you about another people -- Sarah, Dominique, others -- who

15  didn't live there on a consistent basis.  But to tell you

16  that lie, it was necessary because that maintained the

17  narrative, that no one could leave, no one -- people were

18  stuck there.

19         And, you know, one of the things that you hear is

20  that you try -- you decide the case on the evidence, or lack

21  of evidence.  And the Government made a lot of testimony --

22  people made a lot of allegations about "Juice."  Well,

23  where's "Juice"?  Why hasn't the Government called "Juice"?

24  They told you that "Juice" did this and "Juice" did that.

25  Why didn't they call "Juice"?  Don't tell me that they

1  couldn't get "Juice" because every witness that they put on

2  the stand, they asked, Do you want to be here?  No.  Well,

3  none of them wanted to be here, according to them; but they

4  got them here.  The Government got them here.  So don't tell

5  me they couldn't get "Juice" or they couldn't get Dominique.

6  What was said about her?  Supposedly she was physically

7  abused, supposedly she was beaten by Kelly.  Who would be

8  better to give you that information but Dominique?  And

9  don't say they can't.  You know what?  You could have gotten

10  her.  No, it's not my burden.  It's not my burden.  The

11  burden is theirs.  The burden is theirs, the evidence or the

12  lack of evidence.  They could have brought "Juice" in to

13  you.  They could have brought Dominique.  But they opted not

14  to do so, and I think you can figure out why.

15        Now, another thing about Jane wanting you to

16  believe that she was in a situation where Mr. Kelly was

17  keeping her and she didn't want to be there, isolating her.

18  You heard that there were a number of wellness checks done,

19  both in Chicago as well as in Atlanta.  Now, she told you --

20  she was very adapt, Well, they were never alone.  Come on?

21  You think that someone in law enforcement would come and do

22  a wellness check and have the person who was supposedly --

23  the person who's creating the issue, to have that person

24  participate in the wellness check?  Do you think that's what

25  law enforcement was now?  No, they were wrong.

Summation - Cannick                         4536

1          But there were no issues.  There were no issues

2    because she was having the time of her life, and when we

3    play the video -- when we play the audio, you will hear

4    that, because on that audio -- it's an audio after she's

5    back with her family, and she's back with her family now

6    because Mr. Kelly is in jail on these charges.  So she's

7    back with her family, and she and her dad are having a

8    conversation and she's setting the record straight.  She

9    doesn't have to worry about Mr. Kelly, any type of abuse,

10   any type of violence, anything.  She is away from him long

11   enough.  But listen to what she said to him when -- when --

12   when he tries to create a narrative and she shuts it down.

13   Not only does she shut that down, but there's a message --

14   or I think it might have been a text message response that

15   she sent to someone and she says, Baby, I ain't never been

16   held against my will.  But now, you don't want her on the

17   witness stand?  Because now she wants a book.  Now she wants

18   a deal.  Now she wants to monetize it.  Now she's preaching

19   the same -- the same story that her family is preaching.

20   They want money.  R. Kelly is no longer available to give

21   her money, to give her that lifestyle.

22          Now, one of the things that the expert said is

23   that, Well, the person who has the most money, that's the

24   person who can exert force and control.  Well, what happened

25   here is that after *Surviving R. Kelly*, the record company

1  says, You know what?  You're toxic.  Can't play your music

2  anymore.  The concert halls say, You're toxic, we can't have

3  you here anymore.  Then his money started drying up.  And

4  guess what happened?  Guess what also dried up?  His love

5  life.  His love life.  Who was using the money to control?

6  His money dries up, they fly away.  And do you know where

7  they flew to?  *Surviving R. Kelly*.

8          Oh, he abused me.  He wouldn't let me eat,

9  wouldn't let me pee.  He wouldn't give me any water.  You

10 heard the lifestyle that they had.  It's nonsense.  But they

11 have -- they have to buy that narrative.  They have to sell

12 that narrative now, because where else are they going to

13 make music?  How else are they going to make money?  They

14 have no skills.  But he loved them.  He loved them as a

15 family.

16         I think one of the witnesses said, he asked them

17 at a concert, Where is my family?  Where did you put my

18 family?  But they want you to believe that he's flagrantly

19 taking them across state lines for sex.

20         It may not be your lifestyle.  It may not be mine,

21 but it's his, and it was theirs.  They all signed up for it.

22 They say something differently now, but you know what they

23 signed up for.  And after the money is gone, they're gone.

24 And he's there.

25         We know that the mother had this agenda because

1   the mother says to her, Take pictures of him, the kissy-face

2   ones because I may have to use it to exploit him to the

3   media.  Do you have that?  And she -- "she" being Jane --

4   took pictures when they were at a photo shoot, those type

5   pictures, because she was part of the scheme to defraud him.

6   And then she didn't send it to her mother.  She sent it to

7   her best friends.  You have the text there.  She told her

8   best friend, Save these bitches.  Put these bitches away

9   because I may need them.  The same type pictures that her

10  mother asked her to get, she's now -- she got them and told

11  her best friend, Save these bitches.

12          Put it on the screen for me, please.

13          (Exhibit published to the jury.)

14          MR. CANNICK:  While he's doing that, it's on

15  Page 1139 where the mother told her to take these type

16  pictures of him because she might want to exploit him.  It's

17  1139 through 1141.  He was the meal ticket; not only the

18  golden boy, but the meal ticket.

19          Since I just gave you a couple of pages, I'll also

20  give you Page 814.  That's where the mother -- she's telling

21  the mother about he ain't like my tights, showing my figure,

22  they're loose.  And on Page 813 that, He has me in sweats.

23  And then on 811, He had expressed to me to let me know any

24  time I did leave or where I was going.  So they couldn't get

25  that, Well, he told me not to leave the room, so the truth

1   of the matter is that he said she could leave the room.  Let

2   me know if you're leaving the room.  He's -- he's the person

3   who is responsible for everyone.

4           And then on Page 815, that's where he tells her

5   about not seeing her or being able to -- that's the

6   weekend -- I'll just read it.  He said although he isn't

7   with me, this wasn't a waste of a trip.  He said I -- he

8   said I should take this time to try and ease my mind and

9   soak in everything he's been telling me so when he

10  actually -- when I actually go to the industry, I'll have a

11  mature frame already.  So that's the LA trip that supposedly

12  the sex and the herpes was supposed to have happened.

13  Didn't happen.

14          And then on Page 11, again, that's a reiteration

15  of the -- taking the -- the pictures.  And 1149, that is

16  the -- more testimony about the Stockton versus Los Angeles

17  where the sex was supposedly taking place.

18          We know from his relationship with Alexis that if

19  he is involved or interested in someone who is underaged,

20  he's not going to violate anything that's going to cause him

21  any problem.  So he was -- she said that they had not had

22  any sex then, that up until then -- and if she's accurate,

23  then that skipped over to October.  And we're saying it's

24  not even accurate.  They developed a relationship much later

25  on.

1          I'm going play this video -- this audio.  It's a

2     brief audio.  But this is the audio between Jane and her

3     father and her explaining the relationship and why she did

4     what she did when she was together with Robert.  And then

5     after that, I'll have a few closing comments to make, and

6     I'll speak with you in a little bit.

7               (Audio plays.)

8               THE COURT:  Can you stop it just for a second?  I

9     just need to see the lawyers on the side for a brief moment

10    just to make sure of something.

11              (Sidebar not taken by the court reporter.)

12              (Pause in proceedings.)

13              (Continued on the next page.)

Summation - Cannick                    4541

1            THE COURT:  All right.  I'm so sorry.

2            You can go ahead.

3            MR. CANNICK:  Your Honor, just to be safe, maybe

4    we should just listen this just to the jury.

5            THE COURT:  Jury only.

6            Do you need them to turn on their headphones?

7            (Pause in proceedings.)

8            THE COURT:  Okay.  You know what?  Go ahead and

9    play it.  We'll take care of it up here.  Go ahead and play

10   it.  We'll put it on mute here.

11           (Audio plays.)

12           THE COURT:  Turn it up.

13           MS. GEDDES:  Your Honor, sidebar?

14           THE COURT:  Sure.  Do you want to come to sidebar

15   or...

16           (Continued on the next page.)

17

18

19

20

21

22

23

24

25

1          (The following occurred at sidebar.)

2          MS. GEDDES:  My concern is that there's a very

3    small part of this that is in evidence.  There's a tiny

4    snippet that was played.  It looks like this video is much

5    longer?

6          MR. CANNICK:  No.  The entire video -- the entire

7    audio was played.

8          MS. GEDDES:  Oh, if you're just playing what was

9    in played court --

10         MR. CANNICK:  Yeah.

11         MS. GEDDES: -- that's fine.

12         MR. CANNICK:  Yeah.

13         MS. GEDDES:  I just remember it being very short.

14         MR. CANNICK:  No.  The entire language was played.

15         THE COURT:  I don't know.  I don't recall.

16         MR. CANNICK:  And Your Honor, just --

17         THE COURT:  I didn't hear it.

18         MR. CANNICK:  And also as I was sitting here now,

19    you know, as I was playing it back in my head, I don't think

20    that there's any other name mentioned, because she doesn't

21    mention anyone else.  It was just a conversation between her

22    and her dad.

23         THE COURT:  All right.  I mean, but then

24    unfortunately, including last night, there was mention of --

25    it just happened repeatedly throughout the trial.  And I'm

Sidebar Conference                           4543

1   not subscribing any bad motives on anybody's part, but I

2   don't want it to happen anymore.

3            So if you're positive, we can play it.

4            MR. CANNICK:  All right.  Well, I'm 99 percent.

5            THE COURT:  All right.

6            (Side bar ends; in open court.)

7            (Continued on the next page.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Summation - Cannick                            4544

1          (Audio played.)   (Audio stopped.)

2          MR. CANNICK:   That tape, again, was made when

3    Mr. Kelly had been incarcerated on the charges and Jane is

4    seated right next to her father.  She went on and I think you

5    have the prior testimony, what she said at the end about her

6    state of mind and how everything was fine and that she knew

7    what she was doing and it was Robert who was encouraging her

8    to be in touch with her family.

9          Ladies and gentlemen, I don't want to wear you out.

10   I just want to point your attention to a few things that when

11   you do go into deliberations, you take into consideration.

12         There is also a letter that Jane wrote again while

13   Robert was in jail and she wrote that letter to her brother

14   and that letter is in evidence and, basically, everything that

15   she told the agents when she was interviewed by the agents is

16   the exact same thing that she's telling her brother about

17   herself and her parents and what she's speaking to is things

18   about the relationship, how well the relationship was and how

19   much her parents tried to capitalize on her relationship and

20   put out this bad message out there.

21         The parents -- after the parents got together with

22   other parents, another lady, Cheryl Mack, that treatment that

23   Cheryl Mack spoke of that she said she put online, that was

24   the undoing of Robert Kelly.  Cheryl Mack.  Disgruntled Cheryl

25   Mack.

Summation - Cannick                                    4545

1        Cheryl Mack who told you that, well, she was such a

2   big person and Devyne Stevens's operation but when you read

3   Devyne Stevens's testimony, when you hear that testimony back,

4   you'll learn, you'll remember that Devyne Stevens said the

5   only thing that Mack did for his operation was manage his

6   calendar, nothing to do with someone like Robert Kelly.  She

7   handled his calendar as to where Stevens was to be.  That's

8   it.

9        Then she eventually got a job with Robert and Robert

10  basically had her there for a number of years.  And then she

11  told you about a situation where she signed an affidavit and

12  didn't know what she was signing.  Nonsense.  Nonsense.  She

13  was in the business for a long time.  She was the one who was

14  selling the narrative.  She was the person who initiated the

15  narrative.  So she's not going to come here and tell you,

16  Well, you know what, he was a good man, a fair man.  She was

17  the one who put the narrative out there and I asked her about

18  the narrative.

19        I said:  Did you embellish it?  Yes.  You did it

20  because you wanted it to be juicy and salacious?  Yes.  So it

21  could sell?  Yes.  So that's why we are here.  That's why we

22  are here.

23        And the brother letter, again, Robert's in jail.  It

24  has nothing to do with this letter.  It has nothing to do with

25  dictating the letter.  The letter has the same components that

1  she told the agents.  And she described how beautiful her life

2  was and what her parents were trying to do to take it away.

3        Now, the letter was also found in the house where

4  she was.  So you can't say she didn't author the letter.  She

5  recognized the letter here when she was on the witness stand

6  and said she wrote the letter.  In fact, she read the letter

7  to you.  I made her read the letter.

8        So she wrote the letter and she also wrote another

9  letter.  I think the letter came after she recited a poem

10  about Bambi and then she went on and talked about how her like

11  was with Robert and she laid around happily waiting and he

12  would bring in $50,000 or $5,000, I don't know the number, but

13  a tremendous amount, and food from, food from, it was a

14  seafood place and he would spread it out and she was taking

15  about all those happy times.  When she got here in front of

16  you, no happy times, no happy times.  He beat her up.  He

17  smacked her.  He did this, did that, made her get involved in

18  threesomes.

19        People do what they want to do.  These people were

20  allowed -- well, not allowed.  They went home.  He gave them

21  tons of money.  She had an Uber account.  She had drivers.

22  She had everything.

23        So, ladies and gentlemen, I'm going to take my seat

24  in a few minutes and what I do want you to remember, please,

25  if I said anything to offend, don't take it out on Robert.  I

Summation - Cannick                                    4547

1    certainly did not mean to offend.  When I said that people

2    came and told you a lie, I said that because they did.  Maybe

3    there's another way that you want me to say it but I said it

4    the best way I know how.

5           Whatever you feel about me, don't take it out on

6    him.  And even with Robert, you're not here to make a decision

7    in terms of whether or not you like him or don't like him,

8    like his lifestyle, don't like his lifestyle, like his sex,

9    don't like his sex.  You're here to see whether or not they

10   proved the evidence beyond a reasonable doubt, credible

11   evidence, not evidence where they're trying to get you to say,

12   well, you know what happened, you know what happened.  No, you

13   don't know what happened.  You don't know what happened.  You

14   only know what the evidence tells you and what you see from

15   the evidence, what you learned from the evidence.  You can

16   make inferences but you can't assume that just because someone

17   knows the layout of a room, that the person got raped there.

18   No.

19          So, again, be strong.  Be courageous.  Be very

20   courageous.  Stick to your guns unless someone convinces you

21   otherwise with credible and logical, common sense evidence.

22   Be fair.  You just need your sense of fairness and courage.

23          Thank you for your time.

24          THE COURT:  Thank you, Mr. Cannick.

25          I think we'll go ahead or at least get started with

Summation - rebuttal - Shihata                4548

1   the government's rebuttal summation and we'll continue some of

2   that tomorrow but if you're ready, Ms. Shihata, go right

3   ahead.

4              MS. SHIHATA:  Thank you.

5              Good afternoon.

6              Can you hear me now?  Okay.

7              Now, to hear defense counsel tell it, all the

8   evidence you have heard these past six weeks, all the

9   testimony and all the exhibits my colleague Ms. Geddes went

10  through in painstaking detail yesterday and this morning, all

11  of that amounts to nothing much at all.  We haven't proven any

12  actual crimes here, he says.  There's no enterprise,

13  Mr. Cannick tells us.  And even if there were, the defendant

14  didn't use it to do anything illegal.

15             I guess that's the exhibit that you saw --

16             THE COURT:  Ms. Shihata, I am so sorry, but we're

17  only getting little bits and pieces.  It's like singing in the

18  rain.

19             MS. SHIHATA:  I'm sorry.

20             As I was saying, according to Mr. Cannick, we have

21  not proven any crimes to you and there's no enterprise and

22  even if there was, the defendant didn't use it to do anything

23  illegal.

24             You've heard this refrain throughout Mr. Cannick's

25  closing argument and throughout his cross-examination and

Summation - rebuttal - Shihata                    4549

1    throughout this trial, that he, his client, Mr. Kelly, is a

2    musical genius, a legend, to use his words, with women banging

3    down his door to sleep with him.  You heard that from

4    Mr. Cannick today.  He doesn't need to sexually abuse or

5    physically assault anyone.  That's the argument.  These women

6    wanted to be with him.

7            And not just that, ladies and gentlemen.  According

8    to defense counsel, he treated them well.  I think the quote

9    from Mr. Cannick this afternoon was he was "a man who treated

10   them like gold."  He took them shopping, opened doors for

11   them, stood up when they entered a room.  A real gentleman, he

12   was.

13           And all that testimony and evidence you saw during

14   the past six weeks apparently doesn't matter, that's what

15   their argument boils down to, that and just about every single

16   person you saw during this trial except maybe Diana Copeland

17   was lying.

18           Now, the Judge will instruct you on this.  The

19   defense does not have any burden at all.  The burden of proof

20   rests solely with the government and we welcome that burden,

21   but that does not mean you have to take defense counsel's

22   arguments, innuendo, speculation and theories at face value.

23   You can and you should assess them using your common sense and

24   by referring to the actual evidence in this case and there is

25   plenty of it.

Summation - rebuttal - Shihata                4550

1          As the Judge will instruct you, the evidence isn't
2    the arguments made by defense counsel or me and my colleagues.
3    It's not the questions lawyers ask throughout the trial or the
4    objections we all made.  It's the testimony you heard from the
5    witnesses who got up on that witness stand, the victims like
6    Stephanie, Sonja, Jerhonda, Jane, Faith, and others who
7    relived some of the worst periods of their lives for you.  It
8    wasn't easy but they took an oath and they told you publicly
9    about their experiences with the defendant.  And whether the
10   defendant likes or not, testimony under oath from victims is
11   evidence, powerful evidence of the defendant's guilt.
12          You also heard from the defendant's former employees
13   who told you about the enterprise, about that inner circle,
14   and how it enabled him and what it was like working for him,
15   the rules in place, the tasks they were given, the fines they
16   received if they stepped out of line, the letters they had to
17   write.
18          You heard from experts like Dr. Hoskins who
19   explained herpes, how dangerous it is, how it's diagnosed and
20   treated, and Dr. Hughes, the forensic psychologist, who
21   testified about techniques used by predators like the
22   defendant to control their victims.
23          You also heard from Dr. McGrath, the defendant's
24   personal doctor for over 25 years who told you in no uncertain
25   terms that he had diagnosed the defendant with herpes.  There

1   was no doubt in his mind about that.

2          Now, you can convict the defendant based on the

3   witness testimony alone, ladies and gentlemen, but here there

4   is so much more than that.  We put hundreds of exhibits into

5   evidence.  Ms. Geddes went through some of them and you'll

6   have access to all of them, the telephone records, birth

7   certificates and other official records, text messages,

8   contemporaneous text messages that you can look at and see

9   what was going on, DNA evidence, medical records, prescription

10  records, travel records, phone message slips that the

11  defendant saved for years in that storage facility,

12  handwritten letters and other evidence seized from the

13  defendant's home and that storage facility, again,

14  photographs, Facebook records and, finally, those searing

15  audio and video recordings where you heard the defendant in

16  his own words and saw the defendant with your own eyes

17  threatening women, hitting them, humiliating them, directing

18  them to engage in sex with others, positioning their bodies,

19  grabbing a girlfriend by the hair on the back of her head and

20  pushing and pulling her head back and forth on Alex's penis.

21  That's not treating women like gold.

22          These are images that the defendant desperately

23  wants you to forget but which I'm pretty sure you never will.

24          All of that combined is devastating evidence of the

25  defendant's guilt, but defense counsel doesn't want you to

Summation - rebuttal - Shihata            4552

1   focus on any of that.  They'd rather talk about twerking and

2   so-called groupies or stalkers, scheming parents, anything to

3   shift accountability and responsibility from the defendant.

4           Let's not mince words here.  You know what the

5   defense is trying to insinuate.  They're not trying very hard

6   to hide it.  It's as if we took a time machine back to a

7   courthouse in 1950.  What they're basically arguing is that

8   all of these women and girls were asking for it and they

9   deserved what they got.  Never mind that many of them were

10  teenagers, too young to consent to anything sexual with the

11  defendant.

12          And you heard from Mr. Cannick this afternoon and

13  you also heard it in his cross-examinations, remember those

14  questions to Anna and others about how the defendant spent

15  money on these women, took them to dinner sometimes?  The

16  arguments you heard today about lavish spending on his

17  girlfriends or how they lied to him about an ex-boyfriend or

18  going on Snapchat or whatever, what is that supposed to prove?

19  That it makes smacking, hitting, humiliating and demeaning

20  them okay?  That these so-called groupies and gold diggers

21  deserved it?

22          It's not just absurd.  It's shameful.  It's a tactic

23  to distract you, to take your attention away from the real

24  facts and evidence in this case, but it's your duty and your

25  responsibility as jurors to keep your eyes on the ball, the

Summation - rebuttal - Shihata          4553

1    evidence against the defendant.

2         You heard and saw it yourselves day after day after

3    day, week after week after week.  Ms. Geddes went through it

4    very thoroughly yesterday and today so I'm not going to waste

5    your time and do that all over again, but I am going to

6    address some of the arguments defense counsel has made today

7    and throughout this trial.

8         Now, there was a lot he said today and there weren't

9    a lot of page citations that went with it and so I hope you

10   all, I know you all have been listening extremely carefully to

11   the evidence and taking notes but, again, you are going to

12   have access to everything, to all the transcripts, to all the

13   exhibits and if you're confused about something, ask for it,

14   ask for it, because when you do, you will see that much of

15   what Mr. Cannick said is not in the record, is not true.

16        Now, one of the things he said today was about Jane

17   and how she didn't even have sex with the defendant until

18   October 2015.  Go back to the testimony, ladies and gentlemen.

19   That is not what the record shows.  That is not what her

20   testimony was.

21        Jane flew to Los Angeles.  And, by the way, you know

22   she flew there.  There's the travel record.  There's the

23   boarding pass.  Just because the defendant didn't have a show

24   in Los Angeles does not mean he wasn't there.  You know that

25   because the very text message they rely on where she's talking

Summation - rebuttal - Shihata          4554

1   about -- let me find it here.

2        One moment.  Sorry.  There's not much space on here

3   that I can see.

4        The very text message that she sends her mother that

5   Mr. Cannick was talking to you about, she sends that when she

6   is in LA on April 29, 2015, and she says:  He has me in

7   sweats.  Does that suggest that she's not with him or does

8   that suggest that she is?

9        And you know that they go to Stockton and you can

10  look at the travel records, you will have access to them,

11  shortly thereafter and you know from her testimony that they

12  had sex there.  That's in May, not in October.

13       And in fact, a whole set of racketeering charges,

14  Racketeering Act 8, is based on his having sex, sexual

15  intercourse with Jane during that time period and failing to

16  disclose to her that he had herpes and he's having sex with

17  her unprotected and he never told her.

18       And I don't really understand this argument that he

19  is making that all the women that were in long-term

20  relationships with him never got herpes.  What is he trying to

21  suggest there, that he doesn't have herpes?  There is

22  literally no, there shouldn't be any dispute about that

23  because you heard from his personal doctor for over 25 years,

24  a man that I submit was very friendly with the defendant.  He

25  never even charged him a dime for over 25 years for his

1   services.  And he told you that there was no doubt in my mind,

2   in his mind, not only that he had diagnosed the defendant with

3   herpes, but that he had told him that and that he had told him

4   and warned him that he needed to inform the sexual partners

5   and that he should be using a condom.

6          And Jane is one of those people that had, that was

7   intimate with the defendant over a period of years and she,

8   she got herpes.  You saw the medical records.  Don't let them

9   gaslight you.  And by the way, those medical records say she

10  had the same partner, one partner, singular, since the time

11  she started seeing the defendant.

12         Now, the other part of what the defendant has done

13  in these closing arguments is to defend against a case we

14  literally did not bring.  These strawman arguments.  This

15  stuff about you never heard about women in chains.  Nobody

16  ever told you that there were women in chains.  That has never

17  been the evidence that we're presenting to you.

18         With the exception of the racketeering act involving

19  Sonja which we'll talk about later, this case is not about

20  locks on doors either.  Instead, and this is most relevant to

21  the forced labor charges, particularly for Jane, and to just

22  the means and methods of how this enterprise operated, what

23  you heard about from witness after witness during this trial

24  was a process of indoctrination, grooming, isolation,

25  intimidation and, yes, confinement but that doesn't mean a

Summation - rebuttal - Shihata                    4556

1    locked door.  It doesn't mean that someone could never go

2    anywhere.  As you heard from Dr. Hughes, it's a process.  It's

3    not an event.  And he used that process to exert control over

4    his victims.

5              And, again, the defendant would have you look at

6    each piece of evidence in isolation, but that's not how you go

7    about your daily lives and I submit it's not how you should go

8    about your deliberations here.  Look at the totality of the

9    evidence.  Look at how it all fits together.

10             It's not about whether it's a crime to have to ask

11   for permission to go to the bathroom.  That's not what this

12   case is about.

13             (Continued on next page.)

14

15

16

17

18

19

20

21

22

23

24

25

1   (Continuing.)

2           MS. SHIHATA:  That is one example of the coercive

3   measures of control that the defendant used.

4           And by the way, there is no dispute.  You heard it

5   from witness after witness that worked for the defendant, what

6   did they have to do when they got a request from one of the

7   female guests or girlfriends?  Check with the defendant.  That

8   included going to the bathroom.  That included things like

9   getting food.

10          Does that mean they were starving?  No, but it means

11  he controlled everything.

12          And those personal assistants were not there to wait

13  hand-and foot on his girlfriends.  They answered to him, not

14  them.

15          Now, I want to talk a little bit about Diana

16  Copeland because Mr. Cannick spent some time on her.  And I

17  think he argued that her testimony is, basically, proof that

18  the defendant didn't abuse anyone and that the rules, whatever

19  rules there were in place, were really about safety and

20  security.  And, again, that he was a real gentleman.

21          I submit to you, ladies and gentlemen, that one

22  thing that's crystal clear from Diana Copeland's testimony is

23  that she's still apparently living in the defendant's twilight

24  zone, as Anthony Navarro put it.  I mean think about it, she

25  told you about the last time she saw the defendant before this

Rebuttal - Shihata                          4558

1    trial, when he summoned her to his residence at the Trump

2    Towers and had Jane tell her to strip and put a robe on so

3    that the defendant could make sure she wasn't wearing a wire,

4    a recording device.  That's at the transcript 3195.  And then

5    he had her write a letter, which she initially tried to tell

6    you was nothing but truthful.  And you saw the actual letter

7    he made Diana write because the defendant kept it at his

8    apartment in Trump Towers, and the Government searched that

9    apartment the day of his arrest and found it.  And it was

10   Government Exhibit 301.

11        And when my colleague asked her about it, it took

12   several questions because Diana, even at this trial, was doing

13   her darndest to stay loyal to the defendant.  But she openly

14   admitted that it wasn't true when she wrote in that letter

15   that the defendant had "never verbally, physically or mentally

16   abused anybody."  And she knew it wasn't true because he had

17   verbally abused her multiple times, to the point of leaving

18   her in tears and to the point where she even quit at certain

19   times.  She told you that at the transcript 3197 to 98.  And

20   she also told you that wasn't the first time the defendant had

21   her write falsehoods in a letter.  No.  Previously, the

22   defendant directed her to write a letter falsely admitting

23   that she stole something from him.  That's at the transcript

24   at 3199.

25        And she told you it wasn't just her, but the

Rebuttal - Shihata                              4559

1    defendant also made other employees write those letters.  And

2    she told you the defendant explained to her why, "to make sure

3    that no one was going to do something against him."  That's at

4    3198 in the transcript.  And that his attorneys told him to do

5    that.

6              And you've heard that from others, not just

7    employees like Diana, but others like Faith and Jane.  And

8    yet, according to Diana on cross-examination, everything was

9    hunky-dory, nothing to see here.  Nothing criminal going on

10   with the defendant.  Her boss, checking her for a wire and

11   making her write a false letter for his protection, just

12   another regular, normal day for Diana Copeland in the twilight

13   zone.

14             And by the way, if you're not doing anything

15   illegal, why are you telling people to strip to make sure

16   they're not wearing a wire?

17             And you know that wasn't the first or only time the

18   defendant made someone do something like that.  You heard from

19   Anna about a time that her mom came to visit her in Chicago.

20   And she told you that the defendant was uncomfortable with

21   Anna's mom being there, and that he made her leave her phone

22   at the front and write a letter containing falsehoods that

23   could be used to blackmail her.  And where did he make her do

24   that?  In the sauna.  That's at transcript 2879.  Again, no

25   clothes, no wire, no recording device.

Rebuttal - Shihata                                    4560

1        And who did that letter go to?  Diana Copeland.

2   Just another day in the twilight zone.

3        How else do you know that Diana's still living in

4   that twilight zone?  Some of those post hoc rationalizations

5   you heard from her on cross-examination, some of which were

6   nothing short of preposterous.

7        Now, he brought this up, so I am going to bring it

8   up too.  Remember that questioning about the bathroom on the

9   tour bus and Jane had told you earlier in the trial that one

10  of the things she had to do was knock to leave the bathroom in

11  there.  It doesn't mean she spent hours on end in there, it

12  just means that was one thing she was told to do.

13       And you saw the defendant ask Diana Copeland about

14  that, and I think he tried to ask some others but maybe didn't

15  get the answer he wanted, but from Diana Copeland, she tells

16  you, and he brought this up today, that something about the

17  bathroom being right across from the microwave and as if

18  that's some type of revelation that explains everything.

19  Because something is getting heated up in a microwave, that's

20  why it's a rule that you have to knock before leaving the

21  bathroom?  Really?

22       It's not some caldron on a hot flame boiling over

23  and bubbling over.  It's not even an open range stovetop, it's

24  a microwave, with a door.  You know, to keep things from

25  boiling over and spilling.

Rebuttal - Shihata                              4561

1            And then there was Diana's testimony about runners

2    putting up their rearview mirror when driving the girlfriends

3    and female guests around.  And you heard that from a number of

4    witnesses, a number of those runners testified at this trial

5    about that.  But she claimed there was nothing strange about

6    that and she was totally fine with it.  And she said that was

7    because she appreciated not having to have eye contact or

8    conversation with the driver.  Really?  Is that really

9    necessary if you don't want to talk to the driver?

10           I'm sure you've all taken taxis and Ubers, and when

11   you don't want to talk to the driver, do you reach out and put

12   the rearview mirror up?  No, of course not, you just don't

13   talk to the driver.

14           And, again, no one is saying putting the rearview

15   mirror up is a crime.  This is just further evidence of the

16   lengths the defendant went to, to maintain control over Jane

17   and others.

18           The defense -- defense counsel also talked about

19   women leaving and coming back and choices.  And he would have

20   you believe that because some of the defendant's girlfriends,

21   like Anna, left and came back, that there was no abuse.  But,

22   ladies and gentlemen, there's nothing surprising about that.

23   It's a tale as old as time.  You may have seen it in your own

24   lives with your own friends and family members.  Sometimes

25   people stay in abusive relationships.  Sometimes they go back.

Rebuttal - Shihata                                    4562

1    That doesn't mean there is no abuse.

2           And you also heard that -- about that in

3    Dr. Hughes's testimony.  And Anna testified about that, quite

4    compellingly I submit.  And she told you things weren't always

5    bad with the defendant, and many of the witnesses told you he

6    had two sides.

7           Here is the testimony from Anna.

8           Question:  Why would you go back to the defendant?

9           Answer:  It was, you know, in a relationship, habit,

10   and, you know, like I said, feelings too, even though

11   sometimes, times were hard.  It was still hard to leave

12   because at the time it's, you know, you're -- I love him, I

13   loved him, so it was, you know, feelings, and that would bring

14   you back.  You know, just like people today, there are still

15   people out there that have similar issues like that and they

16   go back.  They leave, they come back.

17          And then there was a question from the Court, the

18   question is:  Did you hope that things would change if you

19   went back?

20          And she answered:  Yeah, because when I would come

21   back, things would be great, you know.  He would be a little

22   more lenient, cool and laid back.  Just like in the beginning,

23   you know.  And then eventually, the longer time goes on, the

24   rules and stuff kicked back in.

25          Nobody is denying that the defendant sometimes did

1    nice things for Anna and others.  That's how he got them in.

2    That's how he lured them in.  But like she said, eventually

3    the longer time goes on, the rules and stuff kicked back in.

4    And that's transcript 3016 to 17.

5            Now, defense counsel also spent a lot of time

6    talking about Sonja, and I think he said something about

7    because she knew the layout, that's not evidence of rape.

8    Well, the evidence of what happened to Sonja is Sonja's under

9    oath testimony about what happened to Sonja.  That is

10   evidence.  And I submit to you that she testified credibly and

11   believably, and she told you she hasn't spoken publicly about

12   this before.  You were the first people to hear it publicly,

13   and her testimony is also backed up by the stipulations from

14   her friends Charity and Jerie.  And if you look at those

15   stipulations, you'll see that they hadn't spoken to her in

16   years.  It's not like they concocted this story recently all

17   together for some unknown reason.

18           But the reason my colleague, Ms. Geddes, spent some

19   time on the layout is because it's proof that she was there

20   and it's proof that something horrible happened to her

21   because, I don't know about you guys, but I don't remember the

22   layout of someplace I went, you know, in 2003, unless I had a

23   reason to remember it.  Unless there's something horrible that

24   happened to me.  And she didn't just remember it, she had it

25   down to a T.  And you look at the transcript, you will see

Rebuttal - Shihata                                      4564

1    that she was asked, was she ever shown by the Government any

2    floor plans?  The ones you saw, she never saw them.  That's

3    not something she could have matched her testimony up with,

4    because she never saw them.

5                THE COURT:  Ms. Shihata, whenever you can find a

6    good time to pause, we will break for the day.

7                MS. SHIHATA:  We can pause now.

8                THE COURT:  All right.

9                All right, ladies and gentlemen, we are going to

10   finish for the day.  We will conclude the closing arguments

11   tomorrow, and then I will give you my charge on the law.  It

12   is a little bit long, but we'll be sure to take a break, if

13   necessary.

14               Please, don't talk about the case at all.  We are in

15   the home stretch.  Don't listen to any news accounts or look

16   anything up on the internet at all, but I do hope you have a

17   nice restful evening, and I will see you tomorrow.

18               Thanks so much.

19               THE COURTROOM DEPUTY:  All rise.

20               (Jury exits.)

21               THE COURT:  All right, everybody can have a seat.

22               Anything before we close for the day from either

23   side?

24               MS. GEDDES:  Just one additional request regarding

25   jury instructions.

Rebuttal - Shihata                    4565

1          THE COURT:  Yes.

2          MS. GEDDES:  And this could be in there and I missed

3     it, but I did check again.

4          And in light of defense counsel's arguments

5     regarding Juice and Dominique, we would request that Your

6     Honor also include an equally available witness charge.

7          THE COURT:  I believe it's in there.

8          MS. GEDDES:  Is it?  I just didn't see it.  I'll

9     check again.

10          THE COURT:  It's such a concise charge.  No, it is

11     there.  Yes, I'm quite certain it's there.

12          MS. GEDDES:  Great, thank you.

13          THE COURT:  But if it isn't, we'll double check for

14     sure.

15          MS. GEDDES:  Okay.

16          THE COURT:  And, of course, if there is something

17     that occurs to you over the evening, you can certainly send me

18     the request, but I think our plan is to just make sure that

19     we've got everything in there and to get that out to you

20     tonight.

21          And, obviously, as I said before, the reason I

22     provide it is so that you can let me know if I've left

23     anything out or if there is something about which you

24     disagree.  But, as I say, I don't think there is anything

25     that's changed since everybody signed off on the charge

Rebuttal - Shihata                          4566

1   before.

2             All right, anything else that anybody wants to

3   raise?

4             All right, thanks so much.  Have a good night.

5             (Judge ANN M. DONNELLY exited the courtroom.)

6

7

8             (Matter adjourned to Friday, September 24, 2021 at

9   9:30 a.m.)

10

11

12                          ooo0ooo

13

14

15

16

17

18

19

20

21

22

23

24

25

SAM      OCR      RMR      CRR      RPR