1

1          UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF NEW YORK
2
   - - - - - - - - - - - - - X
3
     UNITED STATES OF AMERICA,    :   19-CR-286(AMD)
4                                 :
                                  :
5                                 :   U.S. Courthouse
                                  :   Brooklyn, New York
6        -against-                :
                                  :   TRANSCRIPT OF
7                                 :   STATUS CONFERENCE
                                  :
8    ROBERT KELLY,                :   June 9, 2021
                                  :   11:30 a.m.
9        Defendant.               :
                                  :
10   - - - - - - - - - - - - - X

11 BEFORE:
              HONORABLE ANN M. DONNELLY, U.S.D.J.
12
   APPEARANCES:
13
   For the Government:      JACQUELINE KASULIS, ESQ.
14                          Acting United States Attorney
                            271 Cadman Plaza East
15                          Brooklyn, New York 11201
                            BY:  ELIZABETH GEDDES, ESQ.
16                               NADIA SHIHATA, ESQ.
                                 MARIA CRUZ-MELENDEZ, ESQ.
17                               Assistant U.S. Attorneys

18
   For the Defendant:       STEVEN A GREENBERG, ESQ.
19                          THOMAS A. FARINELLA, ESQ.
                            MICHAEL I. LEONARD, ESQ.
20                          NICOLE BLANK BECKER, ESQ.

21
   Court Reporter:      Holly Driscoll, CSR, FCRR
22                      Chief Court Reporter
                        225 Cadman Plaza East
23                      Brooklyn, New York 11201
                        (718) 613-2274
24
   Proceedings recorded by mechanical stenography, transcript
25 produced by Computer-Assisted Transcript.

2

1             (THE FOLLOWING TAKES PLACE VIA TELEPHONE:)

2             THE COURT:  Good morning, it's Judge Donnelly.

3             Ms. Greene, will you call the case please.

4             THE COURTROOM DEPUTY:  Yes.  This is criminal cause

5  for a status conference, docket number 19-CR-286, USA versus

6  Robert Kelly.

7             Before asking the parties to state their appearance

8  I would like to note the following:  Persons granted remote

9  access to proceedings are reminded of the general prohibition

10  against photographing, recording and rebroadcasting of court

11  proceedings.  Violation of these prohibitions may result in

12  sanctions including removal of court issued media credentials,

13  restricted entry to future hearings, denial of entry to future

14  hearings or any other sanction deemed necessary by the court.

15             Would the parties please state their appearance,

16  government first.

17             MS. GEDDES:  Elizabeth Geddes, Nadia Shihata and

18  Maria Cruz-Melendez for the government.  Good morning, Your

19  Honor.

20             THE COURT:  Good morning.

21             MR. GREENBERG:  Steve Greenberg on behalf of

22  Mr. Kelly.

23             THE COURT:  Good morning.

24             MR. LEONARD:  Mike Leonard on behalf of Mr. Kelly.

25             THE COURT:  Good morning.

3

1          MR. LEONARD:  Good morning, Judge.

2          MR. FARINELLA:  Good morning, Your Honor, Thomas

3   Farinella on behalf of Mr. Kelly.

4          THE COURT:  Good morning.

5          MS. BLANK BECKER:  And good morning, Your Honor,

6   Nicole Blank Becker on behalf of Mr. Kelly as well.

7          THE COURT:  Good morning.

8          Is Mr. Kelly also on the line?

9          THE DEFENDANT:  Yes, ma'am.  Good morning, Your

10  Honor.

11         THE COURT:  Good morning, Mr. Kelly.

12         Okay.  I received a request from Mr. Leonard and

13  Mr. Greenberg to withdraw as Mr. Kelly's counsel.  I think the

14  reason was that it is impossible for them to continue to

15  represent him under the current circumstances but there wasn't

16  much of an explanation of what that is.

17         Let me just first hear either from Mr. Greenberg or

18  Mr. Leonard.  Obviously these motions are governed by our

19  Local Rule 1.4.  So, whichever counsel wants to be heard, I'll

20  hear from you.

21         MR. GREENBERG:  Your Honor, this is Mr. Greenberg

22  and I did review that rule.  I did provide a copy of the

23  motion yesterday morning to the facility where Mr. Kelly is

24  currently being housed so hopefully he had an opportunity to

25  look at that and I included in there some other materials.

4

1          Chiefly what's happened here is that Mr. Leonard and

2     I have been working on the case, reviewing discovery, drafting

3     things and so forth and we would circulate materials, emails,

4     ideas and we wouldn't get any responses but we continued to

5     work on the case.  It came down to the point where we were

6     discussing witness assignments and, frankly, everyone wants to

7     be, you know, first chair, everyone wants to do opening,

8     everyone wants to do closing and that just can't be because

9     there's only one of each.

10          We also have some concerns that certain of the

11    members of the defense have documented -- it will be

12    documented some mental health issues where they can't deal

13    with stress.  We didn't want to give them the most important

14    witnesses because, based on what's publicly documented, they

15    shut down in those situations.

16          MS. BLANK BECKER:  Judge, I --

17          MR. GREENBERG:  We had some concerns --

18          THE COURT:  Mr. Greenberg, I'm just going to stop

19    for one second.  I wonder if some of this might be better put

20    in a motion to the Court.

21          MS. BLANK BECKER:  Thank you, Judge.  It's

22    completely inappropriate --

23          THE COURT:  First of all, I don't know who's

24    speaking.

25          MS. BLANK BECKER:  Sorry.

5

1        THE COURT:  Hold on just one second.  I think I said

2   this before, when we're on one of these telephone conferences

3   we can't just be yelling out because the court reporter

4   doesn't know who is speaking.

5        So, Mr. Greenberg, I think the thing to do is to put

6   some of this in a letter to the Court filed as these motions

7   usually are.  Unless there's some -- well, is there anything

8   else that you want to say that's not of the nature that you

9   were talking about?

10       MR. GREENBERG:  Yes, Judge.  It got to the point

11   where when we went to discuss these concerns with Mr. Kelly,

12   Mr. Kelly did not want to meet with us and that alone is a

13   basis why we feel we have to withdraw.  We'd like to talk to

14   Mr. Kelly about these things but he just -- twice we went over

15   to talk to him and he wouldn't meet with us.

16       THE COURT:  All right.

17       MR. GREENBERG:  We can put it in a letter under seal

18   if you'd like.  We still think that he should be counseled on

19   these matters.

20       THE COURT:  Well, he's got two other counsel.

21       Mr. Leonard, is there anything that you wanted to

22   add to this that is appropriate for a proceeding like this?

23       MR. LEONARD:  Thank you, Judge, no, I would prefer

24   just to submit our submission to the Court as you suggested.

25       THE COURT:  Okay.  And Mr. Farinella or Ms. Becker,

6

1   is there anything that you wanted to add?

2          MR. FARINELLA:  Yes, Your Honor, Thomas Farinella

3   for Mr. Kelly.  Your Honor, Mr. Kelly, based upon my -- I'm

4   sorry, Mr. Kelly terminated Mr. Greenberg and Mr. Leonard.

5   He's indicated that such termination notice was sent to

6   Mr. Kelly (sic) and Mr. Greenberg.  This was done last week.

7   He does not wish to have Mr. Kelly -- Mr. Greenberg or

8   Mr. Leonard represent him.

9          THE COURT:  Mr. Farinella, I just have to ask you to

10  slow down a little bit just so the court reporter can take

11  down what you're saying, okay.

12         MR. FARINELLA:  Yes, Your Honor.

13         THE COURT:  Sorry to interrupt.  Go ahead.

14         MR. FARINELLA:  I apologize.

15         Again, Thomas Farinella for Mr. Kelly.  The

16  underlying -- I think that Mr. Greenberg and Mr. Leonard's

17  motion to withdraw is really moot in the sense that Mr. Kelly

18  has a Sixth Amendment right to choose counsel.  We're prepared

19  to move forward with trial so it will not affect the

20  administration of the Court's calendar or the trial date and

21  Mr. Kelly wishes to terminate or he has terminated

22  Mr. Greenberg and Mr. Leonard and I think he's well within his

23  constitutional right to do that and I think the Court should

24  accept Mr. Kelly's decision and that, in fact, Greenberg and

25  Leonard were terminated and that the Court grant leave for

7

1    them to be withdrawn from the case.

2            THE COURT:  Well, just bear in mind that the only

3    thing that I've received so far is the motion from Mr. Leonard

4    and Mr. Greenberg.  So, I'm going to suggest --

5            MR. GREENBERG:  May I, Your Honor, this is

6    Mr. Greenberg.

7            THE COURT:  Yes.

8            MR. GREENBERG:  We had received a document from

9    someone who claimed to be a power of attorney of Mr. Kelly

10   last week.  When we went over to talk to him he wouldn't meet

11   with us.  After we filed the motion to withdraw I received an

12   email from Mr. Kelly indicating that he did not want us to

13   continue in the matter.

14           THE COURT:  All right.  I'm going to suggest that

15   you put all of that in a filing with the Court.

16           And let me just ask Mr. Kelly, is that what your

17   wish is that you wish to go ahead with Mr. Farinella and

18   Ms. Becker?

19           THE DEFENDANT:  Absolutely, yes, ma'am, Your Honor.

20           THE COURT:  Okay, that's Mr. Kelly, okay.

21           I'm going to take those submissions and I'll give

22   you a decision quickly.  I just want to make sure that I have

23   all the information that I need.  Obviously it sounds like

24   nobody is asking for an adjournment of the trial which I

25   wouldn't grant in any event.

8

1          Is there anything anybody else wants to say on this
2   subject?
3          THE DEFENDANT:  Your Honor, this is Mr. Kelly.
4          THE COURT:  Yes.
5          THE DEFENDANT:  First of all, I apologize for the
6   confusion.  I'm thankful that you're giving me a chance to say
7   something about it.
8          THE COURT:  Let me just stop you for one second.
9   You have -- well, at the moment you have four lawyers.  It is
10  never a great idea to speak without running it by your lawyers
11  first which I suggest that you do.  So, have you spoken to
12  them about whether you should be speaking without talking to
13  them first?
14         THE DEFENDANT:  Yes, ma'am, Your Honor.
15         THE COURT:  Okay.
16         MS. BLANK BECKER:  Judge, this is Nicole Blank
17  Becker.  May I voir dire him?  I did -- he has spoken to us.
18  We are aware --
19         THE COURT:  No, no.  We're not doing any of that.
20  Here's what we're going to do, I'll take the submissions from
21  counsel.  I accept Mr. Kelly's representation that he no
22  longer wishes to have Mr. Greenberg and Mr. Leonard represent
23  him and I think that's all we need to talk about for these
24  purposes.
25         I'm going to remind counsel of the schedules that we

9

1  have coming up, that on July 2nd the parties are to file their

2  joint request to charge, verdict sheets and any additional

3  voir dire.  July 19th will be the motions in limine.

4  July 26th, any oppositions to whatever motions are filed.

5  August 9th will be the voir dire after the questionnaires and

6  I anticipate that that will not take more than two days and

7  we'd begin testimony on August 11th.

8         We do need to set a final pretrial conference.  I

9  want to ask the government about the arrangements to get

10  Mr. Kelly transferred to New York.

11         MS. GEDDES:  Thank you, Judge, this is Elizabeth

12  Geddes for the government.  We have submitted to the Marshals

13  a writ to ensure that Mr. Kelly is produced in advance of jury

14  selection on August 9th.

15         THE COURT:  Okay.  And do you know how far in

16  advance?

17         MS. GEDDES:  My understanding is that counsel would

18  like him to remain in Chicago for as long as possible and I

19  have conveyed that to the Marshals and so they are going to do

20  their best to transfer him as close as possible to the

21  August 9th date to allow him as much time in Chicago as they

22  can in order to still have him present here for the trial.

23         THE COURT:  Okay.  The final pretrial conference

24  will be in-person and I think Mr. Kelly should be there for

25  that and that can be as soon as the week before the trial.

1  So, we'll put that up on ECF when the final pretrial

2  conference will take place.

3         The other thing is that the parties filed an order

4  allowing early return of subpoenas.  I haven't seen that too

5  often in this district, but is that something that the

6  government has anything to say about?

7         MS. GEDDES:  No, Your Honor.  Again, this is Liz

8  Geddes for the government.  It is not something that I have

9  seen either but we don't have any objection to the defendant's

10 request to obtain returns earlier than the trial date.

11        THE COURT:  Okay.  All right.

12        I don't think that there's anything else that we

13 have to accomplish today.  So, we will schedule that final

14 pretrial conference and put that up on ECF.

15        Anything that anybody else wants to put on the

16 record?

17        MR. GREENBERG:  Judge, this is Greenberg.  I just

18 want to thank you for your time and consideration in this

19 case, assuming we were trying it, to say what an absolute

20 pleasure it's been to work with those prosecutors.

21        THE COURT:  All right.  Thank you so much.

22        Anybody else have anything that they want to put on

23 the record?

24        MS. BLANK BECKER:  Thank you, Judge, this is

25 attorney Nicole Blank Becker on behalf of Mr. Kelly.  Judge,

1   we did plan on filing (audio drop) motions directed to the

2   Court.  Can we do that at our earliest convenience?

3            THE COURT:  I'm not 100 percent sure what you're

4   talking about but if they're motions in limine, there's a

5   schedule but if you have a motion that you want to file, you

6   can surely file it.

7            MS. BLANK BECKER:  I appreciate that.  I guess it's

8   in response to the issues that Mr. Greenberg has presented to

9   the public and yourself.  You had indicated that --

10           THE COURT:  All right, if you want to respond to

11  whatever he submits, that's fine.  Okay.

12           MS. BLANK BECKER:  Okay, great.

13           THE COURT:  I don't think there's anything else that

14  we have to accomplish today.

15           Nothing from the government, right?

16           MS. GEDDES:  Your Honor, just briefly, again this is

17  Liz Geddes; Mr. Leonard submitted some objections to the

18  agreed upon questionnaire and we're happy to submit a response

19  to that.  There are some questions that we don't object to,

20  there are some that we do object to.  Would Your Honor like us

21  to do that?

22           And I guess my second question is for the remaining

23  attorneys should Mr. Greenberg and Mr. Leonard be relieved is

24  are they -- is that the questionnaire that -- do they agree

25  with those objections that Mr. Leonard filed?

1         THE COURT:  Well, I'm going to let you all work that

2    out.  We sent to the parties a questionnaire that adopted most

3    of what Mr. Leonard and Mr. Greenberg sought.  I think the

4    only things that we didn't agree with were things that went

5    against the ruling about the anonymous jury.  So, I think that

6    was sent out last week but take a look at it and see if

7    there's anything else that either side wants to say about it,

8    okay, because we want to send those out, so that our jury

9    clerk can send those out to the prospective jurors as soon as

10   we can.

11        MS. GEDDES:  Yes, Your Honor.

12        THE COURT:  If there's anything more that anybody

13   wants to say about that, Friday is the deadline about that,

14   okay.

15        MS. GEDDES:  All right.  Thank you, Judge.

16        THE COURT:  All right.  Thanks so much, everybody.

17        MR. GREENBERG:  Thank you, Judge.

18        (Time noted:  11:50 a.m.)

19        (End of proceedings.)

20

21

22

23

24

25