# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.  19-Cr-00286(AMD) |
| ) | |
| ROBERT S. KELLY ) | |
| ) | |
| Defendant. ) | |

## DEFENSE COUNSEL'S REQUEST TO WITHDRAW

Now comes defense counsel for Defendant, Robert S. Kelly, in this matter, by and through his undersigned counsel, requesting he be allowed to withdraw as counsel of record.  In support he states as follows:

1. On June 23rd, 2021, Deveraux L. Cannick of the Law Firm of Aiello & Cannick was retained to assist in his trial before Your Honor.
2. The trial concluded on September 24th, 2021.
3. The jury returned a verdict on September 27th, 2021.
4. Robert S. Kelly retained the Bonjean Law Group, PLLC to handle post-trial motions and other proceedings.
5. Jennifer Bonjean filed her Notice of Appearance on October 29th, 2021.
6. It is our understanding that Ms. Bonjean is scheduled to a file post-trial motions on February 3rd, 2022.

Please know that Robert S. Kelly consents to my request.

Given, the foregoing, I respectfully request that I be permitted to withdraw as defense counsel for Robert S. Kelly, defendant.

Respectfully submitted,

*/s/ Deveraux L. Cannick*

Deveraux L. Cannick

AIELLO & CANNICK
69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444
Fax – (718) 803-9764
dcannick@aiellocannick.com