UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                      :

UNITED STATES OF AMERICA,      :

                                                      :         19 Cr 286 (AMD)

                                                      :

-vs-                                                  :         NOTICE OF MOTION

                                                      :

ROBERT SYLVESTER KELLY,       :
     also known as "R. Kelly,"          :

                                                      :
                 Defendant.       :
-------------------------------------------------------X

## DEFENDANT ROBERT KELLY'S NOTICE OF MOTION
## FOR A NEW TRIAL

     PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Defendant Kelly, through counsel, hereby moves for a new trial.

     Dated:  February 17, 2022
               New York, New York                  Respectfully submitted,

                                                        /s/JENNIFER BONJEAN
                                                        Jennifer Bonjean
                                                        Bonjean Law Group, PLLC
                                                        750 Lexington Ave., 9th Fl.
                                                        New York, NY  10022
                                                        718-875-1850

## CERTIFICATE OF SERVCE

    I, JENNIFER BONJEAN, an attorney at law, certify that I filed Defendant's Notice of a Motion for a New Trial and Memorandum of Law in Support of the Motion via ECF on February 17, 2022.

                                                        /s/JENNIFER BONJEAN