UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
                                                        :
UNITED STATES OF AMERICA,            :
                                                        :          19 Cr 286 (AMD)
                                                        :
-vs-                                                    :          NOTICE OF MOTION
                                                        :
                                                        :
ROBERT SYLVESTER KELLY,          :
            also known as "R. Kelly,"       :
                                                        :
                        Defendant.              :
-----------------------------------------------------X

## DEFENDANT ROBERT KELLY'S NOTICE OF MOTION
## FOR A JUDGMENT OF ACQUITTAL

        PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Defendant

Kelly, through counsel, hereby moves for a judgment of acquittal.

        Dated: February 27, 2022
                New York, New York                        Respectfully submitted,

                                                                    /s/JENNIFER BONJEAN
                                                                    Jennifer Bonjean
                                                                    Bonjean Law Group, PLLC
                                                                    750 Lexington Ave., 9th Fl.
                                                                    New York, NY  10022
                                                                    718-875-1850

## <u>CERTIFICATE OF SERVCE</u>

I, JENNIFER BONJEAN, an attorney at law, certify that I filed Defendant's Notice of a Motion for a Judgement of Acquittal and Memorandum of Law in Support of the Motion via ECF on February 27, 2022.

<u>/s/JENNIFER BONJEAN</u>