```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA,                           :
                                                    :         19 Cr 286 (AMD)
                                                    :
-vs-                                                :         NOTICE OF MOTION
                                                    :
                                                    :
ROBERT SYLVESTER KELLY,                             :
     also known as "R. Kelly,"                      :
                                                    :
                  Defendant.                        :
------------------------------------------------------X
```

# DEFENDANT ROBERT KELLY'S NOTICE OF SUPPLEMENTAL MOTION FOR A NEW TRIAL

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Defendant Kelly, through counsel, hereby moves for a new trial on supplemental grounds.

Dated: March 21, 2022
       New York, New York

Respectfully submitted,

/s/JENNIFER BONJEAN
Jennifer Bonjean
Bonjean Law Group, PLLC
750 Lexington Ave., 9th Fl.
New York, NY 10022
718-875-1850

# CERTIFICATE OF SERVCE

I, JENNIFER BONJEAN, an attorney at law, certify that I filed Defendant's Notice of a Supplemental Motion for a New Trial and Memorandum of Law in Support of the Motion via ECF on March 21, 2022.

/s/JENNIFER BONJEAN