UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

19 Cr 286 (AMD)

-vs-

ROBERT SYLVESTER KELLY,
   also known as "R. Kelly,"

                   Defendant.
----------------------------------------------------------X

## DECLARATION OF ROBERT S. KELLY

1. I am the Defendant in the above-captioned matter.

2. I am making this declaration to provide additional facts about my participation in the jury selection process at my trial.

3. I did not participate in jury selection in any meaningful way.

4. I was not asked by my attorneys to offer any input about what types of questions should be included in the jury questionnaires that were submitted to potential jurors.

5. I also did not review any of the completed jury questionnaires with my attorneys prior to trial. Because of my limited literacy, I relied on my attorneys to review the questionnaires with me prior to trial but that did not happen.

6. During the jury selection process, I did not participate in any side bars related to questioning of jurors and I was not asked for my opinions about potential jurors. My lawyers picked my jury; I did not.

7. At certain points during jury selection, I did hear that some jurors may have seen the Surviving R. Kelly docuseries and that concerned me greatly.

8. I raised my concerns with my attorneys but they shooed me off. I was nothing more than a bystander in the process.

9. I did not ~~even~~ know that some of my jurors had seen the docuseries Surviving R. Kelly. I also did not know that some of my jurors were familiar with prior allegations against me, including my prior criminal proceedings in Illinois.

10. Had I known that information I would have challenged those jurors as unqualified. I also would have told my attorneys to strike the jurors.

11. I did not consent to any jurors sitting on my jury who had knowledge and familiarity with the intimate details of my case or who had watched the Surviving R. Kelly docuseries.

12. There was no strategy involved in choosing the jurors that sat on my jury as far as I could tell. At least there was no trial strategy that involved my input.

4/4/22

_____
ROBERT S. KELLY