UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
                                                :

UNITED STATES OF AMERICA,    :

                                                :              NOTICE OF APPEARANCE

-vs-                                       :              19 CR 286 (AMD)

ROBERT SYLVESTER KELLY,     :
     also known as "R. Kelly,"

              Defendant.    :
-----------------------------------------------------X

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Ashley Cohen, Esq. of the Bonjean Law Group, PLLC, 750 Lexington Avenue, 9th Floor, New York, New York 10022 is appearing for the Defendant Robert Kelly in the above-captioned matter.

/s/ASHLEY COHEN
Bonjean Law Group PLLC
750 Lexington Avenue, 9th Floor
New York, NY 10022
P: (718) 875-1850
Email: Ashley@Bonjeanlaw.com

Dated: May 19, 2022