# EXHIBIT D

April 14, 2022

Dear Honorable Judge Donnelly.

I am respectfully writing this letter in regard to Robert Kelly who comes before your court for sentencing. My name is Alicia Evans. I am from Chicago, IL but currently reside in Texas. I am a mother of 3 children (2boys, 1girl, and a grandmother of 3 grandsons). I am currently disabled and battling life threatening serious health issues. My hope in writing this letter is to give you some insight into the Robert Kelly that I know. I realize this may be hard to believe given the circumstances that brought him before you. Nonetheless, he is a human being and a child of GOD. I want to speak to my having known Robert Kelly for 37 plus years. I have witnessed the moral character and the positive aspects of Robert Kelly. He is my God brother. I have witnessed him as a son, a young boy, a man, a brother, a father, an uncle, a cousin, a nephew, a God brother, and a friend. I have also seen him perform for an audience as an entertainer. I do consider him to be a musical genius as well as a world known icon. That's not all he is, and he has done many good things in society. He has given back many times without recognition anonymously and without boasting. I have personally witnessed these things. I have been with him when he has decided to pick out someone in Walmart and give me money to pay for their items while he walks away indiscreetly and unannounced. Another time I remember he noticed a boy on the street with holes in his shoes. Robert took off his shoes on the street and gave them to the boy. He discreetly gave an unknown amount of money to a college student that was in a Starbucks where he was for a good deed that they had done for one of his assistants, which the student cried and said it was the exact amount that was needed to pay for a course to graduate. There was also a young man who was distraught over not making his high school basketball team that Robert gave encouraging words to, and the young man later thanked him personally and divulged to him that at the time he was contemplating suicide because of not making the team. I have witnessed these things happen. He is a gift and is drawn to people who hurt. Robert Kelly is a humble man with a human soul. He is compassionate and empathetic. When Robert learned of a shooting that took place that claimed many lives and devastated a small community in Virginia, he stopped what he was doing and wrote a song called "Rise Up" which to this day is still played and every penny of the proceeds is shared by the families, the college and the community. Another time I recall worth honorable mention was when Robert saw on the news that a horrific incident had taken place at the E2 nightclub in his hometown. There had been a stampede where 21 people were trampled to death. Robert gave 21 families whom he did not know, money towards funeral expenses. This is nothing he boasts about, but I say that to say; this is absolutely the heart of Robert Kelly.

I know Robert and he is not the man that was spoken about by the prosecution. They do not know him. Robert is not the man who was convicted. He holds no ill will or anger toward anyone. He is focused on, and his #1 objective today is to regain a relationship with his children and support them as he creates music to make an honest living.

Robert Kelly is not a monster. He is a human being with a heart that is undeniable. I believe he does deserve a chance to be better than before. I recognize and respect the power you have to determine a sentence for him. I hope that the good he has done counts. I believe he deserves another chance at **life outside of prison** instead of facing a **life inside of prison**. I humbly and prayerfully ask that you take these things into consideration and instead of sentencing him; that you overturn his conviction by allowing him to re-enter society.

Respectfully submitted,

Mrs. Alicia Evans

April 24, 2022

The Honorable Ann M. Donnelly
United States District Court Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Donnelly:

I hope this letter finds you in great spirits.

I am writing to request leniency in the sentencing of
Robert Sylvester Kelly.

I have known Robert for more than 15 years, working for
him as an Executive Assistant on and off for a total of
about 7 years. Most of my tenure was spent in the early
years around 2006 when Mr. Kelly was married. I can still
hear the laughter coming from him, his wife and his
children as they snuggled on the couch by the fireplace
while roasting marshmallows to make s'mores. Later, after
Mr. Kelly's divorce, he would call me to work on specific
projects to support his quest for a new screenwriting
career. After spending so many years with the Kelly's, I
came to care very deeply for the entire family.

This is why it is still hard for me to wrap my head around
the possibility of Mr. Kelly receiving a life sentence in

prison. I am saddened at the thought of him never being able to wrap his arms around his family ever again.

As a woman, I am a firm supporter of women and survivors of abuse. Therefore, I do recognize the weight of the offense of which Mr. Kelly was convicted. Taking these kinds of offenses serious are of the utmost importance to me. I also am a firm believer that, in any criminal situation, we have to be concerned with both the victims and the perpetrators. This is the only way to find healing. With that being said, I'd like to share with you an inside perspective of who I know Mr. Kelly to be.

Robert was born in poverty. But even as a kid he had a passion for music. He shared with me some of the abusive circumstances he grew up in. It was a horrible environment for any child and Robert is amazingly resilient to have even survived it. As a young adult, he was homeless and earning money as a street performer on the frigid streets of Chicago. Eventually his hard work and talent would earn him a record deal, but that deal wouldn't take away his illiteracy or the traumatic experiences he endured. After becoming a celebrity, Robert was now going to have to learn to silently cope with these issues on his own.

I can confirm that Mr. Kelly is very hard working and extremely dedicated to his career. I've witnessed him go without sleeping for days on end simply because he

wouldn't come out of the recording booth. When he got a song in his head he just had to get it out. Like a mad scientist, he was a genius at work and he simply loved bringing joy to people through his music.

Robert has touched millions with his music. Songs that have been played at weddings, graduations and many other milestones in people's lives. I remember traveling to Africa with him and seeing thousands of people bowing and screaming the moment we stepped off the plane. They wanted him to know what an inspiration he was and how he had changed their lives for the good.

Many don't know this, but Mr. Kelly is quite different than the persona the record label created. His song lyrics and video images would have people believe that he loved parties and that there were tons of party-people always around him. But his life was quite the contrary. Parties were occasional because Mr. Kelly saw them as work, a place where collaborations were born and business deals were made. Mr. Kelly would much rather sit in a quiet cigar lounge, wearing a cable knit sweater smoking a stogie while Frank Sinatra or Sam Cooke's voice is heard softly in the background. This was his everyday life. He is a simple man who loved to play basketball, watch movies and tell jokes.

Once, during our travel across the English Channel from London to Paris, Robert had a group of strangers

captivated as he sang inspirational songs during our ride on the ferry. Robert was particularly captivated by an elderly couple watching and they ended up chatting for hours, like old friends. He could become friends with anyone on any level, he is just that way.

Mr. Kelly has always been down-to-earth and would much rather share a deep conversation with an ordinary person working the drive-thru at McDonalds than a glamorous celebrity. He liked keeping close ties to the community and showing his generosity. He donated money to pay for many funerals, even two toddlers who died after being injured in a house fire in Kankakee, Illinois. He also could hardly walk pass a homeless person without giving money. Besides the obvious, I'd imagine that this could be because he remembers his own life on the street and how tough it can be

In the past, I've witnessed Mr. Kelly at his highest high and his lowest low, struggling with relationships, familiy issues and other human factors that we all deal with in life. Although he always wanted to appear confident and in control, I could see the depth of his illiteracy posing extremely challenging circumstances for him. He was also challenged with emotional issues, severe anxiety and depression and even took his own initiative to seek counseling and spiritual guidance from a Pastor, all because he was dedicated to becoming a better person. This was without being directed by any court.

Right now, there is a community of people ready and willing to help Mr. Kelly, including myself. He has family, friends, Pastors and Therapists who are eager to support him throughout this process of becoming more self-aware.

It is clear that the court has decided that Mr. Kelly violated the law. Given his otherwise clean record as well as his ability to inspire the community I strongly believe time served and compliance with a treatment program is most appropriate in this situation.

I don't seek to change anyone's views with this letter. I'm writing this simply because it is the right thing to do. God doesn't want us to throw humans away. We have a responsibility to help those around us, no matter what the world thinks of them. If we have the audacity to care for the perpetrators as well as the victims, we can all rise.

Thank you for taking the time to read this letter. I am available to confirm the facts in this letter as necessary. I hope you will find space in your heart to consider this information during sentencing.

Respectfully yours,
Diana Copeland
248.796.2282
ms.dianacopeland@yahoo.com

June 13, 2022

Dear Honorable Judge Ann Donnelly:

Thank you for the opportunity to share my experiences with Robert Kelly.

My name is Joycelyn Savage, and I'm Robert Kelly's fiancé. I'm writing this letter in support of Robert in advance of his sentencing, so I can explain to the court that I'm not the victim that the government has portrayed me to be.

My relationship with Robert is amazing. He's the best thing that's ever happened to me. We have a very special connection and are deeply in love. I still support Robert to this day because I love him and will always be here to support him. Robert is not the monster that the government has described him to be. The Robert I know is very sweet, gentle, and kind. At the end of the day, he has always made sure that I'm taken care of, and any other women he was with as well.

Robert's an all-around incredible person. He loves his music and is very passionate about that. He's positive, outgoing, and very generous. He always takes any opportunity he can to help those in need. He's very determined and focused on his goals, and the things that have been said about him, with me and other women being held against our will is absolutely untrue. It's the complete opposite of who he is and what my relationship is like with Robert.

Robert and I are deeply in love and it breaks my heart that the government has created a narrative that I'm a victim. I'm a grown woman, and can speak for myself which is why I wanted to provide this letter to the court.

I respectfully ask that the Court take my words into consideration when sentencing Robert. He is a great man, with a great heart and deserves to be home with his loved ones who are ready to support him.

Thank you for reading this letter,

Joycelyn Savage

Hello Julius Darrington here and I'm writing this letter to speak about Robert S.Kelly .

I've had the pleasure of working closely with Robert for some years and have witnessed so many amazing qualities in him . For someone who was world famous Robert carried himself with grace and class . Robert always was the life of the party but also when the party or concert was over he took great pride in treating people as equals . Robert never treated people from what I've witnessed as if he was better than anyone or as if they owed him anything. Robert loved people and made sure he gave his friends and loved ones great memories that is sure to last a lifetime . One particular occasion I was riding to the studio with Robert which I would often did and I noticed him stopping the car and handing something out of the window ... he'd often drive around downtown Chicago giving homeless people hundred dollar Bills before he went to the studio and he said he does it because he know he would wish someone did it for him if he was in that position.. Robert always took pride in his giving . Robert is a very giving man and has a big heart . I am very proud of Robert how he's conducted himself during this storm because the whole time his life has been torn apart by those who say they loved him, he has yet to say anything bad about anyone ... just recently I received a phone call from Robert and during that call he said a very moving prayer for me and asked God to bless me for being there for him . He never called and complained he just said he believes In God . During this 3 to 4 year storm in Roberts life he has been very graceful and forgiving .. he called me and said he forgives anyone who has turned their back on him and will not allow this storm to make him bitter because he knows God is in the storm . Robert is an amazing person . His gift and hard work to build a legendary career was also done because of his dedication towards his gift and his belief that he had something to share with the world . Robert was born with all the chips stacked against him but he found a way to build a success story out of noting but hard work and faith . From what I've witnessed dealing with people in my life I don't see Robert as anyone who would go out his way to hurt anyone. He's a very sensitive caring man who cares about his loved ones and friends. There's never been a time wear I needed any prayers or advice from Robert and he turned me down . He was always down to pray and talk about God and how much he enjoyed his journey hoping he's making his mom proud . One thing Robert and I had in common was we both lost our mothers at a young age . Robert was very gracious and humble to share his advice with me regarding losing a mom and told me just let them live through you and your dreams .

Robert in my opinion is just not a criminal or someone who would live his life dedicated towards any criminal activity. All Robert loved was music and making people happy with his gifts and big heart .

I'm asking the court to have mercy on Robert ,

This is a man that only had people around him that wanted to be around him and also went the extra mile to be around him it's very sad that his life is on the line now . He's been in jail 3 years and I'm sure if he's given another chance at life he will make sure he's not in any situations again that can cause any confusion....

Please have mercy on Robert during sentencing. A 54 year old man who's lived his life mainly dedicated towards his music and entertaining people is no monster .. just a man that I believe deserves a chance .

Thank you Judge Ann Donnelly

Keith L. Calbert
14023  Gail Lane #410
Crestwood, Ill 60418
(312) 672-9759
KeithCal15@yahoo.com

May 4, 2022

Re:  United States v. Robert Kelly

The Honorable Ann M. Donnelly
United States District Court Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Your Honor,

The purpose of this letter is to give you some insight on the person Robert Kelly.  First, I would like to start by stating my name is Keith L. Calbert born July 19th, 1968 on the Southside of Chicago, Illinois.  I work for Mars Wrigley in Chicago, Illinois for over 10 years as a Senior Lab Technician in Research & Development.  I have known Robert and his entire family since I was 11 years of age.  We grew up in the same neighborhood and met during the summer on the schoolyard playing basketball. Our friendship and bond grew through the Love of playing the game. Despite not able to go to the same Elementary School because my parents would not let me transfer from Shakespeare Elementary  because we lived right across the street from the school.   We stay close with each other every chance we got we would get together and laugh, crack jokes, talk and play basketball all day and night.  We became more like brothers and our families were very close as well.  At the community Coco Fest in Chicago Robert's mother would sing and bring Robert and his older brother Bruce up to perform with her at a young age.

Growing up in the inner city of Chicago under the worst poverty levels was very hard.  Some of our biggest obstacles growing up were staying alive, avoiding gangs and drugs.  Our neighborhood was full of some of the worst things you could ever imagine gang activities, high crime rates, drugs and prostitution.  Seeing people getting shot and stabbed right in front of you as a kid can be hard and scary but that was the neighborhood we grew up in.  Robert has always been a great friend/big brother to me.  Once Robert made it in his Music Career and I discussed with him that I was going through some hard times financially and just got married.  Without any second guessing before I can even ask him he gave me a job.   He loves bringing joy to other through his music.  Music is his passion.  Robert music is everything, it inspires people, it brings happiness to people, it brings the love to people and out of people. God has blessed him with the gift of All music. Once he was established as a Musician and label The King of R & B.  He was able to give back to his community.  I remember one year on Christmas when he was scheduled to give toys to the kids at the Youth Center and his Manager scheduled him to do something else at the same time.  He asked me if I can take the toys to the kids because he did not want to let the kids down for Christmas and I had a chance to see hundreds of kids happy.  I also remember on Christmas Eve Robert and I stayed up all night putting together all the toys that he had for his Kids (building dollhouses for his daughters, putting batteries in the remote control cars and playing his

daughter keyboard to make sure it sound right.  It was just me and him because he wanted to do it for his kids himself and that's when I saw Robert the Father.

   Robert has always been caring about others in his community. During the summer he would host a Barbecue with free food, basketball, softball and music at Cornell Park on Lakeshore Drive in Chicago. His Non-Profit called "I Believe I Can Fly" hosted a Celebrity Basketball game and all the Proceed was donated.  I can remember one time when in Chicago at a Club called E2 six to seven people at the club died from being stampede at the club and Robert paid for each victims funeral.  Also, I remember one time when we was out we heard gunshots and we looked across the fence and lady was laying in the middle of the street shot and Robert held her hand and talked to her until the police/ambulance came. Robert would not let the lady go to sleep and the hospital said the next day that if she would have not stayed conscious she would have died.  One more memory when the Katrina incident happened Robert fully loaded up his tour bus with cases of waters and sent it to Operation Push because they had a shipment of supplies going out to New Orleans for Katrina victims.

   I would like the court to know it has been times people close to him have really hurt him and Robert would let them back around like nothing ever happened.  His gift of music has caused many obstacles for him and not being able to read over things like "contracts" and knowing everything that was going on around him.  By not being able to read he had to trust what people told him and no one was honest with him or tried to help him.

  Respectfully, I want to thank the court for your time presiding in this matter and I acknowledge my friend/big brother has made some mistakes in his life but I believe in my heart and soul he deserves some consideration of leniency when it comes to his sentencing.  I hope you can find in your heart some mercy and compassion for the Person "Robert Kellly".  I'm here to encourage him to be the best person he can possibly be and I will never leave his side.  If you wish, I'm available to confirm any facts in this letter.


Sincerely,


Keith L. Calbert

To Whom This May Concern,

I worked for Robert Kelly from August 1999 to January 2007. I began working for his company as an audio recording intern. My general task were to make coffee, clean the audio recording studios and get lunch and dinner orders to the clients of Chicago Trax. I then followed the same path as my coworkers and was hired directly by Mr. Kelly working directly and answering directly to him. As an employer he was fair, respectful and always make me feel comfortable. The company he formed worked just like any other I could compare to.

I had worked for Jive Records, the artist Rakim, Nelly and Cash Money. Mr. Kelly was not unique in that he ran his company just the same. I never found any situation to be other than of the highest standard and with the utmost respect in a professional capacity.

I am sorry he has been faced with the hard ships he endures today. It is a surprise and something I would have never anticipated from my experience working directly for Mr. Kelly. I pray daily for him and pray one day the hardships he has endured will be behind him.

God speed,
Blessings,
Lindsey Perryman Dunn