UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                  :

UNITED STATES OF AMERICA,       :

                                                 :         NOTICE OF APPEAL

-vs-                                               :         19 CR 286 (AMD)

                                               :         The Honorable Ann M. Donnelly

ROBERT SYLVESTER KELLY,        :         District Court Judge
     also known as "R. Kelly,"       :

             Defendant.    :
------------------------------------------------------X

       Notice is hereby given that Robert Sylvester Kelly appeals to the United States Court of Appeals for the Second Circuit from the District Court's final judgment entered in this action on June 30, 20222.

                                                                    /s/JENNIFER BONJEAN
                                                                    Bonjean Law Group PLLC
                                                                    750 Lexington Avenue, 9th Floor
                                                                  New York, NY 10022
                                                                    P: (718) 875-1850
                                                                   Email: Jennifer@bonjeanlaw.com

Dated:  July 11, 2022