**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NS
F. #2019R00029

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 7, 2022

<u>By ECF and E-Mail</u>

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  United States v. Robert Sylvester Kelly
>       <u>Criminal Docket No. 19-286 (S-3) (AMD)</u>

Dear Judge Donnelly:

As the Court is aware, on June 17, 2022, the government submitted a letter, under seal, regarding restitution in connection with the defendant's sentencing. On June 27, 2022, the defendant filed an under seal response to the government's letter. At the sentencing proceeding on June 29, 2022, the Court adjourned the restitution matter to a hearing on September 28, 2022. Pursuant to the Court's directive, the parties jointly propose the following briefing schedule with respect to restitution:

> **<u>Friday, September 9, 2022</u>**: Government's Supplemental Submission Due
> **<u>Wednesday, September 21, 2022</u>**: Defendant's Response (if any) Due

> Respectfully submitted,
>
> BREON PEACE
> United States Attorney
>
> By:    /s/ Nadia I. Shihata
>         Nadia I. Shihata
>         Lauren Elbert
>         Assistant U.S. Attorneys
>         (718) 254-6295/7577

cc:    Clerk of Court (by ECF)