# EXHIBIT A

Photograph of Past Prescription for Stephanie





# KAISER PERMANENTE

Pharmacy

9/8/22                          12:16 PM
Trans.: 6354            Store: 01007
Reg.: 005                    Till: ddw
Cashier: K210188       Sales: K210188

* Not an Original Receipt *

SALE

RX 178400251207              35.74  NY

Subtotal                     35.74
Total Sales Tax               0.00

Total                        35.74

  Credit                     35.74
  Card: Visa
  Account:
  Auth: 030517 (A)
  Entry: Contactless

         APPROVED-Verified By PIN

  Mode:                     ISSUER
  AID:
  TVR:
  IAD:
  ARC:
  APP:                    US DEBIT

Total Tender                 35.74

Change Due                    0.00



0 1 0 0 7 0 0 5 6 3 5 4 2 0 2 1 0 9 1 4

* Not an original receipt *