# EXHIBIT A

**Drugs.com**
Know more. Be sure.

Search    All ▾

Browse all medications: # A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 0-9
Advanced Search

Register    Sign In

DRUGS A-Z    PILL IDENTIFIER    INTERACTIONS CHECKER    NEWS & ALERTS    PRO EDITION    MORE

[Advertisement]

Price Guide    🖶 Print    ☆ Save

# Valtrex Prices, Coupons and Patient Assistance Programs

ℹ A generic version of Valtrex is available, see valacyclovir prices.

Valtrex (valacyclovir) is a member of the purine nucleosides drug class and is commonly used for Cold Sores, Herpes Simplex - Mucocutaneous/Immunocompetent Host, Herpes Simplex - Mucocutaneous/Immunocompromised Host, and others.

## Valtrex prices

The cost for Valtrex oral tablet 1 g is around $730 for a supply of 30 tablets, depending on the pharmacy you visit. Prices are for cash paying customers only and are not valid with insurance plans.

This Valtrex price guide is based on using the Drugs.com discount card which is accepted at most U.S. pharmacies.

### Oral Tablet

| 1 g | | from **$730.16** |
|-----|---|---|
| Valtrex oral tablet | | for 30 tablets |

| Quantity | Per unit | Price |
|---|---|---|
| 30 | $24.34 | $730.16 |
| 90 | $24.13 | $2,171.48 |

**Important:** When there is a range of pricing, consumers should normally expect to pay the lower price. However, due to stock shortages and other unknown variables we cannot provide any guarantee.

| 500 mg | | from **$421.29** |
|---|---|---|
| Valtrex oral tablet | | for 30 tablets |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Drugs.com Printable Discount Card

The free Drugs.com Discount Card works like a coupon and can save you up to 80% or more off the cost of prescription medicines, over-the-counter drugs and pet prescriptions.

**Print Free Discount Card**

Note: This is a drug discount program, not an insurance plan. Valid at all major chains including Walgreens, CVS Pharmacy, Target, WalMart Pharmacy, Duane Reade and 65,000 pharmacies nationwide.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Valtrex Coupons, Copay Cards and Rebates

Valtrex offers may be in the form of a printable coupon, rebate, savings or copay card, trial offer, or free samples. Some offers may be printed right from a website, others require registration, completing a questionnaire, or obtaining a sample from the doctor's office.

There are currently no Manufacturer Promotions that we know about for this drug.

## Patient Assistance & Copay Programs for Valtrex

Patient assistance programs (PAPs) are usually sponsored by pharmaceutical companies and provide free or discounted medicines and copay programs to low income or uninsured and under-insured people who meet specific guidelines. Eligibility requirements vary for each program.

### Provider: Rx Outreach Medications

Eligibility requirements:

1. May have insurance
2. Determined case by case
3. Not required
4. The patient must also be residing in the US.
5. Rx Outreach has expanded the eligibility guidelines beyond 400% FPL to include people affected by COVID-19. Some medications are available for a fee of $20 for up to a 180 day supply. Check the Rx Outreach website for the exact price and most current medication list. Contact Program for Spanish Application(s)(Form(s).

Applicable drugs:

- Valtrex (valacyclovir) Tablet

More information please phone: 888-796-1234 Visit Website

## More about Valtrex (valacyclovir)

- Check interactions
- Compare alternatives
- Reviews (288)
- Drug images
- Side effects
- Dosage information
- During pregnancy
- Generic availability
- Drug class: purine nucleosides
- Breastfeeding
- En español

## Patient resources

- Drug Information
- Valtrex (Advanced Reading)

## Professional resources

- Prescribing Information

## Related treatment guides

- Herpes Simplex, Suppression
- Cold Sores
- Herpes Simplex, Mucocutaneous/Immunocompromised Host
- Herpes Simplex, Mucocutaneous/Immunocompetent Host

### Sidebar

Medications too Expensive?
Looking to reduce costs at the pharmacy counter? Here are 10 ways to save money on prescription drugs

**DRUG STATUS**

| Rx | Availability<br>Prescription only |
|---|---|
| | Pregnancy & Lactation<br>Risk data available |
| N/A | CSA Schedule*<br>Not a controlled drug |
| N/A | Approval History<br>Drug history at FDA |



User Reviews & Ratings
8.7 / 10    288 Reviews

Related Drugs
prednisone, valacyclovir, Zovirax,
Deltasone, benzocaine topical, tetracaine
topical, lysine, famciclovir, Famvir



SAVE UP TO 80%    FREE Drug Discount Card
Get all your prescriptions    Download Now ▾
⊕ Drugs.com

[Advertisement]


---

## Drugs.com Mobile Apps

The easiest way to lookup drug information, identify pills, check interactions and set up your own personal medication records. Available for Android and iOS devices.

**Explore Apps**

**SUPPORT**
- Help Center
- Sitemap
- Contact Us

**ABOUT**
- About Drugs.com
- Advertising Policy
- Attribution & Citations

**TERMS & PRIVACY**
- Editorial Policy
- Privacy Policy
- Terms of Use

Subscribe to Drugs.com newsletters for the latest medication news, new drug approvals, alerts and updates.

Drugs.com provides accurate and independent information on more than 24,000 prescription drugs, over-the-counter medicines and natural products. This material is provided for educational purposes only and is not intended for medical advice, diagnosis or treatment. Data sources include IBM Watson Micromedex (updated 4 Oct 2022), Cerner Multum™ (updated 17 Sep 2022), ASHP (updated 12 Sep 2022) and others.

Copyright © 2000-2022 Drugs.com.
All rights reserved.

TRUSTe

Ad Choices

We comply with the HONcode standard for trustworthy health information.