# EXHIBIT B

![Drugs.com logo] Drugs.com
Know more. Be sure.

Register    Sign in

Search                          All ⌄    🔍

Browse all medications: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 0-9
                                                        Advanced Search

DRUGS A-Z    PILL IDENTIFIER    INTERACTIONS CHECKER    NEWS & ALERTS    PRO EDITION    MORE

PROMO CODES AVAILABLE    SEE FREE CODES

Price Guide                                          🖨 Print   💾 Save

# Valacyclovir Prices, Coupons and Patient Assistance Programs

Valacyclovir is a member of the purine nucleosides drug class and is commonly used for CMV Prophylaxis, Cold Sores, Herpes Simplex, and others.

Brand names for valacyclovir include Valtrex.

## Valacyclovir prices

The cost for valacyclovir oral tablet 500 mg is around $15 for a supply of 30 tablets, depending on the pharmacy you visit. Prices are for cash paying customers only and are not valid with insurance plans.

This valacyclovir price guide is based on using the Drugs.com discount card which is accepted at most U.S. pharmacies.

### Oral Tablet

| 1 g valacyclovir oral tablet | | from $20.78 for 30 tablets ⌃ |
|---|---|---|
| **Quantity** | **Per unit** | **Price** |
| 6 | $3.59 | $21.55 |
| 14 | $1.87 | $26.15 |
| 20 | $1.53 | $30.55 |
| 30 | $0.69 – $3.53 | $20.78 – $106.02 |
| 50 (5 x 10 each) | $3.41 | $170.37 |
| 90 | $0.48 – $3.32 | $43.27 – $299.06 |
| 250 | $3.26 | $813.84 |
| 500 | $3.24 | $1,618.18 |

See brand name versions of this drug:

Valtrex

**Important:** When there is a range of pricing, consumers should normally expect to pay the lower price. However, due to stock shortages and other unknown variables we cannot provide any guarantee.

| 500 mg valacyclovir oral tablet | from $15.31 for 30 tablets ⌄ |
|---|---|

┌─────────────────────────────────────────┐
### Drugs.com Printable Discount Card

The free Drugs.com Discount Card works like a coupon and can save you up to 80% or more off the cost of prescription medicines, over-the-counter drugs and pet prescriptions.

**Print Free Discount Card**

Note: This is a drug discount program, not an insurance plan. Valid at all major chains including Walgreens, CVS Pharmacy, Target, WalMart Pharmacy, Duane Reade and 65,000 pharmacies nationwide.
└─────────────────────────────────────────┘

## Valacyclovir Coupons, Copay Cards and Rebates

Valacyclovir offers may be in the form of a printable coupon, rebate, savings or copay card, trial offer, or free samples. Some offers may be printed right from a website, others require registration, completing a questionnaire, or obtaining a sample from the doctor's office.

There are currently no Manufacturer Promotions that we know about for this drug.

## Patient Assistance & Copay Programs for Valacyclovir

Patient assistance programs (PAPs) are usually sponsored by pharmaceutical companies and provide free or discounted medicines and copay programs to low income or uninsured and under-insured people who meet specific guidelines. Eligibility requirements vary for each program.

There are currently no Patient Assistance Programs that we know about for this drug.

## More about valacyclovir

- Check interactions
- Compare alternatives
- Reviews (466)
- Drug images
- Side effects
- Dosage information
- Patient tips
- During pregnancy
- Drug class: purine nucleosides
- Breastfeeding
- En español

## Patient resources

- Drug Information
- Valacyclovir (Advanced Reading)

## Other brands

Valtrex

## Professional resources

- Prescribing Information

## Related treatment guides

- Herpes Simplex
- Cold Sores
- CMV Prophylaxis
- Herpes Simplex, Mucocutaneous/Immunocompetent Host

---

### Sidebar

Medications Too Expensive?

Looking to reduce costs at the pharmacy counter? Here are 10 ways to save money on prescription drugs

DRUG STATUS

℞ Availability
Prescription only

Pregnancy & Lactation
Risk data available

N/A CSA Schedule*
Not a controlled drug

Approval History
Drug history at FDA





User Reviews & Ratings
8.4 / 10 ▬▬▬▬▬▬▬    466 Reviews

Related Drugs
prednisone, acyclovir, Valtrex, Zovirax, Deflazone, benzocaine topical, tetracaine topical, lysine, famciclovir, valganciclovir

SAVE UP TO 80%
on your prescription
Drugs.com

FREE Drug
Discount Card
Download Now







---

## Drugs.com Mobile Apps

The easiest way to lookup drug information, identify pills, check interactions and set up your own personal medication records. Available for Android and iOS devices.

**Explore Apps**

SUPPORT
Help Center
Sitemap
Contact Us

ABOUT
About Drugs.com
Advertising Policy
Attribution & Citations

TERMS & PRIVACY
Editorial Policy
Privacy Policy
Terms of Use

Subscribe to Drugs.com newsletters for the latest medication news, new drug approvals, alerts and updates.

🔵 🔵 🔵 🔵 🔵

TRUSTe    Ad Choices    We comply with the HONcode standard for trustworthy health information.

Drugs.com provides accurate and independent information on more than 24,000 prescription drugs, over-the-counter medicines and natural products. This material is provided for educational purposes only and is not intended for medical advice, diagnosis or treatment. Data sources include IBM Watson Micromedex (updated 4 Oct 2022), Cerner Multum™ (updated 21 Sep 2022), ASHP (updated 10 Sep 2022) and others.

Copyright © 2000-2022 Drugs.com. All rights reserved.