UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal Docket No. |
| v. ) | CR-19-0286 (AMD) |
| ) | |
| ROBERT SYLVESTER KELLY, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| SONY MUSIC ENTERTAINMENT, ) | |
| ) | |
| Garnishee. ) | |

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America hereby makes application in accordance with 28 U.S.C. §3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment against property, in which the Defendant-Judgment Debtor Robert Sylvester Kelly ("Debtor") has a substantial nonexempt interest, in order to satisfy the judgment, in the amount of $520,549.90 plus interest, entered in United States v. Robert Sylvester Kelly, Criminal Docket CR-19-0286 (E.D.N.Y.).

The sum of $27,828.24 has been credited toward the judgment, leaving a total balance due of $504,289.73, including interest, as of June 1, 2023.  Interest is continuing to accrue.

Debtor's last known address is: FCI Butner Medium I, Old NC Highway 75 Butner, NC 27509.

More than thirty (30) days has elapsed since demand for payment of the

above-stated debt was made upon the Debtor and Debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the Debtor, or is in possession of property of the Debtor, and said property is a nonexempt interest of the Debtor.

The name and address of the Garnishee or his authorized agent is:

> Sony Music Entertainment
> 25 Madison Avenue, 22 Floor
> New York, NY 10010
> c/o
> David Castagna, Director
> Litigation Support & Copyright Administration

Dated:  Brooklyn, New York
        June 1, 2023

BREON PEACE
United States Attorney

By: _____
DANIEL G. SAAVEDRA
Assistant U.S. Attorney
(718) 254-6360