UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal Docket No. |
| v. ) | CR-19-0286 (AMD) |
| ) | |
| ROBERT SYLVESTER KELLY, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| SONY MUSIC ENTERTAINMENT, ) | |
| ) | |
| Garnishee. ) | |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JUL 06 2023
BROOKLYN OFFICE

## ANSWER OF THE GARNISHEE

___Wade Leak_____, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

(Complete as Applicable)

## IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of (Insert Full Name and Address of Business) __Sony Music Entertainment, a Delaware General Partnership_____

__25 Madison Avenue, New York, NY 10010_____.

## IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member of (Insert Name and Address of Partnership) _____
__Sony Music Entertainment, 25 Madison Avenue, New York, NY 10010_____ composed of

(Insert Names of Partners) __Sony Corporation of America and Sony Music Holdings, Inc._____

of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the (Insert Official Title) _____ of the Garnishee,

(Insert Name and Address of Corporation) _____

_____

(State Name and Address of Corporation), a corporation organized under the laws of the

State of _____.

IF GARNISHEE IS AN AGENCY OF A LOCAL, STATE OR FEDERAL GOVERNMENT:

That he/she is the (Insert Official Title) _____ of Garnishee, (Insert

Name of Agency)_____

_____

an agency, of (Insert Name of Government) _____

_____.

*FOR ALL GARNISHEES:*

On ___June 14_____, 2023 Garnishee was served with the Writ of Continuing Garnishment. **For the pay period in effect on the date of service of the Writ of Continuing Garnishment, as indicated above:**

1.  Was Defendant-Judgment Debtor ("Debtor") in your employ?

    ___ Yes          _X_ No

2

2. Defendant is paid, as follows:

   ___ weekly; ___ bi-weekly; ___ semi-monthly;

   ___ monthly; or ☒ other: ____Semi-annual artist royalty payments____ (please describe).

3. The pay period in effect on the date of service of the Writ of Continuing Garnishment began on _____N/A_____ (Enter date). The pay period ends on .

4. Calculate amount of Debtor's net wages:

   (a) Gross pay                              $ _____N/A_____

   (b) Federal income tax deduction           $ _____N/A_____

   (c) F.I.C.A. deduction                     $ _____N/A_____

   (d) State income tax deduction             $ _____N/A_____

   (e) Total of tax withholdings              $ _____N/A_____

   (f) Net wages (Subtract (a) from (e))  $ _____N/A_____

5. Have previous garnishments been issued with respect to the above-referenced Debtor?

   _X_ Yes          ___ No

   If the answer is yes, set forth, e.g., dates of garnishment, for whose benefit, court of issue, amount of garnishment.

   August 19, 2020 - Midwest Commercial Funding, LLC v Robert Sylvester Kelly, Case No. 2020 L 2158 - Circuit Court of Cook County - $3,484,420.70

   August 24, 2020 - Heather Williams v Robert Sylvester Kelly, Case No 19 L 1957 - Circuit Court of Cook County - $4,000,000

   June 29, 2022 - Robert Kelly v Andrea Kelly, Case No. 06 D1268 - Circuit Court of Cook County - Two judgments in the same matter totaling $178,213

   Please note that these are not garnishments, but rather judgements against Mr. Kelly's roaylty earnings accrued by Sony Music Entertainment on a semi-annual basis. All amounts are currently on legal hold.

3

6. Describe below the non-earnings property which the Garnishee has in its custody, control or possession and in which the Debtor maintains an interest:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| a. _____ | $ _____ | _____ |
| b. _____ | $ _____ | _____ |
| c. _____ | $ _____ | _____ |
| d. _____ | $ _____ | _____ |

7. Describe below any other property which the Garnishee has in its custody, control or possession and in which the Debtor maintains an interest:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| a. _____ | $ _____ | _____ |
| b. _____ | $ _____ | _____ |
| c. _____ | $ _____ | _____ |
| d. _____ | $ _____ | _____ |

8. Garnishee anticipates owing to the Debtor in the future, the following amounts:

| Amount | Estimate Date or Period Due |
|---|---|
| a. $ _____ | _____ |
| b. $ _____ | _____ |
| c. $ _____ | _____ |
| d. $ _____ | _____ |

4

9. (If applicable, check the appropriate items and explain accordingly in the space provided. Include attachments, if necessary.)

   __ The Garnishee makes the following claim(s) of exemption on the part of Debtor:

   __ The Garnishee has the following objections, defenses, or set-offs to the United States's right to apply Garnishee's indebtedness to Debtor upon Plaintiff's claim:

   __ The Garnishee is in no manner and upon no account indebted or under liability to the Debtor, ROBERT SYLVESTER KELLY, or the Garnishee does not have in his/her possession or control any property belonging to the Debtor or is in no manner liable as Garnishee in this action.

10. The Garnishee has:

   a. Filed the original answer via PACER by mailing or delivering the answer to:

   > Clerk of the Court
   > Eastern District of New York
   > United States Courthouse
   > 225 Cadman Plaza East
   > Brooklyn, New York

   b. Mailed copies of this answer on by first class mail to:

   > Jennifer Ann Bonjean, Esq, Bonjean Law Group, PLLC, 750 Lexington Avenue - 9th Floor New York, NY 10022

   and

   > Daniel G. Saavedra, Assistant U.S. Attorney, United States Attorney's Office, 271 Cadman Plaza East, Brooklyn, New York 11201

   _____
   Garnishee

Subscribed and sworn to before me this
26 day of June, 2023

_____
Notary Public

My Commission expires: 12/27/25

ANNE MARIE MOSERA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MO6139058
Qualified in New York County
My Commission Expires 12-27-2025

5

## ATTACHMENT TO ANSWER OF GARNISHEE

The Original Answer must be filed by PACER or mailed or delivered to:

>Clerk of the Court
>Eastern District of New York
>United States Courthouse
>225 Cadman Plaza East, Rm. 130
>Brooklyn, New York 11201

A Copy of this Answer must be mailed to:

>Daniel G. Saavedra
>Assistant U.S. Attorney
>United States Attorney's Office
>271 Cadman Plaza East
>Brooklyn, New York 11201

and

>Jennifer Ann Bonjean, Esq.
>Bonjean Law Group, PLLC
>750 Lexington Avenue - 9th Floor
>New York, NY 10022

and

>Jamie L. Burns, Esq.
>Attorney for Interested Party
>    Midwest Commercial Funding LLC
>Levenfeld Pearlstein, LLC
>120 S. Riverside Plaza, Suite 1800
>Chicago, IL 60606

and

>Jeff Deutschman, Esq.,
>Attorney for Interested Party
>    Heather Williams
>Deutschman & Skafish, P.C.
>77 W. Washington Street, Suite 1525
>Chicago, IL 60602