

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 15, 2023

**By ECF**

Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States of America v. Robert S. Kelly,
                Criminal Docket No. CR-19-0286 (EDNY)(AMD)

Dear Judge Donnelly:

      The Government respectfully submits the attached Declaration in Support of an Order of Garnishment and proposed Order of Garnishment for Your Honor's review and signature. The proposed Order provides for the garnishment of music publishing royalties currently held by Universal Music Publishing, Inc. ("Universal") to fully satisfy the Defendant's restitution obligation.

      Further, because the Government can likely satisfy the entirety of the restitution debt via the monies held by Universal, the Government respectfully withdraws its Writ of Continuing Garnishment, filed on June 1, 2023, against Sony Music Entertainment, *see* Dkt. Entry No. 361, without prejudice.

      The Government thanks the Court for its consideration of this matter.

      Respectfully submitted,

      Breon S. Peace
      United States Attorney

By: _____
     Daniel S. Saavedra
     Assistant U.S. Attorney
     (718) 254-6360