UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

        -against-

ROBERT SYLVESTER KELLY,

        Defendant,

and

UNIVERSAL MUSIC PUBLISHING, INC.,

        Garnishee.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**ORDER OF GARNISHMENT**

Criminal Docket
No.  CR-19-02886 (AMD)

        WHEREAS, a Writ of Continuing Garnishment and supporting documents, directed to the Garnishee, Universal Music Publishing, Inc., ("Garnishee"), were duly issued and served upon the Garnishee on the basis of a restitution judgment imposed by the Court on July 17, 2022, in the amount of $520,549.90, plus interest, against the Defendant, Robert S. Kelly ("Defendant"), and in favor of the United States of America; and

        WHEREAS, as of August 15, 2023, the outstanding balance of the Defendant's restitution judgment is $506,950.26, with interest continuing to accrue on this debt; and

        WHEREAS, the Garnishee filed an Answer to the Writ of Continuing Garnishment on June 21, 2023, stating that it had in its custody, control, or possession, music publishing royalties in which the Defendant has an interest with a value of $567,444.19; and

        WHEREAS, the Defendant was properly served with the Writ of Continuing Garnishment and notified of his right to a hearing or to file a claim for exemption, but has not requested a hearing, claimed an exemption, or otherwise contested the garnishment proceeding,

and the statutory time to do so has expired.

**IT IS HEREBY ORDERED** that within ten days of receipt of service of a certified copy of this Order, the Garnishee shall issue a check payable to the Clerk of the Court for the Eastern District of New York in the full amount of the restitution debt owed by the Defendant as of the date the Garnishee receives the certified copy of this Order, which check shall be mailed to the Clerk of the Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, and shall reference "<u>United States v. Robert S. Kelly</u>, CR-19-02886" on the face of the check; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward three certified copies of this Order to Assistant U.S. Attorney Daniel Saavedra. U.S. Attorney's Office, 271 Cadman Plaza East, Brooklyn, New York, 11201.

Dated:   Brooklyn, New York
            August 15, 2023

_____
HONORABLE ANN M. DONNELLY
UNITED STATES DISTRICT JUDGE