UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------X

UNITED STATES OF AMERICA,

-against-

ROBERT SYLVESTER KELLY,

    Defendant.

----------------------------X

SATISFACTION OF JUDGMENT

Docket No. CR-19-0286
(EDNY)(AMD)

WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the amount of $520,549.90, that is, restitution in the amount of $379,649.90, plus interest, a fine in the amount of $100,000.00, plus interest, a JVTA assessment in the amount of $40,000.00, and a special assessment in the amount of $900.00, on December 7, 2022, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on December 7, 2022.

WHEREAS, said judgment has been fully paid as to the defendant ROBERT SYLVESTER KELLY;

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy and discharge the same solely as to the defendant ROBERT SYLVESTER KELLY.

Dated:    Brooklyn, New York
           December 1, 2023

BREON S. PEACE
United States Attorney

By:   */s/ Daniel G. Saavedra*
      DANIEL G. SAAVEDRA
      Assistant U.S. Attorney
      (718) 254-6360